GREGORY, Richard J.          12/01/02              02-100282
                              HIYAKUMOTO

Officer ANGELL told him that GREGORY, who was very strong, was talking about "God" during the struggle.

<u>AUTOPSY</u>: On December 3, 2002, doctor Anthony MANOUKIAN performed an autopsy on GREGORY at the morgue at the Maui Memorial Medical Center and determined GREGORY died of cardiopulmonary arrest because of the violent struggle with the police officers. Toxicology tests on GREGORY's blood showed the presence of cannabinoids.

*Refer to detective DADEZ's report for information on the autopsy.

<u>STATEMENT TO OTHERS</u>: On December 4, 2002, at 1000 hours, I interviewed:

>   Valerie Y. GREGORY (adult, female, Japanese/Hawaiian, citizen)
>   183 Ikea Place, Pukalani, Hawaii
>   Telephone No.: 572-9718
>   DOB: 02/09/58 Social security No.: 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
>   Employed: Nurse Finders
>   Cahill Building, Lono Avenue, Cahill, Hawaii
>   Work telephone No.: 877-7030
>   Occupation: Registered nurse

by telephone. GREGORY had called the C.I.D. earlier and left a message for me to call her.

Richard GREGORY was her husband. She and Richard, who was born in Texas, were married for twelve years. She has four children from Richard who also has three children from a previous relationship. Richard was a very good musician. Richard worked at the Embassy Suites where he played music every Friday.

On December 2, 2002, Richard left home at about 2000 hours, to meet with someone in Lahaina whom he was going to teach how to play guitar. Before leaving, Richard asked her "Should I take my electric or acoustic guitar." When she told Richard "Why don't you take them both," Richard told her "No, I think I'll stoke them out with my acoustic."

Richard was a good father who had a lot of friends. She described Richard as a "Hyper" person who always had to be doing something, like working around the house. She and Richard were devote

EXHIBIT 0000139

GREGORY, Richard J.                12/01/02                        02-100282
                                   HIYAKUMOTO

Christians. They strongly believed that there is a heaven. They believed there are "Demons in this world and that spiritual warfare is going on." "If there's a god then there must be a devil" they believed. Richard did not like heavy metal music. Richard probably sensed the studio in Lahaina was not a safe place because of the type of music which was played at the studio.

In 1995 they left Maui for Santa Barbara, California, because Richard was looking for a job as a musician. They moved to Oahu about five years ago and returned to Maui about two years ago. About one and-a-half years ago Richard traveled to Australia to look for a job as a musician, but he eventually returned to Maui.

Richard did not drink alcohol or use illicit drugs. Richard, who had a physical examination about one year ago, did not have any health problems.

CRIMINAL HISTORY: GREGORY was arrested on Oahu for reckless driving. This charge against GREGORY was dismissed in 1986.

TELEPHONE CALL/RADIO TRANSMISSIONS: I obtained copies of the telephone call from FUQUA and the police radio transmissions from the officers at the scene from communications lieutenant Randall LEVAL.

RELATED REPORTS: The following reports are related to this case.

FUQUA, Jason B.                    12/02/02                        02-100252
642 Wainee Street                                        CRIMINAL TRESPASS
Lahaina, Hawaii                                         IN THE SECOND DEGREE

FINAZZO, Vincent J.
Boat named Nimbuss
Lahaina, Hawaii

*FUQUA and FINAZZO reported a Richard GREGORY was trespassing at their music studio in Lahaina.

0000140