Gregory    1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

VALERIE GREGORY,
individually and as Special
Administrator of the Estate
of RICHARD J. GREGORY,
Deceased, and as next          :  CIVIL      04-00516 SPK
friend of ISRAEL GREGORY, a    :  NO.:       KSC
minor, KEANU GREGORY, a
minor, and SHAYLISSE
GREGORY, a minor,

    Plaintiffs,

vs.

COUNTY OF MAUI, MAUI POLICE
DEPARTMENT, GARRET TIHADA,
EDWIN K. AMONG, NICHOLAS
ANGELL, JOHN DOE OFFICERS
1-10, JOHN DOES 1-10, JANE
DOES 1-10, DOE CORPORATIONS
1-10, DOE PARTNERSHIPS
1-10, and DOE GOVERNMENTAL
ENTITIES 1-10,

    Defendants.

COPY

THIS TRANSCRIPT IS WORK
PRODUCT. DISTRIBUTION OF
DUPLICATES IS NOT AUTHORIZED.

Deposition noticed by:  Laureen Martin, Esq.


DEPOSITION OF VINCENT FINAZZO


Taken on behalf of Defendant at Lahaina Civic Center,
Lahaina, Maui, Hawaii, commencing at 1:00 p.m. on January
19, 2005.


REPORTED BY:   LYNANN NICELY, RPR/RMR/CSR #354

IWADO COURT REPORTERS, INC.

EXHIBIT 2

1  Q   And what time was that?
2  A   That was right around 9:00, 9:30. And I was
3  the first one to show up, so.
4  Q   Okay. Well, let's do this. Rather than my
5  asking you a lot of individual questions, let me just ask
6  you this. From the time that the first of you showed up
7  -- were you the first to arrive that night?
8  A   Yes.
9  Q   Could you please tell us approximately what
10 time you arrived, and until the police were called, what
11 happened?
12 A   Okay. Well, I showed up approximately 9:00,
13 right in that range. I'm usually pretty prompt. I was
14 working on the computer on a couple of songs that we had
15 previously recorded. And then Jackson showed up, I don't
16 know, 15 minutes later, I would say, 15, 20 minutes
17 later. We sat around and we waited for Sean to show up.
18 And during this time I had ran into his friend Ross Fox
19 earlier and he said -- I offered, you know, for him to
20 come by and hang out and listen to some music with us.
21 So he came by. This was after Jackson showed up. He
22 came by, he was hanging out for a few, and then he got a
23 phone call from his buddy, Rick Gregory, and he was going
24 to meet him there or meet him down in that area, not
25 necessarily meet him at our place, but he was going to

IWADO COURT REPORTERS, INC.

1  meet.
2          So he had called -- I suppose from what the
3  bartender told me, which I know very well, he didn't have
4  anything to drink in the bar, he just went in to use the
5  phone and then came out after he had got a hold of Ross,
6  who told him -- Ross told him step outside and look left
7  and you'll see me standing on the balcony. So that's
8  what he did. And then he came up.
9          He introduced him to --
10         MR. GIERLACH: I'm sorry, let me just object
11 that this is a narrative response. Go ahead.
12 A    He introduced --
13         MR. ROBBINS: I thought it would be the most
14 efficient -- this is on the record -- most efficient
15 way of doing this, David. If you want, I can go and
16 ask him independent or individual questions back and
17 forth.
18         MR. GIERLACH: How about like a happy medium?
19         MR. ROBBINS: Okay. Happy medium, okay.
20         MR. GIERLACH: Not necessarily one question and
21 one isolated answer, but if it could be broken up a
22 little more than -- because we all obviously have
23 the gentleman's statement and it's relatively
24 lengthy and I don't know that I'm comfortable with
25 him simply reciting all of those events without any