Gregory                                                                              1

```
              IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF HAWAII


VALERIE GREGORY,                    :
individually and as Special         :
Administrator of the Estate         :
of RICHARD J. GREGORY,              :
Deceased, and as next               :   CIVIL      04-00516 SPK
friend of ISRAEL GREGORY, a         :   NO.:       KSC
minor, KEANU GREGORY, a             :
minor, and SHAYLISSE                :
GREGORY, a minor,                   :
                                    :
          Plaintiffs,               :
                                    :
     vs.                            :
                                    :            COPY
                                    :
COUNTY OF MAUI, MAUI POLICE         :
DEPARTMENT, GARRET TIHADA,          :
EDWIN K. AMONG, NICHOLAS            :
ANGELL, JOHN DOE OFFICERS           :
1-10, JOHN DOES 1-10, JANE          :
DOES 1-10, DOE CORPORATIONS         :
1-10, DOE PARTNERSHIPS              :     THIS TRANSCRIPT IS WORK
1-10, and DOE GOVERNMENTAL          :     PRODUCT. DISTRIBUTION OF
ENTITIES 1-10,                      :     DUPLICATES IS NOT AUTHORIZED.
                                    :
          Defendants.               :
------------------------------------>

Deposition noticed by:  Laureen Martin, Esq.


              DEPOSITION OF VINCENT FINAZZO




Taken on behalf of Defendant at Lahaina Civic Center,
Lahaina, Maui, Hawaii, commencing at 1:00 p.m. on January
19, 2005.


     REPORTED BY:   LYNANN NICELY, RPR/RMR/CSR #354


              IWADO COURT REPORTERS, INC.
```

EXHIBIT

1  you had previously recorded without any vocals, what
2  happened next?
3       A    He wanted to play with Jackson's guitar, which
4  was in the corner. And Jackson said sure, you know, he
5  wanted to check out his guitar so he reached and went
6  over and grabbed Jackson's guitar and tried to start
7  playing it. But Jackson's guitar is a seven-string and
8  it's tuned to A, so it's a lot lower deal. And he didn't
9  really comprehend that there was another string on it or
10 it was a different tuning or something, but he tried to
11 tune the guitar. And it just -- from that point on,
12 everything started getting -- his demeanor started
13 changing a little bit. It really irked him that he
14 couldn't tune this guitar.
15      Q    Okay. I'll interrupt you there. Am I
16 interrupting him at appropriate intervals, Mr. Gierlach?
17           MR. GIERLACH: Shut up. The record should
18      reflect that we're all chuckling. Just fine,
19      Mr. Robbins. I'll be happy to interrupt you and
20      correct you if I think it's necessary.
21           MR. ROBBINS: I know you will based on previous
22      experience.
23           MR. GIERLACH: There you go.
24 BY MR. ROBBINS:
25      Q    All right. When you said at that point things