CARY T. TANAKA          4858-0
Attorney at Law
Suite 510 Fort Street Tower
745 Fort Street
Honolulu, Hawaii  96813
Telephone:  536-8885

Attorney for Defendant
RAYMOND ANCHETA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 2 1 2005

at __ o'clock and __ min. __M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MANSOUR AREKAT, individually and in his capacity as chief operating officer and owners of Arekat Pacific Security, Inc., a Hawaii corporation dba A.P.I. Security, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>LEE D. DONAHUE, LETHA DE CAIRES, MIKE MIRANDA, RAYMOND ANCHETA, CITY AND COUNTY OF HONOLULU, and JOHN DOES 1-25,<br><br>Defendants. | CIVIL NO. 03-00710 BMK<br><br>DEFENDANTS LEE D. DONAHUE, LETHA DE CAIRES, MIKE MIRANDA, RAYMOND ANCHETA, AND CITY AND COUNTY OF HONOLULU'S FIRST AMENDED JOINT FINAL NAMING OF WITNESS LIST; CERTIFICATE OF SERVICE<br><br><br>TRIAL DATE:  January 4, 2006 |

DEFENDANTS LEE D. DONAHUE, LETHA DE CAIRES,
MIKE MIRANDA, RAYMOND ANCHETA, AND CITY AND COUNTY
OF HONOLULU'S FIRST AMENDED JOINT FINAL NAMING OF WITNESS LIST

Defendant RAYMOND ANCHETA, by his attorney, Cary T. Tanaka, Esq., hereby submits DEFENDANTS LEE D. DONOHUE, LETHA DE CAIRES, MIKE MIRANDA, RAYMOND ANCHETA, and CITY AND COUNTY OF HONOLULU'S FIRST AMENDED JOINT FINAL NAMING OF WITNESS LIST pursuant to the

Second Amended Rule 16 Scheduling Order and names the following witnesses:

### LIST OF WITNESSES

| No. | Name/Address | Description/Testimony | Time |
|---|---|---|---|
| 1. | Mansour Arekat<br>c/o Eric A. Seitz, Esq.<br>820 Mililani Street<br>Suite 714<br>Honolulu, Hawaii 96813 | Will testify regarding the facts and circumstances giving rise to his claim for damages. | 60 minutes |
| 2. | Raymond Ancheta<br>Honolulu Police Department<br>c/o Cary T. Tanaka, Esq.<br>745 Fort Street<br>Suite 510<br>Honolulu, Hawaii 96813 | Will testify regarding the mission of the Special Services Division on the day in question, as well as his role in the execution of the MH-1 for Mansour Arekat. | 30-45 minutes |
| 3. | Detective Letha Decaires<br>Honolulu Police Department<br>c/o James Dandar, Esq.<br>841 Bishop Street<br>Suite 801<br>Honolulu, Hawaii 96813 | Will testify regarding her investigation of Mansour Arekat, the execution of the MH-1, and her observations, etc. | 30-45 minutes |
| 4. | Michael Miranda<br>Honolulu Police Department<br>c/o Lyle Hosoda, Esq.<br>345 Queen Street<br>Suite 804<br>Honolulu, Hawaii 96813 | Will testify regarding the mission of the Special Services Division on the day in question, as well as his role in the execution of the MH-1 for Mansour Arekat. | 30-45 minutes |

| No. | Name/Address | Description/Testimony | Time |
|---|---|---|---|
| 5. | Bryant Natividad<br>c/o Scott Dodd, Esq.<br>Dept. of the Corporation Counsel<br>530 South King Street<br>Room 110<br>Honolulu, Hawaii 96813 | Will testify regarding the mission of the Special Services Division on the day in question, as well as his role in the execution of the MH-1 for Mansour Arekat. | 30 minutes |
| 6. | Brian Valdez<br>c/o Scott Dodd, Esq.<br>Dept. of the Corporation Counsel<br>530 South King Street<br>Room 110<br>Honolulu, Hawaii 96813 | Will testify regarding the mission of the Special Services Division on the day in question, as well as his role in the execution of the MH-1 for Mansour Arekat. | 30 minutes |
| 7. | Mike Tsuda<br>c/o Scott Dodd, Esq.<br>Dept. of the Corporation Counsel<br>530 South King Street<br>Room 110<br>Honolulu, Hawaii 96813 | Will testify regarding the mission of the Special Services Division on the day in question, as well as his role in the execution of the MH-1 for Mansour Arekat. | 30 minutes |
| 8. | Troy Richards<br>c/o Scott Dodd, Esq.<br>Dept. of the Corporation Counsel<br>530 South King Street<br>Room 110<br>Honolulu, Hawaii 96813 | Will testify regarding the mission of the Special Services Division on the day in question, as well as his role in the execution of the MH-1 for Mansour Arekat. | 30 minutes |

