*Gregory*                                                    1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

VALERIE GREGORY,
individually and as Special
Administrator of the Estate
of RICHARD J. GREGORY,
Deceased, and as next            :  CIVIL      04-00516 SPK
friend of ISRAEL GREGORY, a      :  NO.:       KSC
minor, KEANU GREGORY, a
minor, and SHAYLISSE
GREGORY, a minor,

               Plaintiffs,

    vs.                                      COPY

COUNTY OF MAUI, MAUI POLICE
DEPARTMENT, GARRET TIHADA,
EDWIN K. AMONG, NICHOLAS
ANGELL, JOHN DOE OFFICERS
1-10, JOHN DOES 1-10, JANE
DOES 1-10, DOE CORPORATIONS
1-10, DOE PARTNERSHIPS            THIS TRANSCRIPT IS WORK
1-10, and DOE GOVERNMENTAL        PRODUCT. DISTRIBUTION OF
ENTITIES 1-10,                    DUPLICATES IS NOT AUTHORIZED.

               Defendants.

Deposition noticed by:  Laureen Martin, Esq.


               DEPOSITION OF VINCENT FINAZZO


Taken on behalf of Defendant at Lahaina Civic Center,
Lahaina, Maui, Hawaii, commencing at 1:00 p.m. on January
19, 2005.


       REPORTED BY:  LYNANN NICELY, RPR/RMR/CSR #354

                 IWADO COURT REPORTERS, INC.

                                          EXHIBIT 6

1  -- which at that time wasn't that big of a deal, you
2  know, because we were going to play anyways, you know, I
3  thought he might have wanted to hang out and listen to
4  some live music or whatever the deal was.
5      Q   Did Ross say why he had to go?
6      A   He had to drive back up to Pukalani was where
7  he was living at the time, so, you know, it was a long
8  drive, he didn't want to get home at 12:00 or whatever.
9      Q   Did he mention the fact that he had to work the
10 next day?
11     A   No, I don't -- I can't recall.
12     Q   All right.  And at some point did Ross leave,
13 leaving you, Jackson, and Rick Gregory at the studio?
14     A   Yes.
15     Q   Okay.  About how long after Ross and Rick
16 arrived together did Ross leave?
17     A   Half hour, 40 minutes, something like that.
18     Q   Okay.
19     A   Yeah, he wasn't there a long period of time.
20     Q   Okay.  So after Ross left, then what happened?
21     A   After Ross left, we hung out for a little while
22 longer.  Rick was then attempting to tune his guitar
23 which he had brought up with him.  And he was just
24 sitting on the couch, being mellow, tuning his guitar.
25 He was going to play us a song or something.  And he was