*Gregory*

1

```
        IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF HAWAII
```

VALERIE GREGORY,
individually and as Special
Administrator of the Estate
of RICHARD J. GREGORY,
Deceased, and as next            CIVIL     04-00516 SPK
friend of ISRAEL GREGORY, a      NO.:      KSC
minor, KEANU GREGORY, a
minor, and SHAYLISSE
GREGORY, a minor,

             Plaintiffs,

       vs.                                 COPY

COUNTY OF MAUI, MAUI POLICE
DEPARTMENT, GARRET TIHADA,
EDWIN K. AMONG, NICHOLAS
ANGELL, JOHN DOE OFFICERS
1-10, JOHN DOES 1-10, JANE
DOES 1-10, DOE CORPORATIONS
1-10, DOE PARTNERSHIPS          THIS TRANSCRIPT IS WORK
1-10, and DOE GOVERNMENTAL      PRODUCT. DISTRIBUTION OF
ENTITIES 1-10,                  DUPLICATES IS NOT AUTHORIZED.

             Defendants.

Deposition noticed by:  Laureen Martin, Esq.


              DEPOSITION OF VINCENT FINAZZO


Taken on behalf of Defendant at Lahaina Civic Center,
Lahaina, Maui, Hawaii, commencing at 1:00 p.m. on January
19, 2005.


        REPORTED BY:  LYNANN NICELY, RPR/RMR/CSR #354

                IWADO COURT REPORTERS, INC.



EXHIBIT 7

1  door, you got your key in your hand, you say okay, let's
2  go. And what did Rick say?
3       MR. GIERLACH: Asked and answered. Go ahead.
4   A   He said he was -- he wanted to stay there.
5  And, you know, basically, "I'm not going anywhere, I'm
6  going to stay here." And we were, you know, my response
7  was no, you can't stay here. And he then said, "Well,
8  I'm a family man, I'm a Christian, I won't steal
9  anything, you know, your stuff is fine with me."
10      I'm like I got like $40,000 worth of gear in
11 this room, there is no way I'm going to leave you in
12 here, you know, I can't do that.
13      And he did not -- did not want to leave. And
14 at that point that's when he started getting semi, you
15 know, agitated.
16  Q   And when you say at that point he started
17 getting somewhat agitated, what did you observe in his
18 conduct or what he was saying that suggested that to you?
19  A   Well, he was pacing around, around the room.
20 He wouldn't go near the door, which I was trying to shush
21 him out the door. And he just wouldn't go, wouldn't go.
22 So I called -- I called Ross and said, you know, can you
23 talk to this guy, tell him he's got to go, you know, our
24 bass player didn't show up, he has to go.
25      And so at this point he was in front of my