Gregory                                                                1

```
 1              IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF HAWAII
 2

 3

 4   VALERIE GREGORY,                :
     individually and as Special     :
 5   Administrator of the Estate     :
     of RICHARD J. GREGORY,          :
 6   Deceased, and as next           :  CIVIL      04-00516 SPK
     friend of ISRAEL GREGORY, a     :  NO.:       KSC
 7   minor, KEANU GREGORY, a         :
     minor, and SHAYLISSE            :
 8   GREGORY, a minor,               :

 9                  Plaintiffs,      :

10        vs.                        :

11   COUNTY OF MAUI, MAUI POLICE     :
     DEPARTMENT, GARRET TIHADA,      :
12   EDWIN K. AMONG, NICHOLAS        :
     ANGELL, JOHN DOE OFFICERS       :
13   1-10, JOHN DOES 1-10, JANE      :
     DOES 1-10, DOE CORPORATIONS     :
14   1-10, DOE PARTNERSHIPS          :
     1-10, and DOE GOVERNMENTAL      :
15   ENTITIES 1-10,                  :

16                  Defendants.      :
     ------------------------------>
17
     Deposition noticed by:  Laureen Martin, Esq.
18

19
                    DEPOSITION OF JASON FUQUA
20

21

22   Taken on behalf of Defendant at Lahaina Civic Center,
     Lahaina, Maui, Hawaii, commencing at 10:00 a.m. on
23   January 19, 2005.

24

25        REPORTED BY:   LYNANN NICELY, RPR/RMR/CSR #354
```

COPY

THIS TRANSCRIPT IS WORK PRODUCT. DISTRIBUTION OF DUPLICATES IS NOT AUTHORIZED.

EXHIBIT 8

IWADO COURT REPORTERS, INC.

1  home, you know, nights over, bass player ain't showing
2  up.
3     Q   Is he still trying to tune the guitar at this
4  point?
5     A   His. He's messing with his guitar now, playing
6  and -- it's like look, we're going to leave, you know, we
7  want to lock up and go home. Go ahead and you can leave
8  me here. What do you mean, leave you here? We're going
9  to leave? We're not going to leave you in this room, we
10 don't know you.
11        Oh, you can trust me, you know. Well, it's not
12 about that. We're not going to leave you in the room
13 with all our stuff. You need to go.
14        Well, I'm not going anywhere. What do you mean
15 you're not going anywhere? I'm staying here. You can't
16 stay here, you need to go. Please leave. And it just
17 escalated from there. Asked a couple times nicely to go.
18 Look, dude, you've got to go. And then he just got more
19 agitated and more agitated. And, you know, started
20 freaking out.
21        So, you know, we didn't want to, you know,
22 wrestle with this guy. We're not brawlers. So it got to
23 the point where, look, I don't care what your problem is,
24 you know, whatever, you just need to leave.
25        I'm not going anywhere. And sat down on the

1  couch, played his guitar like we weren't even there.  And
2  Vinny kept going look, dude, you've got to go, get up,
3  trying to usher him towards the door.  Then he got
4  belligerent, just put his guitar down and, you know, got
5  the posture going.  And it's like what, you want to
6  fight?  It's like no.  Just leave.  You know.  Until
7  eventually he pushed Vinny into the door, our front door,
8  and that's when I just -- that's it, I'm calling the
9  police.
10     Q   Okay.  I would like to back up and ask you some
11 more specific questions about that.  You say he became
12 more and more agitated and you used the phrase freaking
13 out.  What did you mean by that?
14     A   Well, he was just not acting rationally.
15 Someone -- a stranger comes to your house and you ask
16 them to leave and they say no.  I mean, that's -- what
17 are you doing?  You don't know us, why would you want to
18 stay here, why wouldn't we let you stay here.  You know,
19 it makes no sense to me.
20     Q   And as he got more and more agitated as you
21 described before, was he talking loud?
22     A   Yeah.  Louder and louder as it progressed.
23     Q   Was he swearing?
24     A   No.
25     Q   What was going through your mind as he got more