*Gregory* 1

1          IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF HAWAII
2

3

4   VALERIE GREGORY,                    :
    individually and as Special         :
    Administrator of the Estate         :
5   of RICHARD J. GREGORY,              :
    Deceased, and as next               : CIVIL      04-00516 SPK
6   friend of ISRAEL GREGORY, a         : NO.:       KSC
    minor, KEANU GREGORY, a             :
7   minor, and SHAYLISSE                :
    GREGORY, a minor,                   :
8                                       :
                Plaintiffs,             :
9                                       :
         vs.                            :
10                                      :                COPY
                                        :
11  COUNTY OF MAUI, MAUI POLICE         :
    DEPARTMENT, GARRET TIHADA,          :
12  EDWIN K. AMONG, NICHOLAS            :
    ANGELL, JOHN DOE OFFICERS           :
13  1-10, JOHN DOES 1-10, JANE          :
    DOES 1-10, DOE CORPORATIONS         :
14  1-10, DOE PARTNERSHIPS              :      THIS TRANSCRIPT IS WORK
    1-10, and DOE GOVERNMENTAL          :      PRODUCT. DISTRIBUTION OF
15  ENTITIES 1-10,                      :      DUPLICATES IS NOT AUTHORIZED.
                                        :
16              Defendants.             :
    ---------------------------         >
17

    Deposition noticed by:  Laureen Martin, Esq.
18

19
              DEPOSITION OF VINCENT FINAZZO
20

21

22  Taken on behalf of Defendant at Lahaina Civic Center,
    Lahaina, Maui, Hawaii, commencing at 1:00 p.m. on January
23  19, 2005.

24

25       REPORTED BY:   LYNANN NICELY, RPR/RMR/CSR #354


                IWADO COURT REPORTERS, INC.    EXHIBIT 9

22

1    having a hard time tuning his guitar at that point, too.

2              And then I realized that Sean wasn't going to

3    show up and, you know, we were just sitting there doing

4    nothing and I was like, well, you know, I've got to work

5    in the morning, so why don't we just bag it and go home.

6    And we were like okay, you know, Rick, we're going to --

7    we're going to take off, you know, time to go, let's grab

8    your stuff and let's head out.  And I had the key to the

9    door, I go to the front door, and me and Jackson are

10   walking out, and he's still standing there.  "I'm not

11   going anywhere."  Said, "just leave me here."

12        Q    When he was tuning his guitar -- I think you

13   indicated earlier that he was sitting on the sofa trying

14   to tune Jackson's guitar.

15        A    He was standing at that point, he had Jackson's

16   guitar over by my drum set in Jackson's corner area.

17        Q    Okay.  So when Jackson took back his guitar and

18   Rick picked up his own guitar, he was still standing at

19   that point?

20        A    Yeah.  When he picked up the guitar and then he

21   sat down on the couch and had the guitar on his leg and

22   was tuning his guitar.

23        Q    Okay.  So he was sitting down at that point?

24        A    Yes.

25        Q    Okay.  So you and Jackson walked the front