Gregory   1

```
 1        IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF HAWAII
 2

 3
     VALERIE GREGORY,                    :
 4   individually and as Special         :
     Administrator of the Estate         :
 5   of RICHARD J. GREGORY,              :
     Deceased, and as next               :  CIVIL      04-00516 SPK
 6   friend of ISRAEL GREGORY, a         :  NO.:       KSC
     minor, KEANU GREGORY, a             :
 7   minor, and SHAYLISSE                :
     GREGORY, a minor,                   :
 8                                       :
                Plaintiffs,              :
 9                                       :
           vs.                           :
10                                       :             COPY
                                         :
11   COUNTY OF MAUI, MAUI POLICE         :
     DEPARTMENT, GARRET TIHADA,          :
12   EDWIN K. AMONG, NICHOLAS            :
     ANGELL, JOHN DOE OFFICERS           :
13   1-10, JOHN DOES 1-10, JANE          :
     DOES 1-10, DOE CORPORATIONS         :
14   1-10, DOE PARTNERSHIPS              :     THIS TRANSCRIPT IS WORK
     1-10, and DOE GOVERNMENTAL          :     PRODUCT. DISTRIBUTION OF
15   ENTITIES 1-10,                      :     DUPLICATES IS NOT AUTHORIZED.
                                         :
16              Defendants.              :
     ------------------------------      >
17
     Deposition noticed by:  Laureen Martin, Esq.
18

19
              DEPOSITION OF VINCENT FINAZZO
20

21

22   Taken on behalf of Defendant at Lahaina Civic Center,
     Lahaina, Maui, Hawaii, commencing at 1:00 p.m. on January
23   19, 2005.

24

25        REPORTED BY:  LYNANN NICELY, RPR/RMR/CSR #354
```

IWADO COURT REPORTERS, INC.   EXHIBIT 10

1  breathe heavier, you know, as far as you can tell when
2  someone is getting excited, you know. That's basically
3  what I saw, you know, just getting more and more agitated
4  with the situation.
5        And then after that, you know, I just kept
6  trying to shoo him out the door and Jackson was like come
7  on, dude, let's just go. And he just wouldn't leave,
8  would not leave. And then he really he got in my face
9  and he said, "Don't make me hit you." Like puffed up
10 like right in my face like he was going to thump me. And
11 I was like, you know, didn't -- just still trying to get
12 him out the door. And then we went around and around in
13 circles a few more times and then he shoved me into the
14 door from, I don't know, a quarter of way through the
15 room, I probably, you know, bounced into the door from
16 like 4 feet, 5 feet, something like that. And I caught
17 myself on the door so I didn't slam into it or anything.
18 But -- and at that point was when I gave Jackson the
19 signal to call the cops.
20    Q    Where was -- when Rick shoved you from about a
21 quarter of the way into the room, I think you said, he
22 probably shoved you back about 4 feet, you said?
23    A    Yeah. Forward, actually.
24    Q    Forward toward the door. And when you were
25 shoved, your back hit the door?