Gregory                                                              1

```
 1            IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF HAWAII
 2

 3

 4   VALERIE GREGORY,              :
     individually and as Special   :
     Administrator of the Estate   :
 5   of RICHARD J. GREGORY,        :
     Deceased, and as next         :  CIVIL      04-00516 SPK
 6   friend of ISRAEL GREGORY, a   :  NO.:       KSC
     minor, KEANU GREGORY, a       :
 7   minor, and SHAYLISSE          :
     GREGORY, a minor,             :
 8                                 :
                    Plaintiffs,    :
 9                                 :
               vs.                 :
10                                 :
                                   :
11   COUNTY OF MAUI, MAUI POLICE   :
     DEPARTMENT, GARRET TIHADA,    :
12   EDWIN K. AMONG, NICHOLAS      :
     ANGELL, JOHN DOE OFFICERS     :
13   1-10, JOHN DOES 1-10, JANE    :
     DOES 1-10, DOE CORPORATIONS   :
14   1-10, DOE PARTNERSHIPS        :
     1-10, and DOE GOVERNMENTAL    :
15   ENTITIES 1-10,                :
                                   :
16                  Defendants.    :
     ---------------------------->
17
     Deposition noticed by:  Laureen Martin, Esq.
18

19
                  DEPOSITION OF JASON FUQUA
20

21

22   Taken on behalf of Defendant at Lahaina Civic Center,
     Lahaina, Maui, Hawaii, commencing at 10:00 a.m. on
23   January 19, 2005.

24

25       REPORTED BY:  LYNANN NICELY, RPR/RMR/CSR #354
```

COPY

THIS TRANSCRIPT IS WORK PRODUCT. DISTRIBUTION OF DUPLICATES IS NOT AUTHORIZED.

IWADO COURT REPORTERS, INC.           EXHIBIT

1  altercation with this person.  Like I said, I'm not a
2  bruiser, not a fighter.
3      Q    Was Vinny a fighter or a bruiser?
4      A    No.
5      Q    When you called -- how did you get through to
6  the police?
7      A    I called 9-1-1.
8      Q    Okay.  Now, I'm going to show you what -- for
9  the record, I'm going to --
10         (Deposition Exhibit Number 3 was marked for
11     identification.)
12     Q    Jackson, I'm going to represent to you that
13  this is a recording or transcription of the 9-1-1 call
14  that was placed -- that you placed hat night.  I'm going
15  to ask you to read it and ask you if to the best of your
16  recollection that is an accurate representation of the
17  call as you remember it that night.  And just read it to
18  yourself, you don't have to read it out loud.
19     A    Well, "he went get high," that makes no sense.
20  So.  I pretty much said I think he's on something or --
21     Q    By on something, you mean drugs?
22     A    Yeah.  Thus the violent mood swing, you know, I
23  don't know what this guy's problem is.  So.
24     Q    Were you -- when you placed this call, were you
25  -- how would you describe your state of mind at that

1  point when you placed the 9-1-1 call?
2      A    Just disgusted. This is incorrect.
3      Q    What is incorrect?
4      A    Well, they asked me if he's trying to start a
5  fight or anything. And I said yeah, totally.
6      Q    So that's page 18 where it says, "Dispatch: Is
7  he trying to start a fight or anything or" -- and it says
8  caller -- I guess caller was you, correct?
9      A    Was me.
10     Q    The transcription says no, and you said that is
11 not correct?
12     A    Correct.
13     Q    What, to your recollection, was your answer to
14 that question?
15     A    Yeah, totally.
16     Q    Okay. Above flip over to page 19, at the
17 bottom it says, "talking swearing in the background at
18 the residence." Do you recall while you were placing
19 this call if Rick and Vinny were now talking to each
20 other?
21     A    I believe Vinny was on the phone with Ross.
22     Q    Okay. And do you know why Vinny was on the
23 phone with Ross?
24     A    He tried to call him to come back and get Rick,
25 get him out of there.

1    Q    Except for that one what you said was incorrect
2  answer in response to the fight question, does that
3  appear to be an accurate --
4    A    That is accurate.
5    Q    18 that one answer is inaccurate, but other
6  than that, does this appear to be to you to be a correct
7  transcription of the call that you placed?
8    A    Yes, it does.
9    Q    We'll mark that as Exhibit 3 and I'll -- we'll
10 take a brief time out so I can place that call.
11         (Brief recess.)
12   Q    Having established that with that one
13 exception, that Exhibit 3 is to your recollection a true
14 and accurate transcription of your 9-1-1 call, about how
15 long after -- and reading this transcript, the last time
16 that's posted on this transcript is 2238, which would be
17 10:38 at night on December 2nd. And as I understand it,
18 December 2nd was a Tuesday. Does that ring a bell with
19 you?
20   A    I don't recall what day it was.
21   Q    All right. Approximately how long after you
22 ended your 9-1-1 call did the police officers appear?
23   A    They showed up when I was still on the phone.
24   Q    Okay. Where were you when they arrived? Were
25 you upstairs, outside the studio, or were you downstairs?