| | | |
|---|---|---|
| FAQUA, JASON. | 12/02/02 | 02-100252 |
| 642 WAINEE STREET | AMONG, E. | CRIMINAL |
| LAHAINA, HI 96761 | | TRESPASS II |

**ASSIGNMENT/ARRIVAL:** On 12/02/02 at approximately 2239 hours, assigned by central dispatch in emergency response to a Disorderly in progress at 1036 Limahana Place, in Lahaina. The original assignment call to the disorderly that warranted an emergency response was an unknown male acting bizarre, possibly intoxicated or high on drugs. On 12/02/02 at approximately 2243 hours, arrived at said location, along with Officers G. TIHADA (Beat 30) and N. ANGELL (Beat 20) and we were met in the parking lot area by a lone male, who pointed up to the upstairs unit, where the trespasser was. This lone male's identity is unknown to me.

**OFFICER'S STATEMENT:** I was the first officer to reach the upstairs unit, as I entered the unit. I was met at the door by R. GREGORY. As I entered the doorway, GREGORY was drinking from a gallon water jug and when I questioned him he placed the gallon jug down and began rambling about how glad he was to see the police and that he was a Christian and god was with him.

At this point, I saw a pen in his left hand and before I could say anything, Officer N. ANGELL instructed GREGORY to drop the pen, but GREGORY did not comply. All three officers then instructed GREGORY several times to drop the pen, but GREGORY did not comply.

At this time, we had to try and grab the pen away from GREGORY and a struggle ensued. As we were trying to disarm GREGORY, I heard Officer G. TIHADA, again try and convince GREGORY to drop the pen and I heard Officer TIHADA advise GREGORY to drop the pen for everyone's safety. However, GREGORY made no attempt to comply, other than verbalizing about god and how he was going to meet god.

During this incident, as I was trying to grab GREGORY'S left arm and Officer ANGELL his right arm, Officer TIHADA attempted to place a hold around GREGORY'S head, in an attempt to get him to comply. Throughout our efforts to subdue GREGORY all 3 officers verbalized to GREGORY stop resisting, but refused to comply and continued to verbalize and rant about god.

The initial takedown was in the doorway of the unit and the four of us, Officers TIHADA, and ANGELL, myself and GREGORY was on the sofa near the unit entrance. While struggling with GREGORY, it took all my might to bring GREGORY'S left arm to his back.. I was forced to use both my hands because GREGORY was extraordinarily strong. I also noticed that Officer ANGELL was also having difficulty securing GREGORY's other arm.

From the sofa, GREGORY twisted or turned somehow and we all ended up on the floor of the unit, all the while GREGORY was verbalizing that god would punish us or something to that effect. While on the floor struggling with GREGORY, I finally got his left arm to the small of his back and Officer ANGELL secured his right arm. Officer ANGELL then got his handcuffs out and successfully handcuffed him. Throughout this struggle GREGORY was verbalizing and



| | | |
|---|---|---|
| FAQUA, JASON. | 12/02/02 | 02-100252 |
| 642 WAINEE STREET | AMONG, E. | CRIMINAL |
| LAHAINA, HI 96761 | | TRESPASS II |
| Page 2 of 3 | | |

ranting about religion, even after he was handcuffed. It was at this time, that Officer TIHADA rolled GREGORY over, but it appeared that GREGORY had passed out.

Thinking that GREGORY might be was playing possum, I attempted to stimulate him, by doing a sternum rub, but to no avail. Officer TIHADA, then removed his issued plastic barrier device from his glove case on his belt and attempted to give ventilation, while I tried to do a pulse check. During this time, Officer ANGELL had gone down to his vehicle to retrieve his Automated External Defibrillator (AED) and Ambu bag. It was at this time that the medics were requested.

**EMS/AID ADMINISTERED:**

While waiting the arrival of the Medics, Officer TIHADA attempted to ventilate using his barrier device, , until GREGORY regurgitated. GREGORY was then turned onto his side to keep his airway clear. Upon Officer ANGELL's return, I opened up the AED case, placed the pads on GREGORY and plugged the pads into the unit after turning on the AED. It was at this time that GREGORY's handcuffs were removed.

After the AED did an analysis and a "No Shock" advisory was given, both Officer ANGELL and I began 2-man CPR, with me doing compressions and Officer ANGELL doing the ventilating with the ambu bag. Officer ANGELL and I continued CPR until the arrival of the medics.

Upon the arrival of the medics, GREGORY was intubated and medications given to him in an attempt to revive him, however, the results were negative. At one point a shockable rhythm was picked up by the AED and GREGORY was shocked once. However, CPR had to be started again when the shock proved ineffective and a "No Shock Advised" advisory was given after that one shock.

Officer ANGELL and I continued CPR until GREGORY was pronounced dead by medics with concurrence by the doctor on duty at the Emergency Room of the Maui Memorial Medical Center.

**ADDITIONAL INFORMATION:**

Throughout this ordeal all officers attempted to gain compliance by verbalizing and instructing GREGORY to stop struggling, he was advised numerous times to place his arms behind his back, so he could be handcuffed, but officers were met with resistance. For some unknown reason he was extraordinarily strong for his size.

| | | |
|---|---|---|
| FAQUA, JASON.<br>642 WAINEE STREET<br>LAHAINA, HI 96761<br>Page 3 of 3 | 12/02/02<br>AMONG, E. | 02-100252<br>CRIMINAL<br>TRESPASS II |

It seems that GREGORY may have been under the influence of an unknown substance because of his extraordinary strength. It appears he was acting bizarre by his ranting about religion.

Officer ANGELL and I attempted to revive GREGORY with CPR, along with the medics for at least half an hour.

**FOLLOWUP**: Refer to Detective Ronald HIYAKUMOTO's Report.

**DISPOSITION**: Pending....

                                                      Edwin K. Among   E-1111
                                                      Police Officer II
                                                      District IV-Lahaina
                                                      12/03/02@0545 Hours

Approved: _____

000028C