GREGORY, Richard J.       12/02/2002      02-100282
183 Ikea Place      UNATTENDED DEATH
Pukalani, Hawaii 96788

| | |
|---|---|
| STATEMENT RECEIVED FROM | OFFICER GARRET TIHADA |
| PRESENT | OFFICER GARRET TIHADA<br>DETECTIVE RONALD HIYAKUMOTO<br>DETECTIVE ARTHUR DADEZ |
| DATE/TIME/PLACE | DECEMBER 3, 2002 AT 0518 HOURS<br>LAHAINA C.I.D. OFFICE WITHIN<br>THE TEMPORARY TRAILER ON<br>THE UPPER PARKING LOT ABOVE<br>THE LAHAINA COURT HOUSE<br>LAHAINA, MAUI, HAWAII |

* * * *

## DETECTIVE RONALD HIYAKUMOTO INTERVIEWING OFFICER GARRET TIHADA:

Q    Garret, can you state your full name?
A    Garret TIHADA.

Q    How do you spell your fu... uhh, your first name?
A    G-a-r-r-e-t.

Q    And your middle initial... or middle name?
A    Middle initial M-K.

Q    And, uhmm, your last name is spelled?
A    T-I-H-A-D-A.

Q    And your date of birth?
A    10/03/69.

Q    And how old are you now?
A    33.

Q    33 and, uhmm, you're employed by the Maui Police Department?
A    Yeah.



0000198

GREGORY, Richard J.        12/02/2002              02-100282
                                                   UNATTENDED DEATH
Page 2

Q    You assigned to...
A    Lahaina Patrol.

Q    Okay. Okay, uhmm, this happened on December 2nd, what's your (unintelligible) work on December 2nd?
A    Uhmm, First Watch.

Q    And that would be?
A    From six in the evening to about six in the morning.

Q    So you still on duty right now then.
A    Yes.

Q    Uhmm, what... what Beat were you assigned now?
A    Beat 30.

Q    That... that's where?
A    That's, uhmm, anything above the highway to... from Lahainaluna Road to the Police Station.

Q    Okay, uhmm, this assignment with GREGORY, how, uhmm, you were assigned a case involving Richard GREGORY?
A    Yes I was.

Q    What... what is the assignment?
A    The assignment was a Trespass (unintelligible), Richard GREGORY went into a Music Studio and refused to leave.

Q    So what is the... what is the call?
A    The call was... the call was that, uh, he was refusing to leave, he was... he seemed to be on some kind of drug and he was getting, uhh, I guess he got a little violent with one of the callers.

Q    You know... you know what time this call was assigned?
A    Uhmm, 2239.

Q    2239, and who got assigned the case?
A    I got assigned the case and Officer ANGELL.

Q    Who...who was the primary?
A    I'm the primary.

0000199

GREGORY, Richard J.            12/02/2002                    02-100282
                                                          UNATTENDED DEATH
Page 3

Q   Uhmm, so what... it was an emergency call or a routine call?
A   I'm sorry?

Q   Emergency, like emergency respond...
A   Oh emergency.

Q   Emergency... so you guys went emergency respond?
A   Yes we did.

Q   Uhmm, you know what time you got there about or how... how fast it took you to get there?
A   About four minutes, I think it was 2243 we got there.

Q   And, uhh, who got there first?
A   Uh, both of us got there the same time.

Q   Alright. Uhmm, what about, I... I understand Officer AMONG responded.
A   Yeah, he was right... he was either... I think he was right behind us but we all went up the stairs the same time.

Q   Oh where did you park your car when you got there?
A   When I got there, facing the building, I parked, uhmm, little bit more on the right hand side from the building.

Q   In the parking lot (unintelligible)...
A   Yeah.

Q   So when you got there, what did you see?
A   When we got there, I saw this guy waving us down so he pointed us to... actually he walked us up to the... to the unit where, uh, Mr. GREGORY was.

Q   Where... where is this guy?
A   He was downstairs.

