| | | |
|---|---|---|
| **GREGORY, RICHARD J.**<br>183 Ikea Place<br>Pukalani, Maui, Hawaii | 12/02/02 | 02-100282<br>**UNATTENDED DEATH** |
| **STATEMENT OF** | | NICHOLAS ANGELL |
| **PRESENT** | | NICHOLAS ANGELL<br>DET. RONALD HIYAKUMOTO<br>DET. ARTHUR DADEZ |
| **DATE, TIME & PLACE** | | 12/03/02 AT 0353 HOURS<br>LAHAINA TEMPORARY C.I.D. TRAILER<br>LAHAINA, MAUI, HAWAII |

### DETECTIVE RONALD HIYAKUMOTO INTERVIEWING NICHOLAS ANGELL

Q   Nick, can you please state your full legal name.
A   My full name is Nicholas Angell, middle initial E.

Q   Can you spell your first name and last name.
A   First name is N-i-c-h-o-l-a-s. My last name is spelled A-n-g-e-l-l.

Q   And you're employed by the Maui Police Department?
A   That's correct.

Q   Okay. In the Lahaina District?
A   That's correct.

Q   Okay. You're working what shift now, right now?
A   Currently I'm working the night watch, 1800 to 0600.

Q   So you're still on duty then.
A   Correct.

Q   Okay. So you started work at 1800 hours yesterday.
A   Yes, I did.

Q   That would be December 2nd.
A   Yes.

Q   And what beat do you have?
A   I'm holding Beat 20.

Q   Beat 20. And that, that is where?
A   That covers Lahaina town primarily.



0000165

| GREGORY, Richard | 12/02/02 | 02-100282 |
|---|---|---|
| Page 2 | | UNATTENDED DEATH |

Q  Okay. Right now we're investigating the death of Richard Gregory. I understand that you were assigned that case.
A  I was.

Q  Can you tell us what was the call, the initial call?
A  The initial call was a trespass in progress.

Q  And that was where?
A  139, the address is Limahana Place.

Q  They said what is the type of case it was? Like the circumstances?
A  They just said a male refusing to leave. We were being called and apparently the caller was just saying that this male party was refusing to leave.

Q  Okay. And then you responded? You know what time was this call?
A  At 2239 hours. I have it written down.

Q  2039.
A  Just about, yeah.

Q  So who was assigned to that case?
A  I was assigned to it and Officer Tihada was assigned to it also, as primary units.

Q  Two officers.
A  That's correct.

Q  So you know what time you got there about?
A  On the 42, something like that. Not very much longer, moments later.

Q  Okay. And when you got there, I just came from there, so it's a two story building? So where
A  Yes.

Q  So where did you guys parked or...
A  I personally parked in the cul de sac area and Officer Tihada and actually Officer Among was present as well, went into the parking lot area of the building.

Q  So who arrived there first?
A  We actually all arrived there at the same time.

0000166

**GREGORY, Richard**  **12/02/02**  **02-100282**
Page 3  **UNATTENDED DEATH**

Q   The same time. Were you guys together before this?
A   Um, no, we, well, Officer Tihada and myself were up here at the station and I don't know where Officer Among was. He was on the road.

Q   But all you guys arrived at about the same time.
A   That's correct.

Q   So when, when you got there, what happened next?
A   We went up to the second floor. Actually the caller indicated to us that the gentleman was still upstairs. And so all three of us, I followed Officer Among up and Officer Tihada was behind me, up to the second floor, to this studio.

Q   Okay. When you guys got there, you heard any noises going on or anything
A   No, I did not.

Q   What about seeing anything?
A   Not outside, not outside the unit, no.

Q   So you walked upstairs?
A   That's correct.

Q   What did you do when you walked upstairs?
A   Went inside the unit. I, Officer Among first, I was following him and Officer Tihada behind me.

Q   And what did you guys see?
A   Uh, I saw Mr. Gregory actually stand up and holding a pen in his left hand and a water jug, a plastic water jug in his right hand. He was standing in the room at that point and he began approaching us. And he said something to the effect of, oh the police are here, or, I don't remember specifically what his words were.

