Gregory    1

```
  1              IN THE UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF HAWAII
  2

  3

     VALERIE GREGORY,                  :
  4  individually and as Special       :
     Administrator of the Estate       :
  5  of RICHARD J. GREGORY,            :
     Deceased, and as next             : CIVIL      04-00516 SPK
  6  friend of ISRAEL GREGORY, a       : NO.:       KSC
     minor, KEANU GREGORY, a           :
  7  minor, and SHAYLISSE              :
     GREGORY, a minor,                 :
  8                                    :
                    Plaintiffs,        :
  9                                    :
                vs.                    :
 10                                    :
                                       :
 11  COUNTY OF MAUI, MAUI POLICE       :
     DEPARTMENT, GARRET TIHADA,        :
 12  EDWIN K. AMONG, NICHOLAS          :
     ANGELL, JOHN DOE OFFICERS         :
 13  1-10, JOHN DOES 1-10, JANE        :
     DOES 1-10, DOE CORPORATIONS       :
 14  1-10, DOE PARTNERSHIPS            :
     1-10, and DOE GOVERNMENTAL        :
 15  ENTITIES 1-10,                    :
                                       :
 16                 Defendants.        :
     ------------------------------>

 17
     Deposition noticed by:  Laureen Martin, Esq.
 18

 19
                    DEPOSITION OF VINCENT FINAZZO
 20

 21

 22  Taken on behalf of Defendant at Lahaina Civic Center,
     Lahaina, Maui, Hawaii, commencing at 1:00 p.m. on January
 23  19, 2005.

 24

 25          REPORTED BY:  LYNANN NICELY, RPR/RMR/CSR #354
```

COPY

THIS TRANSCRIPT IS WORK PRODUCT. DISTRIBUTION OF DUPLICATES IS NOT AUTHORIZED.

IWADO COURT REPORTERS

EXHIBIT

1  had that in my hand to protect myself if he was going to,
2  you know -- because I was getting scared, you know.
3       Q    What were you scared of?
4       A    You know, he was definitely built and he would
5  have kicked my ass for sure. If it was just me and him
6  in that room, I would have got pummeled.
7       Q    Okay.
8       A    And I didn't want it to go to that point. I
9  just -- please leave. But I grabbed something to protect
10 myself if it did come down to that.
11      Q    How soon after you made the sign to Jackson to
12 call the police did the police arrive?
13      A    They showed up pretty quickly.
14      Q    Can you give me some estimate?
15      A    I would say three to five minutes, they were
16 there.
17      Q    When they arrived, they had their sirens on?
18      A    Yes. Correct.
19      Q    Okay. And how many police were there?
20      A    Three.
21      Q    And did all three of them go into the studio?
22      A    Yes.
23      Q    Did you say anything to the police officers
24 before they went into the studio?
25      A    Not myself personally. Jackson just showed the

```
 1  police officers that I was not the guy that they were
 2  look for, which I really appreciated at the time.  And so
 3  I -- my dog was in there with me, the same, you know,
 4  with us, and I, you know, exited -- as soon as the cops
 5  came up the stairs, I exited outside with Jackson.
 6       Q    Okay.  And with your dog, too?
 7       A    Yes.
 8       Q    What kind of a dog did you have?
 9       A    He's a Samoyed heeler.  Looks like a little
10  white fox.  Approximately 35, 37 pounds.
11       Q    When the three police officers went into the
12  studio -- some of these questions may sound silly to you,
13  but I've got to ask you -- did any of them have their
14  guns drawn?
15       A    Negative.
16       Q    Did any of them have any weapon of any kind in
17  their hand such as a night stick or anything like that in
18  their hand?
19       A    Negative.
20       Q    When they entered the room, did you hear them
21  say anything to Mr. Gregory?
22       A    Yes. They were -- they asked him what the
23  problem was.  And he said he wasn't going to leave.  And
24  they said but this isn't your -- this isn't your
25  property, you have to leave.  And then it turned into a
```