GREGORY, Richard J.         12/02/2002        02-100282
183 Ikea Place                                                UNATTENDED DEATH
Pukalani, Hawaii 96788

STATEMENT RECEIVED FROM      OFFICER EDWIN AMONG

PRESENT                                 OFFICER EDWIN AMONG
                                                   DETECTIVE RONALD HIYAKUMOTO
                                                   DETECTIVE ARTHUR DADEZ

DATE/TIME/PLACE                 DECEMBER 3, 2002 AT 0442 HOURS
                                                   LAHAINA C.I.D. OFFICE WITHIN
                                                   THE TEMPORARY TRAILER ON
                                                   THE UPPER PARKING LOT ABOVE
                                                   THE LAHAINA COURT HOUSE
                                                   LAHAINA, MAUI, HAWAII

\* \* \* \*

## DETECTIVE RONALD HIYAKUMOTO INTERVIEWING OFFICER EDWIN AMONG:

Q    Ed, can you state your full name?
A    My full name is Edwin Kenji AMONG.

Q    Can you spell your first name?
A    E-d-w-i-n.

Q    And your, uhmm, middle name?
A    K-e-n-j-i.

Q    And your...
A    My last name is AMONG, A-M-O-N-G.

Q    And your, uhmm, your... your birthday?
A    Uhmm, my birthday is November 9th, 1957.

Q    How old are you now?
A    45.

Q    And what is your... what is your occupation?
A    Police Officer.



0000184

GREGORY, Richard J.            12/02/2002                    02-100282
                                                         UNATTENDED DEATH
Page 2

Q     And you're currently assigned to...
A     Lahaina Patrol.

Q     Lahaina Patrol, and where is your shift, uhh, right now?
A     I work from six to six... six to six thirty.

Q     So you... you currently on duty right now?
A     Right.

Q     You started work I guess, uhmm, yesterday, December 2nd?
A     Right, six...

Q     Okay, uhmm, what is... what is your beat today, Ed?
A     Uh, Beat 10.

Q     And 10 is where?
A     It covers from Dickenson Street, all the way out to the Pali.

Q     Okay, uhmm, we want to talk to you about a case that, uhh, that you responded to today, uhh, involving Mr., uhmm, Richard GREGORY. Can you tell us what was the assigned?
A     Actually I wasn't assigned, 20 and 30 was assigned.

Q     Who... who's 20?
A     Nick ANGELL I think.

Q     Officer ANGELL and who was, uhmm...
A     30 was TIHADA.

Q     They were assigned to the case? You were... you heard the call, what kind of call it was?
A     I think it was a Trespassing in Progress..

Q     At where?
A     At, uhh, across from Sly Mongoose.

Q     You know the address?
A     They... they probably told me the address but, uhh...

Q     Okay, now...
A     ... I know where Sly Mongoose is? In fact I was the first one.

Q     Okay so, uhmm, but you responded on your own?

GREGORY, Richard J.             12/02/2002                     02-100282
                                                          UNATTENDED DEATH

Page 3

A    Yeah.

Q    Uhmm, it was an emergency call or...
A    Emergency Response.

Q    Emergency Response? Who was assigned Emergency?
A    Uhh, 20 and 30.

Q    Uhmm, so you got there... you know what time the call was about?
A    About eleven thirty.

Q    Eleven thirty? Uhmm, going... going three thirty? So, uhmm, you was the first one there?
A    Actually we all arrived at the same time but I was the first car in, ah.

Q    Okay, so you got there, the other guys were right behind you?
A    Right.

Q    Okay, so what happened when you got there?
A    Okay, uhmm, one of the guys... I don't know which guy it was, that I guess (unintelligible) pointed out to...

Q    He pointed?
A    ... up to where the guy was. Actually all three of us walked up, I was just...

Q    So where's the guy that, directed you guys, like downstairs in the parking lot?
A    Yeah, yeah, in the parking lot as we pulled up, he was right there.

Q    So he told you what, when you got there?
A    He said well there's a guy up there, he don't really know who he was.

Q    Okay. So there was one guy downstairs?
A    Mmm, hmmm.

Q    So you went up?
A    Mmm, hmmm.

