1          IN THE CIRCUIT COURT OF THE SECOND CIRCUIT

2                      STATE OF HAWAII

3

4   VALERIE GREGORY, Individually  )
    And as Special Administrator of )
5   The Estate of RICHARD J.        )
    GREGORY, deceased, and as next  )
6   Friend of ISREAL GREGORY, a     )
    Minor, KEANU GREGORY, a minor,  )
7   KALANI GREGORY, a minor, and    )
    SHAYLISSE GREGORY, a minor,     )
8                                   )
9               Plaintiffs,         )    CIVIL NO.
                                    )    03-1-0265(1)
10               vs.                )
                                    )
11  COUNTY OF MAUI, MAUI POLICE     )
    DEPARTMENT; JOHN DOE OFFICERS   )
12  1-10; JOHN DOES 1-10; JANE DOES )
    1-10; JOHN DOE CORPORATIONS     )
13  1-10; JOHN DOE PARTNERSHIPS     )
    1-10; AND ROE GOVERNMENTAL      )
14  ENTITIES 1-10,                  )
                                    )
15               Defendants.        )
    _____)

    Deposition noticed by:   DAVID A. SERENO, ESQ.
16

17

18                  DEPOSITION OF EDWIN AMONG

19  Taken on behalf of Plaintiff at The Law Offices of David A.

20  Sereno, 55B North Church Street, Wailuku, Maui, Hawaii,

21  commencing at 9:30 a.m. on July 29, 2004, pursuant to

22  Notice.

23          **THIS TRANSCRIPT IS WORK
            PRODUCT. DISTRIBUTION OF
24          DUPLICATES IS NOT AUTHORIZED.**

25  REPORTED BY:   JEANNETTE W. IWADO, RPR/CSR #135

*IWADO COURT REPORTERS, INC.*
(808)244-9300

1      A.    Yes.

2            MS. MARTIN:  Objection.  You are not saying it's

3    to scale or anything like that, right?

4            MR. SERENO:  No, I'm not saying it's to scale.

5            MS. MARTIN: Just the position of the items?

6            MR. SERENO:  Right.

7            THE WITNESS:  I believe so.

8      Q.    (By Mr. Sereno) Who entered the room first?

9      A.    I believe I did.

10     Q.    Were Tihada and Angel behind you?

11     A.    Yes.

12     Q.    You then saw a person you probably found out later

13   his name was Richard Gregory?

14     A.    Yes.

15     Q.    Was there anybody else in the room?

16     A.    No.

17     Q.    What was Richard Gregory doing when you saw him?

18     A.    I really can't recall what he was doing.

19     Q.    Do you recall if he was drinking from a jug of

20   water?

21     A.    It's possible, yes.

22     Q.    About how far away was he from you?

23     A.    He wasn't too far away.

24     Q.    Five feet, ten feet?

25     A.    Maybe about five feet.