```
 1              IN THE CIRCUIT COURT OF THE SECOND CIRCUIT

 2                           STATE OF HAWAII

 3

 4   VALERIE GREGORY, Individually   )
     And as Special Administrator of )
 5   The Estate of RICHARD J.        )
     GREGORY, deceased, and as next  )
 6   Friend of ISREAL GREGORY, a     )
     Minor, KEANU GREGORY, a minor,  )
 7   KALANI GREGORY, a minor, and    )
     SHAYLISSE GREGORY, a minor,     )
 8                                   )
                    Plaintiffs,      )
 9                                   )   CIVIL NO.
            vs.                      )   03-1-0265(1)
10                                   )
     COUNTY OF MAUI, MAUI POLICE     )
11   DEPARTMENT; JOHN DOE OFFICERS   )
     1-10; JOHN DOES 1-10; JANE DOES )
12   1-10; JOHN DOE CORPORATIONS     )
     1-10; JOHN DOE PARTNERSHIPS     )
13   1-10; AND ROE GOVERNMENTAL      )
     ENTITIES 1-10,                  )
14                                   )
                    Defendants.      )
15   _____)

16   Deposition noticed by:   DAVID A. SERENO, ESQ.

17
                        DEPOSITION OF EDWIN AMONG
18

19   Taken on behalf of Plaintiff at The Law Offices of David A.

20   Sereno, 55B North Church Street, Wailuku, Maui, Hawaii,

21   commencing at 9:30 a.m. on July 29, 2004, pursuant to

22   Notice.

23           THIS TRANSCRIPT IS WORK PRODUCT. DISTRIBUTION OF
                   DUPLICATES IS NOT AUTHORIZED.
24

25   REPORTED BY:   JEANNETTE W. IWADO, RPR/CSR #135
```



IWADO COURT REPORTERS, INC.
(808)244-9300

1  Q.  And he was just standing there drinking water, if
2  you recall?
3  A.  Actually, as soon as I walked in he kind of just
4  came right up to me.
5  Q.  He went face-to-face with you?
6  A.  Yes.
7  Q.  And he actually greeted you, did he not?
8  A.  Yes.
9  Q.  He said something to the effect of, "I'm glad the
10 police are here"?
11 A.  Yes.
12 Q.  And when you first saw him and he said that, at
13 that point you didn't recognize any type of crime or
14 anything at that point, did you, that had occurred?
15 A.  No.
16 Q.  He wasn't acting in an unusual behavior?
17 A.  Say that again.
18 Q.  At that point when he walked up to you he wasn't
19 acting in an unusual behavior, was he, in an unusual way?
20 A.  Actually, it's more what he said than anything.
21 Q.  And what he said was -- do you recall what it
22 was?
23 A.  I really can't recall what he said.
24 Q.  Did you think it was unusual when he said, "I'm a
25 Christian"?