```
 1              IN THE CIRCUIT COURT OF THE SECOND CIRCUIT

 2                          STATE OF HAWAII

 3

 4   VALERIE GREGORY, Individually  )
     And as Special Administrator of)
 5   The Estate of RICHARD J.       )
     GREGORY, deceased, and as next )
 6   Friend of ISREAL GREGORY, a    )
     Minor, KEANU GREGORY, a minor, )
 7   KALANI GREGORY, a minor, and   )
     SHAYLISSE GREGORY, a minor,    )
 8                                  )
                 Plaintiffs,        )   CIVIL NO.
 9                                  )   03-1-0265(1)
             vs.                    )
10                                  )
     COUNTY OF MAUI, MAUI POLICE    )
11   DEPARTMENT; JOHN DOE OFFICERS  )
     1-10; JOHN DOES 1-10; JANE DOES)
12   1-10; JOHN DOE CORPORATIONS    )
     1-10; JOHN DOE PARTNERSHIPS    )
13   1-10; AND ROE GOVERNMENTAL     )
     ENTITIES 1-10,                 )
14                                  )
                 Defendants.        )
15   _____)
     Deposition noticed by:    DAVID A. SERENO, ESQ.
16

17
                       DEPOSITION OF EDWIN AMONG
18

19   Taken on behalf of Plaintiff at The Law Offices of David A.

20   Sereno, 55B North Church Street, Wailuku, Maui, Hawaii,

21   commencing at 9:30 a.m. on July 29, 2004, pursuant to

22   Notice.

23                    THIS TRANSCRIPT IS WORK
                      PRODUCT. DISTRIBUTION OF
24                    DUPLICATES IS NOT AUTHORIZED.

25   REPORTED BY:   JEANNETTE W. IWADO, RPR/CSR #135
```


EXHIBIT

IWADO COURT REPORTERS, INC.
(808)244-9300

1   A.   As far as --
2   Q.   Did you consider at any point that pen in his hand
3 to be used in a threatening manner towards yourself, your
4 fellow officers, or anybody else in the general vicinity?
5   A.   It was possible that he could have.
6   Q.   He could have. What do you mean he could have?
7   A.   It's a weapon, the pen is a weapon.
8   Q.   As much as the jug is, I guess, filled with water?
9   A.   Yes.
10  Q.   Did you hear anybody ask him to drop the jug?
11  A.   No.
12  Q.   Okay. When one of the officers told him to drop
13 the pen, he actually responded with a question, isn't that
14 correct?
15  A.   I can't recall.
16  Q.   Do you recall him saying why does he have to drop
17 the pen?
18  A.   No, I can't recall that.
19  Q.   Do you know how many times he was asked to drop
20 the pen?
21  A.   I can't give you an exact number. It was quite a
22 few times.
23  Q.   Was it more than once?
24  A.   Yes.
25  Q.   Do you believe it was more than twice?