Gregory    1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

VALERIE GREGORY,
individually and as Special
Administrator of the Estate
of RICHARD J. GREGORY,
Deceased, and as next          : CIVIL      04-00516 SPK
friend of ISRAEL GREGORY, a    : NO.:       KSC
minor, KEANU GREGORY, a
minor, and SHAYLISSE
GREGORY, a minor,

       Plaintiffs,

  vs.

                                              COPY

COUNTY OF MAUI, MAUI POLICE
DEPARTMENT, GARRET TIHADA,
EDWIN K. AMONG, NICHOLAS
ANGELL, JOHN DOE OFFICERS
1-10, JOHN DOES 1-10, JANE
DOES 1-10, DOE CORPORATIONS
1-10, DOE PARTNERSHIPS           THIS TRANSCRIPT IS WORK
1-10, and DOE GOVERNMENTAL       PRODUCT. DISTRIBUTION OF
ENTITIES 1-10,                   DUPLICATES IS NOT AUTHORIZED.

       Defendants.

Deposition noticed by:  Laureen Martin, Esq.


DEPOSITION OF VINCENT FINAZZO



Taken on behalf of Defendant at Lahaina Civic Center,
Lahaina, Maui, Hawaii, commencing at 1:00 p.m. on January
19, 2005.


REPORTED BY:  LYNANN NICELY, RPR/RMR/CSR #354

IWADO COURT REPORTERS, 

1  A   Just trying to get him to calm down.
2  Q   Excuse me. What about Mr. Gregory, what could
3  you hear him saying during this time?
4  A   It started out he's all, "Why are you doing
5  this to me, why are you doing this to me? You're hurting
6  me, you're hurting my arm." And then he started yelling,
7  "Police brutality, police brutality." And as it went on,
8  he was saying he's a family man, he's got kids, he's a
9  Christian, you know, he's not -- he's not trying to hurt
10 anybody, why are you doing this to me.
11      And then at one point he said he couldn't
12 breathe. And then he kept on going on how he's a good
13 Christian man and this, that, and the other. So, you
14 know, I gathered he was still breathing fine, you know,
15 if he's still talking, you know.
16 Q   What was -- do you remember what the last thing
17 was that you heard Rick say?
18 A   I can't recall.
19 Q   Okay. Now, I can't get this on the record, but
20 I'm going to describe to you what it is I'm doing. I'm
21 talking to you now in my usual awful voice and I'm going
22 to bring my hands up over my face and you tell me if you
23 hear the sound of my voice change. And now I'm talking
24 to you with my hands over my face. Does the sound of my
25 voice sound different now than it did before I did that?