```
 1              IN THE CIRCUIT COURT OF THE SECOND CIRCUIT

 2                          STATE OF HAWAII

 3

 4   VALERIE GREGORY, Individually  )
     And as Special Administrator of)
 5   The Estate of RICHARD J.       )
     GREGORY, deceased, and as next )
 6   Friend of ISREAL GREGORY, a    )
     Minor, KEANU GREGORY, a minor, )
 7   KALANI GREGORY, a minor, and   )
     SHAYLISSE GREGORY, a minor,    )
 8                                  )
                Plaintiffs,         )  CIVIL NO.
 9                                  )  03-1-0265(1)
          vs.                       )
10                                  )
     COUNTY OF MAUI, MAUI POLICE    )
11   DEPARTMENT; JOHN DOE OFFICERS  )
     1-10; JOHN DOES 1-10; JANE DOES)
12   1-10; JOHN DOE CORPORATIONS    )            COPY
     1-10; JOHN DOE PARTNERSHIPS    )
13   1-10; AND ROE GOVERNMENTAL     )
     ENTITIES 1-10,                 )
14                                  )
                Defendants.         )
15   _____)
     Deposition noticed by:   DAVID A. SERENO, ESQ.
16

17
                     DEPOSITION OF EDWIN AMONG
18

19   Taken on behalf of Plaintiff at The Law Offices of David A.

20   Sereno, 55B North Church Street, Wailuku, Maui, Hawaii,

21   commencing at 9:30 a.m. on July 29, 2004, pursuant to

22   Notice.

23           THIS TRANSCRIPT IS WORK PRODUCT. DISTRIBUTION OF
                   DUPLICATES IS NOT AUTHORIZED.
24

25   REPORTED BY:   JEANNETTE W. IWADO, RPR/CSR #135
```

EXHIBIT

IWADO COURT REPORTERS, INC.
(808) 244-9300

```
 1  believe that he was going to be violent, correct?
 2       A.   It was just inappropriate for him to just come up
 3  like that, that's all.
 4       Q.   He kind of invaded your space?
 5       A.   Yes.
 6       Q.   He wasn't saying anything violent though, was he?
 7            MS. MARTIN:  Objection, vague and ambiguous.
 8       Q.   (By Mr. Sereno) Go ahead.  Was he saying anything
 9  that you would consider was violent or a threat of violence?
10            MS. MARTIN:  Same objection.
11            THE WITNESS:  In what kind of context?
12       Q.   (By Mr. Sereno) When he first talked to you,
13  before anybody grabbed him, did he say anything that would
14  indicate to you that he was going to  -- did he ever
15  threaten to hurt you or any other officers, or anybody else
16  for that matter?
17       A.   No.
18       Q.   Could you determine whether or not he was under
19  the influence of drugs or whether or not he may have had a
20  mental disorder?
21       A.   It's possible.
22       Q.   Okay.  Could it have also been possible that he
23  may have just been very religious?
24            MS. MARTIN:  Objection, calls for speculation.
25       Q.   (By Mr. Sereno) I mean in your mind.  Is that
```