1

IN THE CIRCUIT COURT OF THE SECOND CIRCUIT

STATE OF HAWAII

VALERIE GREGORY, Individually )
And as Special Administrator of )
The Estate of RICHARD J. )
GREGORY, deceased, and as next )
Friend of ISREAL GREGORY, a )
Minor, KEANU GREGORY, a minor, )
KALANI GREGORY, a minor, and )
SHAYLISSE GREGORY, a minor, )
)
        Plaintiffs, )   CIVIL NO.
)   03-1-0265(1)
  vs. )
)
COUNTY OF MAUI, MAUI POLICE )
DEPARTMENT; JOHN DOE OFFICERS )
1-10; JOHN DOES 1-10; JANE DOES )
1-10; JOHN DOE CORPORATIONS )
1-10; JOHN DOE PARTNERSHIPS )
1-10; AND ROE GOVERNMENTAL )
ENTITIES 1-10, )
)
        Defendants. )
_____ )

Deposition noticed by:   DAVID A. SERENO, ESQ.

COPY

DEPOSITION OF EDWIN AMONG

Taken on behalf of Plaintiff at The Law Offices of David A. Sereno, 55B North Church Street, Wailuku, Maui, Hawaii, commencing at 9:30 a.m. on July 29, 2004, pursuant to Notice.

THIS TRANSCRIPT IS WORK PRODUCT. DISTRIBUTION OF DUPLICATES IS NOT AUTHORIZED.

REPORTED BY:   JEANNETTE W. IWADO, RPR/CSR #135

IWADO COURT REPORTERS, INC.
(808)244-9300

EXHIBIT

1    Q.   Now, Mr. Gregory never actually struck you, did
2  he, with his arm, with his first?
3    A.   No.
4    Q.   He never kicked you?
5    A.   No.
6    Q.   To the best of your knowledge, did you see him
7  either strike or kick any other officer?
8    A.   No.
9    Q.   He seemed intent, in your opinion, to keep his
10 hands just in front of him so that you couldn't cuff him,
11 that's what you perceived?
12   A.   As far as --
13   Q.   His actions to you guys grabbing him.  I mean he
14 wasn't striking out at any of you, was he?
15   A.   No.
16   Q.   He wasn't threatening any of you?
17   A.   Verbally?
18   Q.   Verbally.
19   A.   No.
20   Q.   Who went to go get the defib machine?
21   A.   Angel.
22   Q.   Let me talk to you a little bit about that.  Do
23 you have one in your car?
24   A.   Yes.
25   Q.   Who maintains those defib machines?