Gregory  1

1           IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF HAWAII
2

3

4   VALERIE GREGORY,                 :
    individually and as Special      :
    Administrator of the Estate      :
5   of RICHARD J. GREGORY,           :
    Deceased, and as next            :   CIVIL      04-00516 SPK
6   friend of ISRAEL GREGORY, a      :   NO.:       KSC
    minor, KEANU GREGORY, a          :
7   minor, and SHAYLISSE             :
    GREGORY, a minor,                :
8                                    :
              Plaintiffs,            :
9                                    :
         vs.                         :
10                                   :            COPY
                                     :
11  COUNTY OF MAUI, MAUI POLICE      :
    DEPARTMENT, GARRET TIHADA,       :
12  EDWIN K. AMONG, NICHOLAS         :
    ANGELL, JOHN DOE OFFICERS        :
13  1-10, JOHN DOES 1-10, JANE       :
    DOES 1-10, DOE CORPORATIONS      :
14  1-10, DOE PARTNERSHIPS           :      THIS TRANSCRIPT IS WORK
    1-10, and DOE GOVERNMENTAL       :      PRODUCT. DISTRIBUTION OF
15  ENTITIES 1-10,                   :      DUPLICATES IS NOT AUTHORIZED.
                                     :
16            Defendants.            :
    -----------------------------    >
17
    Deposition noticed by:   Laureen Martin, Esq.
18

19
                DEPOSITION OF VINCENT FINAZZO
20

21

22  Taken on behalf of Defendant at Lahaina Civic Center,
    Lahaina, Maui, Hawaii, commencing at 1:00 p.m. on January
23  19, 2005.

24

25       REPORTED BY:   LYNANN NICELY, RPR/RMR/CSR #354

              IWADO COURT REPORTERS, INC 

1  police officers that I was not the guy that they were
2  look for, which I really appreciated at the time. And so
3  I -- my dog was in there with me, the same, you know,
4  with us, and I, you know, exited -- as soon as the cops
5  came up the stairs, I exited outside with Jackson.
6       Q    Okay. And with your dog, too?
7       A    Yes.
8       Q    What kind of a dog did you have?
9       A    He's a Samoyed heeler. Looks like a little
10 white fox. Approximately 35, 37 pounds.
11      Q    When the three police officers went into the
12 studio -- some of these questions may sound silly to you,
13 but I've got to ask you -- did any of them have their
14 guns drawn?
15      A    Negative.
16      Q    Did any of them have any weapon of any kind in
17 their hand such as a night stick or anything like that in
18 their hand?
19      A    Negative.
20      Q    When they entered the room, did you hear them
21 say anything to Mr. Gregory?
22      A    Yes. They were -- they asked him what the
23 problem was. And he said he wasn't going to leave. And
24 they said but this isn't your -- this isn't your
25 property, you have to leave. And then it turned into a