*Gregory*     1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| VALERIE GREGORY, individually and as Special Administrator of the Estate of RICHARD J. GREGORY, Deceased, and as next friend of ISRAEL GREGORY, a minor, KEANU GREGORY, a minor, and SHAYLISSE GREGORY, a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF MAUI, MAUI POLICE DEPARTMENT, GARRET TIHADA, EDWIN K. AMONG, NICHOLAS ANGELL, JOHN DOE OFFICERS 1-10, JOHN DOES 1-10, JANE DOES 1-10, DOE CORPORATIONS 1-10, DOE PARTNERSHIPS 1-10, and DOE GOVERNMENTAL ENTITIES 1-10,<br><br>Defendants. | CIVIL NO.: 04-00516 SPK KSC<br><br>COPY<br><br>THIS TRANSCRIPT IS WORK PRODUCT. DISTRIBUTION OF DUPLICATES IS NOT AUTHORIZED. |

Deposition noticed by: Laureen Martin, Esq.

DEPOSITION OF VINCENT FINAZZO

Taken on behalf of Defendant at Lahaina Civic Center, Lahaina, Maui, Hawaii, commencing at 1:00 p.m. on January 19, 2005.

REPORTED BY:   LYNANN NICELY, RPR/RMR/CSR #354

IWADO COURT REPORTERS, INC.



1  -- I'm not going to steal anything, I'm not hurting
2  anybody, I'm staying here. And then that was --
3      Q    Physically where were you when the police first
4  entered the studio?
5      A    I was stepping out right when they were -- as
6  soon as Jackson -- I saw them coming up the stairs
7  because the door was open and the stairway is right
8  there. I saw them coming up the stairs. I grabbed the
9  dog and proceeded to exit. And at that time I told Rick
10 the cops are here, you know, just go now.
11     Q    But as the police -- I just want to be clear
12 about this. As the police are entering the room, are you
13 leaving the room, is that how it happened?
14     A    That's correct. I was just stepping out and to
15 the left by the window in that picture.
16     Q    Okay. And Rick I guess was within 10 feet of
17 you at that point, or less, right?
18     A    He stepped back behind my drums on the other
19 side of the room for a moment as I was exiting and then
20 when the cops came in, I guess he moved back out in front
21 of the drums because they didn't -- from what I could
22 tell, nothing was moved behind my drums from any
23 disheveling or anything like that, so.
24     Q    Did you hear Rick say to the police words to
25 the effect of I'm glad you're here?