Gregory

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

VALERIE GREGORY,
individually and as Special
Administrator of the Estate
of RICHARD J. GREGORY,
Deceased, and as next          : CIVIL       04-00516 SPK
friend of ISRAEL GREGORY, a    : NO.:        KSC
minor, KEANU GREGORY, a
minor, and SHAYLISSE
GREGORY, a minor,

      Plaintiffs,

  vs.

COUNTY OF MAUI, MAUI POLICE
DEPARTMENT, GARRET TIHADA,
EDWIN K. AMONG, NICHOLAS
ANGELL, JOHN DOE OFFICERS
1-10, JOHN DOES 1-10, JANE
DOES 1-10, DOE CORPORATIONS
1-10, DOE PARTNERSHIPS               THIS TRANSCRIPT IS WORK
1-10, and DOE GOVERNMENTAL           PRODUCT. DISTRIBUTION OF
ENTITIES 1-10,                       DUPLICATES IS NOT AUTHORIZED.

      Defendants.
------------------------------>

Deposition noticed by:  Laureen Martin, Esq.


          DEPOSITION OF VINCENT FINAZZO



Taken on behalf of Defendant at Lahaina Civic Center,
Lahaina, Maui, Hawaii, commencing at 1:00 p.m. on January
19, 2005.


    REPORTED BY:    LYNANN NICELY, RPR/RMR/CSR #354

IWADO COURT REPORTERS, INC.


EXHIBIT

1  Q    Yeah.

2  A    I called him when the cop came out and told us
3  that he wasn't breathing and the whole deal. I told him
4  your buddy is not breathing and I think you should come
5  back, you know. And he was already home pretty much in
6  Pukalani at this point and he's like I'm not coming back.
7  He thought I was joking with him. And I called him again
8  when the officers asked me to call him and told him to
9  come back.

10 Q    How long was that first call with him while
11 this scuffle was going on?

12 A    Hard to say. I don't think it was that long.

13 Q    Less than a minute?

14 A    Probably a minute, minute and a half, something
15 like that, yeah.

16 Q    Okay. Did Mr. Gregory have anything in his
17 hands when the police arrived, as far as you know?

18 A    As far as I know, nothing.

19 Q    Did you -- you mentioned that at some point one
20 of the officers went out and got a defibrillator?

21 A    Yes.

22 Q    Did you actually watch the police administer
23 the defibrillator?

24 A    No. I didn't look in the room once.

25 Q    Did you hear anything that that sounded like a