GREGORY, Richard                  12/02/02                        #02-100282
                                                                  UNATTENDED
Page 4.                                                              DEATH.

### WITNESS'S STATEMENT:
#### #2: Vincent James FINAZZO aka: "VINNY"
#### ADULT/WHITE/MALE/CITIZEN

Stated he is part of a Rock Band, he and his friends named "ZERO TOLERANCE". Stated earlier in the day, on 12/02/02 at approximately 6:30 p.m., he met his friend Ross FOX at the LEILANI'S RESTAURANT, located at the WHALERS MARKET PLACE, Kaanapali, Hi. Stated he told FOX he and his band were going to play music tonight at their music studio, later in the evening and FOX can come by and hang out if he wanted to. Stated he and ROSS used to be roommates three months ago, while staying at the HONOKOWAI EAST APARTMENTS. Stated he now lives on a boat alone, off of MALA WHARF. Stated ROSS now lives in Upcountry somewhere.

Stated after work he came to their music studio, which he and his friends put together and pay rent, on 12/02/02 at about 8:00 p.m., or so. Stated he was the first person at the studio. Stated his friend "JACKSON", whose real name is Jason FUQUA came to the studio between 8:30 and 9:00 p.m. Stated the Bass Player and third member of the band Shawn BREWER did not show up. Stated he was working on some of their music on the Computer in the studio when JACKSON came. Stated at about 9:05 p.m., his friend Ross FOX stopped by and was alone. Stated a few minutes later FOX's cell phone rang, so he answered it, and it was his friend "RICK" who was calling from the SLY MONGOOSE BAR, next door. Stated FOX stepped out of the room at the doorway and told the guy to come out of the BAR and look up. Stated he was standing outside at the time and saw this white male, who ROSS later introduced as his friend "RICK", exit the bar and wave to ROSS.

Stated FOX invited RICK upstairs to the studio and introduced RICK to him and JACKSON(FUQUA). Stated RICK was cool and mellow when first came, and brought a guitar with him, that he did not have when he exited the bar earlier. Stated upon being introduced RICK started to tune his guitar. Stated he was working on the computer, fixing a song that he and his band wrote. Stated RICK said he was an entertainer who played mostly the "BLUES' and other songs. Stated RICK then asked to play JACKSON's guitar and JACKSON let him for a little while, but RICK didn't know how to play it, as JACKSON's guitar has seven strings and not six strings like most guitars. RICK later went back to tuning his guitar. Stated he does not know what was wrong, but RICK took a while to tune it. Stated he then offered to let ROSS and RICK hear one of their songs, which they were wrote and were fixing on the computer. Stated after playing the song, RICK just changed and started telling me and JACKSON we play DEVIL MUSIC and he hates HARD ROCK, HEAVY METAL songs. Stated RICK continued to say he was a good christian, and our music was DEVIL MUSIC, and then he said "THERE'S THE DEVIL, RIGHT HERE IN THE WALL", and pointed to the wall located on the south side of the room.

EXHIBIT 26

0000146

| | | |
|---|---|---|
| **GREGORY, Richard** | 12/02/02 | #02-100282 |
| Page 5. | | UNATTENDED DEATH. |

### WITNESS'S STATEMENT:

#2:  Vincent James FINAZZO aka: "VINNY"
ADULT/WHITE/MALE/CITIZEN

Stated RICK freaked me out. Stated I just looked at JACKSON and ROSS and started thinking something's wrong with this guy. Stated he just went back to working on the computer, as RICK continued tuning his guitar and talking about god and his family. Stated after awhile ROSS said he had to go home, because he had to work the next day and told RICK to leave with him, but RICK did not want to leave. I don't know why this guy wanted to stay, but he did not want to leave. ROSS asked him again to go with him and leave and RICK refused. Stated ROSS then left this guy RICK here with us, and we don't even know this guy. Stated RICK continued to tune his guitar, and kept on talking so he and JACKSON decided to close up for the night. Stated he told RICK, they were going home too because they had other things to do in the morning, but RICK did not want to leave. Stated he told RICK straight up he had to go, but RICK started getting loud saying, "IF YOU GOT TO GO, THEN GO AND LEAVE ME HERE!"

