*Gregory*                                            1

```
 1            IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF HAWAII
 2

 3
     VALERIE GREGORY,                    :
 4   individually and as Special         :
     Administrator of the Estate         :
 5   of RICHARD J. GREGORY,              :
     Deceased, and as next               :  CIVIL     04-00516 SPK
 6   friend of ISRAEL GREGORY, a         :  NO.:      KSC
     minor, KEANU GREGORY, a             :
 7   minor, and SHAYLISSE                :
     GREGORY, a minor,                   :
 8                                       :
                 Plaintiffs,             :
 9                                       :
           vs.                           :
10                                       :         COPY
                                         :
11   COUNTY OF MAUI, MAUI POLICE         :
     DEPARTMENT, GARRET TIHADA,          :
12   EDWIN K. AMONG, NICHOLAS            :
     ANGELL, JOHN DOE OFFICERS           :
13   1-10, JOHN DOES 1-10, JANE          :
     DOES 1-10, DOE CORPORATIONS         :
14   1-10, DOE PARTNERSHIPS              :    THIS TRANSCRIPT IS WORK
     1-10, and DOE GOVERNMENTAL          :    PRODUCT. DISTRIBUTION OF
15   ENTITIES 1-10,                      :    DUPLICATES IS NOT AUTHORIZED.
                                         :
16               Defendants.             :
     ----------------------------
17
     Deposition noticed by:  Laureen Martin, Esq.
18

19
                 DEPOSITION OF VINCENT FINAZZO
20

21

22   Taken on behalf of Defendant at Lahaina Civic Center,
     Lahaina, Maui, Hawaii, commencing at 1:00 p.m. on January
23   19, 2005.

24

25       REPORTED BY:   LYNANN NICELY, RPR/RMR/CSR #354
```

IWADO COURT REPORTERS, INC.


EXHIBIT 27

1   A   No.

2   Q   Okay.

3   A   I was, though.

4   Q   I got you. And then you told us on direct
5   examination that almost immediately upon the arrival of
6   the police, it became a wrestling match.

7   A   Yes.

8   Q   And I take it that you're talking a matter of
9   seconds.

10  A   Yeah. It was pretty quick. It really was. It
11  caught me off guard, the whole deal, and I thought, you
12  know, okay, they're going to wrestle with him a few
13  minutes and drag him out of here, so that's why we stayed
14  out of the way.

15  Q   Did you prior to this becoming a wrestling
16  match almost immediately upon the arrival of the police,
17  did any of the police tell Rick or give him a command to
18  simply leave? Before it became a wrestling match?

19  A   I don't believe so. I'm not sure if they gave
20  him the option or not. At that point I was on the phone
21  with Ross right after the police had come in. I had
22  called Ross again and told him the police are here, you
23  know, they're wrestling with your pal, you know.

24  Q   Did you make the call once the wrestling
25  started, though?