*Gregory*

```
 1              IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF HAWAII
 2

 3
    VALERIE GREGORY,                    :
 4  individually and as Special         :
    Administrator of the Estate         :
 5  of RICHARD J. GREGORY,              :
    Deceased, and as next               :   CIVIL      04-00516 SPK
 6  friend of ISRAEL GREGORY, a         :   NO.:       KSC
    minor, KEANU GREGORY, a             :
 7  minor, and SHAYLISSE                :
    GREGORY, a minor,                   :
 8                                      :
              Plaintiffs,               :
 9                                      :
         vs.                            :
10                                      :               COPY
                                        :
11  COUNTY OF MAUI, MAUI POLICE         :
    DEPARTMENT, GARRET TIHADA,          :
12  EDWIN K. AMONG, NICHOLAS            :
    ANGELL, JOHN DOE OFFICERS           :
13  1-10, JOHN DOES 1-10, JANE          :
    DOES 1-10, DOE CORPORATIONS         :
14  1-10, DOE PARTNERSHIPS              :      THIS TRANSCRIPT IS WORK
    1-10, and DOE GOVERNMENTAL          :      PRODUCT. DISTRIBUTION OF
15  ENTITIES 1-10,                      :      DUPLICATES IS NOT AUTHORIZED.
                                        :
16            Defendants.               :
    ----------------------------        >
17
    Deposition noticed by:  Laureen Martin, Esq.
18

19
                DEPOSITION OF VINCENT FINAZZO
20

21

22  Taken on behalf of Defendant at Lahaina Civic Center,
    Lahaina, Maui, Hawaii, commencing at 1:00 p.m. on January
23  19, 2005.

24

25       REPORTED BY:   LYNANN NICELY, RPR/RMR/CSR #354
```

IWADO COURT REPORTERS, INC.   EXHIBIT 28

1  police officers that I was not the guy that they were
2  look for, which I really appreciated at the time. And so
3  I -- my dog was in there with me, the same, you know,
4  with us, and I, you know, exited -- as soon as the cops
5  came up the stairs, I exited outside with Jackson.
6      Q   Okay. And with your dog, too?
7      A   Yes.
8      Q   What kind of a dog did you have?
9      A   He's a Samoyed heeler. Looks like a little
10 white fox. Approximately 35, 37 pounds.
11     Q   When the three police officers went into the
12 studio -- some of these questions may sound silly to you,
13 but I've got to ask you -- did any of them have their
14 guns drawn?
15     A   Negative.
16     Q   Did any of them have any weapon of any kind in
17 their hand such as a night stick or anything like that in
18 their hand?
19     A   Negative.
20     Q   When they entered the room, did you hear them
21 say anything to Mr. Gregory?
22     A   Yes. They were -- they asked him what the
23 problem was. And he said he wasn't going to leave. And
24 they said but this isn't your -- this isn't your
25 property, you have to leave. And then it turned into a

1  wrestling match like almost immediately.
2     Q   Okay.
3     A   I mean, that's -- I didn't visually see it, but
4  the place has a very weak floor, so -- it's an old
5  building, so you could feel everything shaking around.
6     Q   So you were outside the studio --
7     A   Standing by the window in that one photograph.
8     Q   Okay.  From that first photography I showed you
9  which shows the window, it appears that you cannot see
10 through the window; is that correct?
11    A   No, there is carpet over it.
12    Q   Okay.  And is there carpet on the floor, too?
13    A   Yeah, there is pretty much carpet everywhere
14 but the ceiling.  Four to five layers of it.
15    Q   Is that for acoustical purposes?
16    A   Yeah, well, try to keep most of the sound from
17 escaping, you know, try not to bother the other neighbors
18 as much as possible.
19    Q   Okay.  So although you didn't see the scuffle,
20 you could feel it through your feet because of the floor
21 was moving around?
22    A   Yes.  Correct.
23    Q   And approximately how long did the scuffle --
24 from the time that the police officers went in to the
25 room -- and I understand that at some point the police