Gregory                                                          1

```
 1        IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF HAWAII
 2

 3
     VALERIE GREGORY,                :
 4   individually and as Special    :
     Administrator of the Estate     :
 5   of RICHARD J. GREGORY,          :  CIVIL      04-00516 SPK
     Deceased, and as next           :  NO.:       KSC
 6   friend of ISRAEL GREGORY, a     :
     minor, KEANU GREGORY, a         :
 7   minor, and SHAYLISSE            :
     GREGORY, a minor,               :
 8                                   :
                Plaintiffs,          :
 9                                   :
           vs.                       :
10                                   :           COPY
     COUNTY OF MAUI, MAUI POLICE     :
11   DEPARTMENT, GARRET TIHADA,      :
     EDWIN K. AMONG, NICHOLAS        :
12   ANGELL, JOHN DOE OFFICERS       :
     1-10, JOHN DOES 1-10, JANE      :
13   DOES 1-10, DOE CORPORATIONS     :
     1-10, DOE PARTNERSHIPS          :     THIS TRANSCRIPT IS WORK
14   1-10, and DOE GOVERNMENTAL      :     PRODUCT. DISTRIBUTION OF
     ENTITIES 1-10,                  :     DUPLICATES IS NOT AUTHORIZED.
15                                   :
                Defendants.          :
16   --------------------------      >

17   Deposition noticed by:  Laureen Martin, Esq.
18

19            DEPOSITION OF VINCENT FINAZZO
20

21

22   Taken on behalf of Defendant at Lahaina Civic Center,
     Lahaina, Maui, Hawaii, commencing at 1:00 p.m. on January
23   19, 2005.

24

25        REPORTED BY:   LYNANN NICELY, RPR/RMR/CSR #354
```

IWADO COURT REPORTER    EXHIBIT  29

1    just turned into a wrestling match, you know.  We were --

2         Q    This whole incident --

3         A    At that point in time I was joking about it,

4    you know, and then it wasn't a joking matter after

5    everything just got quiet and Jackson looked at me and

6    said this just got ugly.  And --

7         Q    So would you say that from the time that

8    Mr. Gregory refused to leave, that this was a pretty

9    bizarre incident?

10        MR. GIERLACH:  Leading, calls for speculation,

11        argumentative.

12   BY MR. ROBBINS:

13        Q    You may answer.

14        A    Yeah.

15        Q    And what did you and Jackson talk about when

16   you left the studio as the police officers were going in,

17   do you recall what you and he talked about?

18        MR. GIERLACH:  Lacks foundation, misstates

19        testimony, assumes facts not in evidence.  Go ahead.

20        A    Just the fact that, you know, the guy is off

21   his rocker, you know, we thought -- you know, both of us

22   could have swore he was on some kind of drug or

23   something, you know, because I've -- normal people don't

24   freak out like that.  It really takes -- I'm Italian, I

25   have a hot temper, you know, but it takes a lot to boil