*Gregory*                                                1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

VALERIE GREGORY,
individually and as Special
Administrator of the Estate
of RICHARD J. GREGORY,
Deceased, and as next                  : CIVIL     04-00516 SPK
friend of ISRAEL GREGORY, a            : NO.:      KSC
minor, KEANU GREGORY, a
minor, and SHAYLISSE
GREGORY, a minor,

   Plaintiffs,

vs.

COPY

COUNTY OF MAUI, MAUI POLICE
DEPARTMENT, GARRET TIHADA,
EDWIN K. AMONG, NICHOLAS
ANGELL, JOHN DOE OFFICERS
1-10, JOHN DOES 1-10, JANE
DOES 1-10, DOE CORPORATIONS          THIS TRANSCRIPT IS WORK
1-10, DOE PARTNERSHIPS               PRODUCT. DISTRIBUTION OF
1-10, and DOE GOVERNMENTAL           DUPLICATES IS NOT AUTHORIZED.
ENTITIES 1-10,

   Defendants.

Deposition noticed by: Laureen Martin, Esq.

DEPOSITION OF VINCENT FINAZZO

Taken on behalf of Defendant at Lahaina Civic Center,
Lahaina, Maui, Hawaii, commencing at 1:00 p.m. on January
19, 2005.

REPORTED BY:  LYNANN NICELY, RPR/RMR/CSR #354

IWADO COURT REPORTERS, INC. 

EXHIBIT 30

1  officer came running out of the studio, go down to the
2  car to bring something back up to the studio, from the
3  point that the police -- from the time that the police
4  officers entered the apartment -- studio, rather, until
5  the time that you saw the police officer run out of the
6  studio, about how much time elapsed?
7      A    I original said it was about five to seven
8  minutes. And, you know, it seemed like a long period of
9  time, but it very well could have been less. But it
10 seemed right in that range to me. Because it was taking
11 a long time for them to remove him from the room.
12     Q    Could you tell me to the best -- and I realize
13 this occurred over two years ago now. Can you tell me --
14 tell us to the best of your recollection what you heard
15 the police say during this time to Mr. Gregory?
16     A    While they were wrestling with him, they kept
17 telling him, "Calm down, calm down." And I, you know, I
18 must have heard that 8, 15 times, you know, "Calm down,
19 relax, relax, you know, just relax." And --
20     Q    Did any of them yell at him?
21     A    No, they were very -- they were very calm
22 sounding, you know, with all the confusion going on. As
23 far as their tone of voice or whatever, it never really
24 elevated or anything.
25     Q    What about --