Gregory                                                                    1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

VALERIE GREGORY,
individually and as Special
Administrator of the Estate
of RICHARD J. GREGORY,
Deceased, and as next           :  CIVIL      04-00516 SPK
friend of ISRAEL GREGORY, a     :  NO.:       KSC
minor, KEANU GREGORY, a
minor, and SHAYLISSE
GREGORY, a minor,

           Plaintiffs,

      vs.

                                    COPY

COUNTY OF MAUI, MAUI POLICE
DEPARTMENT, GARRET TIHADA,
EDWIN K. AMONG, NICHOLAS
ANGELL, JOHN DOE OFFICERS
1-10, JOHN DOES 1-10, JANE
DOES 1-10, DOE CORPORATIONS
1-10, DOE PARTNERSHIPS           THIS TRANSCRIPT IS WORK
1-10, and DOE GOVERNMENTAL       PRODUCT. DISTRIBUTION OF
ENTITIES 1-10,                   DUPLICATES IS NOT AUTHORIZED.

           Defendants.
------------------------------>

Deposition noticed by:  Laureen Martin, Esq.


             DEPOSITION OF VINCENT FINAZZO



Taken on behalf of Defendant at Lahaina Civic Center,
Lahaina, Maui, Hawaii, commencing at 1:00 p.m. on January
19, 2005.


       REPORTED BY:   LYNANN NICELY, RPR/RMR/CSR #354

IWADO COURT REPORTERS  EXHIBIT

```
 1      Q    You're a percussionist?
 2      A    [Witness nodding.]
 3      Q    And do you have any other hobbies besides
 4  music?
 5      A    Sailing and paragliding.
 6      Q    And do you do that for your own pleasure or do
 7  you do that professionally?
 8      A    For my own pleasure, yeah.
 9      Q    And I understand you live on a boat; is that
10  right?
11      A    Yes, correct.
12      Q    How long have you lived on a boat?
13      A    It's been a little over two years now.
14      Q    And that's in Lahaina?
15      A    Yeah, Mala Wharf.
16      Q    What is the name of your boat?
17      A    Nimbus.
18      Q    And again what kind of a boat do you live on?
19      A    It's a 35-foot Alberg Pierson sloop.
20      Q    When you came back here in 1985, did you have
21  any jobs lined up?
22      A    No.  I had one friend from previous and he let
23  me stay at his parents' house -- well, they let me stay
24  there, basically.  And I got -- I was down on the beach,
25  Kaanapali Beach bodysurfing one day and I put in an
```

1  application at the Crab Catcher and I went back to
2  bodysurfing and the manager came running down the beach
3  and said, "I need a busboy right now," and he went and
4  got me some slippers and gave me a shirt and put me to
5  work. I'll still dripping wet. But I worked there for
6  like three and a half years. And then I got fired for
7  not fitting anything any more after that deal, so I kind
8  of broke away from the restaurant.
9      Q    From not fitting in?
10     A    Yeah, that was the strangest deal. I was too
11 young, I made waiter and I couldn't grow a moustache to
12 look a little more distinguished, or any facial hair, so
13 they canned me.
14     Q    Looks like you've succeeded in growing those
15 things.
16     A    A little older now.
17     Q    Where were you working at that time for three
18 and a half years?
19     A    It was the Crab Catcher, yeah, which is now the
20 Hula Grill, right there in Kaanapali.
21     Q    And after those three and a half years working
22 there at the Crab Catcher, where did you work?
23     A    I worked at Maui Kaanapali Villas -- actually,
24 I went to Royal Lahaina, I was a sail instructor for
25 about a year and a half there. And then I worked at Maui

1  Kaanapali Villas doing the same thing, windsurf and sail
2  instructor.
3      Q   Are you still doing that kind of work?
4      A   No, I work for UFO Parasail, I've been with
5  them over 15 years now.
6      Q   What do you do for them?
7      A   I was crew and captain on the boat, but I
8  injured myself last year, I was out for a year, and now
9  I'm in the shop.  But we're currently off work because of
10 the whale season, so.
11     Q   That's interesting.  Some authority here on
12 Maui says you can't go out parasailing while --
13     A   Parasailer, jet ski, yeah, it's a nightmare
14 court case going on also.
15     Q   I'm going to be here, too, but I know our court
16 reporter is on the verge of asking both of us not to talk
17 at the same time, so I'll wait until you finish answering
18 before I ask you a question and if you could wait until I
19 finish the question to answer, it make life for this
20 wonderful lady over here a lot easier.
21     A   Okay.
22     Q   Thanks.  And when did you started as a
23 percussionist, how old were you?
24     A   Started out pretty young.  I was a little kid,
25 my grandma gave me pots and pans to beat on and I started

