Gregory                                                                    1

```
 1              IN THE UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF HAWAII
 2

 3

 4   VALERIE GREGORY,                   :
     individually and as Special        :
     Administrator of the Estate        :
 5   of RICHARD J. GREGORY,             :
     Deceased, and as next              :  CIVIL      04-00516 SPK
 6   friend of ISRAEL GREGORY, a        :  NO.:       KSC
     minor, KEANU GREGORY, a            :
 7   minor, and SHAYLISSE               :
     GREGORY, a minor,                  :
 8                                      :
               Plaintiffs,              :
 9                                      :
          vs.                           :
10                                      :
                                           COPY
11   COUNTY OF MAUI, MAUI POLICE        :
     DEPARTMENT, GARRET TIHADA,         :
12   EDWIN K. AMONG, NICHOLAS           :
     ANGELL, JOHN DOE OFFICERS          :
13   1-10, JOHN DOES 1-10, JANE         :
     DOES 1-10, DOE CORPORATIONS        :
14   1-10, DOE PARTNERSHIPS             :     THIS TRANSCRIPT IS WORK
     1-10, and DOE GOVERNMENTAL         :     PRODUCT. DISTRIBUTION OF
15   ENTITIES 1-10,                     :     DUPLICATES IS NOT AUTHORIZED.
                                        :
16             Defendants.              :
     ----------------------------- >
17

     Deposition noticed by:  Laureen Martin, Esq.
18

19

                    DEPOSITION OF JASON FUQUA
20

21


22   Taken on behalf of Defendant at Lahaina Civic Center,
     Lahaina, Maui, Hawaii, commencing at 10:00 a.m. on
23   January 19, 2005.

24

25        REPORTED BY:    LYNANN NICELY, RPR/RMR/CSR #354
```

IWADO COURT REPORTERS, INC                    EXHIBIT 32

1  got more assertive and then I started yelling, I don't
2  care what your problem is, I don't know what it is, but
3  you need to beat it, you know, you need to leave.
4      Q    Did you ever threaten him with any course?
5      A    No.
6      Q    Did you ever challenge him to any kind of a
7  fight?
8      A    No.
9      Q    From what you could hear -- and indeed what you
10 saw when you looked in the door and described what --
11 where the police officers were and the position of
12 Gregory at that point, at any time during the
13 approximately 10 minutes that this incident occurred, did
14 it ever sound to you or appear to you that the police
15 officer -- any of the police officers were out of
16 control?
17     A    No.
18     Q    Did you ever hear the -- I'm sorry, you've
19 already indicated that you did not overhear the police
20 say that Mr. Gregory had anything in his hand; is that
21 correct?
22     A    Correct.
23     Q    Did you ever hear the police officer say
24 anything to the effect that they had to choke him or
25 injure him in any way?