Gregory                                                          1

```
 1            IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF HAWAII
 2

 3

 4   VALERIE GREGORY,                :
     individually and as Special     :
     Administrator of the Estate     :
 5   of RICHARD J. GREGORY,          :
     Deceased, and as next           :  CIVIL        04-00516 SPK
 6   friend of ISRAEL GREGORY, a     :  NO.:         KSC
     minor, KEANU GREGORY, a         :
 7   minor, and SHAYLISSE            :
     GREGORY, a minor,               :
 8                                   :
               Plaintiffs,           :
 9                                   :
         vs.                         :
10                                   :
                                     :         COPY
11   COUNTY OF MAUI, MAUI POLICE     :
     DEPARTMENT, GARRET TIHADA,      :
12   EDWIN K. AMONG, NICHOLAS        :
     ANGELL, JOHN DOE OFFICERS       :
13   1-10, JOHN DOES 1-10, JANE      :
     DOES 1-10, DOE CORPORATIONS     :
14   1-10, DOE PARTNERSHIPS          :      THIS TRANSCRIPT IS WORK
     1-10, and DOE GOVERNMENTAL      :      PRODUCT. DISTRIBUTION OF
15   ENTITIES 1-10,                  :      DUPLICATES IS NOT AUTHORIZED.
                                     :
16             Defendants.           :
     ------------------------------->
17
     Deposition noticed by:  Laureen Martin, Esq.
18

19
                  DEPOSITION OF JASON FUQUA
20

21

22   Taken on behalf of Defendant at Lahaina Civic Center,
     Lahaina, Maui, Hawaii, commencing at 10:00 a.m. on
23   January 19, 2005.

24

25       REPORTED BY:  LYNANN NICELY, RPR/RMR/CSR #354
```

IWADO COURT REPORTERS, INC.    EXHIBIT 33

    A   Basically heard the police officers saying "calm down" a bunch of times, "relax." Rick yelling, "I'm a Christian, why are you doing this to me, I'm a family man," things of that nature.

    Q   Okay. One of the police officers characterized Gregory at that point, after they went into the studio, as being -- as appearing extremely high strung, excitable and jumpy. Would you agree with that?

    A   I would agree.

    Q   When you heard -- and from the time that the police officers went into the apartment until -- studio, rather, until the one officer left, went downstairs and brought something back up to the studio, approximately how much time transpired between those two points in time?

    A   When they walked in and when he ran out?

    Q   Yes.

    A   Ten minutes, approximately.

    Q   At any time during that 10 minute interval, could you hear -- other than what was being said by the police officers and by Rick, did you hear anybody hitting anybody?

    A   No.

    Q   Could you hear anybody banging up against any of the instruments like the drum set?