```
 1            IN THE CIRCUIT COURT OF THE SECOND CIRCUIT

 2                         STATE OF HAWAII

 3

 4   VALERIE GREGORY, Individually    )
     And as Special Administrator of  )
 5   The Estate of RICHARD J.         )
     GREGORY, deceased, and as next   )
 6   Friend of ISREAL GREGORY, a      )
     Minor, KEANU GREGORY, a minor,   )
 7   KALANI GREGORY, a minor, and     )
     SHAYLISSE GREGORY, a minor,      )
 8                                    )
                  Plaintiffs,         )   CIVIL NO.
 9                                    )   03-1-0265(1)
             vs.                      )
10                                    )
     COUNTY OF MAUI, MAUI POLICE      )
11   DEPARTMENT; JOHN DOE OFFICERS    )
     1-10; JOHN DOES 1-10; JANE DOES  )
12   1-10; JOHN DOE CORPORATIONS      )
     1-10; JOHN DOE PARTNERSHIPS      )
13   1-10; AND ROE GOVERNMENTAL       )
     ENTITIES 1-10,                   )
14                                    )
                  Defendants.         )
15   _____)
     Deposition noticed by:   DAVID A. SERENO, ESQ.
16

17
                    DEPOSITION OF EDWIN AMONG
18

19   Taken on behalf of Plaintiff at The Law Offices of David A.

20   Sereno, 55B North Church Street, Wailuku, Maui, Hawaii,

21   commencing at 9:30 a.m. on July 29, 2004, pursuant to

22   Notice.

23                    THIS TRANSCRIPT IS WORK
                      PRODUCT. DISTRIBUTION OF
24                    DUPLICATES IS NOT AUTHORIZED.

25   REPORTED BY:    JEANNETTE W. IWADO, RPR/CSR #135
```

EXHIBIT 34

IWADO COURT REPORTERS, INC.
(808) 244-9300

1    Q.    Did you see where Officer Tihada was?

2    A.    No, I didn't.

3    Q.    Do you recall?

4    A.    No, I can't recall.

5    Q.    Do you recall what Mr. Gregory was saying during
6  this time period?

7    A.    Not exactly what his wording was, but he was just
8  babbling.

9    Q.    Do you recall hearing him say that he can't
10 breathe?

11   A.    I don't recall that.

12   Q.    Would that be something that would be in some type
13 of report that you may have written in this case?

14   A.    Yes.

15   Q.    While you were trying to get his arm away from him
16 and Officer Angel was trying to get his other arm away from
17 him was Officer Tihada, to the best of your recollection,
18 did he still have his arm around Mr. Gregory's neck area?

19   A.    Yes.

20   Q.    Was Officer Tihada leaning on Mr. Gregory or was
21 he pulling?

22   A.    Basically he was just being flailed around.

23   Q.    Could you from where you were standing then, to
24 the best of your recollection, determine whether or not
25 based on your training that Officer Tihada had properly