*Gregory*                                                                                    1

```
 1            IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF HAWAII
 2

 3

    VALERIE GREGORY,                    :
 4  individually and as Special         :
    Administrator of the Estate         :
 5  of RICHARD J. GREGORY,              :
    Deceased, and as next               :  CIVIL      04-00516 SPK
 6  friend of ISRAEL GREGORY, a         :  NO.:       KSC
    minor, KEANU GREGORY, a             :
 7  minor, and SHAYLISSE                :
    GREGORY, a minor,                   :
 8                                      :
             Plaintiffs,                :
 9                                      :
         vs.                            :
10                                      :
                                        :
11  COUNTY OF MAUI, MAUI POLICE         :
    DEPARTMENT, GARRET TIHADA,          :
12  EDWIN K. AMONG, NICHOLAS            :
    ANGELL, JOHN DOE OFFICERS           :
13  1-10, JOHN DOES 1-10, JANE          :
    DOES 1-10, DOE CORPORATIONS         :
14  1-10, DOE PARTNERSHIPS              :
    1-10, and DOE GOVERNMENTAL          :
15  ENTITIES 1-10,                      :
                                        :
16           Defendants.                :
    ----------------------------        >
17
    Deposition noticed by:  Laureen Martin, Esq.
18

19
                  DEPOSITION OF JASON FUQUA
20

21

22  Taken on behalf of Defendant at Lahaina Civic Center,
    Lahaina, Maui, Hawaii, commencing at 10:00 a.m. on
23  January 19, 2005.

24

25       REPORTED BY:  LYNANN NICELY, RPR/RMR/CSR #354
```

COPY

THIS TRANSCRIPT IS WORK PRODUCT. DISTRIBUTION OF DUPLICATES IS NOT AUTHORIZED.

IWADO COURT REPORTERS, INC.     EXHIBIT 35

1  A   No. There was not a whole lot of room that was
2  in there being there was two band setups.
3  Q   Until the time that you saw the police officer
4  -- did you hear at any point any of the police officers
5  swear at Rick from the time that they entered the
6  apartment until the time the police officer ran
7  downstairs to bring something back up?
8  A   I don't recall them swearing at him, no.
9  Q   Did you hear any of the police officers yelling
10 at Rick?
11 A   No.
12 Q   What tone of voice did the police officers use
13 throughout the entire time that they were in the studio
14 until the police officer ran downstairs?
15 A   Well, they were being assertive, you know,
16 relax, calm down, you know.
17 Q   Did you hear them say anything that sounded at
18 all unprofessional to you?
19 A   No, sir.
20 Q   Now, what about Rick, what was his tone of
21 voice, how loudly was he speaking, what was he saying?
22 A   He was yelling.
23 Q   Did you hear him yell at any point or hear him
24 say at any point, "I can't breathe"?
25 A   Yes.

1   Q   How many times did you hear him say that?

2   A   Approximately maybe twice.

3   Q   At the time he said "I can't breathe" -- I'm going to use the word muffled. By muffled, I mean if I put my hand over my face as I'm doing now, you hear my voice changes the sounds from -- as I'm talking to you now and then I put my hand over my face and the sound of my voice sounds very different.

9   A   It wasn't muffled.

10  Q   Okay. At any time when you heard Rick speak either when he said "I can't breathe" or whatever else that he said, at any time at all did the sound of his voice ever change indicating that his face was being pressed into anything, whether somebody's hands, into a sofa, or anything else such as I'm doing now with my voice sounding differently than it sounded --

17  A   No, sir.

18  Q   Okay. Apart from him yelling, Rick yelling, did you ever hear any difference in the sound of his voice when he was speaking?

21  A   No.

22  Q   When he said "I can't breathe," did you hear any of the police officers respond to him?

24  A   I don't recall.

25  Q   Did you hear them say anything to the effect

1  well, if you can talk, you can breathe?
2     A    I said that.
3     Q    You said that. What do you mean?
4     A    In my police report. Well, I just did a CPR
5  class earlier and what we learned was, "I'm choking, I'm
6  choking" -- well, if you're choking, you can't speak. If
7  you can't breathe, you can't speak. You're not choking.
8     Q    That was just that night you were told that?
9     A    Yes.
10    Q    You talk about a coincidence.
11    A    Irony.
12    Q    Yeah. Did you at any time hear any of the
13 police officers say, "We have him under control"?
14    A    I don't recall that.
15    Q    Did you hear the police officers speaking but
16 because they were not speaking as loud as Rick was, you
17 could not understand what they were saying? In other
18 words, could you hear them talking but you couldn't make
19 out what they were saying?
20    A    No, you could hear them.
21    Q    And when you say you could hear them, when you
22 heard them, you could understand what they were saying?
23    A    Yeah.
24    Q    Okay. Jackson, I'm going to now -- before I
25 show you this, you said earlier at one point you did look