| | | |
|---|---|---|
| **GREGORY, Richard** <br> 183 Ikea Place, <br> Pukalani, Maui, Hawaii | 12/02/02 | #02-100282 <br> UNATTENDED <br> DEATH. |

### ASSIGNMENT:

On 12/02/02 at 2330 hours, was assigned by Lt. Lenie LAWRENCE to respond to 1036 Limahana Street, Lahaina, Maui, Hawaii in regards to an UNATTENDED DEATH of which the Victim identified as Richard GREGORY to have expired at the scene following a CRIMINAL TRESPASS II., arrest type case. At this time, this investigator was advised to meet with Detectives Ronald HIYAKUMOTO(Primary) and Arthur DADEZ(assistant), in regards to my assignments at the scene.

### ARRIVAL:

Upon arrival to the scene at 0045 hours, this investigator was assigned to meet with the Complainants of the CRIMINAL TRESPASS II case., identified as Jason FUQUA and Vincent FINAZZO, and obtain their statements in regards to what occurred at this location identified as a MUSIC STUDIO, operated by the Complainant(s). This investigator then first met with FUQUA who made the following statement.

### WITNESS'S STATEMENT:
#### #1: Jason Blake FUQUA aka: "JACKSON"
#### ADULT/WHITE/MALE/CITIZEN

Stated he and his friends, he identified as Vincent FINAZZO and Shawn BREWER formed a Rock & Roll bad, they named "ZERO TOLERANCE", and they practice and record at this location that they had made into a small Recording Studio. Stated he and his friends were supposed to practice and record tonight, however BREWER who is the Bass Player did not show up. Stated he had arrived to the studio on 12/02/02 at approximately 9:45 or so, and is not sure of the time. Stated his friend Vincent, who he calls "VINNY" was already at the studio working on the computer. Stated shortly thereafter VINNY'S friend "ROSS" shows up at the studio with another guy, who ROSS introduced as "RICK". Stated RICK,(later identified as Richard GREGORY), was cordial upon his arrival, stating he is a guitar player and brought a guitar with him.

Stated RICK asked him, what he(FUQUA) played and he told RICK he played the guitar. Stated RICK asked to play his guitar, which is a seven string electric guitar, and he then allowed RICK to play his guitar. Stated RICK stated he had to tune the guitar, at which time he told RICK not to screw with it, as it was already tuned to his (FUQUA's) specifications. Stated RICK got a little upset and then handed him back the guitar. Stated RICK then grabbed his own guitar and started to tune his guitar. Stated he does not know what was up with RICK as this was when he first started acting weird. Stated after awhile, RICK started saying he liked and played the BLUES music and did not like "HARD ROCK/HEAVY METAL."

EXHIBIT 36 0000143

GREGORY, Richard            12/02/02                    #02-100282
                                                        UNATTENDED
Page 2.                                                 DEATH.

**WITNESS'S STATEMENT:**
        #1: Jason Blake FUQUA aka: "JACKSON"
        ADULT/WHITE/MALE/CITIZEN

Stated RICK then started saying that he saw the DEVIL in that wall of the room, and the music they play & listen to is DEVIL MUSIC. Stated RICK started just ranting about how he is a good Christian, he 's married, has four children with two sets of twins, and continued going on and on. Stated they never met this guy before, he's ROSS's friend & ROSS brought him. Stated he thought maybe this guy is on drugs or nuts or something. Stated RICK just would not stop talking, and was getting loud. Stated after a while ROSS told RICK that he had to go to work the next day and that he(RICK) and ROSS should leave, but RICK did not want to leave. Stated ROSS then told RICK he's going to leave again and RICK should leave too, but RICK again refused to go. Stated ROSS then left in his vehicle, leaving RICK at their studio alone with us.

Stated he and "VINNY" then decided that they should leave for the night and close up their studio as a result of how "RICK" was acting. Stated VINNY then asked RICK to leave, but RICK kept saying "NO, I GOTTA TUNE MY GUITAR MAN.", and continued tuning his guitar. After a few minutes VINNY again told RICK he had to leave, but RICK refused "SAYING, YOU GUYS CAN GO, JUST LEAVE ME HERE." Stated VINNY told RICK no way, we are going to leave you here with our equipment. Stated we don't even know the guy RICK, he's ROSS's friend. Stated VINNY again told RICK he had to leave and again RICK refused. Stated RICK started getting mad, and when VINNY again told RICK to leave, RICK shoved VINNY hard and said "I AINT GOING ANYWHERE, I'M STAYING RIGHT HERE." Stated RICK then said, "YOU'RE MAKING ME MAD MAN. YOU WANT TO FIGHT MAN?, WHAT." Stated they both told RICK they did not want to fight with him, they just wanted him to leave, but RICK again said "NO."

