```
 1            IN THE CIRCUIT COURT OF THE SECOND CIRCUIT

 2                         STATE OF HAWAII

 3

 4   VALERIE GREGORY, Individually    )
     And as Special Administrator of  )
 5   The Estate of RICHARD J.         )
     GREGORY, deceased, and as next   )
 6   Friend of ISREAL GREGORY, a      )
     Minor, KEANU GREGORY, a minor,   )
 7   KALANI GREGORY, a minor, and     )
     SHAYLISSE GREGORY, a minor,      )
 8                                    )
                Plaintiffs,           )   CIVIL NO.
 9                                    )   03-1-0265(1)
            vs.                       )
10                                    )
     COUNTY OF MAUI, MAUI POLICE      )
11   DEPARTMENT; JOHN DOE OFFICERS    )
     1-10; JOHN DOES 1-10; JANE DOES  )
12   1-10; JOHN DOE CORPORATIONS      )
     1-10; JOHN DOE PARTNERSHIPS      )
13   1-10; AND ROE GOVERNMENTAL       )
     ENTITIES 1-10,                   )
14                                    )
                Defendants.           )
15   _____)
     Deposition noticed by:   DAVID A. SERENO, ESQ.
16

17

18                   DEPOSITION OF EDWIN AMONG

19   Taken on behalf of Plaintiff at The Law Offices of David A.

20   Sereno, 55B North Church Street, Wailuku, Maui, Hawaii,

21   commencing at 9:30 a.m. on July 29, 2004, pursuant to

22   Notice.

23              THIS TRANSCRIPT IS WORK
                PRODUCT. DISTRIBUTION OF
24              DUPLICATES IS NOT AUTHORIZED.

25   REPORTED BY:   JEANNETTE W. IWADO, RPR/CSR #135
```



EXHIBIT 37

                    IWADO COURT REPORTERS, INC.
                         (808)244-9300

1   Q.   What is the sternum rub?

2   A.   You just rub, I don't know what it's called, the
3   sternum portion.

4   Q.   Like with the ball of your hand or something?

5   A.   I used my finger, my knuckle.

6   Q.   Why do you do that?

7   A.   Just to gain -- it's called painful stimulae.
8   Usually people wake up.

9   Q.   Because if they're faking it's so sore they say
10  something?

11  A.   Yeah.

12  Q.   Was there any reaction?

13  A.   No.

14  Q.   What happened next?

15  A.   Then we started -- I don't know how many seconds
16  transpired before that, then we started CPR.

17  Q.   Did you uncuff him first?

18  A.   I believe we did.

19  Q.   And then what happened?

20  A.   Then we just did CPR.

21  Q.   Did anybody go and get the defib machine?

22  A.   Yes.

23  Q.   Now, do you recall like there were some drum cases
24  or some kind of cases on the sofa?

25  A.   I can't recall.