*Gregory* 1

```
                IN THE UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF HAWAII


VALERIE GREGORY,                    :
individually and as Special         :
Administrator of the Estate         :
of RICHARD J. GREGORY,              :
Deceased, and as next               :  CIVIL      04-00516 SPK
friend of ISRAEL GREGORY, a         :  NO.:       KSC
minor, KEANU GREGORY, a             :
minor, and SHAYLISSE                :
GREGORY, a minor,                   :
                                    :
                Plaintiffs,         :
                                    :
        vs.                         :
                                    :            COPY
COUNTY OF MAUI, MAUI POLICE         :
DEPARTMENT, GARRET TIHADA,          :
EDWIN K. AMONG, NICHOLAS            :
ANGELL, JOHN DOE OFFICERS           :
1-10, JOHN DOES 1-10, JANE          :
DOES 1-10, DOE CORPORATIONS         :
1-10, DOE PARTNERSHIPS              :   THIS TRANSCRIPT IS WORK
1-10, and DOE GOVERNMENTAL          :   PRODUCT. DISTRIBUTION OF
ENTITIES 1-10,                      :   DUPLICATES IS NOT AUTHORIZED.
                                    :
                Defendants.         :
------------------------------------>

Deposition noticed by:  Laureen Martin, Esq.


                DEPOSITION OF VINCENT FINAZZO



Taken on behalf of Defendant at Lahaina Civic Center,
Lahaina, Maui, Hawaii, commencing at 1:00 p.m. on January
19, 2005.



        REPORTED BY:  LYNANN NICELY, RPR/RMR/CSR #354
```

IWADO COURT REPORTERS, INC.

EXHIBIT 39

1  Q    5 foot by 5 foot?
2  A    Yeah. It's not that big, the area in between
3  all -- everything else.
4  Q    Okay. And you described -- and I thought your
5  phrase was a tough fight involving Rick and the officers,
6  yes?
7  A    Yes.
8  Q    Were you surprised that nothing was in disarray
9  in the studio?
10 A    I was completely surprised.
11 Q    Why?
12 A    That nothing was knocked over and everything
13 was where it was. And I tried to picture in my mind how
14 four people could wrestle in that space and not knock
15 anything over, but they did it. I don't understand how
16 it happened, but I didn't see anything, you know, shoved
17 out of the way or, you know.
18 Q    And that was kind of surprising to you?
19 A    Yes. For the amount of noise and the scuffling
20 that was going on, I thought the place was going to be
21 torn apart.
22 Q    Okay. And there were three officers in there
23 with Rick?
24 A    Yes.
25 Q    The officer who pulled you over sometime ago