*Gregory*                                                    1

```
           IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF HAWAII


VALERIE GREGORY,                  :
individually and as Special       :
Administrator of the Estate       :
of RICHARD J. GREGORY,            :
Deceased, and as next             :   CIVIL     04-00516 SPK
friend of ISRAEL GREGORY, a       :   NO.:      KSC
minor, KEANU GREGORY, a           :
minor, and SHAYLISSE              :
GREGORY, a minor,                 :
                                  :
                Plaintiffs,       :
                                  :
          vs.                     :
                                  :          COPY
                                  :
COUNTY OF MAUI, MAUI POLICE       :
DEPARTMENT, GARRET TIHADA,        :
EDWIN K. AMONG, NICHOLAS          :
ANGELL, JOHN DOE OFFICERS         :
1-10, JOHN DOES 1-10, JANE        :
DOES 1-10, DOE CORPORATIONS       :      THIS TRANSCRIPT IS WORK
1-10, DOE PARTNERSHIPS            :      PRODUCT. DISTRIBUTION OF
1-10, and DOE GOVERNMENTAL        :      DUPLICATES IS NOT AUTHORIZED.
ENTITIES 1-10,                    :
                                  :
                Defendants.       :
------------------------------>

Deposition noticed by:  Laureen Martin, Esq.


             DEPOSITION OF VINCENT FINAZZO



Taken on behalf of Defendant at Lahaina Civic Center,
Lahaina, Maui, Hawaii, commencing at 1:00 p.m. on January
19, 2005.


       REPORTED BY:   LYNANN NICELY, RPR/RMR/CSR #354
```

IWADO COURT REPORTERS, INC.            EXHIBIT 40

1  ambulance?
2      A   No.
3      Q   As far as you know, it was the police who
4  called the ambulance?
5      A   Yes. Correct.
6      Q   And do you know when the ambulance was called?
7      A   I have no idea.
8      Q   Aside from shoving you sideways, did Richard
9  strike you -- ever strike you --
10     A   No.
11     Q   Did he injure you in any way?
12     A   No. Just startled me, you know, that was about
13 it.
14     Q   Okay. When the police arrived, you mentioned
15 Richard had come out from behind your drum set. Yes?
16     A   Yes.
17     Q   And was he standing at the time that the police
18 entered the room?
19     A   Yes.
20     Q   In looking at the diagram, Exhibit 1 to your
21 deposition, this free space in the middle here in between
22 the sofa and the drum sets and so forth, about what size
23 are we talking about in terms of moveable free space?
24     A   You're talking about a maybe 5 by 5 space,
25 maybe a little bit bigger.