Gregory                                                                    1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

VALERIE GREGORY,
individually and as Special
Administrator of the Estate
of RICHARD J. GREGORY,
Deceased, and as next                 : CIVIL       04-00516 SPK
friend of ISRAEL GREGORY, a           : NO.:        KSC
minor, KEANU GREGORY, a
minor, and SHAYLISSE
GREGORY, a minor,

           Plaintiffs,

      vs.                                          COPY

COUNTY OF MAUI, MAUI POLICE
DEPARTMENT, GARRET TIHADA,
EDWIN K. AMONG, NICHOLAS
ANGELL, JOHN DOE OFFICERS
1-10, JOHN DOES 1-10, JANE
DOES 1-10, DOE CORPORATIONS
1-10, DOE PARTNERSHIPS                 THIS TRANSCRIPT IS WORK
1-10, and DOE GOVERNMENTAL             PRODUCT. DISTRIBUTION OF
ENTITIES 1-10,                         DUPLICATES IS NOT AUTHORIZED.

           Defendants.

Deposition noticed by: Laureen Martin, Esq.


           DEPOSITION OF VINCENT FINAZZO



Taken on behalf of Defendant at Lahaina Civic Center,
Lahaina, Maui, Hawaii, commencing at 1:00 p.m. on January
19, 2005.


      REPORTED BY:   LYNANN NICELY, RPR/RMR/CSR #354


           IWADO COURT REPORTERS, INC.      EXHIBIT 41

1  A   Yeah, pretty much, yeah.
2  Q   So you weren't preoccupied with a phone call
3  prior to the wrestling beginning?
4  A   Yeah. Correct.
5  Q   Okay. Was there anything on the sofa when the
6  police initially arrived?
7  A   You know, I can't recall if that -- if those
8  cases were there during the time -- during the time all
9  that happened or they were sitting somewhere else and got
10 moved there for some odd reason. I'm not sure. But they
11 very well could have been sitting there because they have
12 been there before.
13 Q   And the cases -- what are you referring to?
14 A   It's the one photograph.
15 Q   No, take a look and just tell us what number it
16 is on the back.
17 A   Okay. This one right here.
18 Q   Okay. You've pulled out photograph number 18.
19 And it appears to be two fairly large cases piled one on
20 top of another and appears to be smaller cases on either
21 side of those.
22 A   Yeah. Yeah, I don't know, looking at that
23 photo, with the paraglider on top, I'd pretty much say it
24 was sitting there.
25 Q   Before the police arrived?

1   A    Yeah.
2   Q    Okay.  And how much -- you mentioned that this
3   is a pretty big couch.  About how long was it?
4   A    Eight feet?
5   Q    It appears that the police have measured it out
6   at about 11 feet 7 minutes.  Does that --
7   A    Yeah, it was a large couch.
8   Q    Okay.  And can you tell me of that 11 and a
9   half feet or so, how much is depicted in this picture?
10  Can you give me an estimate?  Would that be about half
11  the couch?
12  A    Close to half, I'd say.
13  Q    A little bit under?
14  A    Yeah, a little bit under.  Because the two
15  cushions, this was one section, this little -- the two
16  section deal.
17  Q    And then on Exhibit 4 it appears that we've got
18  at least a portion of the other half of a couch.
19  A    Yeah.
20  Q    And it appears that there is a guitar there.
21  A    Yeah.
22  Q    Was that guitar there when the police arrived?
23  A    That was Rick's guitar, yeah, so it was sitting
24  either there or he had it in his hand when they showed up
25  or --

1  Q  You don't remember?
2  A  No. It was probably sitting there because he
3  was, you know, I was trying to get him out of the room
4  and he wasn't moving with it, so I would imagine it was
5  sitting on the couch the whole time, yeah.
6  Q  As far as you know, did any of the items
7  depicted on the couch on photograph number 18 fall to the
8  ground during the scuffle with Rick?
9  A  No.
10 Q  As far as you know, they did not?
11 A  No.
12 Q  And as far as you know, did the guitar that's
13 depicted on photograph number 12 fall to the ground
14 during the scuffle with Rick?
15 A  I do not know.
16 Q  You didn't hear anything that sounded like a
17 guitar falling?
18 A  I didn't hear anything crunch or -- yeah. I
19 mean, it was still in good shape, I gave it to the police
20 officers to give to the family or whatever after --
21 Q  And was there anything else on the couch in
22 between the guitar on the left side and these --
23 A  There was that one computer monitor sitting
24 there.
25 Q  So that would have been sitting in between the