1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

VALERIE GREGORY, individually and as
Special Administrator of the Estate
of RICHARD J. GREGORY, Deceased, and
as next friend of ISREAL GREGORY, a
minor, KEANU GREGORY, a minor,
KALANI GREGORY, a minor, and
SHAYLISSE GREGORY, a minor,

        Plaintiffs,

vs.

COUNTY OF MAUI, MAUI POLICE
DEPARTMENT, GARRET TIHADA, EDWIN
K. AMONG, NICHOLAS ANGELL, JOHN DOE
OFFICERS 1-10, JOHN DOES 1-10, JANE
DOES 1-10, DOE CORPORATIONS 1-10,
DOE PARTNERSHIPS 1-10, and DOE
GOVERNMENTAL ENTITIES 1-10,

        Defendants,

CIVIL NO.
04-00516 SPK KSC

(VOLUME I OF II)

COPY

Deposition Noticed by: Kenneth S. Robbins, Esq.

**DEPOSITION OF ANTHONY MANOUKIAN, M.D.**

Taken on behalf of Defendants, at Iwado Court Reporters, 2233 Vineyard Street, Wailuku, Maui, Hawaii, commencing at 10:00 a.m., on January 17, 2005, pursuant to Notice.

THIS TRANSCRIPT IS WORK PRODUCT. DISTRIBUTION OF DUPLICATES IS NOT AUTHORIZED.

EXHIBIT 42

REPORTED BY:  KATHERINE EISMANN, CRR/RDR/CSR 439

IWADO COURT REPORTERS   (808)244-9300

```
 1  you have not testified to, which assisted you in determining
 2  cause of death in the case of Mr. Gregory?
 3      A.  No.
 4      Q.  Okay.  Now, having gotten back the microscopic
 5  descriptions and having done all of rest of the autopsy as you
 6  have testified to today, were you then prepared to render your
 7  opinions as to cause of death?
 8      A.  It came to that time, yes.
 9      Q.  Okay.  All right.  And what were your -- what are
10  your opinions, Doctor, as far as cause of death is concerned?
11      A.  I believe that Mr. Gregory died of a cardiac
12  arrhythmia that was due to his underlying heart disease and
13  which was precipitated by the violent struggle which occurred
14  immediately before he died.  And that further cannabinoid
15  intoxication may have contributed to that cardiac arrest.
16      Q.  Now, without actually going into the heart,
17  without actually going into the right coronary artery, and
18  dressed as Mr. Gregory was, in a T-shirt and a pair of shorts,
19  would anyone looking at him have any idea, in your opinion,
20  that he had these coronary problems?
21          MR. GIERLACH:  Incomplete hypothetical.  Calls for
22  speculation.  Lacks foundation.  Go ahead, Doctor.
23          THE WITNESS:  No, you cannot assess a person's
24  cholesterol status or the status of their coronary arteries
25  based on an external examination of the person's body.  It has
```

```
 1  nothing to do with physique or body profile.
 2  BY MR. ROBBINS:
 3       Q.  In other words, had you not conducted your
 4  internal examination of the coronary -- right coronary artery
 5  and of his heart, you probably wouldn't have known of the
 6  90 percent blockage of his coronary artery and of the other
 7  findings that you found in the heart, isn't that correct?
 8           MR. GIERLACH:  Same objections.
 9  BY MR. ROBBINS:
10       Q.  You may answer.
11       A.  That's correct.
12       Q.  I noticed that you have -- in terms of
13  categorizing cause of death, how did you characterize this in
14  terms of a -- sort of a code word that pathologists such as
15  you use?
16       A.  Well, the number one diagnosis, cardiopulmonary
17  arrest during violent struggle, is how this would be
18  classified.  And I think it's a category of sudden death
19  associated with heart disease and extreme physical exertion.
20       Q.  Okay.  Did you find that there was any
21  strangulation of Mr. Gregory?
22       A.  No.
23       Q.  Did you find any physical either external or
24  internal injuries to suggest that he died as a result of lack
25  of oxygen due to strangulation?
```