IN THE CIRCUIT COURT OF THE SECOND CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| VALERIE GREGORY, Individually And as Special Administrator of the Estate of RICHARD J. GREGORY, Deceased, and as Next Friend of ISREAL GREGORY, a minor, KEANU GREGORY, a minor, KALANI GREGORY, a minor, and SHAYLISSE GREGORY, a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF MAUI, MAUI POLICE DEPARTMENT, JOHN DOE OFFICERS 1-10; JOHN DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10 and DOE GOVERNMENTAL ENTITIES 1-10,<br><br>Defendants. | CIVIL NO. 03-1-0265(1)<br>(Other Non-motor vehicle tort)<br><br>AFFIDAVIT OF<br>ANTHONY MANOUKIAN, M.D. |

## AFFIDAVIT OF ANTHONY MANOUKIAN, M.D.

STATE OF HAWAII    )
                   )  SS.
COUNTY OF MAUI     )

ANTHONNY MANOUKIAN, M.D., being duly sworn on oath deposes and says:

1. I am coroner for the COUNTY OF MAUI;

2. In my position as County Coroner, I performed the autopsy of Richard Gregory on December 3, 2002.



EXHIBIT 44

3. As set forth in my affidavit signed May 4, 2004, I determined the cause of death to be cardiopulmonary arrest.

4. As previously set forth in my prior affidavit, Richard Gregory's alleged statements that he could not breathe are consistent with a heart attack and the sensation of shortness of breathe.

5. I classified the death as a homicide because it occurred during the course of a struggle;

6. To a reasonable degree of medical probability, absent the struggle, RICHARD J. GREGORY would not have died.

7. The opinions set forth above is in no way to be interpreted as an opinion regarding the conduct of the officers.

8. I have no opinion as to whether the officers, in restraining Richard Gregory, were negligent.

9. Attached hereto as Exhibit "1" is a true and correct copy of the letter sent by me to Balboa Insurance Company.

FURTHER AFFIANT SAYETH NAUGHT.

_____
ANTHONY MANOUKIAN, M.D.

Subscribed and sworn to before me,
this 19th day of May, 2004.

_____
Notary Public, State of Hawaii

My Commission expires: July 27, 2007

