1

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                   FOR THE DISTRICT OF HAWAII

 3  VALERIE GREGORY, individually and as)
    Special Administrator of the Estate )
 4  of RICHARD J. GREGORY, Deceased, and)
    as next friend of ISREAL GREGORY, a )
 5  minor, KEANU GREGORY, a minor,      )
    KALANI GREGORY, a minor, and        )
 6  SHAYLISSE GREGORY, a minor,         )
                                        )
 7               Plaintiffs,            )  CIVIL NO.
                                        )  04-00516 SPK KSC
 8       vs.                            )
                                        )  (VOLUME I OF II)
 9  COUNTY OF MAUI, MAUI POLICE         )
    DEPARTMENT, GARRET TIHADA, EDWIN    )
10  K. AMONG, NICHOLAS ANGELL, JOHN DOE )
    OFFICERS 1-10, JOHN DOES 1-10, JANE )
11  DOES 1-10, DOE CORPORATIONS 1-10,   )
    DOE PARTNERSHIPS 1-10, and DOE      )
12  GOVERNMENTAL ENTITIES 1-10,         )
                                        )
13               Defendants,            )
                                        )
14  _____)

15  Deposition Noticed by:  Kenneth S. Robbins, Esq.

16

17        DEPOSITION OF ANTHONY MANOUKIAN, M.D.

18

19  Taken on behalf of Defendants, at Iwado Court Reporters, 2233

20  Vineyard Street, Wailuku, Maui, Hawaii, commencing at 10:00

21  a.m., on January 17, 2005, pursuant to Notice.

22              THIS TRANSCRIPT IS WORK
                PRODUCT. DISTRIBUTION OF
23              DUPLICATES IS NOT AUTHORIZED.

24

25  REPORTED BY:  KATHERINE EISMANN, CRR/RDR/CSR 439
```

COPY

EXHIBIT 45

```
 1  circulatory imbalance.
 2       Q.   Okay.  And for that reason, you put him on the
 3  heavy side of --
 4       A.   Yeah, I called it mild cardiomegaly.
 5       Q.   Do you agree that the police struggle with
 6  Mr. Gregory was a substantial factor in causing Mr. Gregory's
 7  death?
 8       A.   Yes, the struggle was contributory to his death in
 9  my opinion.
10       Q.   Okay.  And was it, in your opinion, a substantial
11  factor in causing his death?
12       A.   Yes.
13       Q.   And do you hold that opinion to a reasonable
14  medical probability?
15       A.   Yes.
16       Q.   And do you agree, to a reasonable medical
17  probability, that absent the struggle, Mr. Gregory would not
18  have died?
19            MR. ROBBINS:  At that point?
20  BY MR. GIERLACH:
21       Q.   Yes.
22       A.   At that time, yes, I agree.
23       Q.   And you have no opinion, one way or another, as to
24  whether the police, in this case, acted unreasonably in how
25  they physically dealt with Mr. Gregory, is that true?
```