IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| VALERIE GREGORY, Individually and as Special Administrator of the Estate of RICHARD J. GREGORY, Deceased, and as Next fried fo Isreal Gregory, a Minor, KEANU GREGORY, a Minor and SHAYLISSE GREGORY, a Minor,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF MAUI, MAUI POLICE CIVIL NO. CV 04-0516 SPK/KSC DEPARTMENT, GARRET TIHADA, EDWIN K. AMONG, NICHOLAS E. ANGELL, JOHN DOE OFFICERS 1-10, JOHN DOES 1-10, JANE DOES 1-10, DOE CORPORATIONS 1-10, DOE PARTNERSHIPS 1-10 AND DOE GOVERNMENTAL ENTITIES 1-10,<br><br>Defendants. | CIVIL NO. CV 04 00516 SPK/KSCC<br>[Other Non-Motor Vehicle Tort]<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing document will be duly served by UNITED STATES MAIL, postage prepaid and FACSIMILE

7

TRANSMISSION to the party identified below at her last known address on the date herein indicated.

    LAUREEN L. MARTIN, ESQ.          VIA FACSIMILE
    Deputy Corporation Counsel             Original to Follow
    Department of Corporation Counsel    (808) 270-7152
    200 S. High Street
    Wailuku, Maui, Hawaii 96793

DATED: Honolulu, Hawaii, December 21, 2005.



_____
DAVID J. GIERLACH
EVE M. GREEN
DAVID A. SERENO
Attorneys for Plaintiffs