```
 1           IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF HAWAII
 2

 3
     VALERIE GREGORY,                    :
 4   individually and as Special         :
     Administrator of the Estate         :
 5   of RICHARD J. GREGORY,              :
     Deceased, and as next               : CIVIL      04-00516 SPK
 6   friend of ISRAEL GREGORY, a         : NO.:       KSC
     minor, KEANU GREGORY, a             :
 7   minor, and SHAYLISSE                :
     GREGORY, a minor,                   :
 8                                       :
                Plaintiffs,              :
 9                                       :
          vs.                            :
10                                       :
                                         :
11   COUNTY OF MAUI, MAUI POLICE         :
     DEPARTMENT, GARRET TIHADA,          :
12   EDWIN K. AMONG, NICHOLAS            :
     ANGELL, JOHN DOE OFFICERS           :
13   1-10, JOHN DOES 1-10, JANE          :
     DOES 1-10, DOE CORPORATIONS         :
14   1-10, DOE PARTNERSHIPS              :
     1-10, and DOE GOVERNMENTAL          :
15   ENTITIES 1-10,                      :
                                         :
16              Defendants.              :
     ------------------------------>
17
     Deposition noticed by:  Laureen Martin, Esq.
18

19
                    DEPOSITION OF JASON FUQUA
20

21

22   Taken on behalf of Defendant at Lahaina Civic Center,
     Lahaina, Maui, Hawaii, commencing at 10:00 a.m. on
23   January 19, 2005.

24

25        REPORTED BY:   LYNANN NICELY, RPR/RMR/CSR #354
```

COPY

THIS TRANSCRIPT IS WORK PRODUCT. DISTRIBUTION OF DUPLICATES IS NOT AUTHORIZED.

IWADO COURT REPORTERS, INC.

EXHIBIT "NNNN"

metal - 21:1, 21:2
mid - 16:20
might - 5:6, 15:4, 18:9, 59:13
mind - 6:7, 12:20, 36:25, 40:25
minor - 1:6, 1:7
minute - 46:19, 52:22
minutes - 5:11, 13:10, 22:9, 23:17, 45:20, 46:18, 52:10, 57:13
Moana - 2:11, 17:11, 18:1
moment - 30:12
moments - 4:21, 19:2
money - 13:24
month - 7:22, 14:12
months - 11:9
mood - 40:22
most - 5:21, 31:6
Most - 10:5, 10:9
mouth - 52:19
moved - 7:21, 16:16, 31:11
muffled - 48:4, 48:9
music - 10:3, 14:19, 20:2, 20:23, 21:3, 21:25, 26:2
musical - 26:8
Musically - 21:5
musician - 9:14, 22:18, 23:8, 25:22
musicians - 23:14

**N**

name - 4:11, 6:13, 11:10, 14:21, 14:24, 15:7, 15:11
named - 5:2, 61:15, 63:21
namely - 55:6
narrative - 33:23, 45:22, 56:3
nature - 46:4, 52:4
near - 31:7, 44:20
neat - 15:8
need - 24:3, 35:13, 35:16, 35:24, 55:16, 57:3
needed - 63:13
neighborhood - 21:21
Newberg - 7:7
next - 1:5, 29:7, 34:23, 60:13
nice - 56:25
nicely - 35:17
Nicely - 1:25, 61:2, 61:18
Nicholas - 1:12
nickname - 4:16, 15:17
night - 5:23, 6:6, 13:3, 13:6, 13:9, 13:12, 15:1, 15:22, 15:23, 16:1, 16:5, 18:25, 19:12, 20:18, 22:21, 22:24, 23:20, 24:7, 24:9, 24:22, 25:12, 25:14, 26:7, 26:12, 26:21, 33:24, 39:22, 40:14, 40:17, 42:17, 49:8, 53:8, 53:17
nights - 35:1
nobody - 14:8
North - 2:5
Notary - 61:18
noted - 62:2
nothing - 4:7, 10:25
notice - 11:14, 63:16, 63:20
noticed - 1:17, 9:24, 13:22
noticing - 61:13
notification - 63:15, 63:18
notified - 61:9
November - 53:8
Number - 33:5, 40:10, 55:22
number - 12:21, 26:14, 26:24, 27:4, 27:5, 27:21,

