IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

VALERIE GREGORY, individually and as Special Administrator of the Estate of RICHARD J. GREGORY, Deceased, and as next friend of ISRAEL GREGORY, a minor, KEANU GREGORY, a minor, and SHAYLISSE GREGORY, a minor,

Plaintiffs,

vs.

COUNTY OF MAUI, MAUI POLICE DEPARTMENT, GARRET TIHADA, EDWIN K. AMONG, NICHOLAS ANGELL, JOHN DOE OFFICERS 1-10, JOHN DOES 1-10, JANE DOES 1-10, DOE CORPORATIONS 1-10, DOE PARTNERSHIPS 1-10, and DOE GOVERNMENTAL ENTITIES 1-10,

Defendants.

CIVIL NO.: 04-00516 SPK KSC

COPY

THIS TRANSCRIPT IS WORK PRODUCT. DISTRIBUTION OF DUPLICATES IS NOT AUTHORIZED.

Deposition noticed by: Laureen Martin, Esq.

DEPOSITION OF VINCENT FINAZZO

Taken on behalf of Defendant at Lahaina Civic Center, Lahaina, Maui, Hawaii, commencing at 1:00 p.m. on January 19, 2005.

REPORTED BY: LYNANN NICELY, RPR/RMR/CSR #354



EXHIBIT "0000"

A The door is right here.

Q By the way, is it easier for you to picture things if I turn the diagram upside down like that?

A Well, that's going in the door, yes.

Q All right. Fair enough. I'm going to hand you a red pen and I'm going to ask you to draw a circle with an X in it as to approximately where you and Mr. Gregory were at the point when he shoved you.

A Okay. Myself, I believe I was standing right here.

Q You put an X and a circle where you were.

A Yeah. And I believe he was standing right around here.

Q And you put -- how about putting a "V" for Vinny beneath your circle, and an "R" for Richard or Rick there. Okay. And immediately before he shoved you, I think you said Jackson was in the doorway or outside?

A Yeah.

Q Could you put another circle there and we'll put "J" for Jackson in that one or under that one. Okay.

And could you indicate with an arrow in what direction Mr. Gregory pushed you or shoved you, whatever he did to you.

A The door was more open like this.

Q Okay. Well, draw the door the way it was at

**neighbors** - 38:17
**Nevada** - 6:13
**never** - 4:16, 33:23, 35:15, 39:23, 42:13, 59:23, 60:5, 74:1, 75:16, 76:14
**new** - 63:13
**next** - 1:5, 16:8, 18:2, 20:15, 21:10, 32:21, 49:3, 89:25, 95:14
**Nicely** - 1:25, 103:2, 103:18
**Nicholas** - 1:12
**night** - 5:8, 5:16, 12:6, 12:9, 13:23, 14:7, 31:6, 37:17, 43:9, 45:5, 45:8, 45:12, 45:16, 56:6, 56:7, 56:8, 57:11, 60:5, 60:10, 61:17, 79:1, 79:4
**nightmare** - 10:13
**nights** - 17:16, 17:20
**Nikida** - 77:20
**Nimbus** - 8:17
**noise** - 91:19
**noises** - 55:6
**normal** - 17:12, 33:2, 45:3, 58:23, 98:9, 101:23
**Notary** - 103:18
**notations** - 64:9
**note** - 61:24
**noted** - 65:15, 104:2
**nothing** - 4:7, 22:4, 34:10, 61:11, 69:21, 76:3, 81:22, 87:18, 91:8, 91:12, 102:23
**Nothing** - 34:11
**notice** - 49:1, 72:4, 75:10, 105:16, 105:20
**noticed** - 1:17, 5:3, 19:22, 65:12
**noticing** - 103:13
**notification** - 105:15, 105:18
**notified** - 103:9
**number** - 7:14, 13:1, 13:2, 28:8, 28:25, 29:23, 32:24, 34:3, 58:14, 77:5, 77:9, 77:14, 83:15, 83:18, 85:7, 85:13
**Number** - 26:17, 48:19, 49:4, 62:4, 77:11

