```
 1                UNITED STATE DISTRICT COURT
 2                   DISTRICT OF HAWAII
 3
 4   VALERIE GREGORY, et al.,   )
                                )
 5             Plaintiffs,      )
                                )    Civil
 6        vs.                   )    No. 04-00516 SPK/KSC
                                )
 7   COUNTY OF MAUI, MAUI       )
     POLICE DEPARTMENT, et al., )
 8                              )
               Defendants,      )
 9                              )
     _____)
10
11
12
13
14
                          DEPOSITION OF
15
                         D.P. VAN BLARICOM
16
                      PALO ALTO, CALIFORNIA
17
                        NOVEMBER 29, 2005
18
19
20
21   ATKINSON-BAKER, INC.
     CERTIFIED COURT REPORTERS
22   (800) 288-3376
     www.depo.com
23
24   REPORTED BY:  JANE H. STULLER, CSR No. 7223, RPR
25   FILE NO.:  9F09180
```

CERTIFIED COPY

EXHIBIT "PPPP"

1

1  the decedent's only weapon was a pen which Officer
2  Tihada had immediately removed from his hand.  And we
3  have already talked about officer Tihada or an officer
4  immediately removing the pen, correct?
5      A.  Yeah.  Two officers say they removed it.  I
6  think it's more likely Tihada.  But at any rate, it's
7  gone.
8      Q.  Do you remember the name of the other officer
9  that said he removed it as well?
10     A.  Not without looking at the record.
11     Q.  That's okay.  Do you agree that a pen can be a
12 weapon?
13     A.  It can be a weapon.  It's not one I'd be
14 particularly afraid of.  I suppose anything can be a
15 weapon.
16     Q.  Are you familiar with the term edged weapon?
17     A.  Sure.
18     Q.  Would you consider a pen to be an edged weapon?
19     A.  No, ma'am, I sure wouldn't.  When I read that,
20 I couldn't believe somebody was saying it.
21     Q.  Can a pen cause serious bodily injury?
22     A.  Could if they stab you in the eye with it.
23     Q.  Do you have any understanding of how much time
24 elapsed from the time the officers arrived until the pen
25 was removed?