```
                UNITED STATE DISTRICT COURT
                    DISTRICT OF HAWAII


VALERIE GREGORY, et al.,    )
                            )
        Plaintiffs,         )
                            )  Civil
    vs.                     )  No. 04-00516 SPK/KSC
                            )
COUNTY OF MAUI, MAUI        )
POLICE DEPARTMENT, et al.,  )
                            )
        Defendants,         )
                            )
_____)
```

**CERTIFIED COPY**

```
                    DEPOSITION OF

                  D.P. VAN BLARICOM

                PALO ALTO, CALIFORNIA

                  NOVEMBER 29, 2005




ATKINSON-BAKER, INC.
CERTIFIED COURT REPORTERS
(800) 288-3376
www.depo.com


REPORTED BY: JANE H. STULLER, CSR No. 7223, RPR
FILE NO.: 9F09180
```

1

EXHIBIT "QQQQ"

1  dream.
2        I was shot at twice, but that's over
3  immediately. I mean, you don't think about it.
4        I was iced up over the mountains a couple of
5  times in my -- when I was flying for the department that
6  I was seriously concerned.
7     Q. Are you aware that officers try to keep a
8  distance from suspects?
9     A. Sure. It's reactive distance.
10    Q. And what is the reason for that?
11    A. Well, it you're going to react, then the person
12 can act, and so you have a reactionary gap that you try
13 to maintain. And if you do it properly, you'll be in a
14 bladed stance as well, so as to give yourself --
15    Q. And what is the -- you're talking about a
16 reactive distance you said. Is there a particular
17 distance?
18    A. Two arm lengths is what we were taught. Now,
19 that's -- that's for defensive tactics. If you're
20 talking about edge weapons, then it's different.
21    Q. What is it for edge weapons?
22    A. Twenty-one feet is the commonly accepted
23 standard.
24    Q. And this reactive distance that you're talking
25 about, is that for officer safety?

```
 1      A.  Yes.
 2      Q.  When confronted with a situation, should
 3  officers start with verbal commands if they have the
 4  opportunity to do so?
 5      A.  Sure.
 6      Q.  Does the use of force continuum an officer to
 7  start with the lowest level of force?
 8      A.  No.
 9      Q.  Does the level of force used depend upon the
10  threat facing the officer?
11      A.  Yes.
12      Q.  When you were trained, was it okay to hit
13  suspects in the head with your nightstick?
14      A.  No.  When I was initially -- we were told never
15  to hit them in the head, but we also received
16  conflicting information because one of the blows that
17  you used in those days was you would try to break a
18  person's clavicle.
19          And if you take an overhanded strike at the
20  clavicle -- if you break the clavicle, it disables the
21  arm.  And if you take an overhand strike at the
22  clavicle, you're quite likely to hit the person in the
23  head.  So it was -- it was not proper training, and it
24  was -- it was changed.
25      Q.  Okay.  But your -- my specific question was:
```