```
              UNITED STATE DISTRICT COURT
                  DISTRICT OF HAWAII


VALERIE GREGORY, et al.,  )
                          )
         Plaintiffs,      )
                          )  Civil
         vs.              )  No. 04-00516 SPK/KSC
                          )
COUNTY OF MAUI, MAUI      )
POLICE DEPARTMENT, et al.,)
                          )
         Defendants,      )
                          )
_____)
```

**CERTIFIED COPY**

DEPOSITION OF

D.P. VAN BLARICOM

PALO ALTO, CALIFORNIA

NOVEMBER 29, 2005


ATKINSON-BAKER, INC.
CERTIFIED COURT REPORTERS
(800) 288-3376
www.depo.com

REPORTED BY: JANE H. STULLER, CSR No. 7223, RPR
FILE NO.: 9F09180

1

EXHIBIT "RRRR"

```
 1       A.  All reasonable means.
 2       Q.  So they should exhaust all reasonable means
 3  before considering the use of deadly force?
 4       A.  Yes, ma'am.
 5       Q.  Do you agree that when an officer attempts to
 6  subdue a suspect, they need to protect their firearm?
 7       A.  Oh, sure.
 8       Q.  Do you agree that 15 percent of officers killed
 9  in the last decade were killed using the officer's own
10  gun?
11       A.  I think it's closer to 11 percent.
12       Q.  Okay.
13       A.  If that's the case, yes.
14       Q.  Okay.  Do you agree that a suspect that ignores
15  commands and acts aggressively towards police are
16  exhibiting dangerous tendencies?
17       A.  I think that's a bit of a stretch.  I know lots
18  of people are uncooperative, and -- that doesn't mean
19  they're dangerous.
20       Q.  Okay.  So I just want to make sure we're clear.
21           You do not agree that suspects that ignore
22  commands and act aggressively towards police are
23  exhibiting dangerous tendencies?
24           You do not agree with that statement?
25       A.  I think -- I think everybody is potentially
```