```
 1                UNITED STATE DISTRICT COURT
 2                    DISTRICT OF HAWAII
 3
 4   VALERIE GREGORY, et al.,   )
                                )
 5           Plaintiffs,        )
                                )   Civil
 6       vs.                    )   No. 04-00516 SPK/KSC
                                )
 7   COUNTY OF MAUI, MAUI       )
     POLICE DEPARTMENT, et al., )
 8                              )
             Defendants,        )
 9                              )
     _____)
10
11
12
13
14
                         DEPOSITION OF
15
                      D.P. VAN BLARICOM
16
                    PALO ALTO, CALIFORNIA
17
                      NOVEMBER 29, 2005
18
19
20
21   ATKINSON-BAKER, INC.
     CERTIFIED COURT REPORTERS
22   (800) 288-3376
     www.depo.com
23
24   REPORTED BY:  JANE H. STULLER, CSR No. 7223, RPR
25   FILE NO.:  9F09180
```

CERTIFIED COPY

1

EXHIBIT "SSSS"

```
 1  dangerous.  But that, in and of itself, doesn't give you
 2  free reign to use excessive force or use more force than
 3  necessary.
 4      Q.  Okay.  I'm not asking about the level of force
 5  at all.  Okay?
 6      A.  Okay.
 7      Q.  I'm just asking whether you agree or disagree
 8  with that statement.  All right?
 9          And it sounded like you disagreed, but I'm not
10  sure.  So let me as you one more time.
11      A.  Okay.
12      Q.  All right.  Do you agree that suspects that
13  ignore commands and act aggressively towards police, are
14  exhibiting dangerous tendencies?
15      A.  If they're acting aggressively towards you,
16  that, of course, is potentially dangerous.  Ignoring
17  commands, I don't think that that's -- that's
18  significant.
19      Q.  Okay.  Let's ask it this way:  Do you agree
20  that suspects that act aggressively towards police are
21  exhibiting dangerous tendencies?
22      A.  Oh, sure.
23      Q.  Agree that officers have a range of options to
24  deal with any particular situation?
25      A.  I would agree with it.
```

56