```
                IN THE UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF HAWAII


   VALERIE GREGORY,                :
   Individually and as Special     :
   Administrator of The Estate     :
   of RICHARD J. GREGORY,          :
   Deceased, and as next           : CIVIL        CV 04-00516
   friend of ISREAL GREGORY, a     : NO.:         SPK KSC
   minor, KEANU GREGORY, a         :
   minor, KALANI GREGORY, a        :
   minor, and SHAYLISSE            :
   GREGORY, a minor,               :
                                   :
              Plaintiffs,          :
                                   :
        vs.                        :
                                                  COPY
                                   :
   COUNTY OF MAUI, MAUI POLICE     :
   DEPARTMENT, GARRET TIHADA,      :
   EDWIN K. AMONG, NICHOLAS        :
   ANGELL, et al.,                 :
                                   :
              Defendants.          :
   ----------------------------->


   Deposition noticed by:  Laureen Martin, Esq.


              DEPOSITION OF GUY SUGINO, M.D.


   Taken on behalf of Defendant at Iwado Court Reporters,
   Inc., 2233 Vineyard Street, Suite A, Wailuku, Maui,
   Hawaii, commencing at 1:00 p.m. on December 16, 2005.
```

THIS TRANSCRIPT IS WORK
PRODUCT. DISTRIBUTION OF
DUPLICATES IS NOT AUTHORIZED.

REPORTED BY:  LYNANN NICELY, RPR/RMR/CSR #354


IWADO COURT REPORTERS, INC.

EXHIBIT "TTTT"

1    A    These are the visits.

2    Q    All right.  Thank you.  Are you aware of
3  Valerie Gregory ever having abnormal periods or bleeding?

4    A    She was seeing OBGYN for it.

5    Q    Did you provide any treatment for that?

6    A    No.

7    Q    So I take it you don't have any opinion as to
8  the cause of that?

9    A    No.

10   Q    I know you indicated that Valerie Gregory told
11 you that her husband died of a heart attack, correct?

12   A    Yes.

13   Q    Did she tell you anything else about the
14 circumstances of her husband's death?

15   A    No.

16   Q    Did she ever tell you about the lawsuit she had
17 pending?

18   A    No.

19   Q    Do you know what excited delirium is?

20   A    I'm sorry?

21   Q    Excited delirium, do you know what that is?

22   A    Excited delirium?  I don't know that specific
23 diagnosis.  Is it listed in the DSM?

24   Q    I don't know.  I'm just curious if you knew
25 that.  So I take it you don't know what the symptoms of

```
 1   excited delirium would be?
 2        A    I know that delirium is a change in mental
 3   status, but I'm not sure what excited delirium would be.
 4        Q    And you would be -- I take it you would be
 5   unaware of what the treatment or the recommended
 6   treatment for excited delirium would be?
 7        A    No, because I don't know what exactly that is.
 8        Q    And I take it you haven't seen any cases of
 9   excited delirium?
10        A    No.
11        Q    You know, Dr. Manoukian has been deposed in
12   this case and he testified that if someone is talking,
13   that they must be able to breathe and I'm wondering if
14   you agree with that.  If somebody is able to talk, is it
15   your opinion that that person is also capable of
16   breathing?
17        A    Yes.
18        Q    Why is that?
19        A    Because talking is a function of the lungs.
20        Q    All right.  That's all the questions I have.
21   Although I would like to have your file marked as an
22   exhibit, is that okay, because the court reporter --
23        A    I've got to return this.  I took it without --
24   I took it without signing it out.  You have to either
25   copy what you want now or you need to request the records
```

IWADO COURT REPORTERS, INC.