```
 1              IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF HAWAII
 2

 3
    VALERIE GREGORY,                  :
 4  individually and as Special       :
    Administrator of the Estate       :
 5  of RICHARD J. GREGORY,            :
    Deceased, and as next             : CIVIL      04-00516 SPK
 6  friend of ISRAEL GREGORY, a       : NO.:       KSC
    minor, KEANU GREGORY, a           :
 7  minor, and SHAYLISSE              :
    GREGORY, a minor,                 :
 8                                    :
                Plaintiffs,           :
 9                                    :
            vs.                       :                COPY
10                                    :
                                      :
11  COUNTY OF MAUI, MAUI POLICE       :
    DEPARTMENT, GARRET TIHADA,        :
12  EDWIN K. AMONG, NICHOLAS          :
    ANGELL, JOHN DOE OFFICERS         :
13  1-10, JOHN DOES 1-10, JANE        :   THIS TRANSCRIPT IS WORK
    DOES 1-10, DOE CORPORATIONS       :   PRODUCT. DISTRIBUTION OF
14  1-10, DOE PARTNERSHIPS            :   DUPLICATES IS NOT AUTHORIZED.
    1-10, and DOE GOVERNMENTAL        :
15  ENTITIES 1-10,                    :
                                      :
16              Defendants.           :
    -----------------------------     >

17
    Deposition noticed by:  Laureen Martin, Esq.
18

19
                    DEPOSITION OF JASON FUQUA
20

21

22  Taken on behalf of Defendant at Lahaina Civic Center,
    Lahaina, Maui, Hawaii, commencing at 10:00 a.m. on
23  January 19, 2005.

24

25      REPORTED BY:   LYNANN NICELY, RPR/RMR/CSR #354


                    IWADO COURT REPORTERS, INC.
```

EXHIBIT "UUUU"

```
 1   well, if you can talk, you can breathe?
 2        A    I said that.
 3        Q    You said that.  What do you mean?
 4        A    In my police report.  Well, I just did a CPR
 5   class earlier and what we learned was, "I'm choking, I'm
 6   choking" -- well, if you're choking, you can't speak.  If
 7   you can't breathe, you can't speak.  You're not choking.
 8        Q    That was just that night you were told that?
 9        A    Yes.
10        Q    You talk about a coincidence.
11        A    Irony.
12        Q    Yeah.  Did you at any time hear any of the
13   police officers say, "We have him under control"?
14        A    I don't recall that.
15        Q    Did you hear the police officers speaking but
16   because they were not speaking as loud as Rick was, you
17   could not understand what they were saying?  In other
18   words, could you hear them talking but you couldn't make
19   out what they were saying?
20        A    No, you could hear them.
21        Q    And when you say you could hear them, when you
22   heard them, you could understand what they were saying?
23        A    Yeah.
24        Q    Okay.  Jackson, I'm going to now -- before I
25   show you this, you said earlier at one point you did look
```