1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

VALERIE GREGORY,
individually and as Special
Administrator of the Estate
of RICHARD J. GREGORY,
Deceased, and as next           : CIVIL      04-00516 SPK
friend of ISRAEL GREGORY, a    : NO.:       KSC
minor, KEANU GREGORY, a
minor, and SHAYLISSE
GREGORY, a minor,

      Plaintiffs,

vs.                             COPY

COUNTY OF MAUI, MAUI POLICE
DEPARTMENT, GARRET TIHADA,
EDWIN K. AMONG, NICHOLAS
ANGELL, JOHN DOE OFFICERS
1-10, JOHN DOES 1-10, JANE      THIS TRANSCRIPT IS WORK
DOES 1-10, DOE CORPORATIONS     PRODUCT. DISTRIBUTION OF
1-10, DOE PARTNERSHIPS          DUPLICATES IS NOT AUTHORIZED.
1-10, and DOE GOVERNMENTAL
ENTITIES 1-10,

      Defendants.

Deposition noticed by: Laureen Martin, Esq.

DEPOSITION OF JASON FUQUA

Taken on behalf of Defendant at Lahaina Civic Center,
Lahaina, Maui, Hawaii, commencing at 10:00 a.m. on
January 19, 2005.

REPORTED BY: LYNANN NICELY, RPR/RMR/CSR #354

IWADO COURT REPORTERS, INC.

EXHIBIT "VVVV"

1    Q    As you -- okay. And where were the police
2  officers at that time?
3    A    Well, they would obviously be --
4    Q    You just put three little dots beneath the
5  circle. Now, when you just described where Rick was --
6  and correct me if I'm not putting into words correctly
7  what you just did -- you indicated that both of your --
8  both knees of Rick were on the floor, correct?
9    A    One or two, I couldn't say.
10   Q    And you had one of your arms on the table and
11 the other one was not on the table, correct?
12   A    That's what I recall.
13   Q    And the arm that you had on the table, did you
14 represent that to be an arm that was on the sofa?
15   A    Correct.
16   Q    Okay. Where was Rick's head at that point?
17   A    It would be up in this position.
18   Q    Was his head actually on the sofa itself?
19   A    No.
20   Q    Which way was his head facing? Was it facing
21 --
22   A    Towards the door.
23   Q    Towards the door. Was it facing straight down?
24   A    No.
25   Q    Did you hear Rick saying anything at that