1

```
            IN THE UNITED STATES DISTRICT COURT

                  FOR THE DISTRICT OF HAWAII

VALERIE GREGORY, individually and as)
Special Administrator of the Estate )
of RICHARD J. GREGORY, Deceased, and)
as next friend of ISREAL GREGORY, a )
minor, KEANU GREGORY, a minor,      )
KALANI GREGORY, a minor, and        )
SHAYLISSE GREGORY, a minor,         )
                                    )
                 Plaintiffs,        )  CIVIL NO.
                                    )  04-00516 SPK KSC
         vs.                        )
                                    )  (VOLUME I OF II)
COUNTY OF MAUI, MAUI POLICE         )
DEPARTMENT, GARRET TIHADA, EDWIN    )
K. AMONG, NICHOLAS ANGELL, JOHN DOE )
OFFICERS 1-10, JOHN DOES 1-10, JANE )
DOES 1-10, DOE CORPORATIONS 1-10,   )
DOE PARTNERSHIPS 1-10, and DOE      )
GOVERNMENTAL ENTITIES 1-10,         )
                                    )
                 Defendants,        )
                                    )
_____

Deposition Noticed by: Kenneth S. Robbins, Esq.


          DEPOSITION OF ANTHONY MANOUKIAN, M.D.


Taken on behalf of Defendants, at Iwado Court Reporters, 2233

Vineyard Street, Wailuku, Maui, Hawaii, commencing at 10:00

a.m., on January 17, 2005, pursuant to Notice.

            THIS TRANSCRIPT IS WORK
          PRODUCT. DISTRIBUTION OF
          DUPLICATES IS NOT AUTHORIZED.


REPORTED BY: KATHERINE EISMANN, CRR/RDR/CSR 439
```

IWADO COURT REPORTERS  (808)244-9300
EXHIBIT "wwww"

DISK ENCLOSED

```
 1      Q.   Okay.  Did the officers indicate to you that he
 2  could speak in a way that indicated he had a two-way flow of
 3  air as opposed to just an exhaling?
 4      A.   I think that his ability to continue to speak, as
 5  I perceive it, is an indication that he was able to ventilate.
 6      Q.   Over the course of time, with one expressing I
 7  can't breathe, is it possible that that expression can change
 8  from one where one is inhaling and exhaling to a situation
 9  where one is just exhaling?
10      A.   Well, I think that he would have to inhale to be
11  able to speak again.
12      Q.   Okay.
13      A.   And, so, that's why I don't think that
14  compressional asphyxia is the cause of Mr. Gregory's death.
15      Q.   Okay.  Anything else in terms of the police
16  version of events that you depended on or relied upon in
17  forming your opinions?
18      A.   Well, I'm dependent on the entire scene
19  investigation.
20      Q.   Okay.
21      A.   Because I was not there.
22      Q.   Okay.  So, in terms of the levels of force used,
23  the amount of force, the type of force, that's all -- that
24  comes from the police as your source of information?
25      A.   And the fact that I didn't find traumatic injuries
```