# EXCITED DELIRIUM SYNDROME

## Cause of Death and Prevention

Theresa G. Di Maio
Vincent J.M. Di Maio



Taylor & Francis
Taylor & Francis Group

Published in 2006 by
CRC Press
Taylor & Francis Group
6000 Broken Sound Parkway NW, Suite 300
Boca Raton, FL 33487-2742

© 2006 by Taylor & Francis Group, LLC
CRC Press is an imprint of Taylor & Francis Group

No claim to original U.S. Government works
Printed in the United States of America on acid-free paper
10 9 8 7 6 5 4 3 2 1

International Standard Book Number-10: 0-8493-1611-1 (Hardcover)
International Standard Book Number-13: 978-0-8493-1611-1 (Hardcover)
Library of Congress Card Number 2005049423

This book contains information obtained from authentic and highly regarded sources. Reprinted material is quoted with permission, and sources are indicated. A wide variety of references are listed. Reasonable efforts have been made to publish reliable data and information, but the author and the publisher cannot assume responsibility for the validity of all materials or for the consequences of their use.

No part of this book may be reprinted, reproduced, transmitted, or utilized in any form by any electronic, mechanical, or other means, now known or hereafter invented, including photocopying, microfilming, and recording, or in any information storage or retrieval system, without written permission from the publishers.

For permission to photocopy or use material electronically from this work, please access www.copyright.com (http://www.copyright.com/) or contact the Copyright Clearance Center, Inc. (CCC) 222 Rosewood Drive, Danvers, MA 01923, 978-750-8400. CCC is a not-for-profit organization that provides licenses and registration for a variety of users. For organizations that have been granted a photocopy license by the CCC, a separate system of payment has been arranged.

**Trademark Notice:** Product or corporate names may be trademarks or registered trademarks, and are used only for identification and explanation without intent to infringe.

**Library of Congress Cataloging-in-Publication Data**

Di Maio, Theresa.
  Excited delirium syndrome : cause of death and prevention / Theresa DiMaio, Vincent J.M. DiMaio.
      p. ; cm.
  Includes bibliographical references and index.
  ISBN 0-8493-1611-1 (alk. paper)
  1. Excited delirium syndrome. 2. Prisoners--Death. 3. Mentally ill--Death. I. Di Maio, Vincent J. M., 1941- II. Title.
  [DNLM: 1. Delirium--diagnosis. 2. Psychoses, Substance-Induced--diagnosis. 3. Death, Sudden, Cardiac--etiology. 4. Delerium--prevention & control. 5. Mentally Ill Persons. 6. Restraint, Physical. WM 220 D5347e 2005]

RC520.7.D56 2005
616.89--dc22                                              2005049423



Taylor & Francis Group
is the Academic Division of T&F Informa plc.

Visit the Taylor & Francis Web site at
http://www.taylorandfrancis.com

and the CRC Press Web site at
http://www.crcpress.com

# DEDICATION

This book is dedicated to all law enforcement and medical personnel who have been wrongfully accused of misconduct in deaths due to excited delirium syndrome.