ORIGINAL

DAVID J. GIERLACH          5041
500 Ala Moana Boulevard
Suite 330, 5 Waterfront Plaza
Honolulu, Hawaii 96813
Telephone: (808) 523-1332
Facsimile: (808) 526-2275

EVE M. GREEN              5550
58 Central Avenue
Wailuku, Maui, Hawaii 96793

DAVID A. SERENO           5739
55-B N. Church Street
Wailuku, Maui, Hawaii 96793

Attorneys for Plaintiffs

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 19 2005

at 10 o'clock and 10 min. AM
SUE BEITIA, CLERK

LODGED
SEP 16 2005
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

RECEIVED
CORPORATION COUNSEL
2005 OCT -3 PM 3: 20

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| VALERIE GREGORY, Individually and as Special Administrator of the Estate of RICHARD J. GREGORY, Deceased, and as Next Friend of ISREAL GREGORY, a Minor, KEANU GREGORY, a Minor and SHAYLISSE GREGORY, a Minor,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF MAUI, MAUI POLICE | CIVIL NO. CV 04 00516 SPK/KSCC<br>[Other Non-Motor Vehicle Tort]<br><br>STIPULATION TO EXTEND TIME FOR PARTIES TO EXCHANGE EXPERT IDENTITY AND REPORTS; ORDER<br>AND DISPOSITIVE MOTIONS DEADLINE |

[CAPTION CONTINUED]

EXHIBIT "YYYY"

| | |
|---|---|
| DEPARTMENT, GARRET TIHADA, EDWIN K. AMONG, NICHOLAS E. ANGELL, JOHN DOE OFFICERS 1-10, JOHN DOES 1-10, JANE DOES 1-10, DOE CORPORATIONS 1-10, DOE PARTNERSHIPS 1-10 AND DOE GOVERNMENTAL ENTITIES 1-10,  Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) |

## STIPULATION TO EXTEND TIME FOR PARTIES TO EXCHANGE EXPERT IDENTITY AND REPORTS

IT IS HEREBY STIPULATED by and between the parties through their counsel below signed that the deadline to submit expert identities and reports is hereby extended. Plaintiffs' expert identities and reports shall be disclosed on or before September 15, 2005 and Defendants' expert reports shall be disclosed on or before October 14, 2005, subject to further order of the Court. The dispositive motions deadline will be continued thirty (30) days to October 14, 2005.

DATED: Honolulu, Hawaii, August 16, 2005.

AGREED AND SO STIPULATED:

_____
DAVID J. GIERLACH
EVE M. GREEN
DAVID A. SERENO
Attorneys for Plaintiffs

_____
LAUREEN L. MARTIN
Attorney for Defendants

APPROVED AND SO ORDERED:

_____
JUDGE OF THE ABOVE-ENTITLED COURT

---

Gregory, et al. v. County of Maui, et al.; Civil No. CV 04 00516 SPK/KSCC; STIPULATION TO EXTEND TIME FOR PARTIES TO EXCHANGE EXPERT IDENTITY AND REPORTS; ORDER