UNITED STATE DISTRICT COURT

DISTRICT OF HAWAII

VALERIE GREGORY, et al.,          )
                                  )
          Plaintiffs,             )
                                  )  Civil
                                  )  No. 04-00516 SPK/KSC
          vs.                     )
                                  )
COUNTY OF MAUI, MAUI              )
POLICE DEPARTMENT, et al.,)
                                  )
          Defendants,             )
                                  )
                                  )

CERTIFIED COPY

DEPOSITION OF

D.P. VAN BLARICOM

PALO ALTO, CALIFORNIA

NOVEMBER 29, 2005

ATKINSON-BAKER, INC.

CERTIFIED COURT REPORTERS

(800) 288-3376

www.depo.com

REPORTED BY:  JANE H. STULLER, CSR No. 7223, RPR

FILE NO.:  9F09180

1

1          MR. GIERLACH:  My position, Counsel, is that by

2   doing so, you're waiving the objection.

3          MS. MARTIN:  That's fine.

4      Q.  So here, we're in paragraph 6-A.

5      A.  Right.

6      Q.  And you outline what you believe are symptoms

7   of excited delirium, correct?

8      A.  Right.

9      Q.  Do you agree that the diagnosis of excited

10  delirium is a medical diagnosis?

11     A.  I -- I agree that it's ultimately a medical

12  diagnosis.  But as a police practice, you have to be

13  trained to recognize the symptoms.

14     Q.  Okay.  And the symptoms that you state that

15  Mr. Gregory was exhibiting of excited delirium in 6-A --

16     A.  Right.

17     Q.  -- would you agree that those symptoms could

18  also refer to something else, such as drugs, that

19  somebody, instead of suffering from excited delirium,

20  was on drugs?

21     A.  Well, drugs leads to excited delirium in those

22  cases where it has that ultimate exposure.

23     Q.  Okay.  But -- but every time somebody uses

24  drugs, do you get excited delirium?

25     A.  No.  Absolutely not.