```
                                                                    1

 1              IN THE UNITED STATES DISTRICT COURT

 2                   FOR THE DISTRICT OF HAWAII

 3   VALERIE GREGORY, individually and as)
     Special Administrator of the Estate )
 4   of RICHARD J. GREGORY, Deceased, and)
     as next friend of ISREAL GREGORY, a )
 5   minor, KEANU GREGORY, a minor,      )
     KALANI GREGORY, a minor, and        )
 6   SHAYLISSE GREGORY, a minor,         )
                                         )
 7                        Plaintiffs,    )  CIVIL NO.
                                         )  04-00516 SPK KSC
 8              vs.                      )
                                         )  (VOLUME I OF II)
 9   COUNTY OF MAUI, MAUI POLICE         )
     DEPARTMENT, GARRET TIHADA, EDWIN    )
10   K. AMONG, NICHOLAS ANGELL, JOHN DOE )
     OFFICERS 1-10, JOHN DOES 1-10, JANE )
11   DOES 1-10, DOE CORPORATIONS 1-10,   )
     DOE PARTNERSHIPS 1-10, and DOE      )
12   GOVERNMENTAL ENTITIES 1-10,         )
                                         )
13                        Defendants,    )
                                         )

14

15   Deposition Noticed by:  Kenneth S. Robbins, Esq.

16

17         DEPOSITION OF ANTHONY MANOUKIAN, M.D.

18

19   Taken on behalf of Defendants, at Iwado Court Reporters, 2233

20   Vineyard Street, Wailuku, Maui, Hawaii, commencing at 10:00

21   a.m., on January 17, 2005, pursuant to Notice.

22                    THIS TRANSCRIPT IS WORK
                   PRODUCT. DISTRIBUTION OF
23                 DUPLICATES IS NOT AUTHORIZED.

24

25   REPORTED BY:  KATHERINE EISMANN, CRR/RDR/CSR 439
```

IWADO COURT REPORTERS   (808)244-9300

IWADO COURT REPORTERS (808) 244-9300

DISK ENCLOSED

EXHIBIT "BBBBB"

1    Q.  Okay.  Looking at that sentence in context, you
2 say sudden death during or immediately after a violent
3 struggle is well described in the forensic literature.
4    A.  Oh, okay.
5    Q.  Often these events are unassociated with a fully
6 explanatory anatomic cause of death.  In the typical scenario,
7 the deceased has engaged in a violent struggle with one or
8 more individuals.  Restraint or positional considerations may
9 be contributory.
10       Then you go on.  Aren't you there, Doctor --
11 correct me if I am wrong -- talking about scenarios which do
12 not necessarily apply to Mr. Gregory's scenario of death?
13       MR. GIERLACH:  Leading and suggestive.
14       THE WITNESS:  In this particular citation, I'm
15 speaking in general terms, and I'm speaking particularly there
16 about a section that is in DiMaio's textbook on Sudden Death
17 During a Violent Struggle.
18 BY MR. ROBBINS:
19    Q.  So, when you say restraint or positional
20 considerations may be contributory, in the context which I
21 just read, were you referring to the circumstances surrounding
22 Mr. Gregory's death?
23    A.  No, not in particular.
24    Q.  Did you find anything on external or internal
25 examination of Mr. Gregory's body which suggested improper