```
 1                UNITED STATE DISTRICT COURT
 2                     DISTRICT OF HAWAII
 3
 4   VALERIE GREGORY, et al.,  )
                               )
 5             Plaintiffs,     )
                               )   Civil
 6        vs.                  )   No. 04-00516 SPK/KSC
                               )
 7   COUNTY OF MAUI, MAUI      )
     POLICE DEPARTMENT, et al.,)
 8                             )
               Defendants,     )
 9                             )
     _____)
10
11
12
13
14
                         DEPOSITION OF
15
                       D.P. VAN BLARICOM
16
                    PALO ALTO, CALIFORNIA
17
                      NOVEMBER 29, 2005
18
19
20
21   ATKINSON-BAKER, INC.
     CERTIFIED COURT REPORTERS
22   (800) 288-3376
     www.depo.com
23
24   REPORTED BY: JANE H. STULLER, CSR No. 7223, RPR
25   FILE NO.: 9F09180
```

**CERTIFIED COPY**

1  Q. Sure. And when you say that the pen was -- he
2  was immediately disarmed --
3  A. Right.
4  Q. -- when the pen was taken from him --
5  A. Right.
6  Q. -- do you know where he was when that occurred
7  -- where Richard Gregory was when the pen was taken away
8  from him?
9  A. I think, if I remember correctly, they grabbed
10 him, and somebody snatched it away from him immediately.
11 I'd have to look at the reports to see who it was.
12 Q. Okay.
13 A. And that's -- he may have been down on -- down
14 in the couch at that point.
15 Q. Okay. So it was after the police officers
16 grabbed him that they took the pen away?
17 A. Oh, sure.
18 Q. After the struggle had started?
19 A. After it had started. But it was the first
20 thing that happened, at least according to the officers.
21 Q. And you're not aware of any evidence to the
22 contrary?
23 A. No.
24 Q. And what do you rely upon when you say that
25 Officer Tihada applied an carotid restraint?