1          UNITED STATE DISTRICT COURT

2              DISTRICT OF HAWAII

3

4   VALERIE GREGORY, et al.,    )
                                )
5            Plaintiffs,        )
                                )  Civil
6          vs.                  )  No. 04-00516 SPK/KSC
                                )
7   COUNTY OF MAUI, MAUI        )
    POLICE DEPARTMENT, et al.,)
8                                )
             Defendants,        )      CERTIFIED COPY
9                                )
    _____)

10

11

12

13

14

                    DEPOSITION OF

15

                D.P. VAN BLARICOM

16

               PALO ALTO, CALIFORNIA

17

                NOVEMBER 29, 2005

18

19

20

21  ATKINSON-BAKER, INC.
    CERTIFIED COURT REPORTERS
22  (800) 288-3376
    www.depo.com

23

24  REPORTED BY:  JANE H. STULLER, CSR No. 7223, RPR
25  FILE NO.:  9F09180

1

EXHIBIT "DDDDD"

1  aggressive and the struggle starts --

2      A.  Okay.

3      Q.  -- you're saying that the officers, once the

4  struggle starts, need to complete the handcuffing,

5  correct?

6      A.  Yeah.  Once -- once the fight is on, you got to

7  get him hooked up.

8      Q.  Do you have any opinion as to how likely it

9  would be that Mr. Gregory would have reacted calmly to

10  the officers had they done what you -- you think they

11  should have done, come in and engaged him, talking

12  calmly?  Do you have any opinion as to how likely that

13  is to have worked?

14      A.  Well, there is really no way for me to know.

15  All I can tell you is, in similar situations that I was

16  personally involved in, it worked.

17      Q.  And how many situations were you involved in?

18      A.  The one I remember the best is a kid that I --

19  I had separated him from his father, and the kid was

20  bipolar or manic depressive, as we called them in those

21  days.  And the father had really irritated him, and he

22  had come at the father with a knife.  And I talked the

23  kid out of the knife.  And the kid put the knife down.

24  And here comes dad again, and now I'm in the middle, and

25  he picks up the knife again.  And, you know, you -- you