```
             UNITED STATE DISTRICT COURT
                  DISTRICT OF HAWAII


VALERIE GREGORY, et al.,   )
                           )
         Plaintiffs,       )
                           )   Civil
         vs.               )   No. 04-00516 SPK/KSC
                           )
COUNTY OF MAUI, MAUI       )
POLICE DEPARTMENT, et al., )
                           )
         Defendants,       )
                           )
_____)
```

**CERTIFIED COPY**

DEPOSITION OF

D.P. VAN BLARICOM

PALO ALTO, CALIFORNIA

NOVEMBER 29, 2005


ATKINSON-BAKER, INC.
CERTIFIED COURT REPORTERS
(800) 288-3376
www.depo.com

REPORTED BY:  JANE H. STULLER, CSR No. 7223, RPR
FILE NO.:  9F09180

1

EXHIBIT "EEEEE"

1   Q. Do you agree that an officer is permitted to
2  make a mistake on which level of force to use so long as
3  it is based upon a reasonable belief?
4   A. Yes.
5   Q. Agree that an unarmed suspect can seriously
6  injure or kill a police officer?
7   A. Yes.
8   Q. Do you believe that an officer should use only
9  the minimum amount of force necessary to control a
10 situation?
11  A. I think that would be a poor choice of words.
12 Minimum, you would always say that they should have done
13 the absolute least, and that's -- that's a difficult
14 standard to hold anybody to. I think the correct
15 standard is it should be reasonable.
16  Q. So an officer is not required to use the least
17 or the minimum amount of force necessary?
18  A. No.
19  Q. Just it has to be reasonable?
20  A. It has to be reasonable. There might be a
21 range of force any one of which would be reasonable and
22 one might be lesser than the other and they would all be
23 acceptable.
24  Q. Should officers exhaust all means possible
25 before use of deadly force?

54