```
 1                UNITED STATE DISTRICT COURT
 2                    DISTRICT OF HAWAII
 3
 4   VALERIE GREGORY, et al.,   )
                                )
 5            Plaintiffs,       )
                                )  Civil
 6       vs.                    )  No. 04-00516 SPK/KSC
                                )
 7   COUNTY OF MAUI, MAUI       )
     POLICE DEPARTMENT, et al.,)
 8                              )
              Defendants,       )
 9                              )
                                )
10
11
12
13
14
                      DEPOSITION OF
15
                      D.P. VAN BLARICOM
16
                   PALO ALTO, CALIFORNIA
17
                    NOVEMBER 29, 2005
18
19
20
21   ATKINSON-BAKER, INC.
     CERTIFIED COURT REPORTERS
22   (800) 288-3376
     www.depo.com
23
24   REPORTED BY:   JANE H. STULLER, CSR No. 7223, RPR
25   FILE NO.:  9F09180
```

CERTIFIED COPY

1

EXHIBIT "FFFFF"

1  A. Slow it down.

2  Q. Okay. What do you mean by that?

3  A. That's exactly what I mean by that, is slow it
4  down. Don't aggressively get in that take-charge mode
5  where they're -- they're not trained to shift gears.
6  That's the problem in these incidents.

7  When they're confronted with the bizarre
8  behavior, they should shift gears, slow it down, don't
9  take any unnecessary risks. Don't let anybody be placed
10 at risk, but slow it down and start to reason with the
11 person and talk them down. Because if you reach out and
12 grab them, you're going to get exactly what they got.
13 Happens every time.

14 Q. Okay. So instead of grabbing Mr. Gregory, she
15 should have tried to talk to him?

16 A. Start a dialogue, yes, ma'am.

17 Q. Okay. And what specifically do you believe
18 they should have said?

19 A. Well, one of the things they could say is,
20 we're here to help you. What's bothering you? Engage
21 in a conversation and start talking with him. Simple
22 questions. Repeat them. Wait for the answers because
23 they're slow to process the information anyway.

24 Q. Okay. When you say in this paragraph C-1 that
25 all three officers took immediate -- immediately took