```
 1                UNITED STATE DISTRICT COURT
 2                     DISTRICT OF HAWAII
 3
 4   VALERIE GREGORY, et al.,   )
                                )
 5             Plaintiffs,      )
                                )  Civil
 6        vs.                   )  No. 04-00516 SPK/KSC
                                )
 7   COUNTY OF MAUI, MAUI       )
     POLICE DEPARTMENT, et al.,)
 8                              )
               Defendants,      )          CERTIFIED COPY
 9                              )
     _____)
10
11
12
13
14
                          DEPOSITION OF
15
                        D.P. VAN BLARICOM
16
                      PALO ALTO, CALIFORNIA
17
                       NOVEMBER 29, 2005
18
19
20
21   ATKINSON-BAKER, INC.
     CERTIFIED COURT REPORTERS
22   (800) 288-3376
     www.depo.com
23
24   REPORTED BY:  JANE H. STULLER, CSR No. 7223, RPR
25   FILE NO.:  9F09180
```

EXHIBIT "GGGGG"

```
 1      Q.  Did you know whether he was under the influence
 2   at the time?
 3      A.  I don't know if he was or not.
 4      Q.  Do you believe that the officers should have
 5   realized that Richard Gregory was suffering from excited
 6   delirium?
 7      A.  Yeah.
 8      Q.  At what point do you believe the officers
 9   should have realized that?
10      A.  Well, immediately upon approaching him, he acts
11   in a bizarre manner.  And the -- the real tip off, and I
12   don't know why it isn't listed here, because it should
13   have been, is when he's exhibiting extreme strength.
14   That's -- if you get a person that's acting bizarre,
15   they're mumbling, they're talking about Jesus or God,
16   and they're typically -- they're behavior is un --
17   otherwise inexplicable.
18          You look at the as a case of potential excited
19   delirium.  Do you know it's drugs?  No.  Do you know if
20   they're mentally ill?  No.  Do you know why they're
21   acting that way?  No.  But there's a way -- there's a
22   way to approach it.
23      Q.  But the real -- in this particular case, the
24   real tip off, I think you said, was when Mr. Gregory
25   started exhibiting extraordinary strength?
```

1    A.    That, in addition to the other things that I
2 have listed here.  I said I don't know why I failed to
3 neglect that -- neglected to list that because that was
4 -- should have been in there.
5    Q.    So at what point would the officers know that
6 Richard Gregory was exhibiting extraordinary strength?
7    A.    After they were engaged in it.
8    Q.    And so is that the point where they should have
9 known that Mr. Gregory was suffering from excited
10 delirium?
11    A.    No.
12    Q.    At what point then?
13    A.    At the point that he was demonstrating bizarre
14 behavior that was otherwise inexplicable.
15    Q.    Okay.  As soon as they walked into the studio?
16    A.    Well, they didn't give him an awful lot of
17 time.  That was one of the problems.  But as soon as he
18 starts acting in the manner that he was acting, and I
19 think your -- and I think your own expert would agree
20 it's excited delirium.  But, you know, we'll see.
21    Q.    I'm not -- I'm not asking that.  I'm asking at
22 what point should the officers have realized that
23 Richard Gregory was suffering from excited delirium?
24    A.    When he was displaying bizarre behavior that
25 was otherwise inexplicable.