```
 1                UNITED STATE DISTRICT COURT
 2                     DISTRICT OF HAWAII
 3
 4    VALERIE GREGORY, et al.,  )
                                )
 5              Plaintiffs,     )
                                )  Civil
 6         vs.                  )  No. 04-00516 SPK/KSC
                                )
 7    COUNTY OF MAUI, MAUI      )
      POLICE DEPARTMENT, et al.,)
 8                              )
                Defendants,     )
 9                              )
      _____)
10
11
12
13
14
                         DEPOSITION OF
15
                       D.P. VAN BLARICOM
16
                      PALO ALTO, CALIFORNIA
17
                       NOVEMBER 29, 2005
18
19
20
21   ATKINSON-BAKER, INC.
     CERTIFIED COURT REPORTERS
22   (800) 288-3376
     www.depo.com
23
24   REPORTED BY:  JANE H. STULLER, CSR No. 7223, RPR
25   FILE NO.:  9F09180
```

**CERTIFIED COPY**

1

EXHIBIT "IIII"

1  Q. Okay. So you believe you received defensive
2  tactics training at the FBI and at Seattle Police
3  Department; correct?
4  A. It's the only two I can remember.
5  Q. And you would consider that defensive tactics
6  training that you received as ground defense training?
7  A. Yeah. A they call it ground fighting now, but
8  that's not we called it. It was just part of the --
9  part of the melee, literally.
10 Q. Is it true that the last time you were on the
11 street as a police officer was in 1968?
12 A. '68 or '69, somewhere in there where I'd
13 actually be out in a car on a regular basis.
14 Q. When you were with the police department, did
15 you have any certifications in any use of force tactics?
16 A. No. We didn't -- we didn't have certification
17 in those days. In fact, I was a firearms instructor
18 for, I think, 13 years; and I was never certified. If
19 you knew how to do it, you taught it.
20 Q. When you were a police officer, did you worry
21 about losing your life?
22 A. I suppose so. You know, you have the same
23 dream everybody does, that you're being attacked and
24 your gun won't fire. I didn't know for years that
25 everybody -- or 70 some percent of the officers had that

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| VALERIE GREGORY, individually and as Special Administrator of the Estate of RICHARD J. GREGORY, Deceased, and as next friend of ISREAL GREGORY, a minor, KEANU GREGORY, a minor, KALANI GREGORY, a minor, and SHAYLISSE GREGORY, a minor,<br><br>        Plaintiffs,<br><br>    vs.<br><br>COUNTY OF MAUI, MAUI POLICE DEPARTMENT, GARRET TIHADA, EDWIN K. AMONG, NICHOLAS ANGELL, JOHN DOE OFFICERS 1-10, JOHN DOES 1-10, JANE DOES 1-10, DOE CORPORATIONS 1-10, DOE PARTNERSHIPS 1-10, and DOE GOVERNMENTAL ENTITIES 1-10,<br><br>        Defendants | CIVIL NO. CV 04-00516 SPK KSC<br>(Other Non-motor vehicle tort)<br><br>CERTIFICATE OF COMPLIANCE |

### CERTIFICATE OF COMPLIANCE

I HEREBY CERTIFY that pursuant to Local Rule 7.5, the attached Reply Memorandum is proportionately spaced, has a monospaced face that contains not more than 10-1/2 characters per inch and contains 4494 words, excluding the caption.

DATED: Wailuku, Maui, Hawaii, December 30, 2005.

BRIAN T. MOTO
Corporation Counsel
Attorney for County Defendants

By _____
LAUREEN L. MARTIN
Deputy Corporation Counsel

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| VALERIE GREGORY, individually and as Special Administrator of the Estate of RICHARD J. GREGORY, Deceased, and as next friend of ISREAL GREGORY, a minor, KEANU GREGORY, a minor, KALANI GREGORY, a minor, and SHAYLISSE GREGORY, a minor,<br><br>           Plaintiffs,<br><br>   vs.<br><br>COUNTY OF MAUI, MAUI POLICE DEPARTMENT, GARRET TIHADA, EDWIN K. AMONG, NICHOLAS ANGELL, JOHN DOE OFFICERS 1-10, JOHN DOES 1-10, JANE DOES 1-10, DOE CORPORATIONS 1-10, DOE PARTNERSHIPS 1-10, and DOE GOVERNMENTAL ENTITIES 1-10,<br><br>           Defendants. | CIVIL NO. 04-00516 SPK KSC<br>(Other Non-motor vehicle tort)<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was duly served on December 30, 2005, upon the following parties, in the manner so indicated, at their last known addresses:

|  | METHOD OF SERVICE: | |
|---|---|---|
|  | MAIL | HAND-DELIVERY<br>on 1/3/06 |
| David J. Gierlach, Esq.<br>500 Ala Moana Blvd., Suite 330<br>5 Waterfront Tower<br>Honolulu, Hawaii 96813 | | |
| Eve Green, Esq.<br>24 N. Church Street, Suite 409<br>Wailuku, Hawaii 96793 | X | |
| David A. Sereno, Esq.<br>55B N. Church Street<br>Wailuku, Hawaii 96793<br>   (Attorneys for Plaintiffs) | X | |

DATED: Wailuku, Maui, Hawaii, December 30, 2005.

_____
LAUREEN L. MARTIN
KENNETH S. ROBBINS
Attorneys for County Defendants