IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| VALERIE GREGORY, individually and as Special Administrator of the Estate of RICHARD J. GREGORY, Deceased, and as next friend of ISREAL GREGORY, a minor, KEANU GREGORY, a minor, KALANI GREGORY, a minor, and SHAYLISSE GREGORY, a minor,<br><br>    Plaintiffs,<br><br>  vs.<br><br>COUNTY OF MAUI, MAUI POLICE DEPARTMENT, GARRET TIHADA, EDWIN K. AMONG, NICHOLAS ANGELL, JOHN DOE OFFICERS 1-10, JOHN DOES 1-10, JANE DOES 1-10, DOE CORPORATIONS 1-10, DOE PARTNERSHIPS 1-10, and DOE GOVERNMENTAL ENTITIES 1-10,<br><br>    Defendants | CIVIL NO. CV 04-00516 SPK KSC<br>(Other Non-motor vehicle tort)<br><br>CERTIFICATE OF COMPLIANCE |

### CERTIFICATE OF COMPLIANCE

I HEREBY CERTIFY that pursuant to Local Rule 7.5, the attached Reply Memorandum is proportionately spaced, has a monospaced face that contains not more than 10-1/2 characters per inch and contains 4494 words, excluding the caption.

DATED: Wailuku, Maui, Hawaii, December 30, 2005.

BRIAN T. MOTO
Corporation Counsel
Attorney for County Defendants

By _____
LAUREEN L. MARTIN
Deputy Corporation Counsel