IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| VALERIE GREGORY, individually and as Special Administrator of the Estate of RICHARD J. GREGORY, Deceased, and as next friend of ISREAL GREGORY, a minor, KEANU GREGORY, a minor, KALANI GREGORY, a minor, and SHAYLISSE GREGORY, a minor,<br><br>        Plaintiffs,<br><br>    vs.<br><br>COUNTY OF MAUI, MAUI POLICE DEPARTMENT, GARRET TIHADA, EDWIN K. AMONG, NICHOLAS ANGELL, JOHN DOE OFFICERS 1-10, JOHN DOES 1-10, JANE DOES 1-10, DOE CORPORATIONS 1-10, DOE PARTNERSHIPS 1-10, and DOE GOVERNMENTAL ENTITIES 1-10,<br><br>        Defendants. | CIVIL NO. 04-00516 SPK KSC<br>(Other Non-motor vehicle tort)<br><br>CERTIFICATE OF SERVICE |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was duly served on December 30, 2005, upon the following parties, in the manner so indicated, at their last known addresses:

|  | METHOD OF SERVICE: | |
|---|---|---|
|  | MAIL | HAND-DELIVERY on 1/3/06 |
| David J. Gierlach, Esq.<br>500 Ala Moana Blvd., Suite 330<br>5 Waterfront Tower<br>Honolulu, Hawaii 96813 | | |
| Eve Green, Esq.<br>24 N. Church Street, Suite 409<br>Wailuku, Hawaii 96793 | | X |
| David A. Sereno, Esq.<br>55B N. Church Street<br>Wailuku, Hawaii 96793<br>    (Attorneys for Plaintiffs) | | X |

DATED: Wailuku, Maui, Hawaii, December 30, 2005.

                                            LAUREEN L. MARTIN
                                            KENNETH S. ROBBINS
                                            Attorneys for County Defendants