AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

### DISTRICT OF HAWAII

| | |
|---|---|
| VALERIE GREGORY, Individually and as personal representative of RICHARD J. GREGORY, et al.<br><br>    Plaintiff(s),<br><br>V.<br><br>COUNTY OF MAUI, et al.<br><br>    Defendant(s). | JUDGMENT IN A CIVIL CASE<br><br>Case: CV 04-00516 SPK-KSC<br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br><br>February 1, 2006<br><br>At 4 o'clock and 00 min p.m.<br>SUE BEITIA, CLERK |

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓] **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants and against Plaintiffs, pursuant to the "Order Granting Defendants' Motion for Summary Judgment", filed February 1, 2006.

cc: all counsel of record

| February 1, 2006 | SUE BEITIA |
|---|---|
| Date | Clerk |
| | _[signature]_ |
| | (By) Deputy Clerk |