## UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

February 1, 2006

TO ALL COUNSEL

    Re:   CV 04-00516 SPK-KSC
           VALERIE GREGORY, Individually and as personal representative of
           RICHARD J. GREGORY, et al. vs. COUNTY OF MAUI, et al.

Dear Counsel,

    Please be advised that pursuant to Rule 77, FRCP, notice is hereby given that judgment was entered on February 1, 2006.

                Sincerely Yours,

                SUE BEITIA, CLERK

                by: *[signature]*
                Deputy Clerk

cc: all counsel