DEPARTMENT OF THE CORPORATION COUNSEL     205

BRIAN T. MOTO                 5421
Corporation Counsel
LAUREEN L. MARTIN             5927
Deputy Corporation Counsel
County of Maui
200 South High Street
Wailuku, Hawaii  96793
Phone:  (808) 270-7740
Facsimile: (808) 270-7152
E-mail: laureen.martin@co.maui.hi.us
S:\ALL\Llm\Civil\Gregory\bill of costs2.wpd
Attorneys for Defendants County
   of Maui,

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| VALERIE GREGORY, et. al.,         )<br>                                   )<br>             Plaintiffs,           )<br>                                   )<br>     vs.                           )<br>                                   )<br> COUNTY OF MAUI, et. al.,          )<br>                                   )<br>             Defendants.           )<br>                                   )<br>                                   )<br>                                   )<br>                                   )<br>                                   )<br> _____  ) | CIVIL NO. CV 04-00516 SPK KSC<br><br>COUNTY DEFENDANTS' BILL OF COSTS; DECLARATION OF LAUREEN L. MARTIN; ITEMIZATION OF BILL OF COSTS; MEMORANDUM IN SUPPORT OF COUNTY DEFENDANTS' BILL OF COSTS; AFFIDAVIT OF LAUREEN L. MARTIN; EXHIBITS "A-G"; CERTIFICATE OF SERVICE<br><br>Judge: Hon. Samuel P. King |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| VALERIE GREGORY, et. al., | ) | CIVIL NO. CV 04-00516 SPK KSC |
| | ) | |
| Plaintiffs, | ) | |
| | ) | ITEMIZATION OF BILL OF COSTS |
| vs. | ) | |
| | ) | |
| COUNTY OF MAUI, et. al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

**ITEMIZATION OF BILL OF COSTS**

| EXH. | DATE | PAYEE | DESCRIPTION | AMT. PD. |
|---|---|---|---|---|
| A | 6/24/04 | Eleanor's Legal Support.com | filing fee for California Court | 296.50 |
| A | | Clerk, U.S.D.C. | Removal fee from Circuit Court to USDC | 150.00 |
| | | **Fees of the Clerk** | | **$446.50** |
| B | 2/4/04 | Paul K. Burns | Service of subpoena on Nick's Fish Market | $19.00 |
| B | 2/6/04 | Paul K. Burns | Service of subpoena on Honolulu Lodge | $19.00 |
| B | 4/19/04 | Paul K. Burns | Service of subpoena on Beverly Manor | $29.00 |

| EXH. | DATE | PAYEE | DESCRIPTION | AMT. PD. |
|---|---|---|---|---|
| B | 6/24/04 | Eleanor's Legal Support.com | Service fee, subpoena prep and copy & Mail (notice to consumer) | $87.50 |
| B | 6/24/04 | Eleanor's Legal Support.com | Service fee for subpoena on Cynthia Burns | $97.50 |
| B | 9/29/05 | Paul K. Burns | Service of subpoena for Dept. of Human Services | $51.00 |
| B | 12/15/05 | Eleanor's Legal Support.com | Service of subpoena on Custodian of Records of Clark Nuber | $150.00 |
| B | 12/15/05 | Eleanor's Legal Support.com | Service of subpoena on C/R of Van Blaricom | $238.00 |
| | | **Fees for service of summons and subpoena** | | **$691.00** |
| C | 2/6/04 | Iwado Court Reporters | Oral deposition of Clarisse Baisa | $552.88 |
| C | 3/9/04 | Iwado Court Reporters | Oral Depositions of Gary, Elizabeth Hashimoto and late cancellation of Ross Fox's depo | $698.13 |
| C | 6/25/04 | Melissa Stammberger | Transcript of hearing | $100.00 |

| EXH. | DATE | PAYEE | DESCRIPTION | AMT. PD. |
|---|---|---|---|---|
| C | 6/30/04 | Iwado Court Reporters | Oral deposition of Thomas Phillips | $259.31 |
| C | 7/21/04 | Atkinson-Baker, Inc. | Oral deposition of Cynthia Spelta | $678.59 |
| C | 7/21/04 | Atkinson-Baker, Inc. | Oral deposition of James W. Antunez | $395.80 |
| C | 8/19/04 | Iwado Court Reporters | Oral deposition of Edwin Among | $316.49 |
| C | 2/15/05 | Atkinson-Baker, Inc. | e-transcript of Cynthia Spelta's deposition | $25.00 |
| C | 2/15/05 | Atkinson-Baker, Inc. | e-transcript of James Antunez's deposition | $25.00 |
| C | 3/10/05 | Iwado Court Reporters | Oral depositions of Jason Fuqua and Vincent Finazzo | $842.65 |
| C | 3/10/05 | Iwado Court Reporters | Oral deposition of Dr. Anthony Manoukian | $984.33 |
| C | 10/03/05 | Iwado Court Reporters | Oral depositions of Valerie Gregory, Israel and Keanu Gregory | $1314.86 |
| C | 12/9/05 | Atkinson-Baker Inc. | Oral deposition of D.P. Van Blaricom | $1261.67 |
| C | 12/23/05 | Iwado Court Reporters | Oral depo of Dr. Guy Sugino | $164.94 |

