AO 133    (Rev. 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT
### District of Hawaii

Valerie Gregory, et al.,    Plaintiffs,    **BILL OF COSTS**

V.

County of Maui, et al.,    Defendants.    Case Number: CV 04-00516 SPK KSC

Judgment having been entered in the above entitled action on __2/1/2006__ against __Valerie Gregory et al.__,
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk ................................................................... | $ 446.50 |
| Fees for service of summons and subpoena ................................................ | 691.00 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 9,850.71 |
| Fees and disbursements for printing ..................................................... | 838.30 |
| Fees for witnesses (itemize on reverse side) ............................................. | 0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case ........ | 41.00 |
| Docket fees under 28 U.S.C. 1923 ....................................................... | |
| Costs as shown on Mandate of Court of Appeals .......................................... | |
| Compensation of court-appointed experts ................................................ | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 .. | |
| Other costs (please itemize) ............................................................ | 4,623.17 |
| TOTAL | $ 16,490.68 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

### DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: David Gierlach, Esq.

Signature of Attorney: /s/ Laureen L. Martin

Name of Attorney: Laureen L. Martin, Deputy Corporation Counsel

For: County Defendants    Date: 2/10/06

Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

_____    By: _____    _____
Clerk of Court    Deputy Clerk    Date