# INVOICE

**ELEANOR'S LEGAL SUPPORT.COM**
14417 Chase Street #219
Panorama City, CA 91402
Phone: (818) 897-2156
Fax: (818) 897-0486
Tax I.D. 95-4847-408

Inv. # 2004003605
06-24-2004

Department of the Corporation Counsel
County Of Maui
200 South High Street
Wailuku, Maui HI 96793

Your Contact: Margarite
**Case Number:** 03-1-0265/BS090669

Plaintiff:
**Gregory**

Defendant:
**County of Maui**

Completed: 6/18/2004
To be served on: Clerk of the Court

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Court Service (All States) | 1.00 | 50.00 | 50.00 |
| Advance Fee (Filing) | 1.00 | 296.50 | 296.50 |
| Subpoena Prep | 2.00 | 10.00 | 20.00 |
| Copy & Mail (Notice to Consumer) | 1.00 | 17.50 | 17.50 |
| TOTAL CHARGED: | | | $384.00 |
| BALANCE DUE: | | | $384.00 |

$296.50

APPROVED FOR PAYMENT
Deputy Corporation Counsel
County of Maui

THANK YOU FOR YOUR BUSINESS.
Your Prompted Payment is Appreciated. Thank You.

Copyright © 1992-2001 Database Services, Inc - Process Server's Toolbox V5.5f

EXHIBIT " A "

DEPARTMENT OF CORPORATION COUNSEL
Deputy Corporation Counsel
County of Maui
200 S. High Street
Wailuku, Hawaii 96793

Attorneys for Defendants
COUNTY OF MAUI and
MAUI POLICE DEPARTMENT

CONFORMED COPY
OF ORIGINAL FILED
Los Angeles Superior Court

JUN 1 8 2004

John A. Clarke, Executive Officer/Clerk
By _____, Deputy
SUE GABB

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES

VALERIE GREGORY, individually and as Special Administrator of the Estate of RICHARD J. GREGORY, Deceased, as next friend of ISREAL GREGORY, a minor, KEANU GREGORY, a minor, and SHAYLISSE GREGORY, a minor,

Plaintiffs,

vs.

COUNTY OF MAUI, MAUI POLICE DEPARTMENT, JOHN DOE OFFICERS 1-10, JOHN DOES 1-10, JANE DOES 1-10, DOE CORPORATIONS 1-10, DOE PARTNERSHIPS 1-10, and DOE GOVERNMENTAL ENTITIES 1-10

Defendants

) CASE PENDING IN THE CIRCUIT
) COURT OF THE SECOND CIRCUIT
) STATE OF HAWAII
)
) Civil No. BS090669

APPLICATION TO OBTAIN SUBPOENA FOR CALIFORNIA DEPOSITION IN AN ACTION PENDING IN A FOREIGN JURISDICTION (C.C.P. §2029)

DECLARATION OF: ELEANOR RICHARDSON

I, ELEANOR RICHARDSON hereby declare and say:

A2



```
L.A.S.C. - FILINGS #32
111 N. HILL STREET
LOS ANGELES CA 90012

DATE PAID:  06/18/04  01:30:48 PM
RECEIPT #:    CCH458224020


CIT/CASE: BS090669 LEA/DEF#:

PAYMENT:  $296.50              0310
RECEIVED:
     CHECK:     296.50
     CASH:
     CHANGE:
     CARD:
```

A3

Back to Home Page



**Effective February 1, 2002**

| | |
|---|---|
| Admission of New Attorney | $ 225.00 |
| Appeal, Notice of | $ 255.00 |
| Appeal from Magistrate to District Judge | $ 32.00 |
| Apostille | $ 18.00 |
| Civil Filing Fee | $ 150.00 |
| Civil Prisoner Filing Fee (may be paid in installments) | $ 150.00 |
| Certification | $ 9.00 |
| Certificate of Good Standing | $ 15.00 |
| Copy Fees (per page) | $ .50 |
| Duplicate Cert of Admission | $ 15.00 |
| Filing or Indexing of Misc. Papers | $ 39.00 |
| Microfilm/Microfiche of Court Records | $ 5.00 |
| Exemplification | $ 18.00 |
| Foreign Judgement | $ 39.00 |
| Petition for Writ of Habeas Corpus | $ 5.00 |
| Power of Attorney | $ 20.00 |
| Pro Hac Vice | $ 225.00 |
| Retrieval of FRC Records | $ 45.00 |
| Return Check Fee | $ 45.00 |
| Search of Records | $ 26.00 |
| Tape Duplication | $ 26.00 |

Back to Home Page

A4