**PAUL K. BURNS**
STATE OF HAWAII
DEPARTMENT OF PUBLIC SAFETY
SHERIFF DIVISION-CIVIL SECTION
1111 ALAKEA STREET
HONOLULU, HAWAII 96813

RECEIVED
CORPORATION COUNSEL
2004 FEB -4 PM 1:47

COUNTY OF MAUI
Corporation Counsel

CASE NO.:    Civil 03-1-0265(1)

RE:    VALERIE GREGORY, et al. vs. COUNTY OF MAUI, et al.

DOCUMENTS SERVED:    SUBPEONA DUCES TECUM

| PERSON(S) SERVED | TIME | DATE | PLACE |
|---|---|---|---|
| COR Pacific Restaurant Ventures, Inc. dba Nick"s Fish Market, through TERE HAMPTON, comptroller. | 10:50 a.m. | 1/30/04 | 1070 Kalakaua Ave., 17 Fl. Honolulu, HI 96815 |

Service fee - $15.00
Mileage    -   4.00
Total       $19.00

Payable to: Paul K. Burns
89-440 Farrington Hwy.
Waianae, HI 96792

APPROVED FOR PAYMENT
Deputy Corporation Counsel
County of Maui

Note: Marquerite, you need to send an extra copy if you need one.

Also can you check on Purchase Order No. 132974. If I have to submit someplace its to much of a hassle and you made need to find

EXHIBIT "B"

PAUL K. BURNS
STATE OF HAWAII
DEPARTMENT OF PUBLIC SAFETY
SHERIFF DIVISION-CIVIL SECTION
1111 ALAKEA STREET
HONOLULU, HAWAII 96813

RECEIVED
CORPORATION COUNSEL

2004 FEB -6 PM 2:27

COUNTY OF MAUI

Marquerite Ah-Kee

CASE NO.:   03-1-0265(1)

905018

RE:   VALERIE GREGORY, rt al., vs COUNTY OF MAUI

DOCUMENTS SERVED:   SUBPOENA DUCES TECUM

| PERSON(S) SERVED | TIME | DATE | PLACE |
| --- | --- | --- | --- |

COR Honolulu Lodge No. 616 of the Benevolent and Protective Order of Elks of the United States of America, through G. Todd Daniel, General Manger.

   11:20 a.m.   2/4/04   2933 Kalakaua Ave.  Hon., HI

   Service fee - $15.00
   Mileage      -  4.00
   Total        -$19.00

Payable to:  Paul K. Burns
             89-440 Farrington Hwy.
             Waianae, HI 96792

APPROVED FOR PAYMENT
Deputy Corporation Counsel
County of Maui

B2

PAUL K. BURNS
STATE OF HAWAII
DEPARTMENT OF PUBLIC SAFETY
SHERIFF DIVISION-CIVIL SECTION
1111 ALAKEA STREET
HONOLULU, HAWAII 96813

2004 APR 19 PM 3: 14

137140

ROANA M. RAMAYA

CASE NO.:    03-1-0265(1)

RE:    VALERIE GREGORY    vs.    COUNTY OF MAUI

DOCUMENTS SERVED:    SUBPOENA

| PERSON(S) SERVED | TIME | DATE | PLACE |
|---|---|---|---|
| Custodian of Records BEVERLY MANOR, through Cindy Lee Meiers, Administrator. | 10:20 a.m. | 4/15/04 | 1930 Kamehameha IV Road Honolulu, HI 96819 |

Service fee  - $25.00
Mileage      -   4.00

Total        - $29.00

Make payable to :  Paul K. Burns
                   89-440 Farrington Hwy.
                   Waianae, HI 96792

APPROVED FOR PAYMENT
_____
Deputy Corporation Counsel
County of Maui

B3

# INVOICE

**ELEANOR'S LEGAL SUPPORT.COM**
14417 Chase Street #219
Panorama City, CA 91402
Phone: (818) 897-2156
Fax: (818) 897-0486
Tax I.D. 95-4847-408

