

Iwado Court Reporters, Inc. Certified / Registered Professional Reporters
2233 Vineyard Street, Wailuku, Maui, Hawaii 96793 Federal ID# 99-0230607
Maui (808) 244-9300  Toll Free (800) 241-3376  Fax (808) 244-8278
Email: iwadorpr@maui.net

# INVOICE

MOANA RAMAYA, DEPUTY
DEPT. OF CORPORATION COUNSEL
COUNTY OF MAUI
200 SOUTH HIGH STREET
WAILUKU, HI  96793

February  6, 2004

Invoice# 13957A

Balance:      $552.88

*RECEIVED CORPORATION COUNSEL 2004 FEB -9 AM 10:11*

Caption: GREGORY v COUNTY OF MAUI, 03-1-0265(1)

Scheduled: 01/22/04    Billed: 02/06/04
Reporter: GLORIA T. BEDIAMOL, CSR, RMR

| Charge Description | Amount |
|---|---|
| DEPOSITION OF:  CLARISSE BAISA | |
| ORIGINAL PLUS CERTIFIED COPY | |
| HALF-DAY APPEARANCE FEE | 40.00 |
| 126 PAGES @ 3.40 | 428.40 |
| DISK 5.00; MINISCRIPT 5.00; INDEX 5.00 | 15.00 |
| 2 PAGES EXHIBITS @ .45 | .90 |
| 10 PAGES COLOR EXHIBITS @ 1.25 | 12.50 |
| SIGNATURE | 20.00 |
| STORAGE 10.00; DELIVERY 4.00 | 14.00 |
| SUBTOTAL $530.80    4.16% Sales Tax: | 22.08 |

We certify that this invoice is correct and just; payment has not been received.

2/6/04   *C. Auldenhuse*
Date            Authorized Signature

P l e a s e     R e m i t    - - - >    Total Due:     $552.88

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Please return remittance stub with payment.

We accept payment by Visa and Mastercard

*APPROVED FOR PAYMENT
Deputy Corporation Counsel
County of Maui*

IWADO COURT REPORTERS, INC.
2233 VINEYARD ST., SUITE A
WAILUKU, HI  96793

INVOICE# 13957A

BALANCE$    552.88

EXHIBIT " C "

Terms: Payable upon receipt.



**Iwado Court Reporters, Inc.** Certified / Registered Professional Reporters
2233 Vineyard Street, Wailuku, Maui, Hawaii 96793 Federal ID# 99-0230607
Maui (808) 244-9300  Toll Free (800) 241-3376  Fax (808) 244-8278
Email: iwadorpr@maui.net

# INVOICE

LAUREEN L. MARTIN, DEPUTY
DEPT. OF CORPORATION COUNSEL
COUNTY OF MAUI
200 SOUTH HIGH STREET
WAILUKU, HI  96793

March  9, 2004

Invoice# 14010A

Balance:       $698.13

*905018*
*135481*

RECEIVED
CORPORATION COUNSEL
2004 MAR -9 PM 1:45

Caption: GREGORY v COUNTY OF MAUI, 03-1-0265(1)

Scheduled: 03/02/04    Billed: 03/09/04
Reporter: GLORIA T. BEDIAMOL, CSR, RMR

Charge Description                                                         Amount

LATE CANCELLATION OF DEPOSITION OF:  ROSS FOX
DEPOSITIONS OF:  GARY HASHIMOTO
                 ELIZABETH HASHIMOTO
ORIGINALS PLUS CERTIFIED COPIES
LATE CANCELLATION FEE FOR MORNING DEPOSITION                                75.00
HALF-DAY APPEARANCE FEE                                                     40.00
137 PAGES @ 3.40                                                           465.80
DISK 5.00; MINISCRIPTS 10.00; INDEXES 10.00                                 25.00
1 PAGE EXHIBITS @ .45                                                         .45
SIGNATURES                                                                  40.00
STORAGE 20.00; DELIVERY 4.00                                                24.00
SUBTOTAL $670.25
                      We certify that this invoice is correct and  4.16% Sales Tax:   27.88
                      just; payment has not been received.
                      3/9/04  C. [signature]
                      Date         Authorized Signature
                Please Remit ------->    Total Due:          $698.13

---

**Please return remittance stub with payment.**
We accept payment by Visa and Mastercard

APPROVED FOR PAYMENT
[signature]
Deputy Corporation Counsel
County of Maui

IWADO COURT REPORTERS, INC.               INVOICE# 14010A
2233 VINEYARD ST., SUITE A
WAILUKU, HI  96793                        BALANCE$    698.13

Terms: Payable upon receipt.

