EXPENCE FILE    *Gregory*

# Wailuku Rapid Print, Inc.

800 Eha Street
Wailuku, Hawaii 96793
Phone (808) 244-4622
Fax (808) 244-3401

Date: 11/04/03

Name: County of Maui

Phone: _____    Due: _____

| # | Description | @ | Amount |
|---|---|---|---|
| 3 | Color | 69 | 2.07 |
|   | GREGORY V. C. of M. |   |   |
|   | 03-1-0265 (1) |   |   |
|   | [signature] |   |   |
|   | COPY COLOR PHOTOS |   |   |
|   | NOV 0 4 2003 |   |   |
|   |   | TAX | .08 |
|   |   | TOTAL | 2.15 |

Thank You

EXHIBIT "D"

COST PRICE
GREGORY
03-1-0265 (1)



**MAII VIDEO MEMORIES**

0 Hana Hwy Suite 11
Kahului, HI 96732

| DATE | INVOICE # |
|---|---|
| 12/12/2003 | 4800 |

**SOLD TO**
County of Maui
Attn: Dave Hutchinson
200 S. High Street # 915
Wailuku, Hi. 96793

**SHIP TO**

Phone-270-7102

| TERMS | REP | SHIP VIA | PROJECT |
|---|---|---|---|
| Due on receipt | NSN | Call for P/U | |

| QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 1 | T-45 Duplication | 11.95 | 11.95T |
| | General Excise Tax | 4.166% | 0.50 |

GREGORY V. C. of M.
03-1-0265 (1)
COPY VIDEO TAPE
D. Hutchinson

Paid 12/15/03

I acknowledge I have read and understand the terms and conditions of this agreement on reverse and in full.

X_____ Date_____ MAHALO.

**Total**  $12.45

D2

## Receipt 1

**Printers, Inc./Wailuku Rapid Print, Inc.**  5589
800 EHA STREET, #26 · WAILUKU, MAUI, HI 96793
PHONE: (808) 244-9261 or 244-4622 / FAX: (808) 244-3401

Name: County of Maui
Phone: Dirk 281-8086
Date: 12/15/03
Pick-up time: ___

| # Copies | # Origs. | Description | Ttl Copies | @ | Amount |
|---|---|---|---|---|---|
| 3 | 36 | GREGORY V. C.of M. | 108 | | 74.52 |
| 3 | 4 | 03-1-0265 (1) | 12 | | 8.28 |
| 3 | 3 | Color copies | 9 | | 6.21 |
| | | D. Nakashima | | | |
| DEC 15 2003 | | | | | 89.01 |
| CD | | | | TAX | 3.56 |
| | | | | TOTAL | 92.57 |

Cost file
G32660
03-1-0265
GREGORY
03-0

THIS IS YOUR INVOICE... NO STATEMENT WILL BE SENT
Service charge of 1 1/2% per month will be charged on overdue accounts. (Net 30 days)
Accepted By ___  Date ___

## Receipt 2

**Printers, Inc./Wailuku Rapid Print, Inc.**  5595
800 EHA STREET, #26 · WAILUKU, MAUI, HI 96793
PHONE: (808) 244-9261 or 244-4622 / FAX: (808) 244-3401

Name: County of Maui
Phone: ___
Date: 12/15/03
Pick-up time: ___

| # Copies | # Origs. | Description | Ttl Copies | @ | Amount |
|---|---|---|---|---|---|
| 2 | | Color 11x17 | 2 | 1.29 | 2.58 |
| | | GREGORY V. C. of M. | | | |
| | | 03-1-0265 (1) | | | |
| | | Color copies | | | |
| | | D. Nakashima | | | |
| DEC 15 2003 | | | | | |
| CD | | | | TAX | 0.10 |
| | | | | TOTAL | 2.68 |

1 of 2

THIS IS YOUR INVOICE... NO STATEMENT WILL BE SENT
Service charge of 1 1/2% per month will be charged on overdue accounts. (Net 30 days)
Accepted By ___  Date ___

D3

**COPY SERVICES**
1975 Vineyard Street ❖ Wailuku, HI 96793
Phone: 242-7651 ❖ Fax: 242-7650

№ 14398

Name: County of Maui
Address: Corporation Council

Phone: Laureen Martin   Date: 8/19/04
P.O. #_____ Other:_____ Charge [ ] Net ____

| QTY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 2413 | file copies | .10 | 241 30 |
| | Gregory v CM | | |
| | APPROVED FOR PAYMENT [signature] Deputy Corporation Counsel County of Maui | | |

TAX: $ 10 05
TOTAL: $251 35
DEPOSIT: [X]
BALANCE: [X]

THANK YOU FOR YOUR BUSINESS!

