LA EN L MARTIN
BE HA PETERS
P.O. BOX 766
MAKAWAO, HI 96768

Date 9/18/03

Pay to the Order of: National Archives Trust Fund  $ 6.00

Six $00/100 Dollars

AMERICAN SAVINGS BANK
P.O. BOX 2300
HONOLULU, HI 96804-2300
WWW.ASBHAWAII.COM

For _____

⑆321370765⑆ 0423 02005⑈ 74429⑈

certification fee
Gregory

EXHIBIT " E "



**COUNTY OF MAUI**
DEPARTMENT OF FINANCE
200 SO. HIGH STREET
WAILUKU, HAWAII 96793

BANK OF HAWAII
WAILUKU BRANCH

59-102
1213

Check No.  00508113

Check Date 09/15/03

PAY THIRTY FIVE Dollars and ZERO Cents

PAY THIS AMOUNT
$ **********35.00

VOID AFTER 6 MONTHS FROM DATE OF ISSUE

TO THE ORDER OF: NATIONAL ARCHIVES TRUST FUND

FINANCE DIRECTOR

⑈00508113⑈ ⑆121301028⑆ 0060⑈037825⑈

| INVOICE DATE | INVOICE NO. | PO NO. | AMOUNT PAID | DESCRIPTION |
|---|---|---|---|---|
| 09/08/03 | OH059665 |  | 35.00 | 03-1-0265 |

**COUNTY OF MAUI**

| VENDOR ACCT NO. | CHECK DATE | CHECK TOTAL | VENDOR NO. | CHECK NO. |
|---|---|---|---|---|
| RPW4912A | 09/15/03 | 35.00 | T27217 | 00508113 |

E2