IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| VALERIE GREGORY, et. al., ) | CIVIL NO. CV 04-00516 SPK KSC |
| Plaintiffs, ) | |
| vs. ) | AFFIDAVIT OF LAUREEN L. MARTIN |
| COUNTY OF MAUI, et. al., ) | |
| Defendants. ) | |

### AFFIDAVIT OF LAUREEN L. MARTIN

STATE OF HAWAII    )
                   ) SS.
COUNTY OF MAUI     )

LAUREEN L. MARTIN, being first duly sworn upon oath, deposes and says:

1. I am an attorney licensed to practice law in all courts of the State of Hawaii and before the Federal Courts of the Hawaii District.

2. I am one of the attorneys representing County Defendants in the above-captioned matter.

3. Attached as Exhibits "A" through "G" are true and correct copies of what exhibit purports to be.

4. On February 8, 2006, I wrote to Mr. Gierlach and provided him a copy of the proposed bill of costs. I requested that he contact me in order to discuss the costs we were seeking. Mr. Gierlach has not contacted me regarding the foregoing Bill of Costs.

5. I have made a good faith effort to confer with Mr.

Gierlach regarding the bill of costs.

6.  The foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.

FURTHER AFFIANT SAYETH NAUGHT.

_____
LAUREEN L. MARTIN

L-S.

Subscribed and sworn to before me this <u>10th</u> day of <u>February</u>, 2006.

_____
NOTARY PUBLIC, State of Hawaii
Print name: <u>Marguerite Ah-Kee</u>
My commission expires: <u>7/3/2007</u>