DEPARTMENT OF THE CORPORATION COUNSEL   205

BRIAN T. MOTO          5421
Corporation Counsel
LAUREEN L. MARTIN      5927
Deputy Corporation Counsel
County of Maui
200 S. High Street
Wailuku, Hawaii 96793
Phone:   (808) 270-7740
s:\ALL\Llm\Civil\Gregory\offer.judgment.wpd

Attorneys for Defendants
 COUNTY OF MAUI and
 MAUI POLICE DEPARTMENT

IN THE CIRCUIT COURT OF THE SECOND CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| VALERIE GREGORY, individually and as Special Administrator of the Estate of RICHARD J. GREGORY, Deceased, and as next friend of ISREEL GREGORY, a minor, KEANN GREGORY, a minor, KALANI GREGORY, a minor, and SHAYLISSE GREGORY, a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF MAUI, MAUI POLICE DEPARTMENT, JOHN DOE OFFICERS 1-10, JOHN DOES 1-10, JANE DOES 1-10, DOE CORPORATIONS 1-10, DOE PARTNERSHIPS 1-10, and DOE GOVERNMENTAL ENTITIES 1-10,<br><br>Defendants | CIVIL NO. 03-1-0265(1)<br>(Other Non-motor vehicle tort)<br><br>DEFENDANTS COUNTY OF MAUI AND MAUI POLICE DEPARTMENT'S OFFER OF JUDGMENT DATED AUGUST 22, 2003, TO PLAINTIFFS |

**DEFENDANTS COUNTY OF MAUI AND MAUI POLICE DEPARTMENT'S
OFFER OF JUDGMENT DATED AUGUST 22, 2003, TO PLAINTIFFS**

Defendants COUNTY OF MAUI and MAUI POLICE DEPARTMENT

(hereinafter "County Defendants"), by and through their

EXHIBIT "A"

attorneys, Brian T. Moto, Corporation Counsel, and Laureen L. Martin, Deputy Corporation Counsel, hereby offer to stipulate to the entry of judgment in favor of Plaintiffs VALERIE GREGORY, individually and as Special Administrator of the Estate of RICHARD J. GREGORY, Deceased, and as next friend of ISREEL GREGORY, a minor, KEANN GREGORY, a minor, KALANI GREGORY, a minor, and SHAYLISSE GREGORY, a minor ("Plaintiffs") and against said County Defendants in the total amount of THREE THOUSAND AND NO/100 DOLLARS ($3,000.00), inclusive of interest, costs and attorneys' fees. This offer of judgment is made pursuant to Rule 68 of the Hawaii Rules of Civil Procedure.

This offer of judgment is not to be construed either as an admission that said County Defendants are liable in this action or that Plaintiffs have suffered any damages.

NOTICE IS HEREBY GIVEN that if such offer is not accepted by Plaintiffs within ten (10) days after service of this offer upon Plaintiffs, and if in subsequent proceedings or at trial the total Judgment obtained against said County Defendants does not exceed said offered sum, any and all attorneys' fees and costs incurred by said County Defendants hereafter must be paid by Plaintiffs.

DATED: Wailuku, Maui, Hawaii, August 22, 2003.

>BRIAN T. MOTO
>Corporation Counsel
>Attorney for Defendant
>  COUNTY OF MAUI and
>  MAUI POLICE DEPARTMENT
>
>By _____
>   LAUREEN L. MARTIN
>   Deputy Corporation Counsel

FILED

DEPARTMENT OF THE CORPORATION COUNSEL   205

BRIAN T. MOTO          5421
Corporation Counsel
LAUREEN L. MARTIN      5927
Deputy Corporation Counsel
County of Maui
200 S. High Street
Wailuku, Hawaii 96793
Phone:   (808) 270-7740
S:\ALL\Llm\Civil\Gregory\offer.judgment.wpd

2003 AUG 22 PM 2:10

N. YOTSUYA, CLERK
SECOND JUDICIAL CIRCUIT
STATE OF HAWAII

Attorneys for Defendants
 COUNTY OF MAUI and
 MAUI POLICE DEPARTMENT

IN THE CIRCUIT COURT OF THE SECOND CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| VALERIE GREGORY, individually and as Special Administrator of the Estate of RICHARD J. GREGORY, Deceased, and as next friend of ISREEL GREGORY, a minor, KEANN GREGORY, a minor, KALANI GREGORY, a minor, and SHAYLISSE GREGORY, a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF MAUI, MAUI POLICE DEPARTMENT, JOHN DOE OFFICERS 1-10, JOHN DOES 1-10, JANE DOES 1-10, DOE CORPORATIONS 1-10, DOE PARTNERSHIPS 1-10, and DOE GOVERNMENTAL ENTITIES 1-10,<br><br>Defendants | CIVIL NO. 03-1-0265(1)<br>(Other Non-motor vehicle tort)<br><br>CERTIFICATE OF SERVICE RE: DEFENDANTS COUNTY OF MAUI AND MAUI POLICE DEPARTMENT'S OFFER OF JUDGMENT DATED AUGUST 22, 2003, TO PLAINTIFFS |

CERTIFICATE OF SERVICE RE: DEFENDANTS COUNTY OF
MAUI AND MAUI POLICE DEPARTMENT'S OFFER OF
<u>JUDGMENT DATED AUGUST 22, 2003, TO PLAINTIFFS</u>

I HEREBY CERTIFY that a copy of Defendants County of Maui

and Maui Police Department's Offer of Judgment dated August 22, 2003, to Plaintiffs was duly served on August 22, 2003, upon the following party, by depositing same in the U.S. Mail, postage prepaid, at its last known address:

>   Eve Green, Esq.
>   55A North Church Street
>   Wailuku, Hawaii 96793
>
>   David A. Sereno, Esq.
>   55B N. Church Street
>   Wailuku, Hawaii 96793
>   (Attorneys for Plaintiffs)

DATED: Wailuku, Maui, Hawaii, August 22, 2003.

>                     _____
>                     LAUREEN L. MARTIN
>                     Attorney for County Defendants

2