DEPARTMENT OF THE CORPORATION COUNSEL   205

BRIAN T. MOTO          5421
Corporation Counsel
LAUREEN L. MARTIN      5927
Deputy Corporation Counsel
County of Maui
200 S. High Street
Wailuku, Hawaii 96793
Phone:    (808) 270-7740
Fax No.:  (808) 270-7152
E-mail: laureen.maratin@co.maui.hi.us
S:\ALL\Llm\Civil\Gregory\offer of settlement.wpd

KENNETH S. ROBBINS   1000
Robbins & Associates
Davies Pacific Center
841 Bishop Street, Suite 2200
Honolulu, Hawaii 96813
Phone:  (808) 524-2355
Fax No.: (808) 526-0290
E-mail: krobbins@robbinsandassociates.net
Attorneys for Defendants COUNTY OF MAUI and
 MAUI POLICE DEPARTMENT, GARRET TIHADA,
 EDWIN K. AMONG and NICHOLAS ANGELL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| VALERIE GREGORY, individually and as Special Administrator of the Estate of RICHARD J. GREGORY, Deceased, and as next friend of ISREAL GREGORY, a minor, KEANU GREGORY, a minor, KALANI GREGORY, a minor, and SHAYLISSE GREGORY, a minor,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>COUNTY OF MAUI, MAUI POLICE DEPARTMENT, GARRET TIHADA, EDWIN K. AMONG, NICHOLAS ANGELL, JOHN DOE OFFICERS 1-10, JOHN DOES 1-10, JANE DOES 1-10, DOE CORPORATIONS 1-10, DOE PARTNERSHIPS 1-10, and DOE GOVERNMENTAL ENTITIES 1-10,<br><br>　　　　Defendants | CIVIL NO. 04-00516 SPK KSC<br>(Other Non-motor vehicle tort)<br><br>DEFENDANTS COUNTY OF MAUI, MAUI POLICE DEPARTMENT, GARRET TIHADA, EDWIN K. AMONG AND NICHOLAS ANGELL'S OFFER OF JUDGMENT DATED DECEMBER 1, 2004 |

EXHIBIT "B"

DEFENDANTS COUNTY OF MAUI, MAUI POLICE DEPARTMENT,
GARRET TIHADA, EDWIN K. AMONG AND NICHOLAS
<u>ANGELL'S OFFER OF JUDGMENT DATED DECEMBER 1, 2004</u>

Defendants County of Maui, Maui Police Department, Garret Tihada, Edwin K. among and Nicholas Angell (hereinafter "County Defendants"), by and through their attorneys, Brian T. Moto, Corporation Counsel, and Laureen L. Martin, Deputy Corporation Counsel, and Robbins & Associates, and hereby make an offer of judgment in favor of Plaintiffs Valerie Gregory, individually and as Special Administrator of the Estate of Richard J. Gregory, Deceased, and as next Friend of Isreal Gregory, a minor, Keanu Gregory, a minor, Kalani Gregory, a minor, and Shaylisse Gregory, a minor ("Plaintiffs") and against County Defendants in the total amount of FORTY THOUSAND AND NO/100 DOLLARS ($40,000.00), inclusive of interest, costs and attorneys' fees. This offer of judgment is made pursuant to Rule 68 of the Federal Rules of Civil Procedure.

This offer of judgment is not to be construed either as an admission that said County Defendants are liable in this action or that Plaintiffs have suffered any damages.

NOTICE IS HEREBY GIVEN that if such offer is not accepted by Plaintiffs within ten (10) days after service of this offer upon Plaintiffs, and if in subsequent proceedings or at trial, the total Judgment obtained against said County Defendants does not exceed said offered sum, costs incurred by said County Defendants hereafter must be paid by Plaintiffs.

DATED: Wailuku, Maui, Hawaii, December 1, 2004.

