ROBERT C. MARVIT, M.D., INC.
1314 S. KING STREET, STE. 862
HONOLULU, HI 96814
(808)591-2420

RECEIVED
CORPORATION COUNSEL
2006 JAN -4 PM 1:40

| Statement Date |
|---|
| 12/30/2005 |

| Page |
|---|
| 1 |

| Chart Number |
|---|
| MARLA000 |

LAUREN L. MARTIN
200 S. HIGH STREET
WAILUKU, MAUI, HI 96793

Contract No C3570   907816

| Date | Document | Description | Case Number | Amount |
|---|---|---|---|---|
| | | Previous Balance | | 300.00 |
| Patient: VALERIE GREGORY | | Chart #: GREVA000    Case Description: CME | | |
| 12/6/2005 | 0512080000 | PAYMENT BY CITY AND COUNTY | 812 | -300.00 |
| 12/30/2005 | 0601020000 | RECORD REVIEW | 812 | 300.00 |

PAID

CONTRACT: C3570
BATCH No. CPEL1Ø9B
DATE: JAN 11 2006
AMOUNT: 300.00

APPROVED FOR PAYMENT
*[signature]*
Deputy Corporation Counsel
County of Maui

RECEIVED
CORPORATION COUNSEL
2006 JAN 12 AM 9:36

EXHIBIT " D "

| Total Charges | Total Payments | Total Adjustments | Balance Due |
|---|---|---|---|
| $300.00 | -$300.00 | $0.00 | 300.00 |

**ROBERT C. MARVIT, M.D., INC.**
1314 S. KING STREET, STE. 862
HONOLULU, HI 96814
(808)591-2420

Tax ID # 99-0194245

| Statement Date | Page |
|---|---|
| 10/31/2005 | 1 |

C3570   103105

| Chart Number |
|---|
| MARLA000 |

LAUREN MARTIN
MAUI CORPORATION COUNSEL
WAILUKU, MAUI, HI 96793

Contract No C3570 #1

| Date | Document | Description | Case Number | Amount |
|---|---|---|---|---|
| | | Previous Balance | | 0.00 |
| Patient: VALERIE GREGORY | | Chart #: GREVA000 | Case Description: CME | |
| 10/1/2005 | 0510260000 | START/OPEN FILE | 812 | 300.00 |

**PAID**

CONTRACT: C3570 /
BATCH No. CPE6N30A
DATE: NOV 30 2005
AMOUNT: 300.00

APPROVED FOR PAYMENT

*[signature]*
Deputy Corporation Counsel
County of Maui

*[RECEIVED CORPORATION COUNSEL 2005 DEC -8 AM 9:17]*
*[RECEIVED CORPORATION COUNSEL 2005 NOV 10 PM 2:29]*

| Total Charges | Total Payments | Total Adjustments | Balance Due |
|---|---|---|---|
| $300.00 | $0.00 | $0.00 | 300.00 |

907816/6568

*Theodore C. Chan, MD*
5521 Brettonwood Court
San Diego, CA 92130, USA
858-794-7711
email: tcchan@ucsd.edu

---

February 6, 2006

Laureen L. Martin
Deputy Corporation Counsel
County of Maui
200 South High Street
Wailuku, MAUI, HAWAII 96793

RE:   Gregory et al. v County of Maui

Dear Ms. Martin:

I am in receipt of your letter regarding the summary judgement in the above named case. As requested, below is a final bill for my services related to this case. For tax purposes, my social security number is 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.

| | |
|---|---|
| Outstanding Balance (October 7, 2005 invoice attached) | $3000.00 |
| Review of additional materials Sent 12/15/05 and 1/9/06 | 4 hours |
| Agreed upon Rate | $400 / hr |
| Subtotal | $1600.00 |
| Total Due | $4600.00 |

Thank you very much for your time and attention to this matter. Should you have any questions, please do not hesitate to let me know at any time.

Sincerely,

Theodore C. Chan, MD

APPROVED FOR PAYMENT

Deputy Corporation Counsel
County of Maui

**Theodore C. Chan, MD**
5521 Brettonwood Court
San Diego, CA 92130, USA
858-794-7711
email: tcchan@ucsd.edu

C3365  092204

RECEIVED
CORPORATION COUNSEL
2004 SEP 24 PM 3: 15

RECEIVED
CORPORATION COUNSEL
2004 SEP 29 AM 8: 55

September 22, 2004

Laureen L. Martin
Deputy Corporation Counsel
County of Maui
200 South High Street
Wailuku, Maui, Hawaii 96793

RE:   <u>Gregory et al v. County of Maui, Maui Police Department</u>

Dear Ms. Martin:

I received a copy of my expert witness services contract with your Department on September 10, 2004. Below is a bill for my services rendered to this date. For tax purposes, my social security number is 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. Thank you for your attention to this matter.

Contract No C3365 #1

| | |
|---|---|
| Review of materials sent 6/16/2004 | 1.5 hrs |
| Consultation meeting 7/9/04 | 0.5 hrs |
| Total Hours | 2.0 hrs |
| Rate | $400/hr |
| **TOTAL DUE** | **$800.00** |

APPROVED FOR PAYMENT
[signature]
Deputy Corporation Counsel
County of Maui

907816/6568

Thank you very much for your time and attention to this matter. Should you have any questions, please do not hesitate to let me know at any time.

