IN THE UNITED STATES DISTRICT CIRCUIT

FOR THE STATE OF HAWAII

| | |
|---|---|
| VALERIE GREGORY, individually and as Special Administrator of the Estate of RICHARD J. GREGORY, Deceased, and as next friend of ISRAEL GREGORY, a minor, KEANU GREGORY, a minor, KALANI GREGORY, a minor, and SHAYLISSE GREGORY, a minor, | ) ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) CIVIL NO. ) 04-00516 SPK/KSC |
| vs. | ) ) (VOLUME I OF II) |
| COUNTY OF MAUI, MAUI POLICE DEPARTMENT, JOHN DOE OFFICERS 1-10, JOHN DOES 1-10, JANE DOES 1-10, DOE CORPORATIONS 1-10, DOE PARTNERSHIPS 1-10, and DOE GOVERNMENTAL ENTITIES 1-10, | ) ) ) ) ) ) ) |
| Defendants. | ) |



Deposition noticed by:   LAUREEN L. MARTIN, ESQ.

DEPOSITION OF VALERIE GREGORY

Taken on behalf of Defendant at Iwado Court Reporters, Inc., 2233 Vineyard Street, Wailuku, Maui, Hawaii, commencing at 9:30 a.m. on September 20, 2005, pursuant to Notice.

REPORTED BY:   Rachelle Primeaux, CSR No. 370

THIS TRANSCRIPT IS WORK PRODUCT. DISTRIBUTION OF DUPLICATES IS NOT AUTHORIZED.
IWADO COURT REPORTERS, INC.
(808)244-9300

EXHIBIT " E "

```
10      Q.   Did you receive any life insurance proceeds from
11  Richard's death?
12      A.   Yes.
13      Q.   How much did you receive?
14      A.   $200,000.
```

```
7      Q.    Do you have any other income?

8      A.    Social Security.

9      Q.    How much do you get from them?

10     A.    About 200 -- about $260 or $280 per child, I'm not
11  sure.
```

18  Q.   And the amount of the check is $187.50?

19  A.   Yes.

20  Q.   And that was for two weeks work, correct?

21  A.   Yeah, 11/22 and 11/23.

22  Q.   Let's go to the next page.  For the week of
23  November 17th, 2002, it shows that he worked one night for
24  four hours.  Do you see that?

25  A.   Yes.

1   Q.   He worked from 5:30 to 9:30. Does that seem
2   accurate that he worked one night that week?
3   A.   I don't know. I don't remember.
4   Q.   Let's go to the next page for the week of November
5   24th, it says he worked one night November 29th for two
6   hours?
7   A.   Uh-huh.
8   Q.   So he worked one night a week for the two weeks
9   before he died, correct?
10  A.   Yes.