ORIGINAL

DAVID J. GIERLACH        5041
500 Ala Moana Boulevard
Suite 330, 5 Waterfront Plaza
Honolulu, Hawaii 96813
Telephone:   (808) 523-1332
Facsimile:    (808) 526-2275

EVE M. GREEN            5550
58 Central Avenue
Wailuku, Maui, Hawaii 96793

DAVID A. SERENO        5739
55-B N. Church Street
Wailuku, Maui, Hawaii 96793

Attorneys for Plaintiffs

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 17 2006

at 3 o'clock and __ min __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| VALERIE GREGORY, Individually and as Special Administrator of the Estate of RICHARD J. GREGORY, Deceased, and as Next Friend of ISREAL GREGORY, a Minor, KEANU GREGORY, a Minor and SHAYLISSE GREGORY, a Minor,<br><br>  Plaintiffs,<br><br>vs.<br><br>COUNTY OF MAUI, MAUI POLICE | CIVIL NO. CV 04 00516 SPK/KSCC<br>[Other Non-Motor Vehicle Tort]<br><br>NOTICE OF APPEAL; EXHIBITS 1 AND 2; CERTIFICATE OF SERVICE |

[CAPTION CONTINUED]

| | |
|---|---|
| DEPARTMENT, GARRET TIHADA, EDWIN K. AMONG, NICHOLAS E. ANGELL, JOHN DOE OFFICERS 1-10, JOHN DOES 1-10, JANE DOES 1-10, DOE CORPORATIONS 1-10, DOE PARTNERSHIPS 1-10 AND DOE GOVERNMENTAL ENTITIES 1-10, | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Plaintiffs Valerie Gregory, Individually and as Special Administrator of the Estate of Richard J. Gregory, Deceased, and as Next Friend of Isreal Gregory, a Minor, Keanu Gregory, a Minor and Shaylisse Gregory, hereby file their Notice of Appeal to the United States Court of Appeals for the Ninth Circuit from the Order Granting Defendants' Motion for Summary Judgment and Judgment entered herein on February 1, 2006, attached hereto as Exhibits 1 and Exhibit 2, respectively.

This Notice of Appeal is filed pursuant to Rules 3 and 4 of the *Federal Rules of Appellate Procedure* and Rules 3-1, 3-2, 3-4 of the *Circuit Rules of the Ninth Circuit Court of Appeals*.

DATED: Honolulu, Hawaii, February 17, 2006.

_____
DAVID J. GIERLACH
EVE M. GREEN
DAVID A. SERENO
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| VALERIE GREGORY, Individually and as Special Administrator of the Estate of RICHARD J. GREGORY, Deceased, and as Next fried fo Isreal Gregory, a Minor, KEANU GREGORY, a Minor and SHAYLISSE GREGORY, a Minor,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF MAUI, MAUI POLICE CIVIL NO. CV 04-0516 SPK/KSC DEPARTMENT, GARRET TIHADA, EDWIN K. AMONG, NICHOLAS E. ANGELL, JOHN DOE OFFICERS 1-10, JOHN DOES 1-10, JANE DOES 1-10, DOE CORPORATIONS 1-10, DOE PARTNERSHIPS 1-10 AND DOE GOVERNMENTAL ENTITIES 1-10,<br><br>Defendants. | CIVIL NO. CV 04 00516 SPK/KSCC<br>[Other Non-Motor Vehicle Tort]<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing document will be duly served by UNITED STATES MAIL, postage prepaid and FACSIMILE TRANSMISSION to the party identified below at her last known address on the date herein indicated.

| | |
|---|---|
| LAUREEN L. MARTIN, ESQ.<br>Deputy Corporation Counsel<br>Department of Corporation Counsel<br>200 S. High Street<br>Wailuku, Maui, Hawaii 96793 | VIA FACSIMILE<br>Original to Follow<br>(808) 270-7152 |

DATED: Honolulu, Hawaii, February 17, 2006.

_____
DAVID J. GIERLACH
EVE M. GREEN
DAVID A. SERENO
Attorneys for Plaintiffs