IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| VALERIE GREGORY, Individually and as Special Administrator of the Estate of RICHARD J. GREGORY, Deceased, and as Next fried fo Isreal Gregory, a Minor, KEANU GREGORY, a Minor and SHAYLISSE GREGORY, a Minor,<br><br>    Plaintiffs,<br><br> vs.<br><br>COUNTY OF MAUI, MAUI POLICE CIVIL NO. CV 04-0516 SPK/KSC DEPARTMENT, GARRET TIHADA, EDWIN K. AMONG, NICHOLAS E. ANGELL, JOHN DOE OFFICERS 1-10, JOHN DOES 1-10, JANE DOES 1-10, DOE CORPORATIONS 1-10, DOE PARTNERSHIPS 1-10 AND DOE GOVERNMENTAL ENTITIES 1-10,<br><br>    Defendants. | CIVIL NO. CV 04 00516 SPK/KSCC<br>[Other Non-Motor Vehicle Tort]<br><br>DECLARATION OF DAVID J. GIERLACH |

DECLARATION OF
<u>DAVID J. GIERLACH</u>

DAVID J. GIERLACH declares as follows:

1. I am an attorney licensed to practice law before all courts in the State of Hawaii and am one of the attorney of record for Plaintiffs herein.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Order Granting Defendant's Motion for Summary Judgment as to Plaintiffs' Federal Law Claim and Remanding State Law Claims, filed December 22, 2005 in *Gaines, et al. v. County of Maui, et al.*, Civil No. 04-00518 HG-LEK.

I declare under penalty of law that the foregoing is true and correct to the best of my knowledge and belief.

DATED: Honolulu, Hawaii, February 23, 2006.

_____
DAVID J. GIERLACH
