IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| VALERIE GREGORY, Individually and as Special Administrator of the Estate of RICHARD J. GREGORY, Deceased, and as Next fried fo Isreal Gregory, a Minor, KEANU GREGORY, a Minor and SHAYLISSE GREGORY, a Minor,<br><br>              Plaintiffs,<br><br>       vs.<br><br>COUNTY OF MAUI, MAUI POLICE CIVIL NO. CV 04-0516 SPK/KSC DEPARTMENT, GARRET TIHADA, EDWIN K. AMONG, NICHOLAS E. ANGELL, JOHN DOE OFFICERS 1-10, JOHN DOES 1-10, JANE DOES 1-10, DOE CORPORATIONS 1-10, DOE PARTNERSHIPS 1-10 AND DOE GOVERNMENTAL ENTITIES 1-10,<br><br>              Defendants. | CIVIL NO. CV 04 00516 SPK/KSCC<br>[Other Non-Motor Vehicle Tort]<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing document will be duly served by UNITED STATES MAIL, postage prepaid and FACSIMILE TRANSMISSION to the party identified below at her last known address on the date herein indicated.

LAUREEN L. MARTIN, ESQ.       VIA FACSIMILE
Deputy Corporation Counsel      Original to Follow
Department of Corporation Counsel  (808) 270-7152
200 S. High Street
Wailuku, Maui, Hawaii 96793

DATED: Honolulu, Hawaii, February 23, 2006.

DAVID J. GIERLACH
EVE M. GREEN
DAVID A. SERENO
Attorneys for Plaintiffs

11