DEPARTMENT OF THE CORPORATION COUNSEL    205

BRIAN T. MOTO        5421
Corporation Counsel
LAUREEN L. MARTIN    5927
Deputy Corporation Counsel
County of Maui
200 S. High Street
Wailuku, Hawaii 96793
Phone:     (808) 270-7740
Facsimile: (808) 270-7152
E-mail: laureen.martin@co.maui.hi.us

S:\ALL\Llm\Civil\Gregory\reply in support of motion for expert fees.wpd

KENNETH ROBBINS, ESQ.
Robbins & Associates
Davies Pacific Center
841 Bishop Street, Suite 2200
Honolulu, Hawaii 96813
E-mail:  defend@robbinsandassociates.net

Attorneys for County Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| VALERIE GREGORY, individually and as Special Administrator of the Estate of RICHARD J. GREGORY, Deceased, and as next friend of ISREAL GREGORY, a minor, KEANU GREGORY, a minor, KALANI GREGORY, a minor, and SHAYLISSE GREGORY, a minor,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>COUNTY OF MAUI, et. al.,<br><br>　　　　　　Defendants | CIVIL NO. CV 04-00516 SPK KSC<br>(Other Non-motor vehicle tort)<br><br>REPLY MEMORANDUM IN SUPPORT OF COUNTY DEFENDANTS' MOTION FOR NON-TAXABLE COSTS; CERTIFICATE OF SERVICE |

**REPLY MEMORANDUM IN SUPPORT OF**
**COUNTY DEFENDANTS' MOTION FOR NON-TAXABLE COSTS**

Plaintiffs acknowledge that they have pled state law claims. However, Plaintiffs make the strange argument that this Court may not have exercised jurisdiction over those claims.[1]

Plaintiffs also argue that this Court's decision on the merits was wrong. However, Plaintiffs' argument is irrelevant. It does not matter that Plaintiffs disagree with the decision. Rather, the only issue is that a judgment has been entered in favor of the Defendants.

Furthermore, contrary to Plaintiffs' argument, the offers made by Defendants were not only reasonable, but generous. The police officers acted admirably and did nothing wrong on December 2, 2002.

It is undisputed that the officers made several attempts to save Richard Gregory's life that evening. Unfortunately, rather than being rewarded for their efforts, they were sued individually by the Plaintiffs.

The offers are also reasonable in light of the level of income of Richard Gregory. As noted in Plaintiffs' motion, Richard Gregory was earning approximately $400.00 per month at the time of his death. Therefore, **County Defendants' offer represents more than ten years of income**. Clearly, County Defendants' offer was more than reasonable.

---

[1] Plaintiffs never objected or raised the issue of lack of jurisdiction previously.

Finally, Plaintiffs' financial condition does not provide a basis to deny the instant motion.  First, Plaintiffs' financial condition improved significantly after the death of Richard Gregory.  Plaintiff was able to buy a home, received $200,000.00 in life insurance proceeds, and obtains over $1,000.00 per month in social security benefits.  However, prior to the death of Richard Gregory, the family's home was foreclosed upon and Valerie Gregory would often provide Richard Gregory with money.

It should also be noted that Defendants offered to waive any rights to reimbursement for costs if Plaintiffs did not pursue an appeal.  Plaintiffs declined the offer and filed a notice of appeal.

Finally, justice favors the reimbursement of these expenses.  Plaintiffs chose to pursue this frivolous action against the individual officers and the County of Maui.  It would be unjust to have them bear these expenses.[2]

Based upon all of the above, County Defendants respectfully request that this Court grant the instant motion.

                                      BRIAN T. MOTO
                                      Corporation Counsel
                                      Attorney for County Defendants

                                      By _____
                                         LAUREEN L. MARTIN
                                         Deputy Corporation Counsel

---

[2] Defendants could have sought attorney fees since this action is frivolous.  However, Defendants are only seeking reimbursement for actual "out-of-pocket" expenses.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| VALERIE GREGORY, individually and as Special Administrator of the Estate of RICHARD J. GREGORY, Deceased, and as next friend of ISREAL GREGORY, a minor, KEANU GREGORY, a minor, KALANI GREGORY, a minor, and SHAYLISSE GREGORY, a minor,<br><br>      Plaintiffs,<br><br>  vs.<br><br>COUNTY OF MAUI, et. al.,<br><br>      Defendants | CIVIL NO. CV 04-00516 SPK KSC<br>(Other Non-motor vehicle tort)<br><br>CERTIFICATE OF SERVICE |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing document was duly served on March 2, 2006, upon the following party, by depositing same in the U.S. Mail, postage prepaid, at his last known address:

    David J. Gierlach, Esq.
    500 Ala Moana Blvd., Suite 330
    5 Waterfront Tower
    Honolulu, Hawaii 96813
    (Attorney for Plaintiffs)

    DATED: Wailuku, Maui, Hawaii, March 2, 2006.


                                            _____
                                            LAUREEN L. MARTIN
                                            Attorney for County Defendants