DEPARTMENT OF THE CORPORATION COUNSEL   205

BRIAN T. MOTO                 5421
Corporation Counsel
LAUREEN L. MARTIN             5927
Deputy Corporation Counsel
County of Maui
200 South High Street
Wailuku, Hawaii  96793
Phone:  (808) 270-7740
Facsimile: (808) 270-7152
E-mail: laureen.martin@co.maui.hi.us
S:\ALL\Llm\Civil\Gregory\bill of costs2.wpd
Attorneys for Defendants County
   of Maui,

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| VALERIE GREGORY, et. al.,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>COUNTY OF MAUI, et. al.,<br><br>　　　　　Defendants. | CIVIL NO. CV 04-00516 SPK KSC<br><br>COUNTY DEFENDANTS' BILL OF COSTS; DECLARATION OF LAUREEN L. MARTIN; ITEMIZATION OF BILL OF COSTS; MEMORANDUM IN SUPPORT OF COUNTY DEFENDANTS' BILL OF COSTS; AFFIDAVIT OF LAUREEN L. MARTIN; EXHIBITS "A-G"; CERTIFICATE OF SERVICE<br><br>Judge: Hon. Samuel P. King |

AO 133    (Rev. 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT
District of Hawaii

Valerie Gregory, et al.,
                     Plaintiffs,
         V.
County of Maui, et al.,
                     Defendants.

**BILL OF COSTS**

Case Number: CV 04-00516 SPK KSC

Judgment having been entered in the above entitled action on 2/1/2006 against Valerie Gregory et al.,
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk | $ 446.50 |
| Fees for service of summons and subpoena | 691.00 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 9,850.71 |
| Fees and disbursements for printing | 838.30 |
| Fees for witnesses (itemize on reverse side) | 0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | 41.00 |
| Docket fees under 28 U.S.C. 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs (please itemize) | 4,623.17 |
| TOTAL | $ 16,490.68 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

### DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: David Gierlach, Esq.

Signature of Attorney: /s/ Laureen L. Martin

Name of Attorney: Laureen L. Martin, Deputy Corporation Counsel

For: County Defendants      Date: 2/10/06

Name of Claiming Party

Costs are taxed in the amount of $16,490.68 and included in the judgment.

Sue Beitia, Clerk     By: [signature] Deputy Clerk     03/09/06
Clerk of Court                                                                               Date

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| VALERIE GREGORY, et. al., | ) | CIVIL NO. CV 04-00516 SPK KSC |
|---|---|---|
| Plaintiffs, | ) | |
| vs. | ) | ITEMIZATION OF BILL OF COSTS |
| COUNTY OF MAUI, et. al., | ) | |
| Defendants. | ) | |

## ITEMIZATION OF BILL OF COSTS

| EXH. | DATE | PAYEE | DESCRIPTION | AMT. PD. |
|---|---|---|---|---|
| A | 6/24/04 | Eleanor's Legal Support.com | filing fee for California Court | 296.50 |
| A | | Clerk, U.S.D.C. | Removal fee from Circuit Court to USDC | 150.00 |
| | | **Fees of the Clerk** | | **$446.50** |
| B | 2/4/04 | Paul K. Burns | Service of subpoena on Nick's Fish Market | $19.00 |
| B | 2/6/04 | Paul K. Burns | Service of subpoena on Honolulu Lodge | $19.00 |
| B | 4/19/04 | Paul K. Burns | Service of subpoena on Beverly Manor | $29.00 |
| B | 6/24/04 | Eleanor's Legal Support.com | Service fee, subpoena prep and copy & Mail (notice to consumer) | $87.50 |
| B | 6/24/04 | Eleanor's Legal Support.com | Service fee for subpoena on Cynthia Burns | $97.50 |

