IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| VALERIE GREGORY, et. al., ) | CIVIL NO. CV 04-00516 SPK KSC |
| Plaintiffs, ) | |
| vs. ) | MEMORANDUM IN SUPPORT OF COUNTY DEFENDANTS' BILL OF COSTS |
| COUNTY OF MAUI, et. al., ) | |
| Defendants. ) | |

### MEMORANDUM IN SUPPORT OF COUNTY DEFENDANTS' BILL OF COSTS

Defendants County of Maui, Maui Police Department, Garret Tihada, Edwin K. Among, and Nicholas Angell, (hereinafter "County Defendants"), by and through their attorneys, hereby submit their memorandum in support of their Bill of Costs.

On July 10, 2003, Plaintiffs Valerie Gregory, individually, and as Special Administrator of the Estate of RICHARD J. GREGORY, Deceased, and as next friend of ISREAL GREGORY, a minor, KEANU GREGORY, a minor, KALANI GREGORY, a minor, and SHAYLISSE GREGORY, a minor, (hereinafter "Plaintiffs") filed a Complaint at the Circuit Court of the Second Circuit. On July 29, 2004, Plaintiffs filed a Second Amended Complaint in Civil No. 03-1-0265(1) against the County Defendants for damages and is founded on a claim of deprivation of constitutional rights under 42 U.S.C. § 1983 and the First, Fourth, Fifth, Eighth, Ninth, and Fourteenth Amendments to the U.S. Constitution. The case was subsequently removed to the U.S. District Court for the District of Hawaii on August 23, 2004.

On October 14, 2005, County Defendants filed a Motion for Summary Judgment pursuant to Rule 7(b) and Rules 56(b) and (c) of the Federal Rules of Civil Procedure, as well as a Concise Statement of Facts in Support of their Motion for Summary Judgment.

On December 21, 2005, Plaintiffs their Memorandum in Opposition to County Defendants' Motion for Summary Judgment as well as a Separate Concise Statement of Facts in Support of their Memorandum in opposition to Defendants' County Motion for Summary Judgment. Oral argument was heard on January 13, 2006.

On February 1, 2006, the United States District Court issued an Order Granting Defendants' Motion for Summary Judgment.

Pursuant to the February 1, 2006 Order, judgment shall issue in favor of Defendants.

Documentation supporting the above itemization of requested costs for all categories is attached hereto as Exhibits "A" - "G".

Rule 54(d)(1) of the Federal Rules of Civil Procedure and Local Rule 54.2(a) of the United States District Court for the District of Hawaii provide the prevailing party in whose favor judgment is entered is entitled to costs. The costs requested are allowed under 28 U.S.C. §§ 1920-1925 and Local Rule 54.2(f) of the United States District Court for the District of Hawaii. In accordance with the Federal and Local Rules, County Defendants, as the prevailing party, respectfully request this Court to grant the attached bill of costs.

2

DATED:  Wailuku, Maui, Hawaii, February 10, 2006.

                BRIAN T. MOTO
                Corporation Counsel
                Attorney for County Defendants


              By /s/ Laureen L. Martin
                  LAUREEN L. MARTIN
                  Deputy Corporation Counsel