## INVOICE

ELEANOR'S LEGAL SUPPORT.COM
14417 Chase Street #219
Panorama City, CA  91402
Phone: (818) 897-2156
Fax: (818) 897-0486
Tax I.D. 95-4847-408

Inv. # 2004003605
06-24-2004

Department of the Corporation Counsel
County Of Maui
200 South High Street
Wailuku, Maui HI 96793

Your Contact: Margarite
Case Number: 03-1-0265/BS090669

Plaintiff:
**Gregory**

Defendant:
**County of Maui**

Completed: 6/18/2004
To be served on: Clerk of the Court

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Court Service (All States) | 1.00 | 50.00 | 50.00 |
| Advance Fee (Filing) | 1.00 | 296.50 | 296.50 |
| Subpoena Prep | 2.00 | 10.00 | 20.00 |
| Copy & Mail (Notice to Consumer) | 1.00 | 17.50 | 17.50 |
| TOTAL CHARGED: | | | $384.00 |
| BALANCE DUE: | | | $384.00 |

$296.50

APPROVED FOR PAYMENT
*[signature]*
Deputy Corporation Counsel
County of Maui

THANK YOU FOR YOUR BUSINESS.
Your Prompted Payment is Appreciated.  Thank You.

Copyright © 1992-2001 Database Services, Inc · Process Server's Toolbox V5.5f

EXHIBIT " A "

| | |
|---|---|
| DEPARTMENT OF CORPORATION COUNSEL<br>Deputy Corporation Counsel<br>County of Maui<br>200 S. High Street<br>Wailuku, Hawaii 96793<br><br>Attorneys for Defendants<br>COUNTY OF MAUI and<br>MAUI POLICE DEPARTMENT | CONFORMED COPY<br>OF ORIGINAL FILED<br>Los Angeles Superior Court<br><br>JUN 1 8 2004<br><br>John A. Clarke, Executive Officer/Clerk<br>By _____, Deputy<br>SUE GABB |

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| VALERIE GREGORY, individually and as Special Administrator of the Estate of RICHARD J. GREGORY, Deceased, as next friend of ISREAL GREGORY, a minor, KEANU GREGORY, a minor, and SHAYLISSE GREGORY, a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF MAUI, MAUI POLICE DEPARTMENT, JOHN DOE OFFICERS 1-10, JOHN DOES 1-10, JANE DOES 1-10, DOE CORPORATIONS 1-10, DOE PARTNERSHIPS 1-10, and DOE GOVERNMENTAL ENTITIES 1-10<br><br>Defendants | CASE PENDING IN THE CIRCUIT COURT OF THE SECOND CIRCUIT STATE OF HAWAII<br><br>Civil No. BS090669 |

APPLICATION TO OBTAIN SUBPOENA FOR CALIFORNIA DEPOSITION IN AN

ACTION PENDING IN A FOREIGN JURISDICTION (C.C.P. §2029)

DECLARATION OF: ELEANOR RICHARDSON

I, ELEANOR RICHARDSON hereby declare and say:

```
L.A.S.C. - FILINGS #32
111 N. HILL STREET
LOS ANGELES CA 90012

DATE PAID:  06/18/04  01:30:48 PM
RECEIPT #:  CCH458224020


CIT/CASE: BS090669 LEA/DEF#;

PAYMENT: $296.50              0310
RECEIVED:
    CHECK:    296.50
    CASH:
    CHANGE:
    CARD:
```

R3

Back to Home Page



## Effective February 1, 2002

| | |
|---|---|
| Admission of New Attorney | $ 225.00 |
| Appeal, Notice of | $ 255.00 |
| Appeal from Magistrate to District Judge | $ 32.00 |
| Apostille | $ 18.00 |
| Civil Filing Fee | $ 150.00 |
| Civil Prisoner Filing Fee (may be paid in installments) | $ 150.00 |
| Certification | $ 9.00 |
| Certificate of Good Standing | $ 15.00 |
| Copy Fees (per page) | $ .50 |
| Duplicate Cert of Admission | $ 15.00 |
| Filing or Indexing of Misc. Papers | $ 39.00 |
| Microfilm/Microfiche of Court Records | $ 5.00 |
| Exemplification | $ 18.00 |
| Foreign Judgement | $ 39.00 |
| Petition for Writ of Habeas Corpus | $ 5.00 |
| Power of Attorney | $ 20.00 |
| Pro Hac Vice | $ 225.00 |
| Retrieval of FRC Records | $ 45.00 |
| Return Check Fee | $ 45.00 |
| Search of Records | $ 26.00 |
| Tape Duplication | $ 26.00 |

Back to Home Page