PAUL K. BURNS
STATE OF HAWAII
DEPARTMENT OF PUBLIC SAFETY
SHERIFF DIVISION-CIVIL SECTION
1111 ALAKEA STREET
HONOLULU, HAWAII 96813

RECEIVED
CORPORATION COUNSEL
2004 FEB -4 PM 1:47

COUNTY OF MAUI
Corporation Counsel

CASE NO.:   Civil 03-1-0265(1)

RE:   VALERIE GREGORY, et al. vs. COUNTY OF MAUI, et al.

DOCUMENTS SERVED:   SUBPEONA DUCES TECUM

| PERSON(S) SERVED | TIME | DATE | PLACE |
|---|---|---|---|
| COR Pacific Restaurant Ventures, Inc. dba Nick"s Fish Market, through TERE HAMPTON, comptroller. | 10:50 a.m. | 1/30/04 | 1070 Kalakaua Ave., 17 Fl. Honolulu, HI 96815 |

Service fee — $15.00
Mileage       —   4.00

Total              $19.00

APPROVED FOR PAYMENT
Deputy Corporation Counsel
County of Maui

Payable to;   Paul K. Burns
              89-440 Farrington Hwy.
              Waianae, HI 96792

Note: Marquerite, you need to send an extra copy if you need one.

Also can you check on Purchase Order No. 132974. If I have to submit someonplease its to much of a hassle and you made need to find

EXHIBIT " B "

PAUL K. BURNS
STATE OF HAWAII
DEPARTMENT OF PUBLIC SAFETY
SHERIFF DIVISION-CIVIL SECTION
1111 ALAKEA STREET
HONOLULU, HAWAII 96813

RECEIVED
CORPORATION COUNSEL

2004 FEB -6 PM 2: 29

COUNTY OF MAUI

Marquerite Ah-Kee

905018

CASE NO.:   03-1-0265(1)

RE:   VALERIE GREGORY, rt al., vs COUNTY OF MAUI

DOCUMENTS SERVED:   SUBPOENA DUCES TECUM

| PERSON(S) SERVED | TIME | DATE | PLACE |
|---|---|---|---|
| COR Honolulu Lodge No. 616 of the Benevolent and Protective Order of Elks of the United States of America, through G. Todd Daniel, General Manger. | 11:20 a.m. | 2/4/04 | 2933 Kalakaua Ave. Hon., HI |

Service fee - $15.00
Mileage    -   4.00
Total      -$19.00

Payable to:   Paul K. Burns
              89-440 Farrington Hwy.
              Waianae, HI 96792

APPROVED FOR PAYMENT
Deputy Corporation Counsel
County of Maui

B2

PAUL K. BURNS
STATE OF HAWAII
DEPARTMENT OF PUBLIC SAFETY
SHERIFF DIVISION-CIVIL SECTION
1111 ALAKEA STREET
HONOLULU, HAWAII 96813

OANA M. RAMAYA

CASE NO.:   03-1-0265(1)

RE:   VALERIE GREGORY   vs.   COUNTY OF MAUI

DOCUMENTS SERVED:   SUBPOENA

| PERSON(S) SERVED | TIME | DATE | PLACE |
|---|---|---|---|
| Custodian of Records BEVERLY MANOR, through Cindy Lee Meiers, Administrator. | 10:20 a.m. | 4/15/04 | 1930 Kamehameha IV Road Honolulu, HI 96819 |

Service fee - $25.00
Mileage    -   4.00

Total      - $29.00

Make payable to :   Paul K. Burns
89-440 Farrington Hwy.
Waianae, HI 96792

APPROVED FOR PAYMENT
Deputy Corporation Counsel
County of Maui

B3

# INVOICE

**ELEANOR'S LEGAL SUPPORT.COM**
14417 Chase Street #219
Panorama City, CA 91402
Phone: (818) 897-2156
Fax: (818) 897-0486
Tax I.D. 95-4847-408

Inv. # 2004003605
06-24-2004

Department of the Corporation Counsel
County Of Maui
200 South High Street
Wailuku, Maui HI 96793

Your Contact: Margarite
Case Number: 03-1-0265/BS090669

Plaintiff:
**Gregory**

Defendant:
**County of Maui**

Completed: 6/18/2004
To be served on: Clerk of the Court

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Court Service (All States) | 1.00 | 50.00 | 50.00 |
| Advance Fee (Filing) | 1.00 | 296.50 | 296.50 |
| Subpoena Prep | 2.00 | 10.00 | 20.00 |
| Copy & Mail (Notice to Consumer) | 1.00 | 17.50 | 17.50 |
| TOTAL CHARGED: | | | $384.00 |

BALANCE DUE: $384.00

*Filing fee submitted under Exhibit A.*    296.50

$87.50.

APPROVED FOR PAYMENT
[signature]
Deputy Corporation Counsel
County of Maui

THANK YOU FOR YOUR BUSINESS.
Your Prompted Payment is Appreciated. Thank You.

Copyright © 1992-2001 Database Services, Inc - Process Server's Toolbox V5 5f

B4

# INVOICE

**ELEANOR'S LEGAL SUPPORT.COM**
14417 Chase Street #219
Panorama City, CA 91402
Phone: (818) 897-2156
Fax: (818) 897-0486
Tax I.D. 95-4847-408

Inv. # 2004003607
06-24-2004

Department of the Corporation Counsel
County Of Maui
200 South High Street
Wailuku, Maui HI 96793

Your Contact: Margarite
Case Number: 03-1-0265/BS090669

Plaintiff:
**Gregory**

Defendant:
**County of Maui**

Completed: 6/21/2004
To be served on: Cynthia Bruins

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee | 1.00 | 97.50 | 97.50 |
| **TOTAL CHARGED:** | | | **$97.50** |
| **BALANCE DUE:** | | | **$97.50** |

*Proof of Service Attached*

APPROVED FOR PAYMENT
Deputy Corporation Counsel
County of Maui

RECEIVED
CORPORATION COUNSEL
2004 JUN 29 PM 3: 07

THANK YOU FOR YOUR BUSINESS.
Your Prompted Payment is Appreciated. Thank You.

