# IWADO
## COURT REPORTERS, INC.

Iwado Court Reporters, Inc. Certified / Registered Professional Reporters
2233 Vineyard Street, Wailuku, Maui, Hawaii 96793  Federal ID# 99-0230607
Maui (808) 244-9300  Toll Free (800) 241-3376  Fax (808) 244-8278
Email: iwadorpr@maui.net

# INVOICE

MOANA RAMAYA, DEPUTY
DEPT. OF CORPORATION COUNSEL
COUNTY OF MAUI
200 SOUTH HIGH STREET
WAILUKU, HI  96793

February 6, 2004

Invoice# 13957A

Balance:      $552.88

RECEIVED CORPORATION COUNSEL 2004 FEB -9 AM 11:01

Caption: GREGORY v COUNTY OF MAUI, 03-1-0265(1)

Scheduled: 01/22/04    Billed: 02/06/04
Reporter: GLORIA T. BEDIAMOL, CSR, RMR

| Charge Description | Amount |
|---|---|
| DEPOSITION OF:   CLARISSE BAISA | |
| ORIGINAL PLUS CERTIFIED COPY | |
| HALF-DAY APPEARANCE FEE | 40.00 |
| 126 PAGES @ 3.40 | 428.40 |
| DISK 5.00; MINISCRIPT 5.00; INDEX 5.00 | 15.00 |
| 2 PAGES EXHIBITS @ .45 | .90 |
| 10 PAGES COLOR EXHIBITS @ 1.25 | 12.50 |
| SIGNATURE | 20.00 |
| STORAGE 10.00; DELIVERY 4.00 | 14.00 |
| SUBTOTAL $530.80     4.16% Sales Tax: | 22.08 |

We certify that this invoice is correct and just; payment has not been received.

2/6/04   C. Childahise
Date          Authorized Signature

P l e a s e    R e m i t    - - - >    Total Due:    $552.88

---

Please return remittance stub with payment.

We accept payment by Visa and Mastercard

APPROVED FOR PAYMENT
Deputy Corporation Counsel
County of Maui

IWADO COURT REPORTERS, INC.
2233 VINEYARD ST., SUITE A
WAILUKU, HI  96793

INVOICE# 13957A

BALANCE$    552.88

EXHIBIT "C"

Terms: Payable upon receipt.



**IWADO COURT REPORTERS, INC.**

Iwado Court Reporters, Inc. Certified / Registered Professional Reporters
2233 Vineyard Street, Wailuku, Maui, Hawaii 96793 Federal ID# 99-0230607
Maui (808) 244-9300  Toll Free (800) 241-3376  Fax (808) 244-8278
Email: iwadorpr@maui.net

# INVOICE

LAUREEN L. MARTIN, DEPUTY
DEPT. OF CORPORATION COUNSEL
COUNTY OF MAUI
200 SOUTH HIGH STREET
WAILUKU, HI  96793

March  9, 2004

Invoice# 14010A

Balance:      $698.13

905018
13548 l

RECEIVED CORPORATION COUNSEL 2004 MAR -9 PM 1:45

Caption: GREGORY v COUNTY OF MAUI, 03-1-0265(1)

Scheduled: 03/02/04    Billed: 03/09/04
Reporter: GLORIA T. BEDIAMOL, CSR, RMR

Charge Description                                                              Amount

LATE CANCELLATION OF DEPOSITION OF:  ROSS FOX
DEPOSITIONS OF:  GARY HASHIMOTO
                 ELIZABETH HASHIMOTO
ORIGINALS PLUS CERTIFIED COPIES                                                   75.00
LATE CANCELLATION FEE FOR MORNING DEPOSITION                                      40.00
HALF-DAY APPEARANCE FEE                                                          465.80
137 PAGES @ 3.40                                                                  25.00
DISK 5.00; MINISCRIPTS 10.00; INDEXES 10.00                                         .45
1 PAGE EXHIBITS @ .45                                                             40.00
SIGNATURES                                                                        24.00
STORAGE 20.00; DELIVERY 4.00
SUBTOTAL $670.25
                    We certify that this invoice is correct and 4.16% Sales Tax:  27.88
                    just; payment has not been received.
                    3/9/04   C. Aulderhose
                    Date     Authorized Signature
              Please Remit ------------>   Total Due:   $698.13

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Please return remittance stub with payment.
We accept payment by Visa and Mastercard

APPROVED FOR PAYMENT

IWADO COURT REPORTERS, INC.        [signature]            INVOICE# 14010A
2233 VINEYARD ST., SUITE A         Deputy Corporation Counsel
WAILUKU, HI  96793                 County of Maui           BALANCE$    698.13

Terms: Payable upon receipt.

