EXPENCE FILE                              *Gregory*

# Wailuku Rapid Print, Inc.

800 Eha Street
Wailuku, Hawaii 96793
Phone (808) 244-4622
Fax (808) 244-3401

Date: 11/04/03

Name: County of Maui

Phone: _____  Due: _____

| # | Description | @ | Amount |
|---|---|---|---|
| 3 | Color | 69 | 2.07 |
|   | GREGORY V. C. & M. |   |   |
|   | 03-1-0265 (1) |   |   |
|   | [signature] |   |   |
|   | COPY COLOR PHOTOS |   |   |
|   | NOV 0 4 2003 |   |   |
|   | O |   |   |
|   | TAX |   | .08 |
|   | TOTAL |   | 2.15 |

Thank You

EXHIBIT " D "

COST FILE
GREGORY
03-1-0265 (1)

| DATE | INVOICE # |
|---|---|
| 12/12/2003 | 4800 |

SHIP TO

Phone-270-7102

| TERMS | REP | SHIP VIA | PROJECT |
|---|---|---|---|
| Due on receipt | NSN | Call for P/U | |

| DESCRIPTION | RATE | AMOUNT |
|---|---|---|
| 45 Duplication | 11.95 | 11.95T |
| :neral Excise Tax | 4.166% | 0.50 |

GREGORY V. C. of M.
03-1-0265 (1)
COPY VIDEO TAPE
D. Hutchinson

Paid 12/15/03

d and understand the terms and conditions of this agreement on reverse

_____Date_____          MAHALO.

**Total**   $12.45

D2

## Receipt 1

**Printers, inc./Wailuku Rapid Print, Inc.**
800 EHA STREET, #26 · WAILUKU, MAUI, HI 96793   5589
PHONE: (808) 244-9261 or 244-4622 / FAX: (808) 244-3401

Name: County of Maui
Phone: Dept - Pl. Rose
Date: 12/15/03
Pick-up Time: ___

| # Origs. | Description | Ttl Copies | @ | Amount |
|---|---|---|---|---|
| 96 | | 108 | | 74.52 |
| 4 | | 12 | 8.28 | |
| 3 | | 9 | | 6.21 |
| | S. Hutchison | | | |
| | Gregory V. C. of M. | | | |
| | 03-1-0265 (1) | | | |
| | Color copies | | | |
| | DEC 15 2003 | | | |
| | OD | | | |
| | | | TAX | 3.52 |
| | | | TOTAL | 92.53 |

Handwritten note top: Dept-28, 8056
Kost Due / Gregory / 03-1-0265(1)

**THIS IS YOUR INVOICE... NO STATEMENT WILL BE SENT**
Service charge of 1 1/2% per month will be charged on overdue accounts. (Net 30 days)

---

## Receipt 2

**Printers, inc./Wailuku Rapid Print, Inc.**
800 EHA STREET, #26 · WAILUKU, MAUI, HI 96793   5595
PHONE: (808) 244-9261 or 244-4622 / FAX: (808) 244-3401

Name: County of Maui
Phone: ___
Date: 12/15/03
Pick-up Time: ___

| # Copies | # Origs. | Description | Ttl Copies | @ | Amount |
|---|---|---|---|---|---|
| 2 | | Color 11x17 | 2 | 1.29 | 2.58 |
| | | Gregory V. C. of M. | | | |
| | | 03-1-0265 (1) | | | |
| | | color copies | | | |
| | | S. Hutchison | | | |
| | | DEC 15 2003 | | | |
| | | OD | | | |
| | | | | TAX | 0.10 |
| | | | | TOTAL | 2.68 |

**THIS IS YOUR INVOICE... NO STATEMENT WILL BE SENT**
Service charge of 1 1/2% per month will be charged on overdue accounts. (Net 30 days)

