LAUREN L. MARTIN
BE[...] M. PETERS
P.O. [...] 766
MAKAWAO, HI 96768

Date 1/18/03

Pay to the Order of: National Archives Trust Funds   $ 6.00

Six $00/100 Dollars

AMERICAN SAVINGS BANK
P.O. BOX 2300
HONOLULU, HI 96804-2300
WWW.ASBHAWAII.COM

⑆321370765⑆ 0423 ⑈ 2005 ⑉ 74429⑈

© CHECK GALLERY, 1998   STYLE # P07   1-800-354-3540   www.checkgallery.com   PRINTED ON RECYCLED PAPER USING VEGETABLE-BASED INKS

certification fee
Gregory

EXHIBIT " E "



COUNTY OF M  I
DEPARTMENT OF FINANCE
200 SO. HIGH STREET
WAILUKU, HAWAII 96793

BANK OF HAWAII
WAILUKU BRANCH
59-102
1213

Check No.  00508113

Check Date 09/15/03

**PAY THIS AMOUNT**
$ **********35.00

VOID AFTER 6 MONTHS FROM DATE OF ISSUE

THIRTY FIVE Dollars and ZERO Cents

NATIONAL ARCHIVES TRUST FUND

FINANCE DIRECTOR

⑈00508113⑈ ⑆12130102⑆: 0060⑈037825⑈

| E DATE | INVOICE NO. | PO NO. | AMOUNT PAID | DESCRIPTION |
|---|---|---|---|---|
| 3/03 | OH059665 | | 35.00 | 03-1-0265 |

**COUNTY OF MAUI**

| VENDOR ACCT NO. | CHECK DATE | CHECK TOTAL | VENDOR NO. | CHECK NO. |
|---|---|---|---|---|
| RPW4912A | 09/15/03 | 35.00 | T27217 | 00508113 |