```
               EGBUSINESS SERVICES, INC.
              (MAUI MEMORIAL MEDICAL CENTER)
                FEDERAL ID# 99-0339093
                1787 WILI PA LOOP, #4
                   WAILUKU, HI  96793
              (808)244-4511/FX:(808)242-2538
```

RECEIVED
CORPORATION COUNSEL
2003 NOV 21 AM 11: 16

---------------- I N V O I C E ----------------

Date: 11/13/2003                           Invoice No: 0000510254

TO: LAUREEN L. MARTIN
    DEPT. OF CORPORATION COUNSEL
    COUNTY OF MAUI
    WAILUKU HI 96793-

---

PATIENT INFORMATION

Regarding : Richard Gregory            Date Received: 11/12/2003
Request No: G32348                     Date Sent:     /  /

---

MEDICAL RECORDS SENT

06/26/1993  Complete Copy
            Prepayment Is Needed Before Records Are Sent

---

CHARGE DESCRIPTION

```
Photocopy Pages:   48            $48.00
Microfilm Pages:    0              0.00
    RESEARCH:                     20.00
           :            0.00
           :            0.00
           :            0.00
    Sales Tax:                     2.84
============================================
Total Charges:                   $70.84
  Amount Paid:                    $0.00
============================================
   Balance Due:                  $70.84
```

**PRE-PAYMENTS**

---

The use of the information may be protected by Public Law 93-225, Section 408; Public Law 93-282, Section 333; or Federal Regulation 42 CFR, Part 2. This report is strictly confidential and is for the information only of the person to whom it is adddressed.  No responsibility can be accepted if it is made available to other persons.

APPROVED FOR PAYMENT
[signature]
Deputy Corporation Counsel
County of Maui

EXHIBIT " F "



**IWADO COURT REPORTERS, INC.**

Iwado Court Reporters, Inc. Certified / Registered Professional Reporters
2233 Vineyard Street, Wailuku, Maui, Hawaii 96793 Federal ID# 99-0230607
Maui (808) 244-9300  Toll Free (800) 241-3376  Fax (808) 244-8278
Email: iwadorpr@maui.net

# INVOICE

LAUREEN L. MARTIN, DEPUTY
DEPT. OF CORPORATION COUNSEL
COUNTY OF MAUI
200 SOUTH HIGH STREET
WAILUKU, HI  96793

November 20, 2003

Invoice# 20357A

Balance:   $120.83

Caption: GREGORY v COUNTY OF MAUI, 03-1-0265(1)

Scheduled: 11/14/03    Billed: 11/20/03
Reporter: IWADO COURT REPORTERS, INC.

Charge Description                                                                          Amount

RECORDS OF:  MAUI MEMORIAL MEDICAL CENTER
INTERROGATORIES OF:  RENEE SARIBAY
RE:  RICHARD GREGORY

ORIGINAL PLUS CERTIFIED COPY
APPEARANCE FEE                                                                               40.00
PICK-UP FEE                                                                                  20.00
 6 PAGES @ 3.40                                                                              20.40
48 PAGES EXHIBITS @ .45                                                                      21.60
STORAGE 10.00; DELIVERY 4.00                                                                 14.00
SUBTOTAL $116.00

We certify that this invoice is correct and just; payment has not been received.
11/20/03    C. [signature]
Date        Authorized Signature

APPROVED FOR PAYMENT
[signature]
Deputy Corporation Counsel
County of Maui

4.16% Sales Tax:    4.83

P l e a s e   R e m i t   - - - >   Total Due:    $120.83

-----

Please return remittance stub with payment.
We accept payment by Visa and Mastercard

IWADO COURT REPORTERS, INC.                                 INVOICE# 20357A
2233 VINEYARD ST., SUITE A
WAILUKU, HI  96793                                          BALANCE$    120.83

Terms: Payable upon receipt.



**Iwado Court Reporters, Inc.** Certified / Registered Professional Reporters
2233 Vineyard Street, Wailuku, Maui, Hawaii 96793   Federal ID# 99-0230607
Maui (808) 244-9300   Toll Free (800) 241-3376   Fax (808) 244-8278
Email: iwadorpr@maui.net

# INVOICE

LAUREEN L. MARTIN, DEPUTY
DEPT. OF CORPORATION COUNSEL
COUNTY OF MAUI
200 SOUTH HIGH STREET
WAILUKU, HI  96793

December  9, 2003

Invoice# 20384A

Balance:    $100.20

Caption: GREGORY v COUNTY OF MAUI, 03-1-0265(1)

Scheduled: 12/08/03    Billed: 12/09/03
Reporter: IWADO COURT REPORTERS, INC.

