**DAVID J. GIERLACH**
**ATTORNEY AT LAW**
500 Ala Moana Boulevard
Suite 330, 5 Waterfront Plaza
Honolulu, Hawaii 96813
TEL (808) 523-1332; FAX (808) 526-2275

January 9, 2006

LAUREEN MARTIN, ESQ.
Deputy Corporation Counsel
Department of the Corporation Counsel
200 S. High Street
Wailuku, Maui, Hawaii 96793

Re: *Gregory, et al. v. County of Maui, et al.*
Civil No. 04-00516 SPK KSC

Dear Ms. Martin:

This letter responds to yours of December 19, 2005. Please reimburse me the sum of $261.00 as one-half of the airline payment and travel agency service fee incurred by Mr. Van Blaricom. I enclose a copy of my American Express bill reflecting those charges. This also confirms that you will pay $650.00 toward the $1,300.00 incurred by Mr. Van Blaricom for his travel time.

Very truly yours,

DAVID J. GIERLACH

APPROVED FOR PAYMENT
Deputy Corporation Counsel
County of Maui

DJG/bmp
Enclosure

$261
$650
─────
$911

$1,500 +
  911
─────
$2,411

EXHIBIT "G"

RECEIVED
CORPORATION COUNSEL
2006 JAN 10 PM 2: 37

ONLINE
TWX*AOL SERVICE 1205        23.90

**AMERICAN EXPRESS**

Prepared For
DAVID J GIERLACH
D J GIERLACH ATTY

Account Number
XXXX-XXXXXX7-23005

Closing Date
12/23/05

Page 3 of 10

## New Activity Continued

| Date | Description | | Amount $ |
|---|---|---|---|
| 11/23/05 | CANYON PARK TRAVEL S BOTHELL  WA | | 472.40 |
| | ALASKA AIRLINES | | |
| | From: SEATTLE WA  To: SAN JOSE CA / SEATTLE WA | Carrier: AS, AS  Class: FA, FA  Date of Departure: 11/29 | |
| | Ticket Number: 02713331799065 | | |
| | Passenger Name: VANBLARICOM/DONALD | | |
| | Document Type: PASSENGER TICKET | | |
| 11/24/05 | CANYON PARK TRAVEL S BOTHELL  WA | | 50.00 |
| | TRAVEL AGENCY SERVICE FEE | | |
| | Routing Details Not Available | | |
| | Ticket Number: 8908113060376 | | |
| | Passenger Name: VANBLARICOM/DONALD | | |

G2

# D.F. VAN BLARICOM, INC

835 91st Lane N.E.
Bellevue, WA 98004-4811
425 453-0082  FAX 453-3263

TAX ID 91-1437291

2005 DEC -5 PM 2: 44

Moana M. Lutey
Deputy Corporation Counsel
200 S. High St.
Wailuku HI 96793

December 02, 2005
In Reference To:  Gregory v. County of Maui
03-1063D
Invoice # 17553

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 12/2/2005 | To Palo Alto, give deposition & return | 16.30 | 2,800.00 |
|  | For professional services rendered | 16.30 | $2,800.00 |
| 12/2/2005 | Payment - thank you (I still owe you 2 hours of deposition time). Check No. 00617705 |  | ($1,500.00) |
|  | Total payments and adjustments |  | ($1,500.00) |
|  | **BALANCE DUE** |  | $1,300.00 |

APPROVED FOR PAYMENT



Deputy Corporation Counsel
County of Maui

63