

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

DOCKET FEE PAYMENT NOTIFICATION FORM

I. SHORT CASE TITLE: GREGORY, ET AL. VS. COUNTY OF MAUI, ET AL.
   U.S. COURT OF APPEALS DOCKET NUMBER: _06-15374_
   U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII
   U.S. DISTRICT COURT DOCKET NUMBER: CV 04-00516 SPK-KSC

II  DATE NOTICE OF APPEAL FILED: February 17, 2006

III U.S. COURT OF APPEALS PAYMENT STATUS:
    DOCKET FEE PAID ON: 2/24/06          AMOUNT: $255.00
    NOT PAID YET:                         BILLED:
    U.S. GOVERNMENT APPEAL:               FEE WAIVED:
    WAS APPELLANT OR APPELLEE GRANTED F.P. STATUS?
    IF YES, SHOW DATE:          & ATTACH COPY OF ORDER/CJA
    WAS F.P. STATUS REVOKED:     DATE:
    WAS F.P. STATUS LIMITED IN SOME FASHION?
    IF YES, EXPLAIN:

    RECEIVED
    CLERK U.S. DISTRICT COURT
    MAR 0 9 2006
    DISTRICT OF HAWAII

IV  COMPANION CASES, IF ANY:

V.  COMPLETED IN THE U.S. DISTRICT COURT BY:
    Erin Taniguchi

AMENDED NOTIFICATION _____ PAID _____ F.P. _____
DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)