cc: SPK

ORIGINAL

DAVID J. GIERLACH 5041
500 Ala Moana Boulevard
Suite 330, 5 Waterfront Plaza
Honolulu, Hawaii 96813
Telephone: (808) 523-1332
Facsimile: (808) 526-2275

EVE M. GREEN 5550
58 Central Avenue
Wailuku, Maui, Hawaii 96793

DAVID A. SERENO 5739
55-B N. Church Street
Wailuku, Maui, Hawaii 96793

Attorneys for Plaintiffs

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 14 2006

at 1 o'clock and 50 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| VALERIE GREGORY, Individually and as Special Administrator of the Estate of RICHARD J. GREGORY, Deceased, and as Next Friend of ISREAL GREGORY, a Minor, KEANU GREGORY, a Minor and SHAYLISSE GREGORY, a Minor, | CIVIL NO. CV 04 00516 SPK/KSCC [Other Non-Motor Vehicle Tort] |
| Plaintiffs, | PLAINTIFFS' MEMORANDUM IN OPPOSITION TO COUNTY DEFENDANTS' BILL OF COSTS, FILED MARCH 9, 2006 |
| vs. | |
| COUNTY OF MAUI, MAUI POLICE | JUDGE: THE HONORABLE SAMUEL P. KING |

[CAPTION CONTINUED]

DEPARTMENT, GARRET TIHADA, EDWIN K. AMONG, NICHOLAS E. ANGELL, JOHN DOE OFFICERS 1-10, JOHN DOES 1-10, JANE DOES 1-10, DOE CORPORATIONS 1-10, DOE PARTNERSHIPS 1-10 AND DOE GOVERNMENTAL ENTITIES 1-10,

Defendants.

PLAINTIFFS' MEMORANDUM IN OPPOSITION TO COUNTY DEFENDANTS' BILL OF COSTS, FILED MARCH 9, 2006

Plaintiffs respectfully request this Court to either deny the County Defendants' Bill of Costs or, if it is granted, to defer its enforceability under after the appeal is resolved in this case. Plaintiffs respectfully incorporate all of the arguments in their memorandum in opposition to County Defendants' motion for an award of expert fees and other non-taxable costs. In summary fashion, Plaintiffs are the widow and minor children of the deceased, Richard Gregory. Mrs. Gregory, as a single mother and widow has very limited financial resources. Plaintiffs believe firmly that the appellate court will reverse the grant of summary judgment and remand the matter for trial. It will cause the County no prejudice if it must delay enforcement of any award of costs if such are granted. On the

contrary, allowing the County to recover its costs from Mrs. Gregory while the appeal is pending could substantially prejudice her financial situation. Accordingly, it is respectfully requested that the Court exercise its discretion in denying costs or in the alternative, to delay enforcement of such costs pending the outcome of the appeal.

DATED: Honolulu, Hawaii, March 14, 2006.

DAVID J. GIERLACH
EVE M. GREEN
DAVID A. SERENO
Attorneys for Plaintiffs