| No. | Name/Address | Description/Testimony | Time |
|---|---|---|---|
| 9. | Augustine Agas<br>c/o Scott Dodd, Esq.<br>Dept. of the Corporation Counsel<br>530 South King Street<br>Room 110<br>Honolulu, Hawaii 96813 | Will testify regarding the mission of the Special Services Division on the day in question, as well as his role in the execution of the MH-1 for Mansour Arekat. | 30 minutes |
| 10. | Sausoo Ito<br>Address unknown | Will testify regarding information provided to him by David Engle regarding matters relating to Mansour Arekat's apartment, as well as the general operation at API. | 30 minutes |
| 11. | David Engle<br>1508B Keeaumoku Street<br>Apt. 302<br>Honolulu, Hawaii | Will provide testimony regarding the facts surrounding his employment with API Security, as well as his termination of employment, etc. | 60-90 minutes |
| 12. | Marla Pangelinan<br>752 Mahiai Street, #305<br>Honolulu, Hawaii | Will testify regarding the facts as to the entry of her apartment by police on December 15, 2003, API security, and Mansour Arekat. | 60 minutes |
| 13. | Sharon Black<br>c/o Scott Dodd, Esq.<br>Dept. of the Corporation Counsel<br>530 South King Street<br>Room 110<br>Honolulu, Hawaii 96813 | Will provide testimony as to facts leading up to Mansour Arekat's detention and her opinions regarding his mental health evaluation, the issuance of an MH-1, etc. | 60 - 90 minutes |

| No. | Name/Address | Description/Testimony | Time |
|---|---|---|---|
| 14. | Steve Crist<br>c/o Federal Bureau of Investigation<br>P.O. Box 50164<br>Honolulu, Hawaii 96850 | Will testify regarding the facts and circumstances surrounding the investigation of Mansour Arekat. | 60 minutes |
| 15. | David Ego<br>c/o Federal Bureau of Investigation<br>P.O. Box 50164<br>Honolulu, Hawaii 96850 | Will testify regarding the facts and circumstances surrounding the investigation of Mansour Arekat. | 60 minutes |
| 16. | Mohamoud Arekat<br>c/o Eric A. Seitz, Esq.<br>820 Mililani Street<br>Suite 714<br>Honolulu, Hawaii 96813 | Will testify as to the events of December 15, 2003, as well as issues surrounding the operations at API Security, etc. | 60 minutes |
| 17. | Mahmoud Salameh<br>702 Hoomalu Street<br>Pearl City, Hawaii 96782 | Will testify regarding Mansour Arekat and his propensity for violence. | 30 minutes |
| 18. | Armando Gomez<br>1142 S. King Street<br>#3004<br>Honolulu, Hawaii | Will testify regarding Mansour Arekat and his propensity for violence. | 30 minutes |
| 19. | Sammie Dixon<br>94-1049 Ponohana Way<br>Waipahu, Hawaii 96797 | Will testify regarding the events of December 15, 2003, as well as general information regarding API Security. | 60 minutes |

| No. | Name/Address | Description/Testimony | Time |
|---|---|---|---|
| 20. | Hakim Quansafi<br>Address unknown | Will testify regarding the events of December 15, 2003 and his association with Mansour Arekat. | 30 minutes |
| 21. | Chris D'Allesio<br>c/o Eric A. Seitz, Esq.<br>820 Mililani Street<br>Suite 714<br>Honolulu, Hawaii 96813 | Will testify as to the events of December 15, 2003, as well as issues surrounding the operations at API Security, etc. | 60 – 90 minutes |
| 22. | James Nahale<br>c/o Scott Dodd, Esq.<br>Dept. of the Corporation Counsel<br>530 South King Street<br>Room 110<br>Honolulu, Hawaii 96813 | Will testify regarding the transportation of Mansour Arekat to Queen's Medical Center and the discussions he had with Mr. Arekat, as well as the execution of the MH-1. | 30 minutes |

In addition, Defendants reserve the right to name and/or call to testify expert and non-expert witnesses previously identified by the parties, subsequently named by the parties, and/or as may be appropriate for impeachment, rebuttal, or authentication purposes.

DATED: Honolulu, Hawaii, December 21, 2005.

_____
CARY T. TANAKA
Attorney for Defendant
RAYMOND ANCHETA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MANSOUR AREKAT, individually and in his capacity as chief operating officer and owners of Arekat Pacific Security, Inc., a Hawaii corporation dba A.P.I. Security, Inc.,<br><br>  Plaintiff,<br><br>  vs.<br><br>LEE D. DONAHUE, LETHA DE CAIRES, MIKE MIRANDA, RAYMOND ANCHETA, CITY AND COUNTY OF HONOLULU, and JOHN DOES 1-25,<br><br>  Defendants. | CIVIL NO. 03-00710 BMK<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the within was duly mailed to the following individuals at their last known addresses on December 21, 2005:

>    ERIC A. SEITZ, ESQ.
>    820 Mililani Street, Suite 714
>    Honolulu, Hawaii 96813
>
>    Attorney for Plaintiff
>
>    D. SCOTT DODD, ESQ.
>    Deputy Corporation Counsel
>    530 South King Street, Room 110
>    Honolulu, Hawaii 96813
>
>    Attorney for Defendants
>    LEE D. DONAHUE and
>    CITY AND COUNTY OF HONOLULU

JAMES P. DANDAR, ESQ.
Suite 801 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813

Attorney for Defendant
LETHA DE CAIRES

LYLE S. HOSODA, ESQ.
345 Queen Street, Suite 804
Honolulu, Hawaii 96813

Attorney for Defendant
MIKE MIRANDA

DATED:   Honolulu, Hawaii, December 21, 2005.

_____
CARY T. TANAKA
Attorney for Defendant
RAYMOND ANCHETA