Q   Downstairs, you know... you know his name or...
A   Yeah, that one was Jason, uhh, FUQUE (phonetic).

Q   Jason FUQUE (phonetic), and so, uhh, he walked you guys upstairs?
A   Yes he did.

0000290

GREGORY, Richard J.              12/02/2002                    02-100282
                                                          **UNATTENDED DEATH**

**Page 4**

Q    Did he lead the way or...
A    Uhmm, I cannot remember if he walked with us all the way upstairs or only partially and then pointed because that... that was the only room that was... was open... the door was open.

Q    Okay, uhmm, you could see the... the... the, uhmm, studio?
A    Yeah.

Q    And, uhh, did you hear anything?
A    When we was walking up, no, we didn't hear anything, we saw this one guy walk out so we asked him if that was the guy but it was... it was, uhmm, his friend Vincent.

Q    So when you guys got to the room what happened, who was first?
A    I believe Officer ANGELL was first, Officer AMONG and then I was last.

Q    And then the guy that you saw was coming out of the room?
A    He was kind a coming out but he wasn't all the way out but he was like towards the doorway.

Q    Do you know who that guy was?
A    We just knew that that was the responsible, we never know his name or anything like that.

Q    That was... that was, uhh, Mr. GREGORY?
A    Yeah, Mr. GREGORY.

Q    Oh, you mean he walked out of the room?
A    He was, uhmm, towards the... the entrance of the room.

Q    Anybody else was up there?
A    Yeah, that Vincent... sorry, I cannot remember his last name.

Q    Where... where was he standing, or where was he...
A    He was actually in the doorway when we got there.

Q    And then what happened, you guys went into the room?
A    We went in the room and the guy Vincent came out of the room, he stood outside and then it was he and Jason FUQUE (phonetic) stood outside the whole time.

GREGORY, Richard J.                12/02/2002                    02-100282
                                                                 **UNATTENDED DEATH**

Page 5

Q   Wh... where was, uhh... when you guys went in the room, where... where is GREGORY?
A   GREGORY was like, I'd say maybe a few feet inwards... uh, in from the doorway like five to six feet.

Q   So when you go in the door, it will be on the right side or...
A   Would be on the right, there's a couch immediately on the right and he was, uhmm, right in front of the couch.

Q   What is he doing when you guys got in the room?
A   When we got in the room, he was holding one wa... uhmm, look like a gallon of water and one yellow pen and then I know Officer ANGELL told him, you know, we'd like to speak to him and to put down the pen and he was like, "Why, why," you know, he refused to put down the pen.

Q   You know like the jug was in what hand and the pen in what hand?
A   Yeah, I believe the pen was in the left hand and the jug was in the right hand side.

Q   How... how was his hands, uh, held?
A   His hands was like towards his side but slightly raised like especially when Officer ANGELL was asking him to (unintelligible)...

Q   Like (unintelligible)...
A   Yeah, not where, you know, pointing at us but it's like, "Why, why."

Q   What is he doing with the pen?
A   He was just holding 'um like that, the tip part was facing out but wasn't like... it wasn't real threatening but we just neva' like talk to anybody with one pen in their hand.

Q   Who was in the room first... who walked in the room?
A   I not sure if was Officer ANGELL or AMONG walk in first but I know was ANGELL towards the back of 'um, AMONG on the... on my left so... so what is that, GREGORY'S right.

Q   Mmm. And then what happened, you guys told, uhh, GREGORY to put down the pen and what did he do?
A   Yeah, he said... he said, "Why," like he neva' like put down the pen...

0000202

GREGORY, Richard J.             12/02/2002            02-100282
                                                                                                                       UNATTENDED DEATH

Page 6

Q    Mmm.
A    ... and then I know Nick... Officer ANGELL asked him at least two to three times and he just refused to so Officer ANGELL I think, looked like he grabbed... he was in the back so I couldn't really see what... all I saw was he grabbed for like the guy's arm... uhh, GREGORY'S arm.