Q   What about, I understand there were two other guys at the, I guess it's a studio?
A   Yes.

Q   You saw these two other guys?
A   I didn't see. They were, I think they were standing outside, on the second floor, on the balcony area.

Q   But you saw two guys.
A   Um, yes. I don't remember where they were. I saw the caller, because I knew he had the telephone in his hand. The other two gentlemen, I'm not sure exactly where they were standing.

0000167

| GREGORY, Richard | 12/02/02 | 02-100282 |
|---|---|---|
| Page 4 | | UNATTENDED DEATH |

Q   Ruben, you have any questions?
    (Dadez) Do you recall what color the pen was, if there was a color?
A   Dark is the only thing I can remember.

Q   And you said it was in his left hand.
A   I remember it being in his left hand, yes.

Q   Do you hap, aft, do you know what happened to the pen? Where did it go or...
A   Well, after the struggle ensued, I don't know what happened to it, where it went at that point.

Q   (Hiyakumoto) You said when you got there, you saw he was standing, what part of the, I know it's a small studio, but where was he standing?
A   It's a small studio. There was a couch as you enter the, the room, there's a couch immediately to the right. He was standing in front of the couch, not quite square in the middle of the room, but more towards the entrance of the room.

Q   And he had the pen in his left hand.
A   Yes.

Q   And how was he holding the pen? Like down here or to his side or...
A   No, it was up like this.

Q   His hands, you're showing me his hands raised.
A   Yeah, he was like this. Both hands were up and up like this.

Q   So the pen was in one hand. What about the other hand?
A   Had a plastic water jug I think it was.

Q   What is, what is, what is he saying or
A   He said something to the effect of, oh, the police are here, or something like that. He started walking towards us. At that point I instructed him to put the pen down. I was worried about the pen. And then he said, "What for?" or "No. What for?" I then told him put the water jug down as well. And then he refused to do that. He continued to come towards us. At that point what I ended up doing is, I went to try and secure his arm. I think it was his right arm I went for, just to bring him around and hold him so the other guys could at least get a hold of the pen, or his other arm. And then we started struggling.

Q   Okay. So you grabbed, you grabbed his right arm.
A   Yeah. I went for his, I personally went for his right arm.

GREGORY, Richard      12/02/02     02-100282
Page 5     UNATTENDED DEATH

Q  How did you grab the arm, like two hands or...
A  Um, I went, what I tried to do is, I grabbed for his right arm and then, in an attempt to swing his body around into a position where the pen was away from me.

Q  Mm hmm.
A  There were, I just think that there was some, I don't know if it was boxes or speakers as you enter the room? I can't remember what, what it was, but I tried to pin him up against those, just to hold him there, so those guys could come help. And then we started struggling, all three of us with him.

Q  So you think you grabbed him with your right hand or your left hand?
A  Um, since I'm right handed, I'm gonna say I probably, probably my right hand.

Q  So from there, where did you put, you pushed him toward the wall. You like
A  Grabbed him with the right hand, trying to bring it down and then with my left hand, I think it was probably around where his shoulder was, on his right shoulder, just to bring his hand into a position where I had him at least, hoping that the other two officers would at that point go for the other hand.

Q  So you had that one to his side?
A  Probably to his side and back. He was incredibly strong, so I don't think I ever actually got it behind him at all.

Q  Mm.
A  It was more like if his hand was here, out to his side, then I brought it down slightly and then there's no, I couldn't get it past here.

Q  Okay.
A  So...

Q  What is he saying when you grab his hands? Did he struggle?
A  He struggled, yeah.

Q  Did he say anything?
A  "I'm a Christian." I think, I remember him saying, "I'm a Christian. What are you guys doing?" And we answered by saying, "Just relax. Just relax. Don't struggle with us." So...

| GREGORY, Richard | 12/02/02 | 02-100282 |
|---|---|---|
| Page 6 | | UNATTENDED DEATH |

Q   And then when you put his hand down, what did like, try to, what did he do to struggle?