Q    And what about TIHADA and...
A    Oh all three of us went up.

GREGORY, Richard J.            12/02/2002                    02-100282
                                                       UNATTENDED DEATH

Page 4

Q    Who was first?
A    Actually I was.

Q    Okay, so you guys went up and then what happened?
A    Okay, I was the first one in the door and I saw him when I walked in, he was drinking from a gallon jug of water.

Q    Mmm, you know when you guys were going up, you guys heard anything going on on the way up?
A    No, no.

Q    Was there anybody else up there?
A    Yeah, there's another guy up there.

Q    Who was the other guy?
A    I don't know, he was either... the guy that was downstairs was the caller so at that point, we didn't know who that guy was.

Q    The second guy... you didn't see the second guy then?
A    Actually when we were walking, he was by the doorway.

Q    By the apartment?
A    Uh, huh.

Q    By the studio?
A    Right, by the studio.

Q    Okay, so, uhmm, so the door was open when you got there?
A    Mmm, hmmm.

Q    And what happened when you, uhh, you walked in?
A    I was the first one to walk in and when I walked in, the guy was drinking from the gallon jug of water. So I said, "Oh, what's going on," and then...

Q    Where was he standing when you, uhmm... when you entered the room, I know it's a small studio.
A    Actually when I walked in, he came towards me already.

Q    Okay, so when you walked in the door, he was on the right or the left?
A    He was... I was... I was to his right. This... when I came up, I was on this side.

GREGORY, Richard J.               12/02/2002                          02-100282
                                                                UNATTENDED DEATH

**Page 5**

Q   So you walked in the door, uhmm, he was... he was, uhmm, on the right side or your... your left side?
A   My left side I guess.

Q   Left side? Okay, and he was drinking from a jug?
A   Right.

Q   And what... what is he saying or doing up there?
A   Well he said, "Oh, I'm glad to see you," and he's a Christian and stuff like that.

Q   Then... then what happened?
A   And then I saw one pen in his left hand and then before I could say anything, it was either Nick or TIHADA, said, "Eh, drop that pen." Next thing I know, he just started ranting and raving and stuff.

Q   Anybody...
A   So we grabbed 'um.

Q   Anybody had their gun out?
A   No, no.

Q   So when, uhmm, (unintelligible) then they said drop the pen, you know... you know, who made the order?
A   I can't remember. But we... I was about to say it but then, you know, the other guy... somebody else said it first.

Q   Then what... then what happened...
A   And then... then we started struggling to get the pen out of his hand 'cause he wouldn't, like listen.

Q   You know who grabbed, uhmm, GREGORY first?
A   I can't say.

Q   You know, like what hand grabbed... uhh, who grabbed what hand?
A   I couldn't even say, we were all concentrated on the pen, yeah.

Q   So what... what did you do then, you went in, uhmm...
A   And then, next thing I knew, I was like trying to get his right hand but he's like stuck... he was just really strong to get his hands behind.

000188

**GREGORY, Richard J.**           12/02/2002                              02-100282
                                                                **UNATTENDED DEATH**

**Page 6**

Q   So when you grabbed his hand... how did you grab his hand?
A   I... I... I just grabbed him, I was trying to like force him back yeah.

Q   So you grabbed his wrist?
A   His wrist.

Q   Okay, grabbed his wrist and try to put his... behind his back?
A   Yeah.

Q   And what does he do?
A   First he said, "No," and he couldn't do it... he wouldn't let us... I think I heard Garret say, you know we just want you to drop the pen first, but he said (unintelligible).

Q   So you got the hand with the jug first?
A   No he put the jug down already.

Q   Okay, so when... when... what happened when you tried to put his arm behind his back?
A   I just couldn't. I had one hand, I was trying to and I couldn't so Garret was like on top of... 'cause he had 'um like around the neck and... and when the neck was on my... my left, I tried to get the other arm.

Q   So you guys still standing up yet at this point?
A   Mmm, hmmm.

Q   And then what happened next?
A   And then we ended up right on top of the sofa.

Q   How you guys ended up on the sofa?
A   I don't know, he must have just came forward and...

Q   So face first on the sofa?
A   Yeah. And he still wouldn't comply, we was just telling him, you know...