Stated he told RICK "NO WAY YOU GOTTA GO". Stated RICK started getting upset, but continued to tune his guitar. Stated I tried to nudge RICK out, by putting my hand on his shoulder, and asking him to leave, but RICK got upset and said "YOU PLAY DEVILS MUSIC & I'M A GOOD FAMILY MAN!" Stated RICK came up into my face and said "YOU WANT ME TO KICK YOU ASS?!, YOU'RE MAKING ME MAD, I'M GOING TO HIT YOU! Stated both he and JACKSON told RICK we don't want to fight, we just want you to leave. I AIN'T GOING ANYWHERE, I'M STAYING RIGHT HERE!" then RICK shoved me. Stated he did not fall, but went backward. Stated after feeling RICK's shove it caught him off he then made the signal to JACKSON to call the cops by holding his thumb to his ear. Stated JACKSON then called the cops, as I continued to talk to RICK. Stated RICK was going off yelling about religious things, how he is a good christian and we listen to the devil, his family etc.

Stated at this time, RICK was really belligerent. Stated RICK started saying "I'M STAYING HERE, I WON'T TOUCH YOUR STUFF, I'M A GOOD CHRISTIAN. YOU'RE GOING TO HELL!! Stated RICK started preaching about god and yelling. Stated that he called ROSS on his cell phone twice, for ROSS to return and get his friend RICK, but ROSS refused. Stated when the Police arrived RICK stepped behind the drum set still holding his guitar tuning it, as I grabbed my dog and walked out to talk to the Police as RICK now moved to the right corner of the room against the South wall. Stated the three Police Officers then went into the room as he and JACKSON just sat and waited outside the room.

GREGORY, Richard                12/02/02                        #02-100282
                                                                UNATTENDED
Page 6.                                                         DEATH.

### WITNESS'S STATEMENT:
#2: Vincent James FINAZZO aka: "VINNY"
ADULT/WHITE/MALE/CITIZEN

Stated when the Police entered RICK started screaming "WHAT ARE YOU DOING, I'M A GOOD CHRISTIAN, I'M A FAMILY MAN." about eight times, then he started yelling "POLICE BRUTALITY", as the Police Officers were all telling RICK "CALM DOWN, JUST RELAX AND PUT YOUR HANDS BEHIND YOUR BACK." Stated the Officer struggled with RICK for awhile as RICK continued to yell, then RICK yelled "I CAN'T BREATH, I CAN'T BREATH! YOU'RE BREAKING MY ARM." Stated an Officer told RICK if you can talk you can breath, then RICK continued yelling and struggling. Stated the struggle lasted at least 4 to 5 minutes, then he heard an Officer finally say, "WE GOT HIM UNDER CONTROL!" as he was talking on the radio. Stated suddenly RICK became quiet, and a few seconds later an Officer came running out of the room, went to his car and grabbed a small pack. Stated one of the Officers told us RICK wasn't breathing, and called the ambulance who responded a few minutes later as the Officers were working on RICK. Stated he again called ROSS to return to the studio, because his friend died, and ROSS finally returned when he realized I wasn't kidding around.

Stated he and JACKSON did not have anything to drink, or take any drugs while at or prior to coming to the studio. Stated when ROSS and RICK arrived they did not drink anything or do any drugs with them, but does not know if ROSS and RICK drank or took drugs prior to coming to the studio. Stated he has never met the Victim RICK, who was later identified as Richard GREGORY, prior to this night and has no knowledge of his past mental health. Stated he did not smell any odor of alcohol on RICK's breath when RICK got in his face, but stated RICK was on some kind of drugs of something, because something is wrong with him.

When asked if the Officers were agitated, upset, rude, or overly aggressive upon their arrival, FINAZZO stated "NO, THE OFFICERS WERE VERY PROFESSIONAL & POLITE." Stated the Officers were not swearing at RICK during the struggle and only kept telling RICK to "CALM DOWN & RELAX." numerous times during their 4 or 5 minute struggle. Stated he thinks the Officers did the best they could do under the circumstances. Stated he is just tripping out about what happened, but he does not think the Police Officers did anything wrong. Stated the struggle lasted a long time, but they didn't tear up the studio or damage any of the equipment. Stated in his opinion the Officers did their jobs the best they could do, but something was wrong with this guy. Nothing further to add.

0000148