1  out, you know, doing that. And basically sixth grade I
2  started -- I jumped into a music class. That was the
3  first, you know, grade that they actually offered
4  something like that. So I got -- I started in that deal.
5  My mom bought me a snare drum. And then my dad I think
6  -- because they were divorced when I was two -- I believe
7  he bought me a drum set just to aggravate my mother, but
8  that's where it started. So I've been playing for a long
9  time.
10      Q   Okay. In December of 2002, specifically
11 December 2nd, 2002, were you part of a band?
12      A   Yes.
13      Q   What was the name of the band?
14      A   Zero Tolerance.
15      Q   Okay. And we understand in talking to Jackson
16 earlier today that you and he and Sean Brewer were three
17 members of that band at that time, correct?
18      A   Yes. Correct.
19      Q   By the way, again going back to your personal
20 life, are you a church goer?
21      A   I wouldn't say a -- I grew up a Catholic and,
22 you know, yes, we did go to church when I was growing up
23 and the deal, but mostly I would -- you'll get a midnight
24 mass on Christmas out of me type of deal, but other than
25 that, I'm not real --

1   Q   Okay. Now, you said you had very vivid
2   memories, and is that about this incident -- and we're
3   talking about December 2nd, 2002?
4   A   Yes.
5   Q   And we understand that you were at your studio
6   with Jackson that night. Is that understanding correct?
7   A   Yes.
8   Q   What were you and Jackson going to do at your
9   studio that night?
10  A   We were going -- we were waiting for Sean
11  Brewer to show up so we could start practicing.
12  Q   Okay. And what kind of gigs did you guys play
13  back then?
14  A   Hard Rock, Casanova's, Civic Center. We've
15  opened up for the Toadies. My previous band opened up
16  for Sound Garden. Just small venues, basically, you
17  know, most of the just clubs in town here.
18  Q   Okay. When you said Hard Rock, you meant Hard
19  Rock Cafe?
20  A   Yeah.
21  Q   And we understand that you guys shared the rent
22  for a studio in Lahaina at that time.
23  A   Yes. Correct.
24  Q   Okay. And could you tell us what the address
25  of that studio is?

1  A    It's number 3, upstairs. I'm not exactly sure
2  of the physical number, but it's on Wiliko Place.
3  Q    We've got a spelling from Jackson on that, so
4  there is no need for you to do that.
5       And you -- your band plays rock music?
6  A    Yeah. Real heavy -- heavy music. It's --
7  heavy metal, I guess.
8  Q    You say heavy metal --
9  A    Or hard core is the, you know, classification
10 for our genre.
11 Q    Okay. Does that mean it's got a very heavy
12 beat to it?
13 A    Yeah.
14 Q    And loud, sort of wailing lead guitar?
15 A    I wouldn't -- no, it's more rhythm oriented.
16 Q    Okay. And we also gather from Jackson's
17 deposition earlier today that ordinarily you had a
18 vocalist, but you did not have a vocalist in place in
19 early December 2002. Is that correct?
20 A    Yes.
21 Q    Okay. Well, let's turn to December 2nd, 2002.
22 You said that you and Jackson and Sean were going to
23 practice together that night. Did you guys have an
24 understanding as to what time you'd meet at the studio?
25 A    Yes.

1  Q    And what time was that?
2  A    That was right around 9:00, 9:30. And I was
3  the first one to show up, so.
4  Q    Okay. Well, let's do this. Rather than my
5  asking you a lot of individual questions, let me just ask
6  you this. From the time that the first of you showed up
7  -- were you the first to arrive that night?
8  A    Yes.
9  Q    Could you please tell us approximately what
10 time you arrived, and until the police were called, what
11 happened?
12 A    Okay. Well, I showed up approximately 9:00,
13 right in that range. I'm usually pretty prompt. I was
14 working on the computer on a couple of songs that we had
15 previously recorded. And then Jackson showed up, I don't
16 know, 15 minutes later, I would say, 15, 20 minutes
17 later. We sat around and we waited for Sean to show up.
18 And during this time I had ran into his friend Ross Fox
19 earlier and he said -- I offered, you know, for him to
20 come by and hang out and listen to some music with us.
21 So he came by. This was after Jackson showed up. He
22 came by, he was hanging out for a few, and then he got a
23 phone call from his buddy, Rick Gregory, and he was going
24 to meet him there or meet him down in that area, not
25 necessarily meet him at our place, but he was going to

Case 1:04-cv-00516-SPK-KSC    Document 48-32    Filed 12/21/2005    Page 9 of 9

15

1  meet.
2  So he had called -- I suppose from what the
3  bartender told me, which I know very well, he didn't have
4  anything to drink in the bar, he just went in to use the
5  phone and then came out after he had got a hold of Ross,
6  who told him -- Ross told him step outside and look left
7  and you'll see me standing on the balcony. So that's
8  what he did. And then he came up.
9  He introduced him to --
10  MR. GIERLACH: I'm sorry, let me just object
11  that this is a narrative response. Go ahead.
12  A  He introduced --
13  MR. ROBBINS: I thought it would be the most
14  efficient -- this is on the record -- most efficient
15  way of doing this, David. If you want, I can go and
16  ask him independent or individual questions back and
17  forth.
18  MR. GIERLACH: How about like a happy medium?
19  MR. ROBBINS: Okay. Happy medium, okay.
20  MR. GIERLACH: Not necessarily one question and
21  one isolated answer, but if it could be broken up a
22  little more than -- because we all obviously have
23  the gentleman's statement and it's relatively
24  lengthy and I don't know that I'm comfortable with
25  him simply reciting all of those events without any