Stated VINNY told him to call the Police, so he called 911 and told the Police to come and remove this guy(RICK). Stated this guy RICK, must have been high on something, because he was acting weird and kept talking about religion and how they listen and play DEVIL MUSIC. Stated VINNY also tried calling ROSS on his cell phone to come back and get RICK, but ROSS refused to come back. Stated he advised the Police Dispatch that RICK was on drugs and acting weird. Stated upon giving directions to their location the Dispatcher told him to wait for the Officers outside in front of the SLY MONGOOSE BAR, which is the Landmark he used to described their location as he did not know the real address of the studio. Stated the then left VINNY alone with RICK and VINNY continued to ask RICK to leave. Stated a short time later the POLICE arrived. The Big Officer (E. AMONG) was then first to arrive and a few seconds later two other officers(G. TIHADA & N. ANGELL) arrived and all three proceeded up the steps together to the studio/room.

0000144

GREGORY, Richard					12/02/02					#02-100282
												UNATTENDED
Page 3.										DEATH.

**WITNESS'S STATEMENT:**
		#1:  Jason Blake FUQUA aka: "JACKSON"
		ADULT/WHITE/MALE/CITIZEN

Stated he and VINNY explained to the Police what was happening and they both wanted RICK removed from their studio. Stated the three officers then stepped into the room and began talking to RICK asking RICK to leave, but he again flat out refused. The Officer then approached RICK and told him he had to leave and RICK then started struggling with the officers yelling "THIS IS POLICE BRUTALITY, I'M A GOOD CHRISTIAN, I HAVE FOUR KIDS, THESE GUYS ARE THE DEVILS NOT ME, I LIVE HERE, I SURF MAN, THIS IS BRUTALITY." over and over. Stated they were outside the of the door and did not see the struggle, he and VINNY just sat outside listening and waited for the Police to bring RICK out. Stated the Police were very Professional, they kept telling RICK "CALM DOWN SIR, JUST NEED TO RELAX." Stated he then heard one of the Officers tell RICK "SIR, WHAT THAT IN YOUR HAND, PUT IT DOWN, AS RICK NOW HAD SOMETHING IN HIS HAND." Stated the Officers again told RICK to CALM DOWN and RELAX, but RICK continued struggling and yelling his religious sayings. Stated the struggle had gone on for about two minutes when he overheard RICK say 'I CAN'T BREATH, I CAN'T BREATH." Stated one of the Officers said, "IF YOU CAN TALK YOU CAN BREATH", to which RICK, then continued talking in a loud tone of voice, "I'M A CHRISTIAN, I'M A CHRISTIAN." etc.

Stated the struggle continued for a long time, then he heard an Officer say "WE HAVE HIM UNDER CONTROL, IN CUSTODY", and shortly thereafter it became really quiet, then an Officer came running out of the room, went to his car and grabbed a small pack. The Officer said the guy(RICK) was not breathing. Stated he then felt sick and did not look into the room. Stated they just wanted the RICK to leave, and don't know why he started freaking out. Stated he and VINNY did not watch the altercation, and just wanted outside for the Police to get RICK out of their studio. Stated the ambulance came a short time later and they found out RICK was dead. Stated VINNY called ROSS back on the telephone, and ROSS his friend RICK was dead, then ROSS, who refused to come back the first time returned to the studio. Stated he and VINNY did not see the struggle and had only heard the struggling from outside. Stated in his own opinion, he felt the Officers did the best they could with the guy, who they felt was on some kind of drugs and freaking out. Stated neither he nor VINNY, nor ROSS or RICK were drinking, or taking drugs prior to Police being called and arriving to their studio. Nothing further to add.

**THIS INVESTIGATOR THEN MET WITH WITNESS VINCENT "VINNY" FINAZZO AT THE SCENE AND OBTAINED HIS STATEMENT.**

0000145