28:16, 29:7, 30:6, 30:19, 31:9, 31:12, 31:13, 31:23, 32:12, 33:2, 38:14, 44:23

**O**

Oahu - 8:3
oath - 4:24
objection - 4:17
obligation - 18:11
obligations - 60:5
obviously - 51:3, 59:25, 60:7, 60:9
Obviously - 55:25
occasions - 23:4
occur - 6:9
occurred - 6:1, 18:3, 26:13, 29:4, 33:23, 54:6, 57:13
octave - 10:10, 10:11
office - 63:16, 63:19
officer - 43:25, 44:6, 45:14, 46:12, 47:3, 47:6, 47:14, 50:3, 52:6, 52:8, 52:17, 52:18, 52:25, 53:22, 54:12, 54:16, 54:20, 54:22, 55:5, 57:15, 57:23, 58:6
Officers - 1:12
officers - 18:15, 18:17, 27:9, 30:17, 42:22, 43:2, 43:5, 43:14, 43:18, 44:1, 44:4, 44:11, 45:10, 45:24, 46:1, 46:5, 46:11, 46:21, 47:4, 47:9, 47:12, 48:23, 49:13, 49:15, 50:5, 50:17, 51:2, 53:14, 53:20, 54:4, 54:5, 54:15, 54:18, 55:3, 55:7, 55:15, 57:11, 57:15, 58:8, 58:16, 59:6
Official - 63:14
once - 17:5
one - 8:6, 15:1, 19:22, 24:24, 26:8, 30:5, 32:6, 32:7, 32:24, 42:1, 42:5, 42:12, 43:5, 43:23, 44:4, 45:9, 45:14, 46:12, 49:25, 50:23, 51:10, 51:11, 52:11, 53:1, 53:20, 54:3, 54:14, 55:6, 55:8, 55:15, 59:3, 60:14
One - 17:20, 46:5, 51:9
open - 38:8, 38:9, 38:10, 38:13, 38:18, 39:8, 52:15, 58:25
Opened - 39:12, 39:13
opened - 39:13
opportunity - 6:10
orange - 29:18, 29:20, 29:23, 30:10, 32:12
ordinarily - 29:1
Oregon - 7:7, 7:20
organized - 11:24, 12:2
origin - 14:23
original - 61:11, 61:13, 63:15, 63:18, 63:22
otherwise - 25:9
outcome - 61:15
outside - 29:19, 30:21, 30:22, 37:17, 37:18, 42:25, 44:18, 44:20, 54:16, 56:14, 56:22
overhear - 57:19
own - 10:2
owned - 14:8
owner - 19:13