## O

**object** - 15:10, 41:1, 61:2
**Objection** - 70:11, 99:5
**objections** - 16:1, 64:11
**observe** - 23:17, 88:13
**observed** - 43:15, 44:5, 89:10
**Obviously** - 94:23
**obviously** - 15:22, 46:12
**occasion** - 17:19, 45:11
**occasional** - 70:1
**occasions** - 86:23
**occupied** - 102:18
**occurred** - 39:13, 47:17, 48:10, 56:19, 60:4
**odd** - 74:19, 83:10
**offered** - 11:3, 14:19
**office** - 105:16, 105:19
**officer** - 39:1, 39:5, 46:7, 46:14, 49:25, 50:4, 55:20, 57:10, 62:16, 91:25, 92:2, 92:16, 92:23
**Officers** - 1:12
**officers** - 5:1, 36:23, 37:1, 37:11, 38:24, 39:4, 42:9, 43:4, 43:16, 44:18, 45:24, 46:1, 46:2, 46:12, 46:16, 47:18, 47:20, 50:6, 50:21, 51:6, 54:25, 55:14, 55:23, 56:4, 56:[illegible], 56:22, 56:23, 57:1, 57:6, 61:25, 66:8, 66:23, 67:4, 85:20, 87:8, 87:20, 88:3, 88:21, 91:5, 91:22, 92:12, 95:25, 96:11, 97:7, 97:11, 98:7, 100:8, 101:16
**Official** - 105:14
**old** - 10:23, 38:4, 47:13, 69:10, 79:24
**older** - 9:16
**once** - 57:25, 62:14, 67:8, 82:24, 87:24
**one** - 5:24, 8:22, 8:25, 14:3, 15:20, 15:21, 16:23, 17:20, 27:20, 28:18, 29:19, 30:4, 32:23, 33:21, 33:23, 33:24, 34:5, 38:7, 40:11, 41:5, 43:23, 46:2, 46:13, 46:16, 47:10, 47:13, 47:18, 47:20, 50:21, 51:3, 54:19, 55:14, 55:23, 56:21, 57:5, 57:6, 60:2, 61:13, 61:25, 62:22, 64:19, 64:20, 71:4, 71:14, 77:3, 78:7, 79:5, 80:15, 83:14, 83:17, 83:19, 84:15, 85:23, 87:19, 88:21, 88:25, 92:14, 93:11, 95:13
**One** - 57:3, 98:17
**ones** - 72:12
**open** - 27:24, 81:7
**opened** - 12:15, 29:5, 88:23
**operator** - 35:4
**opinions** - 94:8
**opportunity** - 48:17, 54:15
**option** - 82:20, 97:1, 97:20, 97:21
**orange** - 46:8
**order** - 32:21, 47:25, 49:3, 86:7
**ordinarily** - 13:17, 47:6
**oriented** - 13:15
**orienting** - 28:7
**original** - 26:11, 39:7, 103:11, 103:13, 105:15, 105:18, 105:22
**Otherwise** - 68:2
**ourselves** - 28:7
**outcome** - 103:15
**outside** - 15:6, 26:7, 27:17, 34:24, 37:5, 38:6, 50:2, 67:2, 78:20, 86:15, 86:22, 100:6, 100:10, 100:22
**overhead** - 51:21
**own** - 8:6, 8:8, 22:18, 51:14, 75:17, 75:18