3

| EXH. | DATE | PAYEE | DESCRIPTION | AMT. PD. |
|---|---|---|---|---|
| C | 12/30/05 | Atkinson-Baker Inc. | Exhibits to D.P. Van Blaricom's deposition | $1551.01 |
| C | 2/2/06 | Seattle Deposition Reporters | Further Deposition of D.P. Van Blaricom | $680.05 |
| | | **FEES FOR THE COURT REPORTER FOR ALL OR ANY PART OF THE TRANSCRIPT** | | $9,850.71 |
| D | 11/4/03 | Wailuku Rapid Print | Color copies of photos | $2.15 |
| D | 12/12/03 | Hawaii Video Memories | Duplication of tape T-45 | $12.45 |
| D | 12/15/03 | Wailuku Rapid Print | Copies of photos | $92.57 |
| D | 12/15/03 | Wailuku Rapid Print | Copies of photos | $2.58 |
| D | 8/19/04 | Copy Services | Copies of documents | $251.35 |
| D | 2/2/05 | Wailuku Rapid Print | Color copies of photos | $24.40 |
| D | 7/21/05 | Wailuku Rapid Print | Color copies of photos | $417.64 |
| D | 9/6/05 | Wailuku Rapid Print | Color copies of photos | $35.16 |
| | | **FEES AND DISBURSEMENTS FOR PRINTING** | | **$838.30** |

| EXH. | DATE | PAYEE | DESCRIPTION | AMT. PD. |
|---|---|---|---|---|
| E | 9/15/03 | National Archives Trust Fund | Copy of Richard/Valerie Gregory's bankruptcy court records | $35.00 |
| E | 9/18/03 | National Archives Trust Fund | Certification fee | $6.00 |
| | | **FEES FOR EXEMPLIFICATION AND COPIES OF PAPERS** | | **$41.00** |
| F | 11/13/03 | Integbusiness Services, Inc. | Records of R. Gregory (Maui Memorial Medical Center) | $70.84 |
| F | 11/20/03 | Iwado Court Reporters | Records of Maui Memorial Medical Center (Richard Gregory) | $120.83 |
| F | 12/9/03 | Iwado Ct. Reporters | Records of HMSA (Richard Gregory) | $100.20 |
| F | 2/25/04 | Ralph Rosenberg Ct Reporters | Records of Nick's Market | $119.53 |
| F | 3/1/04 | Iwado Court Reporter | Records of Embassy Vacation Resort | $55.52 |
| F | 3/1/04 | Iwado Court Reporter | Records of Pukalani Elementary School, vol II | $51.77 |

| EXH. | DATE | PAYEE | DESCRIPTION | AMT. PD. |
|---|---|---|---|---|
| F | 3/1/04 | Iwado Court Reporter | Records of Pukalani Elementary School | $99.26 |
| F | 3/5/04 | Iwado Court Reporters | Records of MEO Headstart (Kalani & Shaylisse) | $95.05 |
| F | 3/11/04 | Insurance Report Services | Processing fee and copying cost - Records of Valerie Gregory @ Kaiser Permanente | $277.16 |
| F | 3/12/04 | Iwado Court Reporter | Records of Richard Gregory @ Kaiser Permanente | $113.79 |
| F | 3/31/04 | Iwado Court Reporter | Records of Valerie Gregory @ Kaiser Permanente | $325.86 |
| F | 3/31/04 | Iwado Court Reporter | Records of Ballard Family Mortuary | $67.18 |
| F | 4/12/04 | Iwado Court Reporter | Records of Calvary Chapel Central | $80.62 |
| F | 6/9/04 | Iwado Court Reporters | Records of Viloria's Tax Service | $89.68 |
| F | 11/16/04 | Iwado Court Reporter | Record of Med Quest | $170.41 |
| F | 9/16/05 | Information Management Partners, Inc. | initiation fee & Copying cost for Records of Kalani Gregory @ Kaiser | $116.67 |

6

| EXH. | DATE | PAYEE | DESCRIPTION | AMT. PD. |
|---|---|---|---|---|
| F | 9/16/05 | Information Management Partners, Inc. | Initiation fee & Copying cost - Records of Keanu Gregory @ Kaiser | $86.46 |
| F | 9/16/05 | Information Management Partners, Inc. | Initiation fee & copying cost - Records of Isreal Gregory @ Kaiser | $52.60 |
| F | 9/16/05 | Information Management Partners, Inc. | Initiation fee & copying cost - Records of Valerie Gregory @ Kaiser | $46.87 |
| F | 9/16/05 | Information Management Partners, Inc. | Initiation fee & copying cost - Records of Shaylisse Gregory @ Kaiser | $71.87 |
| | | **Other - Costs for copies of medicals, school records, etc.** | | **$2,212.17** |
| G | 12/2/05 | D.P. Van Blaricom | Fees paid to Van Blaricom for his deposition time, airfare and travel expenses | $2,411.00 |
| | | **Other - Costs for plaintiffs' expert witness - D.P. Van Blaricom** | | **$2,411.00** |
| | | **Total - Other Costs** | | **$4623.17** |

DATED:  Wailuku, Maui, Hawaii, February 10, 2006.