Inv. # 2004003605
06-24-2004

Department of the Corporation Counsel
County Of Maui
200 South High Street
Wailuku, Maui HI 96793

Your Contact: Margarite
Case Number: 03-1-0265/BS090669

Plaintiff:
**Gregory**

Defendant:
**County of Maui**

Completed: 6/18/2004
To be served on: Clerk of the Court

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Court Service (All States) | 1.00 | 50.00 | 50.00 |
| Advance Fee (Filing) | 1.00 | 296.50 | 296.50 |
| Subpoena Prep | 2.00 | 10.00 | 20.00 |
| Copy & Mail (Notice to Consumer) | 1.00 | 17.50 | 17.50 |
| TOTAL CHARGED: | | | $384.00 |

BALANCE DUE: $384.00

*Filing fee submitted under Exhibit A.*   296-50

$87.50·

APPROVED FOR PAYMENT
Deputy Corporation Counsel
County of Maui

THANK YOU FOR YOUR BUSINESS.
Your Prompted Payment is Appreciated. Thank You.

Copyright © 1992-2001 Database Services, Inc - Process Server's Toolbox V5 5f

B4

# INVOICE

**ELEANOR'S LEGAL SUPPORT.COM**
14417 Chase Street #219
Panorama City, CA 91402
Phone: (818) 897-2156
Fax: (818) 897-0486
Tax I.D. 95-4847-408

Inv. # 2004003607
06-24-2004

Department of the Corporation Counsel
County Of Maui
200 South High Street
Wailuku, Maui HI 96793

Your Contact: Margarite
Case Number: 03-1-0265/BS090669

Plaintiff:
**Gregory**

Defendant:
**County of Maui**

Completed: 6/21/2004
To be served on: Cynthia Bruins

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee | 1.00 | 97.50 | 97.50 |
| TOTAL CHARGED: | | | $97.50 |
| BALANCE DUE: | | | $97.50 |

*Proof of Service Attached*

APPROVED FOR PAYMENT
Deputy Corporation Counsel
County of Maui

RECEIVED
CORPORATION COUNSEL
2004 JUN 29 PM 3:09

THANK YOU FOR YOUR BUSINESS.
Your Prompted Payment is Appreciated. Thank You.

Copyright © 1992-2001 Database Services, Inc - Process Server's Toolbox V5 5f

B5

(Please type)

**STATE OF HAWAII**
**DEPARTMENT OF PUBLIC SAFETY**
**SHERIFF DIVISION**

1111 Alakea Street, Honolulu, Hawaii 96813
Phone No. (808) 538-5605/Fax No. 538-5661

**REQUEST FOR SERVICE OF PROCESS AND EXECUTION OF ORDER OF COURT**

Request No. _____

RECEIVED 2005 SEP 29 PM 2:11 CORPORATION COUNSEL

Case No. Civ. 04-00516 SPK KSC  Court USDC State Hawaii

Plaintiff/Petitioner: Valerie Gregory, et al.

Defendant/Respondent: County of Maui, et al.

You are Hereby instructed to Execute the Accompanying Process as Follows:

| Document to be Served | Name of Person to be Served | Address |
|---|---|---|
| Subpoena Duces Tecum | Custodian of Records, State of Hawaii, Dept. of Human Services, Child Protective Services | 810 Richards Street, 4th Floor, Honolulu, HI 96813 |

APPROVED FOR PAYMENT
Deputy Corporation Counsel
County of Maui

**DEPARTMENT USE ONLY**

Deputy _____
Assign. Date _____
Status Rpt. Date _____
Court Date _____
Advance Pmt: Date _____
Rec. _____

| Fee | Mileage | Other | Total |
|---|---|---|---|
| $25.- | 26.- | | 51 |

Please serve the subpoena and complete the Proof of Service on the reverse side of subpoena and return the Original subpoena to us. Thanks.