C2

RECEIVED
CORPORATION COUNSEL

2004 JUN 28 PM 1:24

90901 8

```
 1                      I N V O I C E
     Invoice No. 2532
 2
              MELISSA STAMMBERGER, CSR 376, RPR
 3                     2145 Main Street
                      Wailuku, HI  96793
 4                         244-2924

 5   DATE:  June 25, 2004

 6
     TO:   County of Maui, Dept. Of Corporation Counsel
 7         County of Maui
           200 S. High Street
 8         Wailuku, Hawaii  96793

 9
     RE:   Valerie Gregory vs. County of Maui
10         Second Circuit Court Civil No. 03-1-0265(1)

11

12   DATES OF HEARING:                       NUMBER OF PAGES:

13   5/27/04, Courtroom 1 Hearing                    20

14
     6/22/04, Courtroom 1 Hearing                    12
15

16                               Total Pages:        32

17

18

19   32 pages @ 3.00 per page:  96.00
     4.167 GET:  4.00
20   Total Due: 100.00

21   Thank you

22

23
                       APPROVED FOR PAYMENT
24                     [signature]
                       Deputy Corp.
25                       County
```

C3



Iwado Court Reporters, Inc. Certified / Registered Professional Reporters
2233 Vineyard Street, Wailuku, Maui, Hawaii 96793 Federal ID# 99-0230607
Maui (808) 244-9300  Toll Free (800) 241-3376  Fax (808) 244-8278
Email: iwadorpr@maui.net

# INVOICE

LAUREEN L. MARTIN, DEPUTY
DEPT. OF CORPORATION COUNSEL
COUNTY OF MAUI
200 SOUTH HIGH STREET
WAILUKU, HI  96793

June 30, 2004

Invoice# 14141B

Balance:    $259.31

RECEIVED
2004 JUL -2 PM 2:00
CORPORATION COUNSEL

Caption: GREGORY v COUNTY OF MAUI, 03-1-0265(1)

Scheduled: 06/09/04    Billed: 06/30/04
Reporter: RACHELLE PRIMEAUX, CSR, RPR

| Charge Description | Amount |
|---|---|
| DEPOSITION OF:  CHIEF THOMAS M. PHILLIPS | |
| CERTIFIED COPY | |
| 81 PAGES @ 2.70 | 218.70 |
| DISK 5.00; MINISCRIPT 5.00; INDEX 5.00 | 15.00 |
| 25 PAGES EXHIBITS @ .45 | 11.25 |
| DELIVERY | 4.00 |
| SUBTOTAL $248.95 | |
| 4.16% Sales Tax: | 10.36 |
| P l e a s e   R e m i t   - - - >   Total Due: | $259.31 |

We certify that this invoice is correct and just, payment has not been received.

6/30/04  C. Childuhese
Date          Authorized Signature

---

Please return remittance stub with payment.
We accept payment by Visa and Mastercard

IWADO COURT REPORTERS, INC.
2233 VINEYARD ST., SUITE A
WAILUKU, HI  96793

APPROVED FOR PAYMENT
Deputy Corporation Counsel
County of Maui

INVOICE# 14141B
BALANCE$    259.31

Terms: Payable upon receipt.

905018
C4

Atkinson-Baker, Inc. -- Main Office
330 N. Brand Boulevard, Suite 250
Glendale, CA 91203-2330
800-288-3376, 800-925-5910 fax
www.depo.com

Please refer to the Invoice # and your Firm # in any correspondence. Contact Beau Rakestraw, brakestraw@depo.com.

ABI's Federal ID#: 95-4189037

INVOICE # 9E04F2EA
FIRM # 1168918
INVOICE DATE: 7/21/2004
DUE UPON RECEIPT

Setting Firm: County of Maui, Corporation of Counsel
Taking Attorney: Laureen Martin
Case Name: Valerie Gregory vs County of Maui
Case #: CIVIL NO. 03-1-0265(1)
Claim #:
Insurance Co.:
DOL:
Insured:
Agency #:
Adjuster:

Laureen Martin
County of Maui, Corporation of Counsel
200 South High Street
Wailuku, HI 96793

RECEIVED
CORPORATION COUNSEL
2004 AUG -2  PM 2: 22

905018

| ITEM | AMOUNT |
|---|---|
| Reporter's transcript of the deposition of Cynthia Spelta, taken July 8, 2004. | $ 678.59 |
| APPROVED FOR PAYMENT<br>Deputy Corporation Counsel<br>County of Maui | |
| BALANCE DUE | $ 678.59 |

A service fee of 1.5% per month may be added to any invoice over 30 days old.