Received by [signature]

D4

# Printers, inc./Wailuku Rapid Print, Inc.

800 EHA ST., #26 · WAILUKU, MAUI, HI 96793
PH: (808) 244-9261 or 244-4622 / FAX: (808) 244-3401

0758

Date 02-02-05

Customer: Corp. Counsel   Cust P.O. _____
Contact: Dave   Ph: 281-8056 / _____

| # Copies | # Origs. | Description | Tit. Copies | @ | Amount |
|---|---|---|---|---|---|
| 2 | 1 | Rasay | 2 | 69 | 1.38 |
| 1 | 32 |  | 32 | 69 | 22.08 |
|  |  | Gregory V. Colm |  |  |  |
|  |  | 03-1-0265-(1) |  |  |  |
|  |  | D. Hutchin |  |  |  |
|  |  |  |  | SUB-TOTAL | 23.46 |
|  |  |  |  | TAX | .94 |
|  |  |  |  | TOTAL | 24.40 |

**THIS IS YOUR INVOICE . . . NO STATEMENT WILL BE SENT**

1.5% Interest on Accounts Over 30 Days.
A Special Handling Fee of $75.00 will be assessed to all accounts turned over for collection.

Accepted By D. Hutchin   Date 2-2-05

D5

# Printers, inc./Wailuku Rapid Print, Inc.

800 EHA ST., #26 · WAILUKU, MAUI, HI 96793
PH: (808) 244-9261 or 244-4622 / FAX: (808) 244-3401

**1657**

Date: 7-21-05

Customer: Corp. Counsel         Cust P.O. _____
Contact: Frank            Ph: 270-7740

| # Copies | # Origs. | Description | Tt. Copies | @ | Amount |
|---|---|---|---|---|---|
| 6 | 10 | sets | 60 | .69 | 41.40 |
| 6 | 32 |  | 192 | .69 | 132.48 |
| 6 | 55 |  | 330 | .69 | 227.70 |
|  |  | Valerie Gregory |  |  |  |
|  |  | 04-00516 |  |  |  |
|  |  | APPROVED FOR PAYMENT |  |  |  |
|  |  | [signature] Deputy Corporation Counsel County of Maui |  |  |  |
|  |  |  |  | SUB-TOTAL | 401.58 |
|  |  |  |  | TAX | 16.06 |
|  |  |  |  | TOTAL | 417.64 |

**THIS IS YOUR INVOICE... NO STATEMENT WILL BE SENT**

1.5% Interest on Accounts Over 30 Days.
A Special Handling Fee of $75.00 will be assessed to all accounts turned over for collection.

Accepted By [signature]         Date 7/22/05

D6

## Printers, inc./Wailuku Rapid Print, Inc.

800 EHA ST., #26 · WAILUKU, MAUI, HI 96793
PH: (808) 244-9261 or 244-4622 / FAX: (808) 244-3401

**1770**

Date: 9-06-05
Customer: Corp. Counsel    Cust P.O. _____
Contact: Frank    Ph: 270-7740

| # Copies | # Origs. | Description | Tt. Copies | @ | Amount |
|---|---|---|---|---|---|
| 2 | 8 | SB > color | 16 | 69 | 11.04 |
| 1 | 33 | St > color | 33 | 69 | 22.77 |
| | | Gregory Case | | | |

APPROVED FOR PAYMENT
[signature]
Deputy Corporation Counsel
County of Maui

SUB-TOTAL: 33.81
TAX: 1.35
TOTAL: 35.16

**THIS IS YOUR INVOICE... NO STATEMENT WILL BE SENT**

1.5% Interest on Accounts Over 30 Days.
A Special Handling Fee of $75.00 will be assessed to all accounts turned over for collection.

Accepted By: [signature]   Date: 9/7/05

D7