        BRIAN T. MOTO
        Corporation Counsel
        Attorney for Defendants
          COUNTY OF MAUI, MAUI POLICE
          DEPARTMENT, GARRET TIHADA,
          EDWIN K. AMONG and NICHOLAS
          ANGELL

By _____
        LAUREEN L. MARTIN
        Deputy Corporation Counsel

DEPARTMENT OF THE CORPORATION COUNSEL   205

BRIAN T. MOTO         5421
Corporation Counsel
LAUREEN L. MARTIN     5927
Deputy Corporation Counsel
County of Maui
200 S. High Street
Wailuku, Hawaii 96793
Phone:   (808) 270-7740
Fax No.: (808) 270-7152
E-mail: laureen.martin@co.maui.hi.us
s:\ALL\Llm\civil\Gregory\offer of settlement.wpd

KENNETH S. ROBBINS   1000
Robbins & Associates
Davies Pacific Center
841 Bishop Street, Suite 2200
Honolulu, Hawaii 96813
Phone:   (808) 524-2355
Fax No.: (808) 526-0290
E-mail: krobbins@robbinsandassociates.net
Attorneys for Defendants COUNTY OF MAUI,
 MAUI POLICE DEPARTMENT, GARRET TIHADA,
 EDWIN K. AMONG and NICHOLAS ANGELL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 0 2 2004

at 2 o'clock and __ min. P M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| VALERIE GREGORY, individually and as Special Administrator of the Estate of RICHARD J. GREGORY, Deceased, and as next friend of ISREAL GREGORY, a minor, KEANU GREGORY, a minor, KALANI GREGORY, a minor, and SHAYLISSE GREGORY, a minor,<br><br>    Plaintiffs,<br><br>    vs.<br><br>COUNTY OF MAUI, MAUI POLICE DEPARTMENT, GARRET TIHADA, EDWIN K. AMONG, NICHOLAS ANGELL, JOHN DOE OFFICERS 1-10, JOHN DOES 1-10, JANE DOES 1-10, DOE CORPORATIONS 1-10, DOE PARTNERSHIPS 1-10, and DOE GOVERNMENTAL ENTITIES 1-10,<br><br>    Defendants | CIVIL NO. 04-00516 SPK KSC<br>(Other Non-motor vehicle tort)<br><br>CERTIFICATE OF SERVICE RE: DEFENDANTS COUNTY OF MAUI, MAUI POLICE DEPARTMENT, GARRET TIHADA, EDWIN K. AMONG AND NICHOLAS ANGELL'S OFFER OF JUDGMENT DATED DECEMBER 1, 2004 |

CERTIFICATE OF SERVICE RE: DEFENDANTS COUNTY OF MAUI,
MAUI POLICE DEPARTMENT, GARRET TIHADA, EDWIN K. AMONG,
AND NICHOLAS ANGELL'S OFFER OF JUDGMENT DATED DECEMBER 1, 2004

I HEREBY CERTIFY that copies of Defendants County of Maui, Maui Police Department, Garret Tihada, Edwin K. Among, and Nicholas Angell's Offer of Judgment dated December 1, 2004, were duly served on December 1, 2004, upon the following parties, by depositing same in the U.S. Mail, postage prepaid, at their last known addresses:

Eve Green, Esq.
58 Central Avenue
Wailuku, Hawaii 96793

David A. Sereno, Esq.
55B N. Church Street
Wailuku, Hawaii 96793

David J. Gierlach, Esq.
500 Ala Moana Blvd., Suite 330
5 Waterfront Tower
Honolulu, Hawaii 96813
(Attorneys for Plaintiffs)

DATED: Wailuku, Maui, Hawaii, December 1, 2004.

                               LAUREEN L. MARTIN
                               Deputy Corporation Counsel
                               Attorney for Defendants
                                  COUNTY OF MAUI, MAUI POLICE
                                  DEPARTMENT, GARRET TIHADA,
                                  EDWIN K. AMONG, and NICHOLAS
                                  ANGELL