Sincerely,

[signature]

Theodore C. Chan, MD

**PAID**
CONTRACT: C3365
BATCH No. CPE5928A
DATE: SEP 28 2004
AMOUNT: 800.00

*Theodore C. Chan, MD*
5521 Brettonwood Court
San Diego, CA 92130, USA
858-794-7711
email: tcchan@ucsd.edu

RECEIVED
CORPORATION COUNSEL

2005 OCT 11 PM 2: 44

October 7, 2005

Laureen Martin
Deputy Corporation Counsel
County of Maui
200 South High Street
Wailuku, Maui, Hawaii 96793

Contract No C3365

RE:   Gregory et al. v. County of Maui

Dear Ms. Martin:

It was a pleasure speaking with you by telephone this week regarding the above named case. I have enclosed my report for you. Below is a bill for my services to this date. For tax purposes, my social security number is 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. Thank you for your attention to this matter.

| | | |
|---|---|---|
| Review of materials sent July 22, 2005 | | 4.0 hrs |
| Telephone consultation 10/3/05 | PAID | 0.5 hr |
| | CONTRACT: C3365 | |
| Report Preparation | BATCH NO. 9E6209A | 3.0 hrs |
| Total Hours: | DATE: FEB 8 2006 | 7.5 hrs |
| Rate: | AMOUNT: 3,000.00 | $400/hr |
| Total: | APPROVED FOR PAYMENT | $3000.00 |
| TOTAL DUE | Deputy Corporation Counsel County of Maui | $3000.00 |

C3365 #1  907816/6568   200.00
      #2  907816/6568  2800.00

Thank you very much for your time and attention to this matter. Should you have any questions, please do not hesitate to let me know at any time.

Sincerely,

Theodore C. Chan, MD



**VINCENT J.M. DI MAIO, M.D.**
**CONSULTANT IN FORENSIC PATHOLOGY**
**5 READING LANE**
**SAN ANTONIO, TEXAS 78257**
**FAX (210) 698-1400**

RECEIVED
CORPORATION COUNSEL

2006 FEB -7 PM 2: 51

February 3, 2006

Laureen L. Martin
Dept. of the Corporation Counsel
County of Maui
200 South High Street
Wailuku, Maui, Hawaii 96793

Re:   Gregory et al. v. County of Maui, Maui Police Dept.

# FINAL BILL

Review of records received on:
December 15, 2005 & January 9, 2006
(3 depositions with exhibits).................................................................. $ 1200.00

APPROVED FOR PAYMENT

Deputy Corporation Counsel
County of Maui



**VINCENT J.M. DiMAIO, M.D.**
**CONSULTANT IN FORENSIC PATHOLOGY**
5 READING LANE
SAN ANTONIO, TEXAS 78257
FAX (210) 698-1400

August 2, 2005

Laureen L. Martin
Deputy Corporation Counsel
Dept. of the Corporatiuon Counsel
County of Maui
200 South High Street
Wailuku, Maui, Hawaii 96793

Contract No C 3384

Re:   Gregory et al. v. County of Maui et al.
      No. 04-00516 SPK KSC

PAID
CONTRACT: C3384
BATCH No. CPEG O18A
DATE: OCT 19 2005
AMOUNT: 3,000.00

# BILL

Review of materials. Conference 12 hrs)...................................................... $ 3000.00

C3384 #1  907816/6568   2,000.00
      #2  907816/6568   1,000.00

APPROVED FOR PAYMENT
Deputy Corporation Counsel
County of Maui

2005 OCT 19 AM 10: 20
RECEIVED
CORPORATION COUNSEL

# DSTI, inc.
## 12819 SE 38th Street, PMB 215
## Bellevue, WA  98006
## 425-562-0200

**PAID**

CONTRACT: C3559
BATCH No. OPELNIOA
DATE: NOV 10 2005
AMOUNT: 3,212.50

Moana M. Lutey
Corporation Counsel County of Maui
200 High St.
Wailuku, Maui, HI  96793

*Contract No C 3559 #1*

RECEIVED CORPORATION COUNSEL 2005 NOV -3 PH 2:49

| Invoice No: 03-1-9265 (1)/06 | Invoice Date: 10/16/05 | Due: Net Upon Receipt |
|---|---|---|

| Ref: Gregory V. County of Maui | Fed Tax ID #91-1251814 |
|---|---|

**Summary of Billing  10/16/05**
Expert Witness Consultation
Interim billing

| | | |
|---|---|---|
| Retainer Fee (2.9 hrs) | $500 | $500.00 |
| Case review | 15.5 hours @ $175/hr. | $2,712.50 |

Total                                                                                            $3,212.50

APPROVED FOR PAYMENT   907816/6568
*[signature]*
Deputy Corporation Counsel
County of Maui

*Robert Bragg [signature]*

Robert Bragg

RECEIVED CORPORATION COUNSEL 2005 NOV 14 AM 8:40