| EXH. | DATE | PAYEE | DESCRIPTION | AMT. PD. |
|---|---|---|---|---|
| B | 9/29/05 | Paul K. Burns | Service of subpoena for Dept. of Human Services | $51.00 |
| B | 12/15/05 | Eleanor's Legal Support.com | Service of subpoena on Custodian of Records of Clark Nuber | $150.00 |
| B | 12/15/05 | Eleanor's Legal Support.com | Service of subpoena on C/R of Van Blaricom | $238.00 |
| | | **Fees for service of summons and subpoena** | | **$691.00** |
| C | 2/6/04 | Iwado Court Reporters | Oral deposition of Clarisse Baisa | $552.88 |
| C | 3/9/04 | Iwado Court Reporters | Oral Depositions of Gary, Elizabeth Hashimoto and late cancellation of Ross Fox's depo | $698.13 |
| C | 6/25/04 | Melissa Stammberger | Transcript of hearing | $100.00 |
| C | 6/30/04 | Iwado Court Reporters | Oral deposition of Thomas Phillips | $259.31 |
| C | 7/21/04 | Atkinson-Baker, Inc. | Oral deposition of Cynthia Spelta | $678.59 |
| C | 7/21/04 | Atkinson-Baker, Inc. | Oral deposition of James W. Antunez | $395.80 |
| C | 8/19/04 | Iwado Court Reporters | Oral deposition of Edwin Among | $316.49 |
| C | 2/15/05 | Atkinson-Baker, Inc. | e-transcript of Cynthia Spelta's deposition | $25.00 |

| EXH. | DATE | PAYEE | DESCRIPTION | AMT. PD. |
|---|---|---|---|---|
| C | 2/15/05 | Atkinson-Baker, Inc. | e-transcript of James Antunez's deposition | $25.00 |
| C | 3/10/05 | Iwado Court Reporters | Oral depositions of Jason Fuqua and Vincent Finazzo | $842.65 |
| C | 3/10/05 | Iwado Court Reporters | Oral deposition of Dr. Anthony Manoukian | $984.33 |
| C | 10/03/05 | Iwado Court Reporters | Oral depositions of Valerie Gregory, Israel and Keanu Gregory | $1314.86 |
| C | 12/9/05 | Atkinson-Baker Inc. | Oral deposition of D.P. Van Blaricom | $1261.67 |
| C | 12/23/05 | Iwado Court Reporters | Oral depo of Dr. Guy Sugino | $164.94 |
| C | 12/30/05 | Atkinson-Baker Inc. | Exhibits to D.P. Van Blaricom's deposition | $1551.01 |
| C | 2/2/06 | Seattle Deposition Reporters | Further Deposition of D.P. Van Blaricom | $680.05 |
| | | **FEES FOR THE COURT REPORTER FOR ALL OR ANY PART OF THE TRANSCRIPT** | | $9,850.71 |
| D | 11/4/03 | Wailuku Rapid Print | Color copies of photos | $2.15 |
| D | 12/12/03 | Hawaii Video Memories | Duplication of tape T-45 | $12.45 |
| D | 12/15/03 | Wailuku Rapid Print | Copies of photos | $92.57 |
| D | 12/15/03 | Wailuku Rapid Print | Copies of photos | $2.58 |

3

| EXH. | DATE | PAYEE | DESCRIPTION | AMT. PD. |
|---|---|---|---|---|
| D | 8/19/04 | Copy Services | Copies of documents | $251.35 |
| D | 2/2/05 | Wailuku Rapid Print | Color copies of photos | $24.40 |
| D | 7/21/05 | Wailuku Rapid Print | Color copies of photos | $417.64 |
| D | 9/6/05 | Wailuku Rapid Print | Color copies of photos | $35.16 |
|  |  | **FEES AND DISBURSEMENTS FOR PRINTING** |  | $838.30 |
| E | 9/15/03 | National Archives Trust Fund | Copy of Richard/Valerie Gregory's bankruptcy court records | $35.00 |
| E | 9/18/03 | National Archives Trust Fund | Certification fee | $6.00 |
|  |  | **FEES FOR EXEMPLIFICATION AND COPIES OF PAPERS** |  | $41.00 |
| F | 11/13/03 | Integbusiness Services, Inc. | Records of R. Gregory (Maui Memorial Medical Center) | $70.84 |
| F | 11/20/03 | Iwado Court Reporters | Records of Meui Memorial Medical Center (Richard Gregory) | $120.83 |
| F | 12/9/03 | Iwado Ct. Reporters | Records of HMSA (Richard Gregory) | $100.20 |
| F | 2/25/04 | Ralph Rosenberg Ct Reporters | Records of Nick's Market | $119.53 |
| F | 3/1/04 | Iwado Court Reporter | Records of Embassy Vacation Resort | $55.52 |