Copyright © 1992-2001 Database Services, Inc - Process Server's Toolbox V5.5f

B5

(Please type)

RECEIVED
CORPORATION COUNSEL
2005 SEP 29 PM 2:11

STATE OF HAWAII
DEPARTMENT OF PUBLIC SAFETY
SHERIFF DIVISION

1111 Alakea Street, Honolulu, Hawaii 96813
Phone No. (808) 538-5605/Fax No. 538-5661

REQUEST FOR SERVICE OF PROCESS AND EXECUTION OF ORDER OF COURT

Request No. 1D-

Case No. Civ. 04-00516 SPK KSC    Court USDC    State Hawaii
Plaintiff/Petitioner Valerie Gregory, et al.
Defendant/Respondent County of Maui, et al.
Document to be Served Subpoena Duces Tecum

You are Hereby instructed to Execute the Accompanying Process as Follows:

| Name of Person to be Served | Address | Fee | Mileage | Other | Total |
|---|---|---|---|---|---|
| Custodian of Records State of Hawaii, Dept. of Human Services Child Protective Services | 810 Richards Street, 4th Floor Honolulu, HI 96813 | $25.- | 26.- | | 51 |

APPROVED FOR PAYMENT
Deputy Corporation Counsel
County of Maui

Please serve the subpoena and complete the Proof of Service on the reverse side of subpoena and return the Original subpoena to us. Thanks.

Please note that the Process Server serving the papers must not serve the papers between the hours of 10:00 p.m. and 6:00 a.m. When service is made, or if the Process Server is having difficulty funding the party, or is unable to complete service, please call and inform our office. Please sign the RETURN OF SERVICE in BLACK Ink and RETURN the ORIGINAL and a COPY to this office.

NOTICE: All communications, refunds, and/or collections shall be made to the name and address listed below.

Name Laureen L. Martin, Deputy Corporation Counsel    I.D. No. 5927    Telephone No. 270-7740    Contact Person Marguerite Ah-Kee
Address 200 South High Street, Wailuku, Hawaii    ZIP Code 96793    8/26/05    Send Ref. Envelope
                                                                    Date    Signature of Attorney of Litigant Laureen Martin

DEPARTMENT USE ONLY
Deputy
Assign. Date
Status Rpt. Date
Court Date
Advance Pmt. Date
Rec.

WHITE - Fiscal    CANARY - Servicing Officer    PINK - Office of the Sheriff    GOLDENROD - Attorney/Litigant    LAW 0350 (10/91)

Paul K. Burns
89-440 Farrington Hwy.
Waianae, HI. 96792

B6

## INVOICE

ELEANOR'S LEGAL SUPPORT.COM
14417 Chase Street #219
Panorama City, CA 91402
Phone: (818) 897-2156
Fax: (818) 897-0486
Tax I.D. 95-4847-408

Inv. # 2005006947
12-15-2005

APPROVED FOR PAYMENT

Deputy Corporation Counsel
County of Maui

Department of the Corporation Counsel
County Of Maui
200 South High Street
Wailuku, Maui HI 96793

Your Contact: Laureen
Case Number: CV 04-0056

Plaintiff:
**Gregory et al**

Defendant:
**County of Maui, et al**

*Proof of Service Attached*

Completed: 12/9/2005
To be served on: C/R Clark Nuber

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Flat Rate) | 1.00 | 75.00 | 75.00 |
| Advance Fee (Witness) | 1.00 | 40.00 | 40.00 |
| Special Handling (Rush etc) | 1.00 | 35.00 | 35.00 |
| **TOTAL CHARGED:** | | | **$150.00** |
| **BALANCE DUE:** | | | **$150.00** |

THANK YOU FOR YOUR BUSINESS.
PAYMENT TERMS: NET THIRTY (30) DAYS.

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.6c

B7

# INVOICE

ELEANOR'S LEGAL SUPPORT.COM
14417 Chase Street #219
Panorama City, CA 91402
Phone: (818) 897-2156
Fax: (818) 897-0486
Tax I.D. 95-4847-408

Inv. # 2005006946
12-15-2005

Department of the Corporation Counsel
County Of Maui
200 South High Street
Wailuku, Maui HI 96793

APPROVED FOR PAYMENT
Deputy Corporation Counsel
County of Maui

Your Contact: Laureen
**Case Number: CV 04-0056**

Plaintiff:
**Gregory et al**

Defendant:
**County of Maui, et al**

*Proof of Service Attached*

Completed: 12/10/2005
To be served on: A/K/A Donald Perry Van Blaricom, D.P. Va

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Flat Rate) | 1.00 | 125.00 | 125.00 |
| Advance Fee (Witness) | 1.00 | 40.00 | 40.00 |
| Special Handling (Rush etc) | 1.00 | 45.00 | 45.00 |
| U P S/ Fed Ex./D H L | 1.00 | 25.00 | 25.00 |
| Fuel Surcharge* | 1.00 | 3.00 | 3.00 |
| **TOTAL CHARGED:** | | | **$238.00** |

**BALANCE DUE:** $238.00

THANK YOU FOR YOUR BUSINESS.
PAYMENT TERMS: NET THIRTY (30) DAYS.

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.6c

B8