C2

RECEIVED
CORPORATION COUNSEL

2004 JUN 28 PM 1:24

9090 8

# INVOICE

Invoice No. 2532

**MELISSA STAMMBERGER, CSR 376, RPR**
2145 Main Street
Wailuku, HI 96793
244-2924

DATE: June 25, 2004

TO: County of Maui, Dept. Of Corporation Counsel
County of Maui
200 S. High Street
Wailuku, Hawaii 96793

RE: Valerie Gregory vs. County of Maui
Second Circuit Court Civil No. 03-1-0265(1)

| DATES OF HEARING: | NUMBER OF PAGES: |
|---|---|
| 5/27/04, Courtroom 1 Hearing | 20 |
| 6/22/04, Courtroom 1 Hearing | 12 |
| Total Pages: | 32 |

32 pages @ 3.00 per page: 96.00
4.167 GET: 4.00
Total Due: 100.00

Thank you

APPROVED FOR PAYMENT
[signature]
Deputy Corp.
County

C3



**Iwado Court Reporters, Inc.** Certified / Registered Professional Reporters
2233 Vineyard Street, Wailuku, Maui, Hawaii 96793  Federal ID# 99-0230607
Maui (808) 244-9300  Toll Free (800) 241-3376  Fax (808) 244-8278
Email: iwadorpr@maui.net

# INVOICE

LAUREEN L. MARTIN, DEPUTY
DEPT. OF CORPORATION COUNSEL
COUNTY OF MAUI
200 SOUTH HIGH STREET
WAILUKU, HI  96793

June 30, 2004

Invoice# 14141B

Balance:    $259.31

Caption: GREGORY v COUNTY OF MAUI, 03-1-0265(1)

Scheduled: 06/09/04    Billed: 06/30/04
Reporter: RACHELLE PRIMEAUX, CSR, RPR

Charge Description                                               Amount

DEPOSITION OF:  CHIEF THOMAS M. PHILLIPS

CERTIFIED COPY

81 PAGES @ 2.70                                                  218.70
DISK 5.00; MINISCRIPT 5.00; INDEX 5.00                            15.00
25 PAGES EXHIBITS @ .45                                           11.25
DELIVERY                                                           4.00
SUBTOTAL $248.95

We certify that this invoice is correct and
just, payment has not been received.

                                         4.16% Sales Tax:         10.36

            P l e a s e   R e m i t   - - - >   Total Due:      $259.31

-----------------------------------------------------------------------

Please return remittance stub with payment.
We accept payment by Visa and Mastercard

IWADO COURT REPORTERS, INC.         APPROVED FOR PAYMENT    INVOICE# 14141B
2233 VINEYARD ST., SUITE A
WAILUKU, HI  96793                  Deputy Corporation Counsel   BALANCE$   259.31
                                    County of Maui

                                                                 905018
                                                                 C4
Terms: Payable upon receipt.

Atkinson-Baker, Inc. -- Main Office
330 N. Brand Boulevard, Suite 250
Glendale, CA 91203-2330
800-288-3376, 800-925-5910 fax
www.depo.com

Please refer to the Invoice # and your Firm # in any correspondence. Contact Beau Rakestraw, brakestraw@depo.com.

ABI's Federal ID#: 95-4189037

**INVOICE # 9E04F2EA**
**FIRM # 1168918**
**INVOICE DATE: 7/21/2004**
DUE UPON RECEIPT

Setting Firm:  County of Maui, Corporation of Counsel
Taking Attorney:  Laureen Martin
Case Name:  Valerie Gregory vs County of Maui
Case #:  CIVIL NO. 03-1-0265(1)
Claim #:
Insurance Co.:
DOL:
Insured:
Agency #:
Adjuster:

Laureen Martin
County of Maui, Corporation of Counsel
200 South High Street
Wailuku, HI 96793

RECEIVED
CORPORATION COUNSEL
2004 AUG -2 PM 2:22

905018

| ITEM | AMOUNT |
|---|---|
| Reporter's transcript of the deposition of Cynthia Spelta, taken July 8, 2004. | $ 678.59 |
| APPROVED FOR PAYMENT [signature] Deputy Corporation Counsel County of Maui | |
| BALANCE DUE | $ 678.59 |

A service fee of 1.5% per month may be added to any invoice over 30 days old.