Accepted By: ___   Date: ___

1 of 2

D3

**CO... SERVICES**
1975 Vineyard Street ❖ Wailuku, HI 96793
Phone: 242-7651 ❖ Fax: 242-7650

N° 14398

Name: County of Maui
Address: Corporation Counsel

Phone: Laureen Martin  Date: 8/19/04
P.O. # _____ Other: _____ Charge [ ] Net _____

| QTY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 2413 | file copies | .10 | 241 30 |
| | | | |
| | Gregory v C/M | | |
| | | | |
| | | | |
| | APPROVED FOR PAYMENT | | |
| | [signature] Deputy Corporation Counsel County of Maui | | |
| | | | |
| | | | |

TAX $ 10 05
TOTAL $251 35
DEPOSIT $ ✗
BALANCE $ ✗

**THANK YOU FOR YOUR BUSINESS!**

Received by [signature]

D4

# Printers, inc./Wailuku Rapid Print, Inc.

800 EHA ST., #26 · WAILUKU, MAUI, HI 96793
PH: (808) 244-9261 or 244-4622 / FAX: (808) 244-3401

0758

Date 02-02-05

Customer: Corp. Counsel     Cust P.O.
Contact: Dave     Ph: 281-8856

| # Copies | # Origs. | Description | Ttl. Copies | @ | Amount |
|---|---|---|---|---|---|
| 2 | 1 | RASAY | 2 | 69 | 1.38 |
| 1 | 32 | | 32 | 69 | 22.08 |
| | | GREGORY V. C&M | | | |
| | | 03-1-0265-(1) | | | |
| | | [signature] Hutch... | | | |

SUB-TOTAL 23.46
TAX .94
TOTAL 24.40

**THIS IS YOUR INVOICE ... NO STATEMENT WILL BE SENT**

1.5% Interest on Accounts Over 30 Days.
A Special Handling Fee of $75.00 will be assessed to all accounts turned over for collection.

Accepted By [signature] Hutch...     Date 2-2-05

DS

## *Printers, inc./Wailuku Rapid Print, Inc.*

800 EHA ST., #26 · WAILUKU, MAUI, HI 96793
PH: (808) 244-9261 or 244-4622 / FAX: (808) 244-3401

**1657**

Date: 7-21-05

Customer: Corp. Counsel   Cust P.O. _____
Contact: Frank   Ph: 270-7740

| # Copies | # Origs. | Description | TH. Copies | @ | Amount |
|---|---|---|---|---|---|
| 6 | 10 | Sets | 60 | 69 | 41.40 |
| 6 | 32 | | 192 | 69 | 132.48 |
| 6 | 55 | | 330 | 69 | 227.70 |
| | | Valerie Gregory | | | |
| | | 04-00516 | | | |
| | | APPROVED FOR PAYMENT | | | |
| | | [signature] | | | |
| | | Deputy Corporation Counsel | | | |
| | | County of Maui | | | |

SUB-TOTAL: 401.58
TAX: 16.06
TOTAL: 417.64

**THIS IS YOUR INVOICE ... NO STATEMENT WILL BE SENT**

1.5% Interest on Accounts Over 30 Days.
A Special Handling Fee of $75.00 will be assessed to all accounts turned over for collection.

Accepted By: [signature]   Date: 7/22/05

D6

## Printers, inc./Wailuku Rapid Print, Inc.

800 EHA ST., #26 · WAILUKU, MAUI, HI 96793
PH: (808) 244-9261 or 244-4622 / FAX: (808) 244-3401

**1770**

Date: 9·06·05

Customer: Corp Counsel   Cust P.O.: _____

Contact: Frank   Ph: 270·7740

| # Copies | # Origs. | Description | Tl. Copies | @ | Amount |
|---|---|---|---|---|---|
| 2 | 8 | SB > color | 16 | 69 | 11.04 |
| 1 | 33 | 6it > color | 33 | 69 | 22.77 |
|   |   | Gregory Case |   |   |   |

APPROVED FOR PAYMENT
[signature]
Deputy Corporation Counsel
County of Maui

SUB-TOTAL: 33.81
TAX: 1.35
TOTAL: 35.16

**THIS IS YOUR INVOICE.... NO STATEMENT WILL BE SENT**

1.5% Interest on Accounts Over 30 Days.
A Special Handling Fee of $75.00 will be assessed to all accounts turned over for collection.

Accepted By: [signature]   Date: 9/7/05

D7