Charge Description                                                                  Amount

RECORDS OF:  HAWAII MEDICAL SERVICE ASSOCIATION
INTERROGATORIES OF:  CAROL SPENCER
RE:  RICHARD GREGORY

ORIGINAL PLUS CERTIFIED COPY                                                         40.00
APPEARANCE FEE                                                                       20.00
PICK-UP FEE                                                                          20.40
6 PAGES @ 3.40
4 PAGES EXHIBITS @ .45                                                                1.80
STORAGE 10.00; DELIVERY 4.00                                                         14.00
SUBTOTAL $96.20

                                                        4.16% Sales Tax:              4.00

        P l e a s e   R e m i t    - - - >   Total Due:    $100.20

APPROVED FOR PAYMENT
Deputy Corporation Counsel
County of Maui
Laureen L. Martin

We certify that this invoice is correct and just; payment has not been received.
12/9/03
Date            Authorized Signature:

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Please return remittance stub with payment.
We accept payment by Visa and Mastercard

IWADO COURT REPORTERS, INC.
2233 VINEYARD ST., SUITE A
WAILUKU, HI  96793

INVOICE# 20384A

BALANCE$     100.20

Terms: Payable upon receipt.

F3

# RALPH ROSENBERG
## Court Reporters, Inc.
A Referral Service
Fed. I.D. #99-0193243

1001 Bishop Street
2460 Pacific Tower
Honolulu, Hawaii 96813
Telephone: (808) 524-2090

2/25/2004

BILLED TO: LAUREEN MARTIN, ESQ.
DEPUTY CORPORATION COUNSEL
200 SOUTH HIGH STREET
WAILUKU, HI 96793

INVOICE NO: 43852

RE: GREGORY VS COUNTY OF MAUI
CIVIL NO. 03-1-0265(1)

*A Full Service Court Reporting Firm with Offices Throughout the State*

| DESCRIPTION | AMOUNT |
|---|---|
| DEPO UPON WRITTEN INTERROGATORIES PACIFIC RESTAURANT VENTURES DBA NICK'S FISH MARKET TAKEN ON 02/11/04 IN HONOLULU HI | |
| RECORDS RE: RICHARD GREGORY | |
| ORIGINAL & ONE COPY | 114.75 |
| 1A 5ST1 5EH 1SF 3P 34AF  Tax | 4.78 |
| RALPH ROSENBERG  **TOTAL DUE** | **$119.53** |

Invoices payable within 30 days. A finance charge of 1½% per month will apply on past due amounts.

---

THANK YOU
(Please return this portion with your payment for proper credit.)

BILLED TO:
LAUREEN MARTIN, ESQ.
DEPUTY CORPORATION COUNSEL
200 SOUTH HIGH STREET
WAILUKU, HI 96793

**ORIGINAL**

APPROVED FOR PAYMENT
Deputy Corporation Counsel
County of Maui

RECEIVED
2004 FEB 26 AM 10:03
CORPORATION COUNSEL

INVOICE DATE: 2/25/2004
INVOICE NO: 43852
TOTAL DUE: $119.53
DATE TAKEN: 02/11/04
RE: CIVIL NO. 03-1-0265(1)
WITNESS(ES): PACIFIC RESTAURANT VENTURES DBA NICK'S FISH MARKET

1A 5ST1 5EH 1SF 3P 34AF
RALPH ROSENBERG   RALPH ROSENBERG COURT REPORTERS, INC.
1001 Bishop Street, 2460 Pacific Tower, Honolulu, HI 96813

F 4



**Iwado Court Reporters, Inc. Certified / Registered Professional Reporters**
2233 Vineyard Street, Wailuku, Maui, Hawaii 96793 Federal ID# 99-0230607
Maui (808) 244-9300  Toll Free (800) 241-3376  Fax (808) 244-8278
Email: iwadopr@maui.net

# INVOICE

LAUREEN L. MARTIN, DEPUTY
DEPT. OF CORPORATION COUNSEL
COUNTY OF MAUI
200 SOUTH HIGH STREET
WAILUKU, HI   96793

March  1, 2004

Invoice# 20432A

Balance:        $55.52

*RECEIVED CORPORATION COUNSEL 2004 MAR -2 PM 3: 18*

Caption: GREGORY v COUNTY OF MAUI, 03-1-0265(1)

Scheduled: 02/16/04    Billed: 02/27/04
Reporter: IWADO COURT REPORTERS, INC.