Q    You know what arm he grabbed?
A    I not too sure, I don't know if it was the... like the arm itself or the whole you know like th back part. As soon as, uhmm, I saw Officer ANGELL go for grab GREGORY, I went to... I went for the... the pen and when they came forward, the... the hand with the pen ended up like on the couch so right there I... I grabbed the pen, yanked it out of his hand.

Q    So, uhmm, when, uhmm, ANGELL grabbed one arm then you went for the other arm?
A    Yeah well, like I say, I don't know if ANGELL went grab the arm or just grabbed his back to control 'um or what. All I know is they both came forward and GREGORY'S hand, uh, I don't know if both hand but his... only the pen which I was looking at was, uhh, ended up on the couch.

Q    Okay. Uhmm, you said you approached GREGORY from the front?
A    Yeah, when, uhh, we got in the room, GREGORY was facing like me and Officer AMONG.

Q    And what happened when you grab... what did you do when you grabbed...
A    I grabbed the pen and I threw 'um backwards and Officer ANGELL was still trying to grab his hand so I told 'um to, "Enough, relax already and...," to, uhmm, GREGORY and he was struggling and Officer AMONG I think he tried to grab the other hand so I grabbed his... like the back of his neck and try to hold 'um down but there's no way we could do that, he was...

Q    Hold 'um down and... and...
A    ... on the couch like face... face down part, I went grab like towards the... like where the neck and the back meet, I tried to hold 'um down over there but then...

Q    So he was standing up then you guys forced him to the couch... pushed him to the couch?
A    Yeah, as soon as... as soon as, uhmm, Officer ANGELL when grab 'um, they both... like I said, they both fell to, uhh, on to the couch so he was kind a like... his body was on the couch part, his leg... legs was off of the couch so half of his body was on the couch.

Q    (DADEZ) But this is close to the door...
A    Yeah.

0000203

GREGORY, Richard J.            12/02/2002                    02-100282
                                                       **UNATTENDED DEATH**

Page 7

Q     (DADEZ) ... so this was like arm on the couch?
A     Yeah 'cause only had that little... that area like where one... like one body could fit 'cause had some... I don't know if was drum cases or what was next to that.

Q     (DADEZ) Do you remember what happened to the pen after you threw it back?
A     Yeah, after I grabbed 'um, well I... I don't exactly remember what happened, all I knew is I grabbed it back, I threw 'um back so I wasn't sure if was on the couch or on the floor but later I found 'um in... like in the doorway part.

Q     (DADEZ) I see.
Q     So when you found it in the doorway, did you pick it up and put it...
A     Yeah, I put it on the drum, where the drum...

Q     (DADEZ) Protective cases.
A     Yeah.

Q     (DADEZ) I understand.
Q     You missing here a jug too?
A     Yeah.

Q     And what happened to the jug?
A     I'm assuming that the jug got crushed because I know that we was trying to hold this guy down, the couch was like all wet so I'm assuming it just either dumped out or it got crushed 'cause later on I saw the jug was kind a crushed.

Q     So like now you got GREGORY down, you're in the back of GREGORY...
A     Yeah, well towards his head part, I was like... I was by his head, Officer ANGELL was on my right and Officer AMONG was on my left.

Q     And you... you're on what side of GREGORY, like on his right side or left side?
A     Kind a like straight up above his head.

Q     Holding him down?
A     Yeah, trying to hold him down that way but that wasn't working so...

Q     Oh he was trying to push himself up?
A     Yeah, oh yeah, the whole time he was... I don't know how he was doing that but he had his arms underneath... where they couldn't get his arms out and at the same time he was trying to push himself up so I kept telling 'um, "Just relax," you know, and but I was trying to push the back of his neck and head down so that they could pull his arms out but he was getting up the whole time.