A   My, my, me personally? Pretty much everything. Bring his hands into his, by his belt. Both hands at this time. And keep in mind this is all three of us with him. So personally, I was trying to hold onto the hand I already had. I lost his hand. Tried to regain control of that, okay? And he had his hands pinned, bent towards his belt, like this, almost like in a fetal position. At this point, we had him, we had him kind of leaning over, I want to say they're boxes of some sort, as you come in the room. Something like that. I don't know if it was boxes or clothing or, but he continued to struggle and kind of crouch into a, into a fetal position almost.

Q   That was, the boxes, like you know when you go into the room, the front door?

A   Yes.

Q   That would be

A   Immediately to your right. I'm gonna say it's, like there's the couch, there's, it's separated by whatever that is, the boxes, and then there's the entrance to the studio itself. So as you go in, if you immediately look to your right, there is a bunch of items and then behind those items is, is the couch. So I'm not sure what that, I never got a chance to look and see what that was. I think it's musical equipment of some sort.

Q   When, when did the officers get involved? The oth, your, your, your

A   Right at the minute that I went for his arm, they helped right there, so...

Q   Do you know what the other officers did to help?

A   Um, I know, since that, I know that they went for the other arm because I remember that I wasn't worried about the pen at that point. So I'm thinking probably the pen is more dangerous than the water drug, jug. So, they had his other arm to the best of my recollection. I'm not, I can't say specifically what they were doing though.

Q   You said it was Officer Among and Tihada?

A   That's correct.

Q   You know like who grabbed first or who did exactly what?

A   It, if I had to say who grabbed him first, it would be me.

Q   But after you then.

A   No, I don't know who went after that.

0000170

| GREGORY, Richard | 12/02/02 | 02-100282 |
|---|---|---|
| Page 7 | | **UNATTENDED DEATH** |

Q   And what happened, you, you guys had him pinned against the
A   Right. We all, all three, four of us fell to the ground at that point. He continued to struggle, continued to struggle. And incredibly strong. I never, ever got his arm even remotely, since he had it pinned in towards his waist, the most, the best I ever got it was down by his leg. And we were continuing to struggle, struggle with his right leg, arm.

Q   You guys are on the ground at this point?
A   We're still, we're on the ground, all four of us.

Q   How do you guys get to the ground? Like you, did anybody trip him or he fell down? You know, how you guys...
A   We all fell. I didn't trip him and I don't think anybody else did.

Q   Okay. And you fell face first?
A   Yes.

Q   And you said, you would be, what, on his right
A   At that point, I'm still trying to work on his right, on his right arm. As far as I know **(knock on the door)** Officer Among still has his left and Officer Tihada is trying to secure him also, holding onto his, at that point, probably around his shoulders somewhere. And then struggle, struggle, struggle. We're still talking to him, telling him, you know, "Just stop struggling, just relax", you know, "just stop fighting with us." This is an ongoing thing. We're telling this to him. So...

Q   So when, when you had his arm, you were standing up or lying on top of him or
A   Initially or when we went to the ground?

Q   When you went to the ground.
A   When we went to the ground I was probably on my knees at that point. At least one knee. And then still trying to bring his arm to a position where I could at least get my handcuff on him.

Q   Now the other guys were on the other side of him?
A   Yeah. Officer Among would be, if I'm on his right arm, I believe Officer Among was working on his left.

Q   Was he, was he standing up or leaning down?
A   No, he was still kneeling I believe.

GREGORY, Richard        12/02/02                    02-100282
Page 8                                              UNATTENDED DEATH

Q   What about Officer Tihada?
A   Officer Tihada was probably kneeling also. Maybe, maybe kind of, I don't want to say he was flat on his stomach, but partially, maybe one knee up, so...

Q   So that would put him what, in the front of
A   No, he was behind him. Yeah, he was behind him the whole time.

Q   Of Mr. Gregory.
A   Yes.