Q   And you still had his hand?
A   Still had his wrist and he kept coming...

Q   And what about Officer TIHADA, he still had the...
A   Yeah, he's...

Q   You know how he was choking, uhmm... well, holding, uhmm...
A   Nah but he wasn't really choking him.

0000189

| GREGORY, Richard J. | 12/02/2002 | 02-100282 |
|---|---|---|
| | | **UNATTENDED DEATH** |

Page 7

Q   How was he holding, uhmm, GREGORY, uhmm, left hand, right hand, you remember? What... what... one hand is around the neck?
A   Yeah.

Q   Like in a carotid choke hold?
A   Yeah, but he wasn't really...

Q   What... what about the other hand, was it behind the head, like...
A   No, no, no, he only had like one arm.

Q   One arm? Uhmm...
Q   (DADEZ) The part that...
A   'Cause you know why, he was like hunched over so he couldn't really grab 'um.

Q   (DADEZ) I understand, but the part where he was.... was hunched over, this was right at the door, yeah?
A   Yeah, on the sofa.

Q   (DADEZ) Now the arm that... that you took control of was which arm?
A   The right arm, was trying to get the right arm...

Q   (DADEZ) His right arm?
A   But I couldn't get on, Nick was having a hard time with the left one so Garret said use both hands and so I reached in help Nick with the left hand and we couldn't even do that.

Q   (DADEZ) Now after... after you were draped over the arm of the sofa?
A   Right.

Q   (DADEZ) Is that correct? What... what happened...
A   (Unintelligible) the arm but...

Q   (DADEZ) The corner?
A   Yeah, right on the corner of the cushion.

Q   (DADEZ) Did... where did you progress from there?
A   Okay, we ended up somehow turned or something, we end up on the floor and we still having hard time and he still wouldn't listen to what we were saying, he kept babbling and, uhh, (unintelligible)...

| | |
|---|---|
| GREGORY, Richard J. | 12/02/2002 |

02-100282
**UNATTENDED DEATH**

Page 8

Q     (DADEZ) Do you recall him saying anything about he can't breathe or, nothing?
A     We was just telling him, "Just... just calm down and do what we...," you know... Figure all this out but he just kept fighting, and fighting.

Q     (DADEZ) How... how did the... from the corner of the arm of the sofa, just kind a moved, uhh...
A     Somehow yeah, he twisted or something, we all ended up on the floor.

Q     (DADEZ) And the struggle was basically at the foot of the sofa?
A     Right. And then somehow I ended up on his... his left side and then Nick was up by his... his head and then his arm kept coming out so Nick grabbed... grabbed the guy's right arm and I was still struggling with his left hand.

Q     Okay, uhmm, bring you... you said you went end up on the floor...
A     I finally... I got the arm back and then Nick got his right arm so he handcuffed him.

Q     What about, uhmm, the uhmm, the uhmm, TIHADA?
A     TIHADA still holding on to the...

Q     When the (unintelligible), he was still holding on to the... how did he end up on the floor, I didn't...
A     I... I don't know, he twisted or something, we all ended up on the floor.

Q     But TIHADA was still, uhmm, on top of the...
A     Yeah.

Q     How did... was he like on the side of him with the choke hold or right on his back like, uhmm...
A     He was like more to the side because he was (unintelligible)...

Q     And then that hold, you wouldn't call it a choke hold?
A     He neva' had 'um down.

Q     What... what head lock or more like a head lock or...
A     Yeah, yeah, more like a head lock.

Q     So then you guys are on the ground, wh... what... how was he struggling, was he swinging his arms or...
A     No, he just wouldn't comply. We were trying to pull, I mean, I'm... I'm strong, I couldn't pull that arm back (unintelligible) still struggling. I even twisted his... his wrist and it wouldn't come back.

GREGORY, Richard J.               12/02/2002                    02-100282
                                                                 **UNATTENDED DEATH**

Page 9

Q    (DADEZ) Do you recall about what position his head was in, was he... the head moving back and forth, he was turned to the side at any time or was basically just... was just putting his head down?
A    I think his head was down.