**P**

Pacific - 2:15
packet - 26:14
Page - 3:2, 3:7, 63:5

page - 33:1, 33:3, 41:6, 41:16
pages - 62:1
paid - 14:11, 14:13
pain - 59:22
painting - 20:8
paper - 39:5
paragraph - 28:11
paramedics - 29:24
parking - 17:1
parlor - 16:16, 16:17
part - 11:24, 12:1, 15:13, 19:7
partially - 38:10
participate - 20:3
particular - 20:23
parties - 4:25, 61:11, 61:15
Partnerships - 1:14
passed - 52:20
pattern - 31:17
people - 10:9, 21:22, 23:13, 26:3
People - 25:16
percussion - 12:13
percussionist - 12:7
perfectly - 18:21, 60:4
perhaps - 5:6
person - 12:13, 12:14, 14:13, 17:10, 17:24, 24:12, 40:1, 53:9
phone - 5:10, 17:10, 24:1, 24:3, 24:6, 39:15, 41:21, 41:23, 42:23, 55:16, 56:14
phones - 24:4
photograph - 26:11, 26:13, 26:16, 26:24, 26:25, 27:4, 27:8, 27:9, 27:20, 27:23, 28:2, 28:15, 29:7, 29:9, 30:6, 30:7, 30:11, 30:19, 30:25, 31:2, 31:9, 31:12, 31:13, 31:23, 32:12, 32:16, 33:1, 38:14, 44:23, 44:24, 45:4
photographs - 13:21, 26:23, 28:24, 28:25, 29:5, 29:25, 30:5, 31:21, 32:5, 32:6, 32:7, 32:13, 32:23, 33:1, 44:21
Photos - 3:8
phrase - 36:12
Pico - 15:11
Pizza - 14:17
Place - 21:15
place - 13:16, 27:10, 27:18, 42:10
placed - 31:7, 32:14, 40:14, 40:24, 41:1, 42:7
placing - 41:18
plain - 55:12
Plain - 55:13
Plaintiff - 2:3
Plaintiffs - 1:8
plaintiffs - 6:7, 17:13
planned - 16:4
planning - 13:11
plastics - 7:19
Plastics - 7:20
play - 9:16, 9:25, 12:14, 20:24, 23:8, 34:4, 34:17
played - 9:20, 10:3, 10:4, 11:1, 14:16, 26:2, 36:1
player - 9:22, 12:6, 15:2, 15:3, 35:1
playing - 35:5
Plugged - 34:5
plus - 16:7
Pm - 60:21
point - 5:12, 23:15, 31:16, 35:4, 35:23, 38:19, 39:1,

41:1, 45:9, 45:18, 46:6, 47:4, 47:23, 47:24, 49:25, 50:22, 51:16, 52:1, 52:5, 52:12, 56:13, 57:12, 59:7, 59:18
points - 46:14
police - 6:5, 18:3, 18:15, 18:17, 27:9, 30:17, 32:22, 33:13, 33:24, 36:9, 39:18, 39:21, 39:24, 40:6, 42:22, 43:2, 43:5, 43:14, 43:18, 44:4, 44:11, 45:10, 45:14, 45:24, 46:1, 46:5, 46:11, 46:21, 47:3, 47:4, 47:6, 47:9, 47:12, 47:14, 48:23, 49:4, 49:13, 49:15, 50:3, 50:17, 51:1, 52:6, 52:8, 52:17, 52:18, 52:25, 53:13, 53:16, 54:2, 54:3, 54:5, 54:12, 54:15, 54:20, 54:22, 55:2, 55:5, 56:1, 57:11, 57:14, 57:15, 57:19, 57:23, 58:8, 58:16, 58:19, 59:6
Police - 1:11, 3:11
portion - 54:2
position - 31:20, 50:16, 50:21, 51:17, 57:11
posted - 42:16
posture - 36:5, 37:2, 37:7
practice - 15:22, 16:5, 20:19
Practicing - 13:13
practicing - 13:18
prep - 8:21, 8:22, 9:7
pressed - 48:14
pressure - 18:2, 18:5, 18:7
pretty - 20:5, 20:7, 27:18, 34:20, 40:20, 54:18
previously - 17:17, 24:17, 43:19
print - 61:6
problem - 35:23, 40:23, 57:2, 59:16
proceeding - 5:11
proceedings - 61:6, 61:8
process - 53:4
professional - 60:14
progressed - 36:22
pry - 6:24
Public - 61:18
public - 14:2
pulled - 17:4, 37:3
pulling - 37:7
pupu - 9:8, 9:10
purposes - 14:5
Pursuant - 4:1
pursuant - 61:5, 61:13
pushed - 36:7, 37:15, 39:4, 39:7, 39:10
put - 13:23, 30:15, 34:12, 36:4, 48:5, 48:7, 50:8, 50:12, 51:4, 52:19, 53:25, 55:21
putting - 37:24, 38:2, 38:6, 50:11, 51:6

**Q**

questioning - 60:2
questions - 5:22, 6:11, 17:21, 33:22, 36:11, 55:24, 59:14, 59:15, 60:8
quite - 9:17, 19:1

**R**

radio - 14:2
Ramaya - 2:11
rambling - 52:2
ran - 46:16, 47:6, 47:14, 52:8, 52:18, 52:25, 54:13, 54:22