## P

**Pacific** - 2:15
**pacing** - 23:19, 24:9, 35:13
**packed** - 30:15
**packet** - 28:22
**pad** - 61:24
**Page** - 3:2, 3:7, 105:5
**page** - 48:18, 49:18, 49:24, 61:8, 61:10
**pages** - 48:25, 104:1
**pal** - 82:23
**pans** - 10:25
**paper** - 65:13
**paraglider** - 30:16, 83:23
**paragliding** - 8:5, 80:9
**paramedics** - 89:15
**Parasail** - 10:4
**Parasailer** - 10:13
**parasailing** - 10:12
**parents'** - 8:23
**park** - 89:7
**parking** - 7:17, 63:15
**parkway** - 89:6
**part** - 6:7, 11:11, 31:16, 69:24, 74:22
**particular** - 71:24, 73:20
**Particularly** - 5:15
**parties** - 103:11, 103:15
**Partnerships** - 1:14
**parts** - 64:21, 74:18
**passed** - 53:3, 55:22, 74:7, 88:17
**past** - 16:18, 52:20, 53:1
**pay** - 71:13
**paying** - 99:3
**Pcp** - 45:1
**Pelican** - 35:25
**pen** - 27:6
**people** - 17:17, 30:8, 44:22, 45:1, 91:14, 101:23
**percussionist** - 8:1, 10:23
**perfectly** - 17:13
**perhaps** - 33:18, 96:2
**period** - 19:7, 19:18, 21:19, 39:8, 58:2, 73:19, 73:21
**person** - 52:10
**personal** - 11:19, 98:20
**personally** - 28:21, 36:25
**phone** - 14:23, 15:5, 24:1, 24:3, 24:5, 24:12, 24:14, 24:23, 34:20, 53:3, 58:14, 59:23, 64:20, 73:7, 82:20, 83:2, 86:22, 96:20, 99:12
**photo** - 77:14, 79:17, 83:23
**photograph** - 28:8, 28:25, 29:5, 29:12, 29:19, 29:23, 29:25, 30:11, 30:12, 30:20, 30:24, 31:12, 31:18, 31:24, 32:25, 33:9, 38:7, 77:5, 78:25, 83:14, 83:18, 85:7, 85:13
**photographs** - 28:11, 28:15, 32:7, 32:8, 32:14, 32:16, 32:21, 33:16, 72:5, 78:14, 78:16, 78:19, 95:8
**photography** - 38:8
**Photos** - 3:9
**phrase** - 68:24, 72:2, 91:5
**phrasing** - 69:19
**physical** - 13:2
**Physically** - 81:3
**physically** - 76:15
**physique** - 92:11
**pick** - 35:25
**picked** - 22:18, 22:20, 51:18
**picture** - 27:2, 77:17, 78:5, 81:15, 84:9, 91:13
**piece** - 65:13, 74:21, 78:8
**Pieces** - 74:18
**pieces** - 64:21, 75:8
**Pierson** - 8:19
**piled** - 83:19
**pinkie** - 34:18, 35:11
**Place** - 13:2
**place** - 7:7, 13:18, 14:25, 34:21, 38:4, 63:10, 66:19, 76:11, 91:20
**placed** - 53:23, 100:18
**plain** - 50:25
**Plaintiff** - 2:3
**plaintiff's** - 28:16, 28:20
**Plaintiffs** - 1:8
**plane** - 6:23
**play** - 12:12, 17:25, 18:3, 21:2, 21:25, 58:24, 58:25, 59:1, 59:2, 68:23, 74:24, 74:25, 76:2, 76:10, 76:17, 80:8
**played** - 17:5, 35:18, 35:20, 73:1, 73:24, 74:16
**player** - 17:24, 23:24, 47:11, 52:19, 79:10
**playing** - 11:8, 18:7, 59:3, 62:10, 62:11, 74:17, 75:5, 76:13, 79:14
**plays** - 13:5, 75:19
**Plaza** - 2:5
**pleasure** - 8:6, 8:8
**Pm** - 1:22, 102:25
**point** - 16:4, 16:7, 16:13, 16:15, 17:10, 17:12, 17:13, 18:11, 18:25, 20:13, 21:12, 22:1, 22:15, 22:19, 22:23, 23:14, 23:16, 23:25, 24:6, 25:18, 26:24, 27:8, 35:12, 35:21, 36:8, 38:25, 39:3, 40:11, 41:9, 41:12, 42:14, 45:23, 47:10, 47:13, 49:13, 49:14, 49:15, 51:15, 51:18, 52:5, 53:14, 67:17, 74:1, 74:3, 81:17, 82:20, 87:6, 87:19, 101:3, 102:1, 102:3
**police** - 5:1, 14:10, 26:10, 32:12, 33:20, 34:13, 34:16, 35:3, 35:11, 36:12, 36:19, 36:23, 37:1, 37:11, 38:24, 38:25, 39:3, 39:5, 39:15, 40:7, 42:4, 42:9, 42:19, 43:3, 43:16, 44:18, 45:24, 46:1, 46:2, 46:4, 46:7, 46:12, 46:16, 47:18, 47:20, 48:2, 48:3, 48:10, 48:17, 48:25, 49:2, 50:21, 51:6, 54:3, 54:7, 54:8, 54:20, 54:25, 55:14, 55:20, 55:23, 56:4, 56:17, 56:21, 56:22, 57:1, 60:13, 61:25, 62:16, 62:24, 64:7, 65:19, 65:24, 66:3, 66:8, 66:23, 67:1, 67:4, 67:18, 67:21, 78:13, 79:1, 79:4, 79:8, 79:16, 80:18, 81:3, 81:11, 81:12, 81:24, 82:6, 82:16, 82:17, 82:21, 82:22, 83:6, 83:25, 84:5, 84:22, 85:19, 86:16, 87:17, 87:22, 88:13, 88:18, 89:10, 89:22, 90:3, 90:14, 90:17, 94:9, 94:10, 94:13, 95:18, 95:25, 96:11, 97:7, 97:11, 97:19, 97:25, 98:5, 98:6, 98:9, 98:13, 98:21, 99:2, 99:16, 100:8, 100:16, 100:19, 101:16
**Police** - 1:11, 3:10, 3:12, 40:7
**portion** - 48:17, 58:19, 61:14, 84:18, 86:3, 86:5
**position** - 55:5, 67:14, 98:12
**possible** - 38:18, 53:12, 96:13
**pots** - 10:25
**pounds** - 37:10
**practice** - 13:23, 68:5
**practicing** - 12:11, 17:16, 31:1, 32:2, 43:12
**preoccupied** - 83:2
**present** - 78:13
**press** - 44:14
**pretty** - 6:1, 10:24, 14:13, 17:12, 28:2, 32:5, 36:13, 38:13, 42:11, 43:18, 52:12, 56:24, 59:5, 59:14, 59:23, 60:16, 62:25, 71:2, 71:11, 73:2, 73:23, 75:5, 75:12, 80:9, 82:10, 83:1, 83:23, 84:3, 86:3, 87:5, 88:22