          BRIAN T. MOTO
          Corporation Counsel
          Attorney for Defendants COUNTY OF MAUI,
            MAUI POLICE DEPARTMENT, GARRET TIHADA,
            EDWIN K. AMONG, and NICHOLAS ANGELL

          By /s/ Laureen L. Martin
            LAUREEN L. MARTIN
            Deputy Corporation Counsel

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| VALERIE GREGORY, et. al., )<br>)<br>    Plaintiffs, )<br>)<br>   vs. )<br>)<br>COUNTY OF MAUI, et. al., )<br>)<br>    Defendants. )<br>)<br>_____ ) | CIVIL NO. CV 04-00516 SPK KSC<br><br>MEMORANDUM IN SUPPORT OF COUNTY DEFENDANTS' BILL OF COSTS |

**MEMORANDUM IN SUPPORT OF COUNTY DEFENDANTS' BILL OF COSTS**

Defendants County of Maui, Maui Police Department, Garret Tihada, Edwin K. Among, and Nicholas Angell, (hereinafter "County Defendants"), by and through their attorneys, hereby submit their memorandum in support of their Bill of Costs.

On July 10, 2003, Plaintiffs Valerie Gregory, individually, and as Special Administrator of the Estate of RICHARD J. GREGORY, Deceased, and as next friend of ISREAL GREGORY, a minor, KEANU GREGORY, a minor, KALANI GREGORY, a minor, and SHAYLISSE GREGORY, a minor, (hereinafter "Plaintiffs") filed a Complaint at the Circuit Court of the Second Circuit.  On July 29, 2004, Plaintiffs filed a Second Amended Complaint in Civil No. 03-1-0265(1) against the County Defendants for damages and is founded on a claim of

deprivation of constitutional rights under 42 U.S.C. § 1983 and the First, Fourth, Fifth, Eighth, Ninth, and Fourteenth Amendments to the U.S. Constitution.  The case was subsequently removed to the U.S. District Court for the District of Hawaii on August 23, 2004.

On October 14, 2005, County Defendants filed a Motion for Summary Judgment pursuant to Rule 7(b) and Rules 56(b) and (c) of the Federal Rules of Civil Procedure, as well as a Concise Statement of Facts in Support of their Motion for Summary Judgment.

On December 21, 2005, Plaintiffs their Memorandum in Opposition to County Defendants' Motion for Summary Judgment as well as a Separate Concise Statement of Facts in Support of their Memorandum in opposition to Defendants' County Motion for Summary Judgment.  Oral argument was heard on January 13, 2006.

On February 1, 2006, the United States District Court issued an Order Granting Defendants' Motion for Summary Judgment.

Pursuant to the February 1, 2006 Order, judgment shall issue in favor of Defendants.

Documentation supporting the above itemization of requested costs for all categories is attached hereto as Exhibits  "A" –

"G".

Rule 54(d)(1) of the Federal Rules of Civil Procedure and Local Rule 54.2(a) of the United States District Court for the District of Hawaii provide the prevailing party in whose favor judgment is entered is entitled to costs.  The costs requested are allowed under 28 U.S.C. §§ 1920-1925 and Local Rule 54.2(f) of the United States District Court for the District of Hawaii.  In accordance with the Federal and Local Rules, County Defendants, as the prevailing party, respectfully request this Court to grant the attached bill of costs.

DATED:  Wailuku, Maui, Hawaii, February 10, 2006.

        BRIAN T. MOTO
        Corporation Counsel
        Attorney for County Defendants


        By /s/ Laureen L. Martin
          LAUREEN L. MARTIN
          Deputy Corporation Counsel

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| VALERIE GREGORY, et. al., | ) | CIVIL NO. CV 04-00516 SPK KSC |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CERTIFICATE OF SERVICE |
| vs. | ) | |
| | ) | |
| COUNTY OF MAUI, et. al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing was duly served on February 10, 2006, upon the following counsel in the manner indicated, addressed as follows:

```
                                    METHOD OF SERVICE:
                                    MAIL          FAX

David J. Gierlach, Esq.              X
500 Ala Moana Blvd., Suite 330
5 Waterfront Tower
Honolulu, Hawaii 96813
(Attorney for Plaintiffs)
```

DATED:  Wailuku, Maui, Hawaii, February 10, 2006.

BRIAN T. MOTO
Corporation Counsel
Attorney for County Defendants


By /s/ Laureen L. Martin

```
                              LAUREEN L. MARTIN
                              Deputy Corporation Counsel
```