P**l**ease note that the Process Server serving the papers not serve the papers between the hours of 10:00 p.m. and 6:00 a.m. When service is made, or if the Process Server is having difficulty funding th**e** party, or is unable to complete service, please call and inform our office. Please sign the RETURN OF SERVICE in BLACK Ink and RETURN the ORIGINAL and a COPY to this office.

NOTICE: All communications, refunds, and/or collections shall be made to the name and address listed below.

Name: Laureen L. Martin, Deputy Corporation Counsel

Address: 200 South High Street, Wailuku, Hawaii   ZIP Code 96793

I.D. No. 5927    Contact Person Marguerite Ah-Kee

Telephone No. 270-7740    Send Ref- Envelope

8/26/05    Signature of Attorney of Litigant: Laureen Martin

Date

WHITE - Fiscal    CANARY - Servicing Officer    PINK - Office of the Sheriff    GOLDENROD - Attorney/Litigant    LAW 0350 (10/91)

Paul K. Burns
89-440 Farrington Hwy.
Waianae, Hi. 96792

B6

# INVOICE

**ELEANOR'S LEGAL SUPPORT.COM**
14417 Chase Street #219
Panorama City, CA 91402
Phone: (818) 897-2156
Fax: (818) 897-0486
Tax I.D. 95-4847-408

Inv. # 2005006947
12-15-2005

Department of the Corporation Counsel
County Of Maui
200 South High Street
Wailuku, Maui HI 96793

APPROVED FOR PAYMENT
*[signature]*
Deputy Corporation Counsel
County of Maui

Your Contact: Laureen
**Case Number: CV 04-0056**

Plaintiff:
**Gregory et al**

Defendant:
**County of Maui, et al**

Completed: 12/9/2005
To be served on: C/R Clark Nuber

*Proof of Service Attached*

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Flat Rate) | 1.00 | 75.00 | 75.00 |
| Advance Fee (Witness) | 1.00 | 40.00 | 40.00 |
| Special Handling (Rush etc) | 1.00 | 35.00 | 35.00 |
| **TOTAL CHARGED:** | | | **$150.00** |
| **BALANCE DUE:** | | | **$150.00** |

RECEIVED
CORPORATION COUNSEL
2005 DEC 27 PM 3: 18

THANK YOU FOR YOUR BUSINESS.
PAYMENT TERMS: NET THIRTY (30) DAYS.

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.6c

B7

## INVOICE

ELEANOR'S LEGAL SUPPORT.COM
14417 Chase Street #219
Panorama City, CA 91402
Phone: (818) 897-2156
Fax: (818) 897-0486
Tax I.D. 95-4847-408

Inv. # 2005006946
12-15-2005

Department of the Corporation Counsel
County Of Maui
200 South High Street
Wailuku, Maui HI 96793

APPROVED FOR PAYMENT
_____
Deputy Corporation Counsel
County of Maui

Your Contact: Laureen
**Case Number: CV 04-0056**

Plaintiff:
**Gregory et al**

Defendant:
**County of Maui, et al**

Completed: 12/10/2005
To be served on: A/K/A Donald Perry Van Blaricom, D.P. Va

*Proof of Service Attached*

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Flat Rate) | 1.00 | 125.00 | 125.00 |
| Advance Fee (Witness) | 1.00 | 40.00 | 40.00 |
| Special Handling (Rush etc) | 1.00 | 45.00 | 45.00 |
| U P S/ Fed Ex./D H L | 1.00 | 25.00 | 25.00 |
| Fuel Surcharge* | 1.00 | 3.00 | 3.00 |
| **TOTAL CHARGED:** | | | **$238.00** |
| **BALANCE DUE:** | | | **$238.00** |

THANK YOU FOR YOUR BUSINESS.
PAYMENT TERMS: NET THIRTY (30) DAYS.

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.6c

B8