· · · · · · · · · · · · Fold and tear at this perforation, then return stub with payment. · · · · · · · · · · · · · · ·

BALANCE DUE  $678.59

INVOICE # 9E04F2EA
FIRM # 1168918

For: Reporter's transcript of the deposition of Cynthia Spelta, taken July 8, 2004.

From:

Laureen Martin
County of Maui, Corporation of Counsel
200 South High Street
Wailuku, HI 96793

Remit To:

Atkinson-Baker, Inc.
330 N. Brand Boulevard
Suite 250
Glendale, CA 91203-2330

If you have already paid for this service by COD, then this invoice is for your records only.

C5

Atkinson-Baker, Inc. -- Main Office
330 N. Brand Boulevard, Suite 250
Glendale, CA  91203-2330
800-288-3376, 800-925-5910 fax
www.depo.com

Please refer to the Invoice # and your Firm # in any correspondence.  Contact Beau Rakestraw, brakestraw@depo.com.

ABI's Federal ID#:  95-4189037

| INVOICE # 9E04F2FA |
|---|
| FIRM # 1168918 |
| INVOICE DATE: 7/21/2004 |
| DUE UPON RECEIPT |

Setting Firm: County of Maui, Corporation of Counsel
Taking Attorney: Laureen Martin
Case Name: Valerie Gregory vs County of Maui
Case #: 03-1-0265(1)
Claim #:
Insurance Co.:
DOL:
Insured:
Agency #:
Adjuster:

Laureen Martin
County of Maui, Corporation of Counsel
200 South High Street
Wailuku, HI  96793

905018

| ITEM | AMOUNT |
|---|---|
| Reporter's transcript of the deposition of James William Antunez, taken July 7, 2004.<br><br>APPROVED FOR PAYMENT<br>Deputy Corporation Counsel<br>County of Maui | $   395.80 |
| BALANCE DUE | $   395.80 |

A service fee of 1.5% per month may be added to any invoice over 30 days old.

· · · · · · · · · · · · · Fold and tear at this perforation, then return stub with payment. · · · · · · · · · · · · ·

BALANCE DUE  $395.80

| INVOICE # 9E04F2FA |
|---|
| FIRM # 1168918 |

For: Reporter's transcript of the deposition of James William Antunez, taken July 7, 2004.

From:

Laureen Martin
County of Maui, Corporation of Counsel
200 South High Street
Wailuku, HI  96793

Remit To:

Atkinson-Baker, Inc.
330 N. Brand Boulevard
Suite 250
Glendale, CA  91203-2330

If you have already paid for this service by COD, then this invoice is for your records only.

C6



Iwado Court Reporters, Inc. Certified / Registered Professional Reporters
2233 Vineyard Street, Wailuku, Maui, Hawaii 96793 Federal ID# 99-0230607
Maui (808) 244-9300  Toll Free (800) 241-3376  Fax (808) 244-8278
Email: iwadorpr@maui.net

# INVOICE

MOANA M. RAMAYA, DEPUTY
DEPT. OF CORPORATION COUNSEL
COUNTY OF MAUI
200 SOUTH HIGH STREET
WAILUKU, HI   96793

August 19, 2004

Invoice# 14222B

Balance:     $316.49

Caption: GREGORY v COUNTY OF MAUI, 03-1-0265(1)

Scheduled: 07/29/04    Billed: 08/19/04
Reporter: JEANNETTE W. IWADO, CSR, RPR

| Charge Description | Amount |
|---|---|
| DEPOSITION OF:  EDWIN AMONG | |
| CERTIFIED COPY | |
| 105 PAGES @ 2.70 | 283.50 |
| DISK 5.00; MINISCRIPT 5.00; INDEX 5.00 | 15.00 |
| 3 PAGES EXHIBITS @ .45 | 1.35 |
| DELIVERY | 4.00 |
| SUBTOTAL $303.85 | |
| 4.16% Sales Tax: | 12.64 |
| P l e a s e   R e m i t   - - - >   Total Due: | $316.49 |

We certify that this invoice is correct and just; payment has not been received.