| EXH. | DATE | PAYEE | DESCRIPTION | AMT. PD. |
|---|---|---|---|---|
| F | 3/1/04 | Iwado Court Reporter | Records of Pukalani Elementary School, vol II | $51.77 |
| F | 3/1/04 | Iwado Court Reporter | Records of Pukalani Elementary School | $99.26 |
| F | 3/5/04 | Iwado Court Reporters | Records of MEO Headstart (Kalani & Shaylisse) | $95.05 |
| F | 3/11/04 | Insurance Report Services | Processing fee and copying cost - Records of Valerie Gregory @ Kaiser Permanente | $277.16 |
| F | 3/12/04 | Iwado Court Reporter | Records of Richard Gregory @ Kaiser Permanente | $113.79 |
| F | 3/31/04 | Iwado Court Reporter | Records of Valerie Gregory @ Kaiser Permanente | $325.86 |
| F | 3/31/04 | Iwado Court Reporter | Records of Ballard Family Mortuary | $67.18 |
| F | 4/12/04 | Iwado Court Reporter | Records of Calvary Chapel Central | $80.62 |
| F | 6/9/04 | Iwado Court Reporters | Records of Viloria's Tax Service | $89.68 |
| F | 11/16/04 | Iwado Court Reporter | Record of Med Quest | $170.41 |
| F | 9/16/05 | Information Management Partners, Inc. | initiation fee & Copying cost for Records of Kalani Gregory @ Kaiser | $116.67 |
| F | 9/16/05 | Information Management Partners, Inc. | Initiation fee & Copying cost - Records of Keanu Gregory@ Kaiser | $86.46 |

5

| EXH. | DATE | PAYEE | DESCRIPTION | AMT. PD. |
|---|---|---|---|---|
| F | 9/16/05 | Information Management Partners, Inc. | Initiation fee & copying cost - Records of Isreal Gregory @ Kaiser | $52.60 |
| F | 9/16/05 | Information Management Partners, Inc. | Initiation fee & copying cost - Records of Valerie Gregory @ Kaiser | $46.87 |
| F | 9/16/05 | Information Management Partners, Inc. | Initiation fee & copying cost - Records of Shaylisse Gregory @ Kaiser | $71.87 |
| | | **Other - Costs for copies of medicals, school records, etc.** | | $2,212.17 |
| G | 12/2/05 | D.P. Van Blaricom | Fees paid to Van Blaricom for his deposition time, airfare and travel expenses | $2,411.00 |
| | | **Other - Costs for plaintiffs' expert witness - D.P. Van Blaricom** | | $2,411.00 |
| | | Total - Other Costs | | $4623.17 |

DATED: Wailuku, Maui, Hawaii, February 10, 2006.

        BRIAN T. MOTO
        Corporation Counsel
        Attorney for Defendants COUNTY OF MAUI,
          MAUI POLICE DEPARTMENT, GARRET TIHADA,
          EDWIN K. AMONG, and NICHOLAS ANGELL

        By /s/ Laureen L. Martin
           LAUREEN L. MARTIN
           Deputy Corporation Counsel

6

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| VALERIE GREGORY, et. al., | CIVIL NO. CV 04-00516 SPK KSC |
| Plaintiffs, | |
| vs. | CERTIFICATE OF SERVICE |
| COUNTY OF MAUI, et. al., | |
| Defendants. | |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was duly served on February 10, 2006, upon the following counsel in the manner indicated, addressed as follows:

METHOD OF SERVICE:
MAIL          FAX

David J. Gierlach, Esq.                      X
500 Ala Moana Blvd., Suite 330
5 Waterfront Tower
Honolulu, Hawaii 96813
(Attorney for Plaintiffs)

DATED: Wailuku, Maui, Hawaii, February 10, 2006.

BRIAN T. MOTO
Corporation Counsel
Attorney for County Defendants


By /s/ Laureen L. Martin
   LAUREEN L. MARTIN
   Deputy Corporation Counsel