. . . . . . . . . . . . . . . . Fold and tear at this perforation, then return stub with payment. . . . . . . . . . . . . . . . .

BALANCE DUE  $678.59

For:  Reporter's transcript of the deposition of Cynthia Spelta, taken July 8, 2004.

**INVOICE # 9E04F2EA**
**FIRM # 1168918**

From:

Laureen Martin
County of Maui, Corporation of Counsel
200 South High Street
Wailuku, HI 96793

Remit To:

Atkinson-Baker, Inc.
330 N. Brand Boulevard
Suite 250
Glendale, CA 91203-2330

If you have already paid for this service by COD, then this invoice is for your records only.

C5

Atkinson-Baker, Inc. -- Main Office
330 N. Brand Boulevard, Suite 250
Glendale, CA 91203-2330
800-288-3376, 800-925-5910 fax
www.depo.com

Please refer to the Invoice # and your Firm # in any correspondence. Contact Beau Rakestraw, brakestraw@depo.com.

ABI's Federal ID#: 95-4189037

INVOICE # 9E04F2FA
FIRM # 1168918
INVOICE DATE: 7/21/2004
DUE UPON RECEIPT

Setting Firm: County of Maui, Corporation of Counsel
Taking Attorney: Laureen Martin
Case Name: Valerie Gregory vs County of Maui
Case #: 03-1-0265(1)
Claim #:
Insurance Co.:
DOL:
Insured:
Agency #:
Adjuster:

Laureen Martin
County of Maui, Corporation of Counsel
200 South High Street
Wailuku, HI 96793

| ITEM | AMOUNT |
|---|---|
| Reporter's transcript of the deposition of James William Antunez, taken July 7, 2004. | $ 395.80 |
| APPROVED FOR PAYMENT<br>Deputy Corporation Counsel<br>County of Maui | |
| BALANCE DUE | $ 395.80 |

A service fee of 1.5% per month may be added to any invoice over 30 days old.

·············· Fold and tear at this perforation, then return stub with payment. ··············

BALANCE DUE $395.80

For: Reporter's transcript of the deposition of James William Antunez, taken July 7, 2004.

INVOICE # 9E04F2FA
FIRM # 1168918

From:

Laureen Martin
County of Maui, Corporation of Counsel
200 South High Street
Wailuku, HI 96793

Remit To:

Atkinson-Baker, Inc.
330 N. Brand Boulevard
Suite 250
Glendale, CA 91203-2330

If you have already paid for this service by COD, then this invoice is for your records only.



**IWADO COURT REPORTERS, INC.**

Iwado Court Reporters, Inc. Certified / Registered Professional Reporters
2233 Vineyard Street, Wailuku, Maui, Hawaii 96793 Federal ID# 99-0230607
Maui (808) 244-9300  Toll Free (800) 241-3376  Fax (808) 244-8278
Email: iwadorpr@maui.net

# INVOICE

MOANA M. RAMAYA, DEPUTY
DEPT. OF CORPORATION COUNSEL
COUNTY OF MAUI
200 SOUTH HIGH STREET
WAILUKU, HI  96793

August 19, 2004

Invoice# 14222B

Balance:  $316.49

Caption: GREGORY v COUNTY OF MAUI, 03-1-0265(1)

Scheduled: 07/29/04    Billed: 08/19/04
Reporter: JEANNETTE W. IWADO, CSR, RPR

| Charge Description | Amount |
|---|---|
| DEPOSITION OF:  EDWIN AMONG | |
| CERTIFIED COPY | |
| 105 PAGES @ 2.70 | 283.50 |
| DISK 5.00; MINISCRIPT 5.00; INDEX 5.00 | 15.00 |
| 3 PAGES EXHIBITS @ .45 | 1.35 |
| DELIVERY | 4.00 |
| SUBTOTAL $303.85 | |
| 4.16% Sales Tax: | 12.64 |
| P l e a s e   R e m i t  - - ->  Total Due: | $316.49 |

We certify that this invoice is correct and just; payment has not been received.
8/19/04  _C. Uulaulun_
Date        Authorized Signature

----

Please return remittance stub with payment.
We accept payment by Visa and Mastercard

IWADO COURT REPORTERS, INC.
2233 VINEYARD ST., SUITE A
WAILUKU, HI  96793

APPROVED FOR PAYMENT
_signature_
Deputy Corporation Counsel
County of Maui

INVOICE# 14222B
BALANCE$   316.49

Terms: Payable upon receipt.