Charge Description                                                                  Amount

RECORDS OF:  EMBASSY VACATION RESORT
INTERROGATORIES OF:  RODNEY L. GABALDON
RE:  RICHARD GREGORY

| | |
|---|---:|
| ORIGINAL PLUS CERTIFIED COPY | 20.00 |
| APPEARANCE FEE | 17.00 |
| 5 PAGES @ 3.40 | 6.30 |
| 14 PAGES EXHIBITS @ .45 | 10.00 |
| STORAGE | |
| SUBTOTAL $53.30 | |
| 4.16% Sales Tax: | 2.22 |

We certify that this invoice is correct and
just; payment has not been received.

3/1/04   C. Chulduhise
Date          Authorized Signature

P l e a s e    R e m i t    - - - >   Total Due:     $55.52

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Please return remittance stub with payment.

We accept payment by Visa and Mastercard

IWADO COURT REPORTERS, INC.
2233 VINEYARD ST., SUITE A
WAILUKU, HI  96793

APPROVED FOR PAYMENT
*signature*
Deputy Corporation Counsel
County of Maui

INVOICE# 20432A

BALANCE$      55.52

Terms: Payable upon receipt.

F5



Iwado Court Reporters, Inc. Certified / Registered Professional Reporters
2233 Vineyard Street, Wailuku, Maui, Hawaii 96793 Federal ID# 99-0230607
Maui (808) 244-9300  Toll Free (800) 241-3376  Fax (808) 244-8278
Email: iwadorpr@maui.net

# INVOICE

LAUREEN L. MARTIN, DEPUTY
DEPT. OF CORPORATION COUNSEL
COUNTY OF MAUI
200 SOUTH HIGH STREET
WAILUKU, HI  96793

March  1, 2004

Invoice# 20431A

Balance:         $51.77

RECEIVED
CORPORATION COUNSEL
2004 MAR -2 PM 3:18

Caption: GREGORY v COUNTY OF MAUI, 03-1-0265(1)

Scheduled: 02/18/04    Billed: 02/27/04
Reporter: IWADO COURT REPORTERS, INC.

                                                                    Amount

Charge Description

RECORDS OF:  PUKALANI ELEMENTARY SCHOOL - VOL. II
INTERROGATORIES OF:  ALICE MONOOGAN
RE:  KEANU GREGORY

ORIGINAL PLUS CERTIFIED COPY                                         20.00
APPEARANCE FEE                                                       17.00
  PAGES @ 3.40                                                        2.70
  PAGES EXHIBITS @ .45                                               10.00
STORAGE
SUBTOTAL $49.70

We certify that this invoice is correct and
just; payment has not been received.    4.16% Sales Tax:              2.07
_3/1/04_  _C. Culderhrp_
  Date        Authorized Signature

        P l e a s e    R e m i t   - - - >   Total Due:              $51.77

-------------------------------------------------------------------------

Please return remittance stub with payment.
We accept payment by Visa and Mastercard

                    APPROVED FOR PAYMENT
                    _____
                    Deputy Corporation Counsel       INVOICE# 20431A
IWADO COURT REPORTERS, INC.      County of Maui
2233 VINEYARD ST., SUITE A
WAILUKU, HI  96793                                   BALANCE$    51.77

Terms: Payable upon receipt.

F6



**IWADO COURT REPORTERS, INC.**

Iwado Court Reporters, Inc. Certified / Registered Professional Reporters
2233 Vineyard Street, Wailuku, Maui, Hawaii 96793 Federal ID# 99-0230607
Maui (808) 244-9300  Toll Free (800) 241-3376  Fax (808) 244-8278
Email: iwadorpr@maui.net

# INVOICE

LAUREEN L. MARTIN, DEPUTY
DEPT. OF CORPORATION COUNSEL
COUNTY OF MAUI
200 SOUTH HIGH STREET
WAILUKU, HI  96793

March  1, 2004

Invoice# 20430A

Balance:     $99.26

Caption: GREGORY v COUNTY OF MAUI, 03-1-0265(1)

Scheduled: 02/09/04    Billed: 02/27/04
Reporter: IWADO COURT REPORTERS, INC.

Charge Description                                                          Amount

RECORDS OF:  PUKALANI ELEMENTARY SCHOOL
INTERROGATORIES OF:  VIVIAN CASTILLO
RE:  KEANU GREGORY

ORIGINAL PLUS CERTIFIED COPY                                                 40.00
APPEARANCE FEE                                                               17.00
 5 PAGES @ 3.40                                                              24.30
54 PAGES EXHIBITS @ .45                                                      14.00
STORAGE 10.00; DELIVERY 4.00
SUBTOTAL $95.30

We certify that this invoice is correct and
just; payment has not been received.
                                        4.16% Sales Tax:                      3.96
3/1/04  C. Childuhise
Date            Authorized Signature

P l e a s e   R e m i t   - - - >    Total Due:          $99.26

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Please return remittance stub with payment.
We accept payment by Visa and Mastercard

IWADO COURT REPORTERS, INC.        APPROVED FOR PAYMENT        INVOICE# 20430A
2233 VINEYARD ST., SUITE A
WAILUKU, HI  96793                  Deputy Corporation Counsel  BALANCE$   99.26
                                    County of Maui

Terms: Payable upon receipt.