0000204

GREGORY, Richard J.       12/02/2002      02-100282
Page 8      UNATTENDED DEATH

Q   And what... what happened after this?
A   Then when he got up to one... to like, uhmm, to where I could actually get, uhmm, one hand under him, I put like my armpit on the top of his head or his neck part, I slid my arm underneath so I could control 'um better and then while Officer ANGELL and AMONG try to get his arms but that still wasn't working.

Q   So you put your arm where now, uh...
A   Like, uhmm, so I put my armpit so he couldn't get... get up, like my armpit on the back like his... like his where his neck and his back meet and I lock my arm underneath... underneath of him so that...

Q   Your right arm?
A   My right arm.

Q   Your arm went under...
A   Under like I would say went cross his neck down to his chest.

Q   Your elbow is down to his chest?
A   Uhmm, no like my wrist... my wrist was down towards his chest, I don't know if it's my two... stand up like, uhmm... like his head was here, his body is here so I put my armpit on his neck and put my hand underneath him this way.

Q   So where was your hand resting?
A   My hand was resting like more towards his chest...

Q   Then, uhh...
A   'Cause what we was trying to do right at that point was just keep him down, ah, so like I was like this and just trying to holding him like this (unintelligible), sorry, hard... hard to understand but holding him with my other hand on the top of him...

Q   So your left hand was... where was your left hand?
A   My left hand was on top of his like his back, I guess, area.

Q   Okay and now... meanwhile, what was, uhmm, Officer AMONG and ANGELL doing?
A   They trying to grab his hands to get 'um behind him because at that point, we was like... we're gonna' place him under arrest already, so we were trying to get his hands out from under him but the whole until we got to the ground, it was... they couldn't get his hands out.

0000205

GREGORY, Richard J.  12/02/2002  02-100282
UNATTENDED DEATH

Page 9

Q   Did he say anything to you guys?
A   He was saying to let him go and he was saying that he's gonna' talk... he's talking to God and he has four kids and he kept repeating all those stuffs and he's a surfer, cannot really remember what else, he was...

Q   What about, uhmm, did he say he couldn't breathe?
A   He said, yeah, he said, "I cannot breathe, I cannot breathe," I was like, "No, you can breathe because you're talking to me. If you couldn't breathe, you cannot talk," and was good 'cause the whole time he kept talking and talking and talking.

Q   So he said, "I couldn't breathe," when you... you were on top him, that's when he said that?
A   Yeah, from the time... yeah, he said it... he must have said it about like 10 times, "I cannot breathe, I cannot breathe."

Q   Mmm. And what happened after that?
A   After that, he actually went spin... he got up and he spun himself around. I know we ended up with his face up at one point so then right there I went switch... switch hands and went grab... put my armpit like under... under his... or like arm... armpit arm like on the top of him now and try to hold 'um back down that way.

Q   So now... now you... you switched arms now?
A   I was still, uhmm... yeah, I went switch arms.

Q   So left arm is where, the left arm?
A   Left arm is over his, uhmm, neck part and his body was still on the couch, I believe, at that point and then we slid down to the ground so he was kind a resting on the ground and on my legs part and still telling us to let 'um go and, you know, he was talking to God now.

Q   (DADEZ) Now, the... the first part when you had your arm under him, his... it was only his... his head that you had... I mean was his head... the back of his head was in your right armpit...
A   Yeah.

Q   (DADEZ) So his body was facing away from you?
A   Yeah, his body facing away from me.

Q   (DADEZ) But that would mean if you were on the edge of the sofa or where...
A   The arm.

0000206

GREGORY, Richard J.          12/02/2002                    02-100282
                                                        UNATTENDED DEATH

**Page 10**

Q     (DADEZ) ... or on the arm of the chair...
A     Mmm, hmmm.

Q     (DADEZ) ... that would've put you...
A     No I wasn't like over the arm, like if the sofa is... I'm actually more in the front part of the sofa.

Q     (DADEZ) I understand.
A     Not... not hanging over the edge, I mean over the arm rest, I'm more on the front part of the sofa.