Q   Okay. Then what happened after that?
A   The struggle went on. And, and we, we made no progress at all. Okay? At one point, I don't know, the best way I can describe it, it's almost like we all stopped for a second and just, everybody, we, nobody relaxed, even Mr. Gregory didn't relax at all. But he stopped struggling at that point so we kind of stopped struggling with him as well and attempted to talk to him, to tell him, you know, "Just relax, comply with us. We're not here to hurt you or anything like that. Just calm down. All we want to do is just talk." He, I don't remember what he was saying at that point. I think he continued to say something you know, "I'm a Christian" and "I'm a Christian" is the best thing I can remember. And then at that point, I don't now if it was me specifically, again we just tried to handcuff him and then we resumed the struggle. So...

Q   (Dadez) Now, when initially, what you said that you went on-hand
A   Mm hmm.

Q   Did Mr. Gregory walk across the room, towards the door, where you made initial contact?
A   Well, since he was more towards the middle of the room, he wouldn't, he didn't walk the full length of the room, but he was, where the couch is located, at least from where the couch is towards us, yeah, so I don't know how much, how many feet that would be necessarily.

Q   So when, when you s, you describe him being in the fetal position, was he in the middle of the room?
A   No, we were more towards the couch at that point. When the, during the struggle, when we all went down towards the ground, his head was more towards his couch at that point. And his feet would be more, not really towards the door, but you know, I don't know what's on the oth, opposite wall over there, but, I guess if his head's towards the couch, his feet are just kind of lined up where the instruments were somewhere, down around there.

| GREGORY, Richard | 12/02/02 | 02-100282 |
|---|---|---|
| Page 9 | | UNATTENDED DEATH |

Q   I understand.
    (Hiyakumoto) Okay. And I guess the part you said you guys had, no progress was made? He was still

A   Absolutely no, in fact we were probably losing ground if I had to say. I know I personally wasn't making any progress.

Q   The positions were all the same, like his hands was still in the front of him and you were still

A   Yeah. The, his hands were still in front of him and every time I made any progress at all, if you want to even call it progress, where I got his arm back to a position where I thought I might be able to get my handcuff on him, he got it back underneath him. So, and I was using two hands at that point. So...

Q   Okay, so what happened next?

A   Let's see. We're continuing to struggle. Officer Tihada actually got it, I got his arm to a point where I thought that I might be able to get his handcuff on. Officer Tihada then was in, in a position where his leg, I'm gonna say his right leg, I think his right leg was in, it was in the way of me getting Mr. Gregory's arm back. So what he told me, he said, "Just hold on a second." He switched positions just a little bit. And then I was able to get his arm back, officer, not officer, Mr. Gregory's arm back. I managed to get one cuff on him. Officer Among then brought his arm back. We're still struggling here. Still struggling at this point. He's not at any point relaxed. He's still talking to us. He's still yelling. And got his arm back and cuffed. And he, at this point, Mr. Gregory is down, he's on his stomach, still, his head's facing the couch and I believe his legs still pretty much in the same position.

Q   What happened next?

A   We all got up at that point, so he's handcuffed and everything, kind of looked at each other, like, wow! that was a struggle. This guy's pretty strong. 'Cause considering he's not a, he's not a huge guy. And you know, there's three of us. At that point what ended up happening was we rolled him on his side and brought him up. He looked like he, he looked like, initially I thought he might be holding his breath. That's my initial reaction. He was, and, and I looked at him and kind of, you know, I think Officer Tihada looked at him as well. And we kind of just looked and like, is he okay type thing. "Hey", shake, you know, pat, pat, pat, stronal (phonetic) rub.

Q   When you said you, like he was lying face down I guess, after he got handcuffed

A   That's correct.

Q   And how did you sit him up?

A   Rolled him on his side, just sat him up.

0000173

GREGORY, Richard           12/02/02                    02-100282
Page 10                                                UNATTENDED DEATH

Q   You know what side you rolled him on? Do you remember?
A   No, I don't remember what side it was.

Q   But you, so he sat up on his, was he sitting on his butt?
A   He was sitting on his butt.

Q   And his feet was?
A   Feet were still facing the same direction, so if he was face down with his feet, I'm gonna say the instru, the area where the instruments are? Rolled him back over, sat him up. His face were still facing the direction where the instruments are.