Q    (DADEZ) I understand.
Q    So you guys ended on the ground then, uhmm...
A    Then we finally got... I got the arm back and Nick got his arm back. Just...

Q    Okay, uhmm, you got tension when you put the arm back?
A    Yeah.

Q    And then what happened after that?
A    And then he... he's... he's talking and whatever and he just kind a... he kind a relaxed too yeah (unintelligible)...

Q    What that... what that... so when you... so at what point did Officer TIHADA release the hold on his head?
A    Right after we handcuffed.

Q    And then wh... what did Mr. GREGORY do when he was released, was he still...
A    He was still talking.

Q    You know what he said?
A    Uhmm, something about guns.

Q    And he was still conscience at that point?
A    Mmm, hmmm.

Q    He didn't pass out from the...
A    No, no, no.

Q    .... the hold? So you got the handcuffs on and then what happened after that?
A    We rolled 'um over and then all of a sudden he just like passed out.

Q    How did you guys roll him over, like, you know, face up or sitting up or...
A    Okay, he was down on his face so after we handcuffed him, then we just rolled him over on his side.

Q    Just sat 'um up?
A    Mmm, hmmm.

GREGORY, Richard J.                12/02/2002                    02-100282
                                                                 UNATTENDED DEATH
Page 10

Q   Legs in front?
A   Mmm, hmmm.

Q   Then when you sat him up, was he conscience?
A   Yeah he was.

Q   Like what... what is he doing?
A   He was just talking, all of a sudden he just went... we thought he was like faking or something so I even rubbed the sternun rub, nothing happened, ah.

Q   So how...
A   So we put 'um down, we gotta' check him out.

Q   So you're on the point, uhmm... yeah, uhmm, under the point of handcuffing, uhh, or the hold was released, when, uhh, when did he pass out after that, how long after? Like he was conscience for one minute, even he was awake and....
A   Yeah, yeah, yeah. Once we had 'um handcuffed, he was actually...

Q   Then how... how did he pass out, what did...
A   We don't know, all of a sudden... all of a sudden he just went limp.

Q   Limp, by what, falling down or what?
A   Well he was sitting up and all of a sudden, he... that's why we thought that he was faking.

Q   What about his eyes?
A   (Inaudible)...

Q   And then what happened after that?
A   And then we tried to get 'um... revive him and then couldn't so...

Q   How did you try to revive 'um?
A   I... I did a sternum rub...

Q   (DADEZ) At the time that he went limp and you did the sternum rub, did anybody check his carotid?
A   No we just (unintelligible).

Q   (DADEZ) So there was nobody check his carotid when he was seated up?
A   No, once we put him down then we did, and we still had one slight pulse but we figured we gotta' call the medics before anything.

0000193

GREGORY, Richard J.          12/02/2002                    02-100282
                                                     UNATTENDED DEATH
Page 11

Q    (DADEZ) At what point did... did, uhmm, the AED was (unintelligible)...
A    Okay, at that point, I think, uhh, we sent (unintelligible) for get his AED so we went down and at that time, you know the plastic thing we have in that, uhh, (unintelligible)...

Q    (DADEZ) Yes.
A    ... okay, Garret got his, uhh... he already (unintelligible)...

Q    (DADEZ) (Unintelligible)...
A    Yeah, I was checking the pulse, he still had a slight pulse.

Q    (DADEZ) Uh, was the cuffs off at that time?
A    It was still on.

Q    (DADEZ) Still on. And then when Nick arrived...
A    Then we put the thing... the AED on and it said, uhh, "No shock advised."

Q    (DADEZ) (Unintelligible)...
A    Yeah, so we checked again and said, eh, (inaudible)...

Q    (DADEZ) Again with the two rescue breaths with the Ambu...
A    Yeah with the Ambu Bag. Oh, plus he threw... plus he threw up.

Q    (DADEZ) He did threw up?
A    Yeah, we had to put him on the side.

Q    (DADEZ) Do you know what color or what color the fluid was?
A    It was clear.

Q    (DADEZ) Any smell to it?
A    (Inaudible).

Q    Well what happened after... after next?
A    And then we just (unintelligible).

Q    So who had the, uhmm, red (unintelligible)?
A    Uh, Nick had the handbag...