8/19/04  C. [signature]
Date     Authorized Signature

-----

Please return remittance stub with payment.
We accept payment by Visa and Mastercard

IWADO COURT REPORTERS, INC.
2233 VINEYARD ST., SUITE A
WAILUKU, HI   96793

APPROVED FOR PAYMENT
[signature]
Deputy Corporation Counsel
County of Maui

INVOICE# 14222B

BALANCE$      316.49

Terms: Payable upon receipt.

C7

Atkinson-Baker, Inc. Main
500 N. Brand Boulevard, Third Floor
Glendale, CA 91203-4725
800-288-3376, 800-925-5910 fax
www.depo.com

Please refer to the ABI and your Firm # in any correspondence. Contact Beau Rakestraw, brakestraw@depo.com.

ABI's Federal ID#: 95-4189037

**INVOICE # 9E04F2EC**
**FIRM # 1168918**
**INVOICE DATE: 2/09/2005**
**DUE UPON RECEIPT**

Setting Firm: County of Maui Corporation Counsel
Taking Attorney: Laureen Martin
Case Name: Valerie Gregory vs County of Maui
Case #: CIVIL NO. 03-1-0265(1)

Michelle White
County of Maui Corporation Counsel
200 South High Street
Wailuku, HI 96793

Description: Electronic transcript of the deposition of Cynthia Spelta, taken July 8, 2004.

| ITEM | QTY | PRICE | LINE TOTAL |
|---|---|---|---|
| E-Transcript after job ships | 1.00 | $ 25.00 | $ 25.00 |
| | | BALANCE DUE | $ 25.00 |

APPROVED FOR PAYMENT
Deputy Corporation Counsel
County of Maui

2005 FEB 22 PM 3:06 CORPORATION COUNSEL

A service fee of 1.5% per month may be added to any invoice over 30 days old.

· · · · · · · · · · · · · Fold and tear at this perforation, then return stub with payment. · · · · · · · · · · · · ·

BALANCE DUE $25.00

**INVOICE # 9E04F2EC**
**FIRM # 1168918**

From:

Michelle White
County of Maui Corporation Counsel
200 South High Street
Wailuku, HI 96793

For: Electronic transcript of the deposition of Cynthia Spelta, taken July 8, 2004.

Remit To:

Atkinson-Baker, Inc.
500 N. Brand Boulevard
Third Floor
Glendale, CA 91203-4725

Case 1:04-cv-00516-SPK-KSC   Document 55-5   Filed 02/10/2006   Page 8 of 16

If you have already paid for this service by COD, then this invoice is for your records only.

C8

Atkinson-Baker, Inc. -- Main Office
500 N. Brand Boulevard, Third Floor
Glendale, CA 91203-4725
800-288-3376, 800-925-5910 fax
www.depo.com

Please refer to the invoice # and your firm # in any correspondence. Contact Beau Rakestraw, brakestraw@depo.com.

ABI's Federal ID#: 95-4189037

INVOICE # 9E04F2FC
FIRM # 1168918
INVOICE DATE: 2/15/2005
DUE UPON RECEIPT

Setting Firm: County of Maui Corporation Counsel
Taking Attorney: Laureen Martin
Case Name: Valerie Gregory vs County of Maui
Case #: 03-1-0265(1)

Michael White
County of Maui Corporation Counsel
200 South High Street
Wailuku, HI 96793

Description: Elecronic Transcriptof the deposition of James William Antunez, taken July 7, 2004.

| ITEM | QTY | PRICE | LINE TOTAL |
|---|---|---|---|
| E-Transcript after job ships | 1.00 | $ 25.00 | $ 25.00 |
| | | BALANCE DUE | $ 25.00 |

APPROVED FOR PAYMENT
Deputy Corporation Counsel
County of Maui

A service fee of 1.5% per month may be added to any invoice over 30 days old.

· · · · · · · · · · · · · · Fold and tear at this perforation, then return stub with payment. · · · · · · · · · · · · · ·

BALANCE DUE $25.00

INVOICE # 9E04F2FC
FIRM # 1168918

For: Elecronic Transcriptof the deposition of James William Antunez, taken July 7, 2004.