C7

Atkinson-Baker, Inc. -- Main ice
500 N. Brand Boulevard, Third Floor
Glendale, CA 91203-4725
800-288-3376, 800-925-5910 fax
www.depo.com

INVOICE # 9E04F2EC
FIRM # 1168918
INVOICE DATE: 2/09/2005
DUE UPON RECEIPT

Michelle White
County of Maui Corporation Counsel
200 South High Street
Wailuku, HI 96793

Please refer to the Invoice and your Firm # in any correspondence. Contact Beau Rakestraw, brakestraw@depo.com.

ABI's Federal ID#: 95-4189037

Setting Firm: County of Maui Corporation Counsel
Taking Attorney: Laureen Martin
Case Name: Valerie Gregory vs County of Maui
Case #: CIVIL NO. 03-1-0265(1)

Description: Electronic transcript of the deposition of Cynthia Spelta, taken July 8, 2004.

| ITEM | QTY | PRICE | LINE TOTAL |
|---|---|---|---|
| E-Transcript after job ships | 1.00 | $ 25.00 | $ 25.00 |
|  |  | BALANCE DUE | $ 25.00 |

APPROVED FOR PAYMENT
Deputy Corporation Counsel
County of Maui

2005 FEB 22 PM 3:06

A service fee of 1.5% per month may be added to any invoice over 30 days old.

· · · · · · · · · · Fold and tear at this perforation, then return stub with payment. · · · · · · · · · · · · · · · ·

BALANCE DUE  $25.00

INVOICE # 9E04F2EC
FIRM # 1168918

From:

Michelle White
County of Maui Corporation Counsel
200 South High Street
Wailuku, HI 96793

For: Electronic transcript of the deposition of Cynthia Spelta, taken July 8, 2004.

Remit To:

Atkinson-Baker, Inc.
500 N. Brand Boulevard
Third Floor
Glendale, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

C8

Atkinson-Baker, Inc. -- Main Office
500 N. Brand Boulevard, Third Floor
Glendale, CA 91203-4725
800-288-3376, 800-925-5910 fax
www.depo.com

Please refer to the Invoice # and your Firm # in any correspondence. Contact Beau Rakestraw, brakestraw@depo.com.

ABI's Federal ID#: 95-4189037

INVOICE # 9E04F2FC
FIRM # 1168918
INVOICE DATE: 2/15/2005
DUE UPON RECEIPT

Setting Firm: County of Maui Corporation Counsel
Taking Attorney: Laureen Martin
Case Name: Valerie Gregory vs County of Maui
Case #: 03-1-0265(1)

Michael White
County of Maui Corporation Counsel
200 South High Street
Wailuku, HI 96793

Description: Elecronic Transcriptof the deposition of James William Antunez, taken July 7, 2004.

| ITEM | QTY | PRICE | LINE TOTAL |
|---|---|---|---|
| E-Transcript after job ships | 1.00 | $ 25.00 | $ 25.00 |
| | | BALANCE DUE | $ 25.00 |

APPROVED FOR PAYMENT
[signature]
Deputy Corporation Counsel
County of Maui

A service fee of 1.5% per month may be added to any invoice over 30 days old.

· · · · · · · · · · · · · · · Fold and tear at this perforation, then return stub with payment. · · · · · · · · · · · · · · ·

BALANCE DUE $25.00

For: Elecronic Transcriptof the deposition of James William Antunez, taken July 7, 2004.