F7



Iwado Court Reporters, Inc. Certified / Registered Professional Reporters
2233 Vineyard Street, Wailuku, Maui, Hawaii 96793 Federal ID# 99-0230607
Maui (808) 244-9300  Toll Free (800) 241-3376  Fax (808) 244-8278
Email: iwadorpr@maui.net

# INVOICE

LAUREEN L. MARTIN, DEPUTY
DEPT. OF CORPORATION COUNSEL
COUNTY OF MAUI
200 SOUTH HIGH STREET
WAILUKU, HI  96793

March  5, 2004

Invoice# 20434A

Balance:           $95.05

Caption: GREGORY v COUNTY OF MAUI, 03-1-0265(1)

Scheduled: 02/23/04    Billed: 03/05/04
Reporter: IWADO COURT REPORTERS, INC.

Charge Description                                                    Amount

RECORDS OF:  MEO HEADSTART
INTERROGATORIES OF:  DEBORAH LYNNE AMARAL
RE:  KALANI & SHAYLISSE GREGORY

ORIGINAL PLUS CERTIFIED COPY                                          40.00
APPEARANCE FEE                                                        17.00
 5 PAGES @ 3.40                                                       20.25
45 PAGES EXHIBITS @ .45                                               14.00
STORAGE 10.00; DELIVERY 4.00
SUBTOTAL $91.25

We certify that this invoice is correct and
just; payment has not been received.              4.16% Sales Tax:     3.80

3/5/04   C. Culderhisi
Date         Authorized Signature

P l e a s e    R e m i t   - - - >   Total Due:     $95.05

---

Please return remittance stub with payment.
We accept payment by Visa and Mastercard

APPROVED FOR PAYMENT

IWADO COURT REPORTERS, INC.          Deputy Corporation Counsel       INVOICE# 20434A
2233 VINEYARD ST., SUITE A                County of Maui
WAILUKU, HI  96793                                                    BALANCE$     95.05

Terms: Payable upon receipt.

F8

**INSURANCE REPORT SERVICES**

P.O. BOX 3116
HONOLULU, HI, HI 96802-3116
PH: (808)524-3998/FAX: (808)524-4574
FED ID# 99-0320506

# Invoice

RECEIVED
CORPORATION COUNSEL
2004 APR -6 PM 2: 57

| DATE | INVOICE NO. |
|---|---|
| 3/11/2004 | K14133 |

**BILL TO:**
DEPT OF CORPORATION COUNSEL
200 S. HIGH STREET
WAILUKU, HI 96793
ATTN: LAUREEN MARTIN, ESQ.

| TERMS | PATIENT NAME | FILE NUMBER |
|---|---|---|
| Due on receipt | GREGORY, VALERIE | 03-1-0265 (1) |

| Item | DESCRIPTION | AMOUNT |
|---|---|---|
| Processing Fee | KAISER PERMANENTE - First 10 pages | 25.00 |
| Copying Cost | 483 PAGES | 241.50 |
| | RECORDS SUBPOENAED BY IWADO COURT REPORTERS | |

APPROVED FOR PAYMENT
Deputy Corporation Counsel
County of Maui

RECEIVED
MAR 1c 2004
IWADO COURT REPORTERS, INC.
[✓] MAIL  [ ] H/D  [ ] C/J

**REMINDERS:**
**MAKE CHECK PAYABLE TO INSURANCE REPORT SERVICES
**WRITE INVOICE NUMBER ON CHECK
**RETURN COPY OF INVOICE WITH PAYMENT. THANK YOU!

| Sales Tax (4.0%) | $10.66 |
|---|---|
| **Total** | **$277.16** |

F9



**Iwado Court Reporters, Inc.** Certified / Registered Professional Reporters
2233 Vineyard Street, Wailuku, Maui, Hawaii 96793  Federal ID# 99-0230607
Maui (808) 244-9300  Toll Free (800) 241-3376  Fax (808) 244-8278
Email: iwadorpr@maui.net

# INVOICE

LAUREEN L. MARTIN, DEPUTY
DEPT. OF CORPORATION COUNSEL
COUNTY OF MAUI
200 SOUTH HIGH STREET
WAILUKU, HI  96793

March 12, 2004

Invoice# 20441A

Balance:     $113.79

Caption: GREGORY v COUNTY OF MAUI, 03-1-0265(1)

Scheduled: 02/26/04     Billed: 03/11/04
Reporter: IWADO COURT REPORTERS, INC.