Q     (DADEZ) I understand. So that when he kind a stood up and spun around, that's when you changed...
A     Yeah, when he spun, yeah, because I was like okay now, he's up here, I don't have any hold on 'um so I... I switched arms at that point.

Q     (DADEZ) So you were just trying to keep him in a po... you know, in a position that you could control.
A     Yeah, yeah.

Q     (DADEZ) I understand. And at that time that before you went down to the ground, would it be fair to say that his head was pointing in the Olowalu direction, south, in the same direction as the sofa.
A     Uhh...

Q     (DADEZ) You guys kind a just slid down at the foot of the sofa.
A     Yeah, kind... kind of in that direction, not really Olowalu but more towards... straight towards Front Street, yeah.

Q     (DADEZ) Okay, I understand.
A     Nah, I trying to picture the building right now but, I don't know if the building... the face of the building faces Front Street or does it face more Olowalu?

Q     (DADEZ) The... the entryway into the building...
A     Mmm, hmmm.

Q     (DADEZ) ... is like west, makai.
A     Okay, yeah, yeah, so was more like that.

Q     (DADEZ) I understand.
A     Was more towards, uhmm, Front Street.

GREGORY, Richard J.          12/02/2002              02-100282
                                                     UNATTENDED DEATH
Page 11

Q  (DADEZ) Now after you had your arms in either left or right...
A  Mmm, hmmm.

Q  (DADEZ) ... was his head bobbing up and down or it was maintained...
A  No, it was oh... it was maintained right there. It was, I would say, but uhmm, I don't know if the other guys told you but he was a really, really strong guy so it wasn't where he was like, as not in bobbing but it was... his neck and stuff was very, very stiff and he was fighting real hard so I no... I not gonna' say that he was stationary 'cause he was trying to move his head but it wasn't like loose kind a movements, was real rigid.

Q  (DADEZ) Maybe what I'm trying to get at is that he wasn't trying to utilize the back of his head like (unintelligible)...
A  Oh no, no, no. I mean, neither he nor us, none of us, you know, never made any striking movements toward each other. It was just us trying to hold him down to arrest and him just trying to get away from us, you know, he wasn't... it wasn't where, you know, trying to injure us at all.

Q  (DADEZ) Was there any time that your forearm, either your right or your left, came close to the throat or the bottom of his neck?
A  When... when we first were on the couch at one point, it did but then after that when we got down to the... towards the ground, then I knew I... I made sure that there was like... there was like space so that... that's why we could keep talking the whole time.

Q  (DADEZ) I understand.
A  I mean, I've been there before when somebody choked my neck and you cannot say nothing. Somebody has, you know, get their forearm over your neck so I just wanted to make sure we keep talking to him and he keeps talking to us so that he complies. So he kept talking but he's body never complied but his mouth just, you know, kept telling us, "Let me go, let me go, you choking me," you know, "I talking to God," and stuff like that.

Q  (DADEZ) And when he said that, "You are choking me," is that at the time when your forearm that...
A  That was from the... from the time that we started to the... to the end.

Q  (DADEZ) I understand.
A  In... like I said, at least ten times he said that, not... not just, "You choking me, choking me...," but, "You choking me," then stuff about God, stuff about, "I get four kids."

Q  Garret, then what did... uhmm, you said you had your left hand, where was your left hand now, when you, uhmm, when you... this is on the ground now... we on the ground.
A  Yeah, we on the ground so my...

GREGORY, Richard J.          12/02/2002                    02-100282
                                                      UNATTENDED DEATH

Page 12

Q   He is face down?
A   No he's face up right now 'cause we slid... kind a slid down to the...