Q   So now when he's sitting down, then you notice he's
A   He just didn't look uh, uh, the best I can describe it, he didn't look right to me. Initially I thought he might be faking because he looked a little bit not blue, but kind of, I guess he had a stare to him. And so I initially thought he's just holding his breath, he's messing around with us. "Okay, come on." No response. Stronal rub. No response.

Q   Well, but he was, he was conscious? His eyes were open and
A   His eyes were open at that point.

Q   What about talking?
A   No. At that point he was not talking. I personally took a pulse at that point. Now I had my gloves on, these gloves on, and I felt what I thought was a faint pulse. What I did at that point, I took my gloves off. I asked Garret, Officer Tihada, you know, can you confirm that with me, 'cause my gloves were, were crummy. And he says, "I'm not so sure. I feel something faint, I think." At that point, he's not looking, he's still looking the same to me.

Q   Where did you take the pulse?
A   Right after I, right after we tried to get him to respond.

Q   So you did a sternal rub.
A   I did not do a sternal rub, no. I think Officer Among did.

Q   Okay, okay. But you do anything to check, like
A   Yeah, I shook him and slapped him a little bit, you know.

Q   On his back?
A   On his back, on his arms. Just to get him to, you know, at least answer us. Nothing.

0000174

GREGORY, Richard      12/02/02     02-100282
Page 11     **UNATTENDED DEATH**

Q   Nothing. What about, you took a pulse, but was it on the carotid?
A   It was carotid, yes.

Q   And what did you feel when you did that?
A   I felt a slight, what I thought was a slight pulse. But I was concerned because of my gloves. I thought I might be getting something that wasn't correct.

Q   Uh huh.
A   So I took my gloves off. While I was taking my gloves off, I said to Officer Tihada, "Can you just check 'cause I got my gloves on." And he checked as well.

Q   And what did Tihada say?
A   Um, I think he said something, "I'm not feeling very much" or "Something weak" or "I I feel a little bit of a pulse." But he still didn't look right to me at that point, Mr. Gregory didn't.

Q   But he was, he was, you could tell he was conscious.
A   He was, well he was not responsive. I'm not sure if he was conscious at that point. His eyes were open, I know that and he was, he had a stare to him. But he still wasn't responding to us.

Q   Okay. Then what happened after that?
A   Uh, after that, I, I think that I said, "I don't think he's breathing." And what we did at that point is lay him down, on his back. I tried to put him in a recovery position also. And I went down to listen and we looked at his chest. And then I said, I'm pretty much sure it was me, I said, "I don't think he's breathing. We should bag him." I got up and I left the room at that point. I went downstairs, got my A.E.D. and got my ambu bag and came back. At that point, we uncuffed him, obviously, and then initiated CPR.

Q   (Dadez) After you took off your gloves
A   Yes.

Q   Did you go back and check without your glove on?
A   I personally did not, no. I didn't check. I asked Officer Tihada, was, it was more like a question of, I'm taking his pulse with my glove. I don't feel good about having my glove on while I'm taking his pulse. So I go to take my gloves off and I say to Garret, I said, "Can you just check for me 'cause I think my gloves are messing me up." So he checked. And said, "I think I'm getting something weak" or you know, I'm not sure.

GREGORY, Richard   12/02/02   02-100282
Page 12   UNATTENDED DEATH

Q   Now he was still seated up, sitting on his butt.
A   When we took the pulse, I think we took it both positions actually.

Q   But the first time though.
A   The first time he was seated, yeah.

Q   Okay. Now when you laid him down
A   Mm hmm.

Q   He was still in cuffs.
A   That's correct, yeah.

Q   And then that's when you went ahead and checked again for the pulse?
A   Yes.

Q   And this time did you find a pulse?
A   I, no see, I didn't personally check again. Even when he laid down. I think Garret may have checked him again when he, when we laid him back down.

Q   Now who checked for the rise and fall of the chest?
A   I did.

Q   Did anybody do the sternal rub again?
A   Uh, while he was lying down? Among might have. I don't, I don't remember. I'm just not sure. I know we did it at least a couple times, maybe on him once when he was sitting up too.