Q    Handbag, (unintelligible)...
A    And then I think... I don't know how long it took, but the medics were there already, they ended up shocking (unintelligible) rhythm and, uhh... I mean, I don't know if there was a rhythm or if it was just the drugs that... that...

GREGORY, Richard J.          12/02/2002                    02-100282
                                                       UNATTENDED DEATH
Page 12

Q   (DADEZ) Did she...
A   Yeah, she went... she went intubate (phonetic) that's why.

Q   (DADEZ) And the administration of the... the...
A   Yeah and had one slight beat and so it said, "Shock advised," so they did shock 'um once.

Q   (DADEZ) So with our... our AED?
A   Yeah with ours.

Q   (DADEZ) But the medics didn't put theirs one?
Q   But the medics were there?
A   Yeah, no they hooked up the leads but... I don't know how long we did CPR, half hour I think.

Q   Uhmm, what kind of training you have in CPR, are you one instructor or what? What kind of qualifications do you have in that, I mean, as for First Aide or First Responder?
A   I'm a First Responder (unintelligible)...

Q   What about this guy, you saw any, uhmm, alcohol or any kind of, uhmm, was he drunk or was he high or...
A   I couldn't smell no alcohol, but I know he was just really strong. Well it just seemed really weird that he's so strong. But even then, he's kind a strong guy, ah, you know what I mean? He isn't that big too.

Q   Uhmm, you took out anything else, like, uhmm, like pepper spray or any kind of, uhh, baton? What did you have on your belt that time, you remember what was on your belt?
A   Uhh, gun, pepper spray and cuffs.

Q   Uhmm, any injuries did that guy suffered that you saw? Like any cuts or bleeding?
A   Shouldn't be, we didn't hit 'um or nothing, we just tried to grab and control him, yeah. We didn't hit 'um or nothing.

Q   Did you suffer any injuries?
A   (Inaudible).

Q   Okay, uhmm, how long you think the struggle took, just take a guess?
A   Five minutes just about.

Q   Five minutes? And if, uhmm...
A   I knew that... I knew that Dispatch was asking for status but nobody could answer yeah, till we finally got 'um handcuffed. (Unintelligible) but just he was struggling, ah.

GREGORY, Richard J.                12/02/2002                          02-100282
                                                              UNATTENDED DEATH

Page 13

Q    How you think, uhh...
A    In fact, I think they even assigned another unit but then right after that I called and said (unintelligible)...

Q    And how did Officer TIHADA got that hold in his head, you know?
A    (Inaudible).

Q    Okay, so as far as that... that hold, uhmm, having an effect on him when you guys were struggling, you think he passed out from the hold or...
A    No, he... he was (unintelligible). After we handcuffed, 'um, he was up, so it wasn't like Garret... Garret... he neva' clamp down on the hold.

Q    He didn't... he didn't (unintelligible) the fight, that hold...
A    No.

Q    Did he pass out or lose consciousness during the hold?
A    No.

Q    Only after he released the hold then you sat him up then...
A    Yeah, then he just went down.

Q    Was he complaining of chest pains or anything like, you know, "I cannot breathe," or...
A    Not that I know.

Q    (DADEZ) Do you remember the color of his face or like that?
A    Maybe after when we... after he passed out, he turned kind a pale.

Q    (DADEZ) Pale? Uhh, his muscle tone... his muscle tone?
A    Only he just pale...

Q    (DADEZ) He turned pale?
A    Yeah.

Q    (DADEZ) It was like, uh, 180 degree...
A    Yeah, struggling.

Q    Okay, now, anything else you want to add on what happened, uhh, last night?
A    (Inaudible).

0000196

| | | |
|---|---|---|
| **GREGORY, Richard J.** | **12/02/2002** | **02-100282**<br>**UNATTENDED DEATH** |

**Page 14**

Q    Okay, if that's all, Ed, this is the end of the interview. Thank you, uhmm, I'm Detective Ronald HIYAKUMOTO, Employee number E-7301, the date is December 3rd, 2002, time is 0501.

* * * *

Det. Ronald HIYAKUMOTO - E-7301
C.I.D. - Wailuku
12/03/02 @ 0501 hrs.

ty
12/17/02