From:

Michael White
County of Maui Corporation Counsel
200 South High Street
Wailuku, HI 96793

Remit To:

Atkinson-Baker, Inc.
500 N. Brand Boulevard
Third Floor
Glendale, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

C9



Iwado Court Reporters, Inc. Certified / Registered Professional Reporters
2233 Vineyard Street, Wailuku, Maui, Hawaii 96793  Federal ID# 99-0230607
Maui (808) 244-9300  Toll Free (800) 241-3376  Fax (808) 244-8278
Email: iwadorpr@maui.net

# INVOICE

LAUREEN L. MARTIN, DEPUTY
DEPT. OF CORPORATION COUNSEL
COUNTY OF MAUI
200 SOUTH HIGH STREET
WAILUKU, HI   96793

March 10, 2005

Invoice# 14481A

Balance:      $842.65

Caption: GREGORY v COUNTY OF MAUI, 04-00516 SPK KSC
         USDC
Scheduled: 01/19/05    Billed: 02/07/05
Reporter: LYNANN NICELY, CSR, RMR

Charge Description

DEPOSITIONS OF:  JASON FUQUA; VINCENT FINAZZO

ORIGINALS PLUS CERTIFIED COPIES
$809.00

We certify that this invoice is correct and
just, payment ... not been received.
3/10/05    C. Mulduhur
Date            Authorized Signature

APPROVED FOR PAYMENT
Deputy Corporation Counsel
County of Maui

4.16% Sales Tax:       33.65

P l e a s e   R e m i t   - - - >    Total Due:    $842.65

---

Please return remittance stub with payment.
We accept payment by Visa and Mastercard

IWADO COURT REPORTERS, INC.                    INVOICE# 14481A
2233 VINEYARD ST., SUITE A
WAILUKU, HI   96793                            BALANCE$      842.65

Terms: Payable upon receipt.                                C10



**Iwado Court Reporters, Inc.** Certified / Registered Professional Reporters
2233 Vineyard Street, Wailuku, Maui, Hawaii 96793 Federal ID# 99-0230607
Maui (808) 244-9300  Toll Free (800) 241-3376  Fax (808) 244-8278
Email: iwadopr@maui.net

# INVOICE

LAUREEN L. MARTIN, DEPUTY
DEPT. OF CORPORATION COUNSEL
COUNTY OF MAUI
200 SOUTH HIGH STREET
WAILUKU, HI  96793

March 10, 2005

Invoice# 14478A

Balance:     $984.33

Caption: GREGORY v COUNTY OF MAUI, 04-00516 SPK KSC
         USDC
Scheduled: 01/17/05    Billed: 01/31/05
Reporter: KATHERINE EISMANN, CSR, RDR, CRR

Charge Description

MEDICAL DEPOSITION OF:  ANTHONY MANOUKIAN, M.D.

ORIGINAL PLUS CERTIFIED COPY
$945.02

We certify that this invoice is correct and just; payment has not been received.

3/10/05    C. Mulduhu
Date       Authorized Signature

APPROVED FOR PAYMENT
Deputy Corporation Counsel
County of Maui

4.16% Sales Tax:         39.31

P l e a s e   R e m i t   - - - >   Total Due:    $984.33

---

Please return remittance stub with payment.
We accept payment by Visa and Mastercard

IWADO COURT REPORTERS, INC.                    INVOICE# 14478A
2233 VINEYARD ST., SUITE A
WAILUKU, HI  96793                             BALANCE$     984.33

Terms: Payable upon receipt.

C11



Iwado Court Reporters, Inc. Certified / Registered Professional Reporters
2233 Vineyard Street, Wailuku, Maui, Hawaii 96793
Maui (808) 244-9300  Toll Free (800) 241-3376  Fax (808) 244-8278
Email: iwadorpr@maui.net

# INVOICE

LAUREEN L. MARTIN, DEPUTY
DEPT. OF CORPORATION COUNSEL
COUNTY OF MAUI
200 SOUTH HIGH STREET
WAILUKU, HI  96793

October  3, 2005

Invoice# 14798A

Balance:  $1,314.86

Caption: GREGORY v COUNTY OF MAUI, 04-00516 SPK/KSC
         USDC
Scheduled: 09/20/05    Billed: 10/03/05
Reporter: RACHELLE PRIMEAUX, CSR, RPR

Charge Description

DEPOSITIONS OF:  VALERIE GREGORY; ISRAEL GREGORY;
                 KEANU GREGORY
ORIGINALS PLUS CERTIFIED COPIES
$1262.35

APPROVED FOR PAYMENT
Deputy Corporation Counsel
County of Maui

We certify that this invoice is correct and
just payment has not been received.          4.16% Sales Tax:      52.51
10/3/05   C. Childukos
Date         Authorized Signature

P l e a s e    R e m i t   - - - >   Total Due:  $1,314.86

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Please return remittance stub with payment.
We accept payment by Visa and Mastercard

IWADO COURT REPORTERS, INC.                   INVOICE# 14798A
2233 VINEYARD ST., SUITE A
WAILUKU, HI  96793                            BALANCE$   1,314.86

Terms: Payable upon receipt.