INVOICE # 9E04F2FC
FIRM # 1168918

From:

Michael White
County of Maui Corporation Counsel
200 South High Street
Wailuku, HI 96793

Remit To:

Atkinson-Baker, Inc.
500 N. Brand Boulevard
Third Floor
Glendale, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

C9



**IWADO**
COURT REPORTERS, INC.

Iwado Court Reporters, Inc. Certified / Registered Professional Reporters
2233 Vineyard Street, Wailuku, Maui, Hawaii 96793 Federal ID# 99-0230607
Maui (808) 244-9300  Toll Free (800) 241-3376  Fax (808) 244-8278
Email: iwadorpr@maui.net

# INVOICE

LAUREEN L. MARTIN, DEPUTY
DEPT. OF CORPORATION COUNSEL
COUNTY OF MAUI
200 SOUTH HIGH STREET
WAILUKU, HI  96793

March 10, 2005

Invoice# 14481A

Balance:     $842.65

Caption: GREGORY v COUNTY OF MAUI, 04-00516 SPK KSC
         USDC
Scheduled: 01/19/05    Billed: 02/07/05
Reporter: LYNANN NICELY, CSR, RMR

Charge Description

DEPOSITIONS OF:   JASON FUQUA; VINCENT FINAZZO

ORIGINALS PLUS CERTIFIED COPIES
$809.00

We certify that this invoice is correct and
just, payment ... not been received.

3/10/05   C. Culduhus
Date         Authorized Signature

APPROVED FOR PAYMENT
Deputy Corporation Counsel
County of Maui

4.16% Sales Tax:        33.65

P l e a s e    R e m i t    - - - >   Total Due:    $842.65

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Please return remittance stub with payment.
We accept payment by Visa and Mastercard

IWADO COURT REPORTERS, INC.
2233 VINEYARD ST., SUITE A
WAILUKU, HI  96793

INVOICE# 14481A

BALANCE$    842.65

Terms: Payable upon receipt.



Iwado Court Reporters, Inc. Certified / Registered Professional Reporters
2233 Vineyard Street, Wailuku, Maui, Hawaii 96793 Federal ID# 99-0230607
Maui (808) 244-9300  Toll Free (800) 241-3376  Fax (808) 244-8278
Email: iwadorpr@maui.net

# INVOICE

LAUREEN L. MARTIN, DEPUTY
DEPT. OF CORPORATION COUNSEL
COUNTY OF MAUI
200 SOUTH HIGH STREET
WAILUKU, HI  96793

March 10, 2005

Invoice# 14478A

Balance:   $984.33

Caption: GREGORY v COUNTY OF MAUI, 04-00516 SPK KSC
         USDC
Scheduled: 01/17/05    Billed: 01/31/05
Reporter: KATHERINE EISMANN, CSR, RDR, CRR

Charge Description

MEDICAL DEPOSITION OF:   ANTHONY MANOUKIAN, M.D.

ORIGINAL PLUS CERTIFIED COPY
$945.02

We certify that this invoice is correct and just; payment has not been received.

3/10/05   C. Mulduhis
Date      Authorized Signature

APPROVED FOR PAYMENT
Deputy Corporation Counsel
County of Maui

4.16% Sales Tax:    39.31

P l e a s e   R e m i t   - - - >   Total Due:   $984.33

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Please return remittance stub with payment.
We accept payment by Visa and Mastercard

IWADO COURT REPORTERS, INC.
2233 VINEYARD ST., SUITE A
WAILUKU, HI  96793

INVOICE# 14478A

BALANCE$   984.33

Terms: Payable upon receipt.

C11



**Iwado Court Reporters, Inc.** Certified / Registered Professional Reporters
2233 Vineyard Street, Wailuku, Maui, Hawaii 96793
Maui (808) 244-9300  Toll Free (800) 241-3376  Fax (808) 244-8278
Email: iwadorpr@maui.net

# INVOICE

LAUREEN L. MARTIN, DEPUTY
DEPT. OF CORPORATION COUNSEL
COUNTY OF MAUI
200 SOUTH HIGH STREET
WAILUKU, HI  96793

October  3, 2005

Invoice# 14798A

Balance:   $1,314.86

Caption: GREGORY v COUNTY OF MAUI, 04-00516 SPK/KSC
         USDC
Scheduled: 09/20/05    Billed: 10/03/05
Reporter: RACHELLE PRIMEAUX, CSR, RPR

Charge Description

DEPOSITIONS OF:  VALERIE GREGORY; ISRAEL GREGORY;
                 KEANU GREGORY
ORIGINALS PLUS CERTIFIED COPIES
$1262.35

APPROVED FOR PAYMENT
Deputy Corporation Counsel
County of Maui

We certify that this invoice is correct and
just payment has not been received.
10/3/05   C. Childukas
Date       Authorized Signature

4.16% Sales Tax:          52.51

P l e a s e   R e m i t   - - - >   Total Due:   $1,314.86

---

Please return remittance stub with payment.
We accept payment by Visa and Mastercard

IWADO COURT REPORTERS, INC.
2233 VINEYARD ST., SUITE A
WAILUKU, HI  96793

INVOICE# 14798A

BALANCE$    1,314.86

Terms: Payable upon receipt.