Charge Description                                                               Amount

RECORDS OF:  KAISER PERMANENTE
INTERROGATORIES OF:  MAILE KAIO
RE:  RICHARD JOSEPH GREGORY

ORIGINAL PLUS CERTIFIED COPY                                                      40.00
APPEARANCE FEE                                                                    20.00
PICK-UP FEE                                                                       20.40
 6 PAGES @ 3.40                                                                   
33 PAGES EXHIBITS @ .45                                                           14.85
STORAGE 10.00; DELIVERY 4.00                                                      14.00
SUBTOTAL $109.25

We certify that this invoice is correct and just; payment has not been received.
3/12/04   C. Childuhose
Date           Authorized Signature

APPROVED FOR PAYMENT
Deputy Corporation Counsel
County of Maui

                            4.16% Sales Tax:     4.54

P l e a s e   R e m i t   - - - >   Total Due:    $113.79

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Please return remittance stub with payment.
We accept payment by Visa and Mastercard

IWADO COURT REPORTERS, INC.                          INVOICE# 20441A
2233 VINEYARD ST., SUITE A
WAILUKU, HI  96793                                   BALANCE$    113.79

Terms: Payable upon receipt.

F10

# IWADO COURT REPORTERS, INC.

Iwado Court Reporters, Inc. Certified / Registered Professional Reporters
2233 Vineyard Street, Wailuku, Maui, Hawaii 96793  Federal ID# 99-0230607
Maui (808) 244-9300  Toll Free (800) 241-3376  Fax (808) 244-8278
Email: iwadorpr@maui.net

# INVOICE

905018

LAUREEN L. MARTIN, DEPUTY
DEPT. OF CORPORATION COUNSEL
COUNTY OF MAUI
200 SOUTH HIGH STREET
WAILUKU, HI  96793

March 31, 2004

Invoice# 20461A

Balance:  $325.86

Caption: GREGORY v COUNTY OF MAUI, 03-1-0265(1)

Scheduled: 03/17/04    Billed: 03/31/04
Reporter: IWADO COURT REPORTERS, INC.

Charge Description                                                          Amount

RECORDS OF:  KAISER PERMANENTE
INTERROGATORIES OF:  LYN EDNILAO
RE:  VALERIE GREGORY

ORIGINAL PLUS CERTIFIED COPY
APPEARANCE FEE                                                              40.00
PICK-UP FEE                                                                 20.00
  5 PAGES @ 3.40                                                            17.00
493 PAGES EXHIBITS @ .45                                                   221.85
STORAGE 10.00; DELIVERY 4.00                                                14.00
SUBTOTAL $312.85

We certify that this invoice is correct and
just; payment has not been received.             4.16% Sales Tax:           13.01

3/31/04   C. Childuhine
Date        Authorized Signature

P l e a s e   R e m i t   - - - >   Total Due:   $325.86

---

Please return remittance stub with payment.
We accept payment by Visa and Mastercard

IWADO COURT REPORTERS, INC.                      INVOICE# 20461A
2233 VINEYARD ST., SUITE A
WAILUKU, HI  96793                               BALANCE$     325.86

Terms: Payable upon receipt.

F11



Iwado Court Reporters, Inc. Certified / Registered Professional Reporters
2233 Vineyard Street, Wailuku, Maui, Hawaii 96793 Federal ID# 99-0230607
Maui (808) 244-9300  Toll Free (800) 241-3376  Fax (808) 244-8278
Email: iwadopr@maui.net

# INVOICE

LAUREEN L. MARTIN, DEPUTY
DEPT. OF CORPORATION COUNSEL
COUNTY OF MAUI
200 SOUTH HIGH STREET
WAILUKU, HI  96793

March 31, 2004

Invoice# 20464A

Balance:       $67.18

Caption: GREGORY v COUNTY OF MAUI, 03-1-0265(1)

Scheduled: 03/22/04    Billed: 03/31/04
Reporter: IWADO COURT REPORTERS, INC.

                                                              Amount

Charge Description

RECORDS OF:  BALLARD FAMILY MORTUARY
INTERROGATORIES OF:  GWEN TAKAKURA
RE:  RICHARD JOSEPH GREGORY

ORIGINAL PLUS CERTIFIED COPY                                   20.00
APPEARANCE FEE                                                 17.00
 5 PAGES @ 3.40                                                13.50
30 PAGES EXHIBITS @ .45                                        14.00
STORAGE 10.00; DELIVERY 4.00
SUBTOTAL $64.50

APPROVED FOR PAYMENT
Deputy Corporation Counsel
County of Maui

We certify that this invoice is correct and
just; payment has not been received.       4.16% Sales Tax:     2.68

3/31/04  C. Auldupin
Date        Authorized Signature

     P l e a s e   R e m i t   - - - >  Total Due:       $67.18

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Please return remittance stub with payment.
We accept payment by Visa and Mastercard

IWADO COURT REPORTERS, INC.                INVOICE# 20464A
2233 VINEYARD ST., SUITE A
WAILUKU, HI  96793                         BALANCE$      67.18

Terms: Payable upon receipt.