Q   Uh, huh.
A   ... so now, I was like, we gotta' get this guy over, we gotta' throw him over so we can get his hands behind his back so somehow we turned him over and then from there, I just kind a grabbed the back of his neck like how I had 'um in the beginning but now I get more leverage because he...he's lower yeah. So from there I could just keep my hands on 'um like that and I kept asking Nick guys, "Did we get 'um? We get 'um?" He was like, "No, no, not yet." Cause he was still... he was still... I don't know if he was holding on to his hands 'cause I was facing up front, I don't know if he was holding on to his hands underneath him or if he was just that strong where they couldn't bring his arms up but finally, it was like, "Okay, okay, we kind a get 'um," then they could get the handcuffs on.

Q   So now you turned him over face down?
A   Yeah, face down.

Q   And uhmm, when you were in the back of him, you were like, uhmm, were straddling him or...
A   No, no, right on... right on the side 'cause actually I told Nick I was gonna' sit on his hand but his hand kept going underneath. If I could sit on his hand, then he couldn't... well his arm part so I was like towards his top... uhh, the top... uh, the top of his right shoulder, so, uhh, from there I could... I could just press down like on the back of his neck and... his neck and his back area.

Q   So how were you like, on your knees or...
A   Yeah, I was like... actually like on my, what do you call this, like the (unintelligible) the side of my left leg and my right leg was... was both my right foot and my left foot was facing towards the right and back of me. I wasn't where it was... I was sitting on my legs mostly, out to the side so I'm trying to sit on his shoulder or his... his tricep area.

Q   And your hands were pressing on his back...
A   Yeah.

Q   ... holding him down?
A   Yeah. Well more towards his neck.

0000209

GREGORY, Richard J.                12/02/2002                    02-100282
                                                              UNATTENDED DEATH

Page 13

Q   What... what is he doing in the meantime?
A   Mean... meantime he's not struggling as much but as far as I'm concerned like... like (unintelligible) but that's why I put... like keep 'um here and not have to hold 'um any other way. For me... for my part got easier but for Nick and, uhh, Ed, they still had hard time getting out his arms so... see I don't know if he was... his fingers was locked or if he was just that strong where you couldn't (inaudible)...

Q   And then, what happened next. You said, uhmm, you was asking... you asked Nick if...
A   Yeah, I kept asking Nick, "Do we have 'um, you have 'um?" He was like, "No, no, not yet, not yet," and then after a while it's like, "Okay, we got 'um." And then I no... I no remember him saying anything after that.

Q   Nick?
A   Uh, no, the GREGORY. I don't know if Nick said... if he said something, I don't know what he said but then we rolled 'um over and I looked at his face and it just looked odd so we... we, first reaction we thought he was playing around with us so that we could take the handcuffs off so we sat 'um up and he still had the same expression so we did the sternum rub, I took out the little, uhmm, that pocket shield thing, stick 'um in his mouth, gave couple breaths, nothing and then at the same, uhh, while I was doing that, Nick ran down to get the A.E.D., took the handcuffs off and then started CPR.

Q   And what... what made you release the pressure on his back, you know, to put him down?
A   As... as soon as Nick guys said, "Okay, we got 'um," they get the handcuffs on.

Q   They got the handcuffs on?
A   Yeah.

Q   Then you... what happened when you was like, uhmm, you remember like how was his body when you, uhmm, let go?
A   He was... he was face down, I believe his head was like facing to the right, he was just face down just like that.

Q   Was he moving after that, you know like when you start moving?
A   Mmm, I thought at that point he stopped moving. Right after he got handcuffed.

Q   As soon as he got handcuffed he stopped moving?
A   Yeah.

Q   Then... then you said you sat him up?
A   Sat him up.

0000210

GREGORY, Richard J.            12/02/2002                    02-100282
                                                        UNATTENDED DEATH

Page 14

Q   Uhh, on his butt...
A   Yeah.

Q   ... sitting down?
A   We turned... yeah, we turned 'um... turned 'um and sat him up and then it was like, oh, okay, I guess he's not playing around.

Q   And when you saw his face, what... what you mean it looked, uhmm, strange or...
A   Like his eyes were slightly open and he just... he didn't appear that he was breathing. We felt for a pulse, we couldn't feel one.