Q   (Hiyakumoto) Okay. Nick, at what point do you guys take the handcuffs off?
A   Well, when I went ups, when I went downstairs and I came back up, I think that's when we, when we said we gotta take the handcuffs off him and get, get going on this. So it was probably, I'm gonna say it was when I came back upstairs with everything.

Q   And you took it off?
A   I personally did not, no. I don't know who took it off. I think it was Garret, Officer Tihada.

Q   When you came back upstairs, that's when you guys took it off.
A   Yes.

GREGORY, Richard                12/02/02                         02-100282
Page 13                                                   UNATTENDED DEATH

Q   Then what happened now? We have the bag, the A.E.D.
A   Correct. Again, we're, we're just going to go into CPR at that point because he's still not looking well, not responding to anything.

Q   What about his, could you tell if he was alive or dead or, at this point?
A   I wasn't sure at that point. I mean still, he was not responsive and he had, the only way I can describe it is a stare to him. So...

Q   (Dadez) Excuse me.
A   Yes.

Q   Was it determined that he was breathing though?
A   No. I, no. He was not breathing.

Q   So do you administer the two rescue breaths?
A   Yeah. With the ambu bag and all that. I don't know if they did anything while I was downstairs getting my equipment.

Q   I understand. And did, when you hooked up your A.E.D., did it indicate anything?
A   It indicated that there was no shock advised.

Q   So you guys
A   CPR, CPR.

Q   CPR. Did it advise you to shock any other
A   At no time did it advise us to shock except when the medics were there. At one point when the medics were there, it advised to shock. And he did get shocked at one point.

Q   Only after the medics.
A   Correct.

Q   But CPR was being administered at that time.
A   The whole time. Everything, from the time that I brought my ambu bag up, until the time, obviously that the medics went, uh, Ed and I, Officer and Among and I were doing CPR.

Q   Would it be fair to say that he never was breathing on his own?
A   Yes, it would be.

Q   So by the time that you had started CPR, there was no breathing at all.
A   There was no breathing.

0000177

GREGORY, Richard          12/02/02                    02-100282
Page 14                                               UNATTENDED DEATH

Q   I understand.
    (Hiyakumoto) Okay then, so you, put that, you tried to sh, didn't advise you to shock him?
A   It did not.

Q   Then what did you guys, did CPR?
A   Continued to do CPR.

Q   You was doing the ambu bag?
A   I was.

Q   Then what is the other guys doing?
A   Officer Among is doing the compressions at that point and then I think Officer Tihada um, was just in the background. I'm not sure at that point if we called, or he called medics. I think he called the medics. And then of course you want to let the supervisor know as well what's going on.

Q   So what happened next?
A   Medics arrived on scene. Officer Among and I continued to do CPR. They hooked him up to, I don't know the technical terms or anything, and intubated him, down his throat. I continued to the ambu bag and then Officer Among continued to administer the compressions, five for one.

Q   Okay. Nick, you know during the struggle, did anybody use um, force, like, you know, the carotid choke hold or hitting the, hitting him with a fist or any kind of
A   No hitting. Uh, Officer Tihada had him, I don't know if it specifically was a carotid hold, but he had him around, around his neck. He had him initially I think around his shoulders, but when we went to the ground, I think it went up.

Q   You know what point that, that happened, in the struggle?
A   Immediately after the struggle ensued, so I would say somewhere between the point where I had grabbed his arm initially, they had grabbed his other arm. He struggled, we went to the ground. At that point I think Garret went.

Q   So, so you think the hold applied when he was on the ground, not standing up then?
A   I would, I think that's probably when it was. I'm not positive because I was more worried about his hand than anything else. I was kind of concentrating on what I wanted to do and I wasn't really looking at what he was doing.

| | | |
|---|---|---|
| **GREGORY, Richard** | 12/02/02 | 02-100282 |
| Page 15 | | UNATTENDED DEATH |

Q  Was the guy complaining about, you know, not being able to breathe, anything (unintelligible - both speaking)
A  He was saying to us, he was talking to us, saying I can't breathe.

Q  And that was
A  The whole time.