C12

Atkinson-Baker, Inc. – Main Office  
500 N. Brand Boulevard, Third Floor  
Glendale, CA 91203-4725  
800-288-3376, 800-925-5910 fax  
www.depo.com

Please refer to the Invoice # and your Firm # in any correspondence. Contact Beau Rakestraw, brakestraw@depo.com.

ABI's Federal ID#: 95-4189037

**INVOICE # 9F09180A**  
**FIRM # 1168918**  
**INVOICE DATE: 12/09/2005**  
**DUE UPON RECEIPT**

Setting Firm: County of Maui Corporation Counsel  
Taking Attorney: Laureen Martin  
Case Name: Valerie Gregory vs County of Maui et al  
Case #: 04-00516 SPK/KSC  
Claim #:  
Insurance Co.:  
Insured:          DOL:  
Client's Ref. #1:  
Client's Ref. #2:  
Adjuster:  
Description: Reporter's transcript of the deposition of D.P. Van Blaricom, taken November 29, 2005. Expedited.

Laureen Martin  
County of Maui Corporation Counsel  
200 South High Street  
Wailuku, HI 96793

RECEIVED CORPORATION COUNSEL 2005 DEC 30

| ITEM | QTY | PRICE | LINE TOTAL |
|---|---|---|---|
| Pages - O&1 - Medical/Expert | 111.00 | $ 4.85 | $ 538.35 |
| Expedite: 2 working days - 90% | 111.00 | $ 4.37 | $ 485.07 |
| CD | 1.00 | $ 12.50 | $ 12.50 |
| Condensed Transcript | 1.00 | $ 12.50 | $ 12.50 |
| E-Transcript | 1.00 | $ 12.50 | $ 12.50 |
| Delivery & Handling | 1.00 | $ 35.00 | $ 35.00 |
| Hourly Rate | .25 | $ 28.00 | $ 7.00 |
| Waiting Time (hours) | 1.75 | $ 45.00 | $ 78.75 |
| Hours outside normal business hours | 1.00 | $ 45.00 | $ 45.00 |
| Parking | 1.00 | $ 10.00 | $ 10.00 |
| ~~Conference Room~~ complimentary | ~~1.00~~ | ~~$ 150.00~~ | ~~$ 150.00~~ |
| UPS Overnight | 1.00 | $ 25.00 | $ 25.00 |
| APPROVED FOR PAYMENT | | BALANCE DUE | $ ~~1,411.67~~ |

A service fee of 1.5% per month may be added to any invoice over 30 days old. $1,261.67

· · · · · · · · · · · · · Fold and tear at this perforation, then return stub with payment. · · · · · · · · · · · · ·

BALANCE DUE  $1,411.67

INVOICE # 9F09180A  
FIRM # 1168918

From:  
Laureen Martin  
County of Maui Corporation Counsel  
200 South High Street  
Wailuku, HI 96793

For: Reporter's transcript of the deposition of D.P. Van Blaricom, taken November 29, 2005. Expedited.

Remit To:  
Atkinson-Baker, Inc.  
500 N. Brand Boulevard  
Third Floor  
Glendale, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

C13



# jWADO
## COURT REPORTERS, INC.

Iwado Court Reporters, Inc. Certified / Registered Professional Reporters
2233 Vineyard Street, Wailuku, Maui, Hawaii 96793
Maui (808) 244-9300  Toll Free (800) 241-3376  Fax (808) 244-8278
Email: iwadopr@maui.net

# INVOICE

LAUREEN L. MARTIN, DEPUTY
DEPT. OF CORPORATION COUNSEL
COUNTY OF MAUI
200 SOUTH HIGH STREET
WAILUKU, HI  96793

December 23, 2005

Invoice# 14961A

Balance:      $164.94

Caption: GREGORY v COUNTY OF MAUI, 04-00516 SPK/KSC
         USDC
Scheduled: 12/16/05    Billed: 12/22/05
Reporter: LYNANN NICELY, CSR, RMR

## Charge Description

DEPOSITION OF:  GUY SUGINO, M.D.