Atkinson-Baker, Inc. -- Main Office
500 N. Brand Boulevard, Third Floor
Glendale, CA 91203-4725
800-288-3376, 800-925-5910 fax
www.depo.com

Please refer to the Invoice and your Firm # in any correspondence. Contact Lisa Rakestraw, brakestraw@depo.com.

ABI's Federal ID#: 95-4189037

**INVOICE # 9F09180A**
**FIRM # 1168918**
**INVOICE DATE: 12/09/2005**
**DUE UPON RECEIPT**

**Laureen Martin**
**County of Maui Corporation Counsel**
**200 South High Street**
**Wailuku, HI 96793**

Setting Firm: County of Maui Corporation Counsel
Taking Attorney: Laureen Martin
Case Name: Valerie Gregory vs County of Maui et al
Case #: 04-00516 SPK/KSC
Claim #:
Insurance Co.:
Insured:                                       DOL:
Client's Ref. #1:
Client's Ref. #2:
Adjuster:
Description: Reporter's transcript of the deposition of D.P. Van Blaricom, taken November 29, 2005. Expedited.

RECEIVED CORPORATION COUNSEL 2005 DEC 30 PM

| ITEM | QTY | PRICE | LINE TOTAL |
|---|---|---|---|
| Pages - O&1 - Medical/Expert | 111.00 | $ 4.85 | $ 538.35 |
| Expedite: 2 working days - 90% | 111.00 | $ 4.37 | $ 485.07 |
| CD | 1.00 | $ 12.50 | $ 12.50 |
| Condensed Transcript | 1.00 | $ 12.50 | $ 12.50 |
| E-Transcript | 1.00 | $ 12.50 | $ 12.50 |
| Delivery & Handling | 1.00 | $ 35.00 | $ 35.00 |
| Hourly Rate | .25 | $ 28.00 | $ 7.00 |
| Waiting Time (hours) | 1.75 | $ 45.00 | $ 78.75 |
| Hours outside normal business hours | 1.00 | $ 45.00 | $ 45.00 |
| Parking | 1.00 | $ 10.00 | $ 10.00 |
| ~~Conference Room~~ complimentary | ~~1.00~~ | ~~$ 150.00~~ | ~~$ 150.00~~ |
| UPS Overnight | 1.00 | $ 25.00 | $ 25.00 |

APPROVED FOR PAYMENT
[signature]
Deputy Corp Counsel

BALANCE DUE   $ ~~1,411.67~~   $1,261.67

A service fee of 1.5% per month may be added to any invoice over 30 days old.

· · · · · · · · · · Fold and tear at this perforation, then return stub with payment. · · · · · · · · · · · · · · ·

BALANCE DUE  $1,411.67

**INVOICE # 9F09180A**
**FIRM # 1168918**

For: Reporter's transcript of the deposition of D.P. Van Blaricom, taken November 29, 2005. Expedited.

From:

Laureen Martin
County of Maui Corporation Counsel
200 South High Street
Wailuku, HI 96793

Remit To:

Atkinson-Baker, Inc.
500 N. Brand Boulevard
Third Floor
Glendale, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

C13



Iwado Court Reporters, Inc. Certified / Registered Professional Reporters
2233 Vineyard Street, Wailuku, Maui, Hawaii 96793
Maui (808) 244-9300  Toll Free (800) 241-3376  Fax (808) 244-8278
Email: iwadorpr@maui.net

# INVOICE

LAUREEN L. MARTIN, DEPUTY
DEPT. OF CORPORATION COUNSEL
COUNTY OF MAUI
200 SOUTH HIGH STREET
WAILUKU, HI  96793

December 23, 2005

Invoice# 14961A

Balance:     $164.94

Caption: GREGORY v COUNTY OF MAUI, 04-00516 SPK/KSC
         USDC
Scheduled: 12/16/05    Billed: 12/22/05
Reporter: LYNANN NICELY, CSR, RMR

Charge Description

DEPOSITION OF:  GUY SUGINO, M.D.