**IWADO COURT REPORTERS, INC.**

Iwado Court Reporters, Inc. Certified / Registered Professional Reporters
2233 Vineyard Street, Wailuku, Maui, Hawaii 96793 Federal ID# 99-0230607
Maui (808) 244-9300  Toll Free (800) 241-3376  Fax (808) 244-8278
Email: iwadorpr@maui.net

# INVOICE

LAUREEN L. MARTIN, DEPUTY
DEPT. OF CORPORATION COUNSEL
COUNTY OF MAUI
200 SOUTH HIGH STREET
WAILUKU, HI  96793

April 12, 2004

Invoice# 20465A

Balance:      $80.62

Caption: GREGORY v COUNTY OF MAUI, 03-1-0265(1)

Scheduled: 03/23/04    Billed: 04/08/04
Reporter: IWADO COURT REPORTERS, INC.

905018

| Charge Description | Amount |
|---|---|

RECORDS OF:  CALVARY CHAPEL CENTRAL
INTERROGATORIES OF:  BRADLEY HALL
RE:  RICHARD JOSEPH GREGORY

We certify that this invoice is correct and just; payment has not been received.
4/12/04  C. Culduhnr
Date         Authorized Signature

ORIGINAL PLUS CERTIFIED COPY                          20.00
APPEARANCE FEE                                        20.40
6 PAGES @ 3.40
TWO VIDEOTAPES NOT REPRODUCED                         23.00
SIGNATURE 20.00; WITNESS COPY 3.00                    14.00
STORAGE 10.00; DELIVERY 4.00
SUBTOTAL $77.40
*Videotapes to be returned to Iwado Court Rptrs.
                           4.16% Sales Tax:            3.22

        P l e a s e   R e m i t   - - - >   Total Due:  $80.62

----

Please return remittance stub with payment.

We accept payment by Visa and Mastercard

APPROVED FOR PAYMENT
(Deputy Corporation Counsel
County of Maui)

IWADO COURT REPORTERS, INC.                INVOICE# 20465A
2233 VINEYARD ST., SUITE A
WAILUKU, HI  96793                         BALANCE$    80.62

Terms: Payable upon receipt.

F13

# IWADO
## COURT REPORTERS, INC.

Iwado Court Reporters, Inc. Certified / Registered Professional Reporters
2233 Vineyard Street, Wailuku, Maui, Hawaii 96793 Federal ID# 99-0230607
Maui (808) 244-9300  Toll Free (800) 241-3376  Fax (808) 244-8278
Email: iwadorpr@maui.net

# INVOICE

LAUREEN L. MARTIN, DEPUTY
DEPT. OF CORPORATION COUNSEL
COUNTY OF MAUI
200 SOUTH HIGH STREET
WAILUKU, HI  96793

June  9, 2004

Invoice# 20552A

Balance:      $89.68

Caption: GREGORY v COUNTY OF MAUI, 03-1-0265(1)

Scheduled: 06/01/04    Billed: 06/09/04
Reporter: IWADO COURT REPORTERS, INC.

Charge Description                                                    Amount

RECORDS OF: VILORIA'S TAX SERVICE
INTERROGATORIES OF: ALEJANDRO VILORIA
RE:  VALERIE and RICHARD GREGORY

ORIGINAL PLUS CERTIFIED COPY
APPEARANCE FEE                                                         40.00
 5 PAGES @ 3.45                                                        17.25
33 PAGES EXHIBITS @ .45                                                14.85
STORAGE 10.00; DELIVERY 4.00                                           14.00
SUBTOTAL $86.10

We certify that this invoice is correct and
just; payment has not been received    4.16% Sales Tax:                 3.58

P l e a s e   R e m i t   - - - >    Total Due:      $89.68

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Please return remittance stub with payment.
We accept payment by Visa and Mastercard

APPROVED FOR PAYMENT

IWADO COURT REPORTERS, INC.                           INVOICE# 20552A
2233 VINEYARD ST., SUITE A
WAILUKU, HI  96793                                    BALANCE$    89.68

Terms: Payable upon receipt.