Q   Who... who felt for the pulse.
A   First Nick did.

Q   Whe... where did Nick...
A   Nick did on his... the left side of his neck and... but Nick had his... had gloves on so he couldn't feel so I felt and I... I couldn't feel anything. I don't know if he was... you know, at that time if your heart is pumping and all of that, so it's like, you know, I... I cannot feel it either so Nick ran down to get the A...

Q   (DADEZ) Same side you checked?
A   Yeah, the exact same place.

Q   Well was he moving or he already...
A   He wasn't moving at all.

Q   What about breathing?
A   I couldn't see any breathing from that time.

Q   (DADEZ) So when you took out your... your... your, uhh, what is that, pocket mask...
A   Yeah, it was like, uhh, I don't know if it Clear...

Q   (DADEZ) Some kind of shield kind...
A   ... Clear Passage Shield with the tube that goes down.

Q   (DADEZ) You gave two rescue breaths...
A   I gave two rescue... rescue breaths, check... checked his, uhmm, looked at his stomach, see if...

| | | |
|---|---|---|
| GREGORY, Richard J. | 12/02/2002 | 02-100282 |
| | | UNATTENDED DEATH |

Page 15

Q  The rising...
A  Yeah, I saw the rise when I put the, uhmm, gave him breaths but after that I checked to see if he was breathing and he wasn't by then. Nick came back with the, uhmm, with the AED.

Q  (DADEZ) Was there any kind of, uhh, regurgitation coming up?
A  Yeah, there was some liquid that came out. After I gave him... after the second breath, there was some liquid that came up.

Q  How was the color, smell...
A  It... it was just clear. I don't know if it was smelling anything, I know it was clear, yeah.

Q  Did they put the AED on, you know what they did or what is the sequence they did?
A  Yeah, from there we took the handcuffs off, lift up his shirt, Ed strapped on the... the patch... the patches and then pressed the... pressed the button, the AED goes through a cycle, ah, and... and in the meantime, we still giving breaths and then said, "Analyzing," then said, "Shock not advised," so we started CPR then at that time until medics came. Nick and... Nick and, uhh, Ed did the CPR part and then I... I went outside and called for the Sergeant and waited for the medics and the Sergeant.

Q  Uhmm, At any time, did you have a choke hold on, uhmm, on GREGORY, uhh, carotid...
A  Carotid, no, not a carotid.

Q  This is... uhh, what you mean by on the chest and around the...
A  Yeah, well, I had... I had my arm around but at not time was... was for the carotid kind.

Q  Just do restraining?
A  Yeah, was more for get weight, keep weight on top... whichever, if he was facing up, you know, as long as I had weight on top of him, we could... we could control, 'um, ah. 'Cause there was like... there was no reason at that point for, you know, to make 'um pass out or anything like that.

Q  How long do you think the fight lasted... this struggle?
A  I would say (unintelligible)... but, uhh, if I had to guess, at least five minutes.

Q  Five minutes?
A  Yeah.

GREGORY, Richard J.                12/02/2002                          02-100282
                                                                UNATTENDED DEATH
Page 16

Q    Okay, uhmm, you saw any injuries on him when the fight ended?
A    All I saw was, uhh, what you call, on the carpet, I don't know if that's from him or not, had some, like a little bit, uh, rubbed off blood and stuff. But I don't like to say... I don't know... we don't know... I don't know where it came from, I don't know if it was from his mouth, elbows or what.

Q    Were you hurt in the fight?
A    No.

Q    What about any other, uhh, what do you carry in your belt, uh, normally?
A    Uhmm, gun, handcuffs, pepper spray, well, I don't have one right now so... just gun, handcuffs, that little pouch that I keep gloves and, uhh, that plastic shield, uh, spare mags, radio...

Q    Any pepper spray was used on, uhmm, GREGORY?
A    No, no, none.

Q    (DADEZ) Did you qualify for the baton... the extendable baton?
A    No, we're not issued that yet.