Q  What about when Officer Tihada had the hold on his neck?
A  He was also talking to us, saying the same thing.

Q  Okay. So was he saying that before the hold and after the hold or during the hold?
A  During the hold, the whole time. During the hold, not, obviously not before Garret got around him, but during the whole time that we had him down there, and Officer Tihada had him around, had the carotid on him, he was talking to us, telling us, telling him, "I'm a Christian. I can't breathe. Just leave me alone" or something like that.

Q  When Tihada had the hold, I guess the basic carotid hold with the arm around the,
A  Yeah.

Q  Where did he have the arm? Like his right arm? Do you know what arm?
A  I don't know what arm. I don't.

Q  But one arm around the neck?
A  Yes, correct.

Q  And the other arm, you know where the other arm was?
A  No, I don't know specifically where the other arm was.

Q  But one was around the neck?
A  Correct, yeah.

Q  Okay. And um, you know if he, if he lost consciousness at that point or...
A  During the application of the, no, he did not. He was conscious the whole time.

Q  So he had the hold on, then he was saying that he was a Christian?
A  Yes, continued to say that.

Q  You guys got the cuff on.
A  Yeah.

GREGORY, Richard               12/02/02                    02-100282
Page 16                                                    UNATTENDED DEATH

Q   Then you, then, when did, how long did Officer Tihada had the choke hold on? If you had to guess. Approximately.
A   Meaning in minutes or...

Q   Whatever you think.
A   Mm, well when you're struggling, you know how it goes on forever. I mean, if I had to put it in, in, I would say he probably had it three quarters of the struggle he had it on him. So that's the best way I can describe it.

Q   Do you think it was effective on him or it wasn't working?
A   Well, he continued to struggle with us, so if I had my opinion, it wasn't, I don't know, I'm, I can't speak for Garret, if it was his intention was to make, was to put him out or not.

Q   Okay.
A   But at no point did this guy seem to lose any sort of strength or the will to struggle. So I'm not sure if he was, had it correctly or not. So...

Q   And when did Officer Tihada release the choke hold? You put the handcuffs on. Do you know when he released (unintelligible - both speaking)
A   I said, we, at that point, I said, "He's cuffed, he's cuffed." That was it, everybody let go.

Q   Then he released.
A   Yes, correct.

Q   And when they released, was, was um, Mr. Gregory moving? Would you know if he was, how was he acting when Officer Tihada released the choke hold?
A   At that point, he wasn't saying anything. He was still lying on his stomach at that point, once we he got into his cuffs. And then when we pulled him over, that's when we noticed the way he looked. So he, at, at the point that I got him cuffed, behind his back, and I want to point out that it wasn't, his arms didn't go limp or anything. I cuffed him easily. I still had to struggle to cuff him, the whole time. Once I had him cuffed, Garret, "I got him cuffed. I got him cuffed." Everybody releases. We all, we all kind of just stepped back for a second, you know, wow! Roll him over, get him up and then we realized he's, he's not looking well.

Q   Okay. But you know when Officer, after Officer Tihada released the choke hold, do you know if he was struggling yet or saying anything or he just,
A   You mean after he was cuffed?

GREGORY, Richard                12/02/02                      02-100282
Page 17                                                    UNATTENDED DEATH

Q   After the hold is released basically.
A   He wasn't saying anything. No, he wasn't doing anything at that point.

Q   (Dadez) After, you said that he was placed into a recovery position. You tried, the recovery position, after he was handcuffed.
A   Yes.

Q   And that would be how?
A   What I did, well, well I don't know if I want to say personally just me, but since he was face down, handcuffs, I, I don't know if it was just me or not. I'll just say I. I rolled him over

Q   On his side.
A   On his side. Okay? And then at that point I was gonna bring him up to seat him up. To eventually get him to stand up.

Q   I understand.
A   Okay? And then that's when, when we rolled him over, he looked unresponsive. He didn't look well. We sat him up and that's when I started to think to myself, he's either holding his breath and he's gonna try something funky, or there's actually something wrong with him. So, of course at that point, we're trying to get him to either respond to us, whatever, sternal rub, you know, hey come on, whatever. You know? And there was nothing.