ORIGINAL PLUS CERTIFIED COPY
$158.35

APPROVED FOR PAYMENT
Deputy Corporation Counsel
County of Maui

We certify that this invoice is correct and just, payment has not been received.

12/23/05  C. Culduhm
Date      Authorized Signature

4.16% Sales Tax:      6.59

P l e a s e   R e m i t   - - - >   Total Due:    $164.94

---

Please return remittance stub with payment.
We accept payment by Visa and Mastercard

IWADO COURT REPORTERS, INC.
2233 VINEYARD ST., SUITE A
WAILUKU, HI  96793

INVOICE# 14961A

BALANCE$      164.94

Terms: Payable upon receipt.

Atkinson-Baker, Inc.
500 N. Brand Boulevard, Third Floor
Glendale, CA 91203-4725
800-288-3376, 800-925-5910 fax
www.depo.com

Please refer to the Inv. # and your Firm # in any correspondence. Contact Beau Rakestraw, brakestraw@depo.com.

ABI's Federal ID#: 95-4189037

INVOICE # 9F09180C
FIRM # 1168918
INVOICE DATE: 12/30/2005
DUE UPON RECEIPT

Setting Firm:     County of Maui Corporation Counsel
Taking Attorney:  Laureen Martin
Case Name:        Valerie Gregory vs County of Maui et al
Case #:           04-00516 SPK/KSC

Laureen Martin
County of Maui Corporation Counsel
200 South High Street
Wailuku, HI 96793

Description: Exhibits of the deposition of D.P. Van Blaricom, taken November 29, 2005.

| ITEM | QTY | PRICE | LINE TOTAL |
|---|---|---|---|
| Exhibit Copies (pages) | 622.00 | $ .35 | $ 217.70 |
| Exhibit Copies (pages) - Special | 512.00 | $ 1.75 | $ 896.00 |
| Exhibit Copies - Supplies & Labor | 1.00 | $ 380.41 | $ 380.41 |
| Delivery & Handling | 1.00 | $ 56.90 | $ 56.90 |

APPROVED FOR PAYMENT
Deputy Corporation Counsel
County of Maui

BALANCE DUE   $ 1,551.01

A service fee of 1.5% per month may be added to any invoice over 30 days old.

............ Fold and tear at this perforation, then return stub with payment. ............

BALANCE DUE  $1,551.01

INVOICE # 9F09180C
FIRM # 1168918

From:

Laureen Martin
County of Maui Corporation Counsel
200 South High Street
Wailuku, HI 96793

For: Exhibits of the deposition of D.P. Van Blaricom, taken November 29, 2005.

Remit To:

Atkinson-Baker, Inc.
500 N. Brand Boulevard
Third Floor
Glendale, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

C15

| | |
|---|---|
| From: | <mnelson@seadep.com> |
| To: | <moana.lutey@co.maui.hi.us> |
| Date: | 2/2/2006 11:24:06 AM |
| Subject: | Invoice from SEATTLE DEPOSITION REPORTERS |

eMail Invoice(s) sent: February 2, 2006

From: SEATTLE DEPOSITION REPORTERS
   600 UNIVERSITY STREET
   ONE UNION SQUARE, SUITE 320
   SEATTLE, WASHINGTON 98101
   TAX ID#91-1311049
   206-622-6661

   WE ACCEPT VISA OR MASTERCARD PAYMENTS

To:  MOANA LUTEY
   COUNTY OF MAUI
   200 S. HIGH STREET
   WAILUKU, HAWAII 96793

****************************************************************

RE:  Invoice# 038286   Billed: 02/02/06   Balance:   $680.05
   Taken:  01/13/06 - GREGORY V. COUNTY OF MAUI
   D.P. VAN BLARICOM
   by MICHELLE DISKIN

Invoicing Information
TRANSCRIPT OF D.P. VAN BLARICOM, VOL. 2
  99 PGS @ $4.00                     396.00
REPORTING FEE 2.75 HOURS @ $60          165.00
E-TRANS                       35.00
DELIVERY INCLUDING ORIGINAL             20.00
EXHIBITS 183 @ $.35             64.05

Please Remit --->   $680.05

APPROVED FOR PAYMENT
*[signature]*
Deputy Corporation Counsel
County of Maui

C16