ORIGINAL PLUS CERTIFIED COPY
$158.35

APPROVED FOR PAYMENT
Deputy Corporation Counsel
County of Maui

We certify that this invoice is correct and
just, payment has not been received.
12/23/05  C. Auldwhm
Date      Authorized Signature

4.16% Sales Tax:       6.59

P l e a s e   R e m i t   - - - >   Total Due:    $164.94

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Please return remittance stub with payment.
We accept payment by Visa and Mastercard

IWADO COURT REPORTERS, INC.
2233 VINEYARD ST., SUITE A
WAILUKU, HI  96793

INVOICE# 14961A

BALANCE$    164.94

Terms: Payable upon receipt.

Atkinson-Baker, Inc. -- Main Office
500 N. Brand Boulevard, Third Floor
Glendale, CA 91203-4725
818-288-3376, 800-925-5910 fax
www.depo.com

Please refer to the Invoice # and your Firm # in any correspondence. Contact Bea Brakestraw, brakestraw@depo.com.

ABI's Federal ID#: 95-4189037

INVOICE # 9F09180C
FIRM # 1168918
INVOICE DATE: 12/30/2005
DUE UPON RECEIPT

Setting Firm: County of Maui Corporation Counsel
Taking Attorney: Laureen Martin
Case Name: Valerie Gregory vs County of Maui et al
Case #: 04-00516 SPK/KSC

Laureen Martin
County of Maui Corporation Counsel
200 South High Street
Wailuku, HI 96793

Description: Exhibits of the deposition of D.P. Van Blaricom, taken November 29, 2005.

| ITEM | QTY | PRICE | LINE TOTAL |
|---|---|---|---|
| Exhibit Copies (pages) | 622.00 | $ .35 | $ 217.70 |
| Exhibit Copies (pages) - Special | 512.00 | $ 1.75 | $ 896.00 |
| Exhibit Copies - Supplies & Labor | 1.00 | $ 380.41 | $ 380.41 |
| Delivery & Handling | 1.00 | $ 56.90 | $ 56.90 |

APPROVED FOR PAYMENT
Deputy Corporation Counsel
County of Maui

BALANCE DUE  $ 1,551.01

A service fee of 1.5% per month may be added to any invoice over 30 days old.

·········· Fold and tear at this perforation, then return stub with payment. ··········

BALANCE DUE  $1,551.01

For: Exhibits of the deposition of D.P. Van Blaricom, taken November 29, 2005.

INVOICE # 9F09180C
FIRM # 1168918

From:

Laureen Martin
County of Maui Corporation Counsel
200 South High Street
Wailuku, HI 96793

Remit To:

Atkinson-Baker, Inc.
500 N. Brand Boulevard
Third Floor
Glendale, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

C15

| | |
|---|---|
| From: | <mnelson@seadep.com> |
| To: | <moana.lutey@co.maui.hi.us> |
| Date: | 2/2/2006 11:24:06 AM |
| Subject: | Invoice from SEATTLE DEPOSITION REPORTERS |

eMail Invoice(s) sent: February 2, 2006

From: SEATTLE DEPOSITION REPORTERS
   600 UNIVERSITY STREET
   ONE UNION SQUARE, SUITE 320
   SEATTLE, WASHINGTON 98101
   TAX ID#91-1311049
   206-622-6661

   WE ACCEPT VISA OR MASTERCARD PAYMENTS

To: MOANA LUTEY
   COUNTY OF MAUI
   200 S. HIGH STREET
   WAILUKU, HAWAII 96793

***************************************************************

RE: Invoice# 038286   Billed: 02/02/06   Balance: $680.05
   Taken: 01/13/06 - GREGORY V. COUNTY OF MAUI
   D.P. VAN BLARICOM
   by MICHELLE DISKIN

Invoicing Information
TRANSCRIPT OF D.P. VAN BLARICOM, VOL. 2
   99 PGS @ $4.00                    396.00
REPORTING FEE 2.75 HOURS @ $60              165.00
E-TRANS                 35.00
DELIVERY INCLUDING ORIGINAL                 20.00
EXHIBITS 183 @ $.35            64.05

Please Remit --->   $680.05

APPROVED FOR PAYMENT

Deputy Corporation Counsel
County of Maui