**IWADO COURT REPORTERS, INC.**

Iwado Court Reporters, Inc. Certified / Registered Professional Reporters
2233 Vineyard Street, Wailuku, Maui, Hawaii 96793 Federal ID# 99-0230607
Maui (808) 244-9300  Toll Free (800) 241-3376  Fax (808) 244-8278
Email: iwadorpr@maui.net

# INVOICE

LAUREEN MARTIN, DEPUTY
DEPT. OF CORPORATION COUNSEL
COUNTY OF MAUI
200 SOUTH HIGH STREET
WAILUKU, HI  96793

November 16, 2004

Invoice# 20626A

Balance:        $170.41

Caption: GREGORY v COUNTY OF MAUI, 03-1-0265(1)

Scheduled: 10/26/04    Billed: 11/15/04
Reporter: IWADO COURT REPORTERS, INC.

| Charge Description | Amount |
|---|---|
| RECORDS OF: MED-QUEST | |
| INTERROGATORIES OF: EDIE MAYESHIRO | |
| RE: RICHARD JOSEPH, VALERIE, ISRAEL, KEANU, KATANI and SHAYLISSE GREGORY | |
| ORIGINAL PLUS CERTIFIED COPY | |
| APPEARANCE FEE | 40.00 |
| PICK-UP FEE | 25.00 |
| 6 PAGES @ 3.45 | 20.70 |
| 142 PAGES EXHIBITS @ .45 | 63.90 |
| STORAGE 10.00; DELIVERY 4.00 | 14.00 |
| SUBTOTAL $163.60 | |
| 4.16% Sales Tax: | 6.81 |

We certify that this invoice is correct and just; payment has not been received

_____
Date            Authorized Signature

P l e a s e   R e m i t   - - - >   Total Due:   $170.41

---

Please return remittance stub with payment.
We accept payment by Visa and Mastercard

APPROVED FOR PAYMENT

IWADO COURT REPORTERS, INC.
2233 VINEYARD ST., SUITE A
WAILUKU, HI  96793

_____
Deputy Corporation Counsel
County of Maui

INVOICE# 20626A

BALANCE$    170.41

Terms: Payable upon receipt.

# Information Management Partners, Inc.

PO Box 3116
Honolulu, HI 96802-3116
Federal ID: 99-0320506

# Invoice

| Date | Invoice # |
|---|---|
| 9/16/2005 | K24778 |

| Bill To |
|---|
| DEPT OF THE CORPORATION COUNSEL<br>COUNTY OF MAUI<br>200 S. HIGH STREET, 9TH FL.<br>WAILUKU, HI 96793<br>ATTN: LAUREEN L. MARTIN |

| Record Name | Record Identifier |
|---|---|
| GREGORY, KALANI | 04-00516 SPK KSC |

| | Terms |
|---|---|
| | Due on receipt |

| Item | Description | Amount |
|---|---|---|
| K INITIATION FEE | KAISER PERMANENTE - FIRST 10 PAGES | 25.00T |
| COPY COST | 174 PAGES | 87.00T |
| | Hawaii General Excise Tax | 4.67 |

APPROVED FOR PAYMENT
Deputy Corporation Counsel
County of Maui

RECEIVED CORPORATION COUNSEL
2005 SEP 20 PM 2:19

**Amount Due:** $116.67

Reminders:

1. Make checks payable to Information Management Partners, Inc.

2. Write the invoice number on your check or enclose a copy of this invoice with your payment.

3. A $25.00 NSF fee will be charged for all returned checks.

CONTACT US:

Billing / Job Status / Customer Service
Kaiser: (808) 432-5115
Queens: (808) 537-7347
All Others: (808) 524-3998
Fax: (808) 524-4574

Credit Card Payments: (808) 524-3998

F16

**Information Management Partners, Inc.**

PO Box 3116
Honolulu, HI 96802-3116
Federal ID: 99-0320506

# Invoice

| Date | Invoice # |
|---|---|
| 9/16/2005 | K24779 |

**Bill To**

DEPT OF THE CORPORATION COUNSEL
COUNTY OF MAUI
200 S. HIGH STREET, 9TH FL.
WAILUKU, HI 96793
ATTN: LAUREEN L. MARTIN

| Record Name | Record Identifier |
|---|---|
| GREGORY, KEANU | 04-00516 SPK KSC |

**Terms:** Due on receipt

| Item | Description | Amount |
|---|---|---|
| K INITIATION FEE | KAISER PERMANENTE - FIRST 10 PAGES | 25.00T |
| COPY COST | 116 PAGES | 58.00T |
|  | Hawaii General Excise Tax | 3.46 |

APPROVED FOR PAYMENT
Deputy Corporation Counsel
County of Maui

RECEIVED
2005 SEP 20 PM 2:22
CORPORATION COUNSEL

**Amount Due:** $86.46

Reminders:

1. Make checks payable to Information Management Partners, Inc.

2. Write the invoice number on your check or enclose a copy of this invoice with your payment.

3. A $25.00 NSF fee will be charged for all returned checks.

CONTACT US:

Billing / Job Status / Customer Service
Kaiser: (808) 432-5115
Queens: (808) 537-7347
All Others: (808) 524-3998
Fax: (808) 524-4574

Credit Card Payments: (808) 524-3998

F17

# Information Management Partners, Inc.

PO Box 3116
Honolulu, HI 96802-3116
Federal ID: 99-0320506

# Invoice

| Date | Invoice # |
|---|---|
| 9/16/2005 | K24757 |

| Bill To |
|---|
| DEPT OF THE CORPORATION COUNSEL
COUNTY OF MAUI
200 S. HIGH STREET, 9TH FL.
WAILUKU, HI 96793
ATTN: LAUREEN L. MARTIN |

| Record Name | Record Identifier |
|---|---|
| GREGORY, ISREAL | 04-00516 SPK KSC |

| Terms |
|---|
| Due on receipt |

| Item | Description | Amount |
|---|---|---|
| K INITIATION FEE | KAISER PERMANENTE - FIRST 10 PAGES | 25.00T |
| COPY COST | 51 PAGES | 25.50T |
|  | Hawaii General Excise Tax | 2.10 |

APPROVED FOR PAYMENT
*[signature]*
Deputy Corporation Counsel
County of Maui

**Amount Due:**   $52.60

Reminders:

1. Make checks payable to Information Management Partners, Inc.

2. Write the invoice number on your check or enclose a copy of this invoice with your payment.

3. A $25.00 NSF fee will be charged for all returned checks.

CONTACT US:

Billing / Job Status / Customer Service
Kaiser: (808) 432-5115
Queens: (808) 537-7347
All Others: (808) 524-3998
Fax: (808) 524-4574

Credit Card Payments: (808) 524-3998

P18

rmation Management Partners, Inc.

# Invoice

ox 3116
lulu, HI 96802-3116
ral ID: 99-0320506

| Date | Invoice # |
|---|---|
| 9/16/2005 | K24758 |

OF THE CORPORATION COUNSEL
TY OF MAUI
HIGH STREET, 9TH FL.
JKU, HI 96793
LAUREEN L. MARTIN

| Record Name | Record Identifier |
|---|---|
| GREGORY, VALERIE | 04-00516 SPK KSC |

| Terms |
|---|
| Due on receipt |

| Item | Description | Amount |
|---|---|---|
| IATION FEE | KAISER PERMANENTE - FIRST 10 PAGES | 25.00T |
| COST | 40 PAGES | 20.00T |
|  | Hawaii General Excise Tax | 1.87 |

APPROVED FOR PAYMENT
Deputy Corporation Counsel
County of Maui

**Amount Due:** $46.87

inders:

ake checks payable to Information Management Partners,

/rite the invoice number on your check or enclose a copy of
nvoice with your payment.

$25.00 NSF fee will be charged for all returned checks.

CONTACT US:

Billing / Job Status / Customer Service
Kaiser: (808) 432-5115
Queens: (808) 537-7347
All Others: (808) 524-3998
Fax: (808) 524-4574

Credit Card Payments: (808) 524-3998

F19

formation Management Partners, Inc.

Box 3116
nolulu, HI 96802-3116
leral ID: 99-0320506

# Invoice

| Date | Invoice # |
|---|---|
| 9/16/2005 | K24759 |

**l To**

T OF THE CORPORATION COUNSEL
INTY OF MAUI
S. HIGH STREET, 9TH FL.
LUKU, HI 96793
N: LAUREEN L. MARTIN

| Record Name | Record Identifier |
|---|---|
| GREGORY, SHAYLISSE | 04-00516 SPK KSC |

| Terms |
|---|
| Due on receipt |

| Item | Description | Amount |
|---|---|---|
| ITIATION FEE | KAISER PERMANENTE - FIRST 10 PAGES | 25.00T |
| Y COST | 88 PAGES | 44.00T |
| | Hawaii General Excise Tax | 2.87 |

APPROVED FOR PAYMENT
Deputy Corporation Counsel
County of Maui

**Amount Due:** $71.87

**CONTACT US:**

Billing / Job Status / Customer Service
Kaiser: (808) 432-5115
Queens: (808) 537-7347
All Others: (808) 524-3998
Fax: (808) 524-4574

Credit Card Payments: (808) 524-3998

minders:

Make checks payable to Information Management Partners,

Write the invoice number on your check or enclose a copy of
invoice with your payment.

A $25.00 NSF fee will be charged for all returned checks.

F20