Q    (DADEZ) Were any strikes done?
A    Not... not one single strike.

Q    (DADEZ) Any strikes directed at him?
A    No, none.

Q    (DADEZ) Any derogatory remarks heard Mr. GREGORY?
A    No.

Q    (DADEZ) Now you made indications there was red substances on the carpet that is close to the foot of the couch.
A    Yeah, it is to the foot of the couch.

Q    (DADEZ) Now would that be a fair location of where the struggle was?
A    That's... that's where it ended right there.

0000213

GREGORY, Richard J.                12/02/2002                         02-100282
                                                                UNATTENDED DEATH

Page 17


Q   (DADEZ) That's where it ended?
A   Yeah.

Q   (DADEZ) And this is when Mr. GREGORY was on his stomach and his head would be point...
A   Pointed like still... still west... oh, I'm sorry, his head was facing in the Olowalu direction

Q   Olowalu?
A   Yeah.

Q   But his eyes would be looking...
A   His eyes would be looking at Olowalu... I'm sorry, his eyes were looking Olowalu but his... I'm sorry, Olowalu but his head was facing west.

Q   (DADEZ) West, I understand.
Q   What about, you know, did he complain like you know, I know he said he couldn't breathe, but what about, like... and like, uhmm, any pains or like, uhmm, "My chest hurts," or...
A   No nothing.

Q   Nothing to indicate that something was wrong?
A   Just that, you know, "You choking me, you choking me," and I said... I can tell you know if I was..., "You choking me, I cannot breathe," it's like, "You talking to me, you can breathe." That's about it, that's the only indication of any type of discomfort or pain that he...

Q   Was he saying it loud?
A   Yeah, everything he said was real loud.

Q   (DADEZ) Okay, uhmm, Garret, at the time that, uhh, the cuffs were off...
A   Mmm, hmmm.

Q   (DADEZ) ... did you see the color of his face?
A   The color looked a little like... what was it like, purplish, a little discolored.

Q   (DADEZ) Discolored.
A   Yeah.


0000214

GREGORY, Richard J.          12/02/2002                    02-100282
                                                    UNATTENDED DEATH

**Page 18**

Q    (DADEZ) Uh, was it pale looking, or, you using the darker color then?
A    Yeah. Kind a palish, palish...

Q    (DADEZ) What about his muscle tone... the differences when you were struggling to the time when he was actually under control, handcuffed, sitting up, when you noticed that something was wrong, was he relaxed, still tensed?
A    At the time we sat him up, I don't know, struggling yeah, he was real tense but when we sat him up, I don't really remember anything at this... I just remember sitting him up and looking at him and thinking he's not breathing.

Q    (DADEZ) But when he was seated up, he was sitting up unassisted.
A    No, no, we held him...

Q    (DADEZ) Oh I understand.
A    ... we... we helped him up and we held him when we looked at him.

Q    (DADEZ) So you would let him go, he would have...
A    I would think he would fall down.

Q    (DADEZ) Oh, fall down?
A    Yeah.

Q    (DADEZ) I understand. But when you're holding him up, his muscle tone, was it any different?
A    Oh yeah, I guess he was... he was not as rigid and not as... he was... there was no resistance.

Q    (DADEZ) I understand.
Q    That was right after the struggle, he... he went limp or whatever?
A    Yeah.

Q    (DADEZ) Okay.
Q    Okay, Garret, is there anything else you want to add or you can tell us about what happened tonight... last night?
A    Mmm, no.

0000215

GREGORY, Richard J.            12/02/2002                      02-100282
                                                          UNATTENDED DEATH
Page 19

Q    Okay, if that's all, this is the end of the interview. I'm Detective... the time now is 0550.

\* \* \* \*

*Ronald Hiyakumoto* (signature)
Det. Ronald HIYAKUMOTO - E-7301
12/03/2002 @ 0550 hrs.
C.I.D. - Wailuku

ty
12/17/02

0000216