Q   Now, throughout the whole time when you were struggling with him,
A   Yes.

Q   You felt the, the tone of his muscles?
A   I did.

Q   Now was there any difference when you had put him into the recovery position? Was there any significant difference in his muscle tone?
A   After he was handcuffed?

Q   Yes. And he's in the recovery position.
A   He didn't, well, he didn't, the only way I can describe it to you is he didn't, of course he didn't feel the way he was, he was handcuffed. I don't think he was flacid necessarily, but

GREGORY, Richard      12/02/02      02-100282
Page 18      UNATTENDED DEATH

Q   He was not relaxed? Was he still tense?
A   I can't say specifically. I think he was probably a little bit more relaxed by that, at that point. Once I had sat him up, he was relaxed. So...

Q   (Hiyakumoto) Going back to that, the choke hold. So, when Garret had the choke hold, did you ever, did it ever, like his body like gave up? Like, you know
A   Negative. Not at any point, during the entire struggle, did he give up.

Q   So even when Garret released the choke hold, he was still, he was still
A   Well at that point we, at that point, since we have him secure, and the choke hold was released and again I want to point out, it, to bring his hands back, this is the thing that was, that I'm thinking back on it, and it surprised me, is that, we st, even though, I, we, we had his arms back, he was still continuing to struggle. And Garret still had him at that point. So through the whole time, up until the point where he was handcuffed, I let go of him after that point because I know, and so did Garret and so did Ed, at that point I know he's secure and he's less of a threat to us. So up until that point, there was struggle the entire time.

Q   So regarding the tension in his body, you always felt it then, the tension.
A   Absolutely. Every single minute of that struggle. Incredibly strong. I mean, that's what surprised me, and there's three of us. So... **(Side A ends)**
**Continuation on Side B. The interview with Officer Nick Angell. Time is 0423. You can continue Nick.**

A   As far as (unintelligible) the struggle, I estimate at least a good two, possibly three minutes. I mean of continuing to struggle the entire time. So...

Q   Was any, was any pepper spray used? What about pepper spray?
A   No, it was not.

Q   No pepper spray. Okay. Did, did Mr. Gregory, you know, try to hit, punch you guys or kick? Any kind of attack?
A   He, I don't know, I don't know if this was an attack or not, but he, he grabbed me. But not in a, in a part of my body that I would consider, that it would, you know, it was more towards the leg, around, so it wasn't to, where I felt worried about it, like he's gonna hurt me in some way, so, he never tried, personally, he never tried to punch me or kick me personally.

Q   And what about the other officers?
A   Not that I saw. But I don't' know for sure. So...

00000152

GREGORY, Richard  12/02/02  02-100282
Page 19  UNATTENDED DEATH

Q (Dadez) Did you hear any kind of threats that he was making, aside from the comments that you already stated?
A No. I didn't hear any other threats.

Q There were no derogatory remarks made to police or to specific officers?
A Not that I can remember, no.

Q (Hiyakumoto) Okay, Nick, maybe the last thing is, you know your equipment, what do you carry on your belt now? Your, your gun. I know you carry your gun.
A My, my Glock. I have my pepper spray, my radio. I have my, I'm trying to look. I have my magazines, handcuff pouch. I also have my, my rubber gloves behind me, right back here and flashlight which I currently don't have.

Q You know if, other than what happened to Mr. Gregory, you know if any visible injuries, like cuts or bleeding or...
A On my person or on him?

Q Well, both of you. Gregory first.
A I didn't see anything on him. He, do you mean as a result of the struggle or prior to that? As a result of the struggle, I don't, I didn't see anything.

Q What about, you got hurt?
A No. No, I did not.

Q Okay. Okay Nick, anything else you want to add? Or anything else
A I don't think so, no.

Q (Dadez) I have nothing else.
  (Hiyakumoto) Okay Nick, if that's all, that's the end of the interview. Time now is 0426.


Det. Ronald HIYAKUMOTO, E-7301
C.I.D. Wailuku
12/03/02 at 0426 hours

JB
12/05/02

0000183