ORIGINAL

DAVID J. GIERLACH 5041
500 Ala Moana Boulevard
Suite 330, 5 Waterfront Plaza
Honolulu, Hawaii 96813
Telephone: (808) 523-1332
Facsimile: (808) 526-2275

EVE M. GREEN 5550
58 Central Avenue
Wailuku, Maui, Hawaii 96793

DAVID A. SERENO 5739
55-B N. Church Street
Wailuku, Maui, Hawaii 96793

Attorneys for Plaintiffs

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 14 2006

at 1 o'clock and 50 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| VALERIE GREGORY, Individually and as Special Administrator of the Estate of RICHARD J. GREGORY, Deceased, and as Next Friend of ISREAL GREGORY, a Minor, KEANU GREGORY, a Minor and SHAYLISSE GREGORY, a Minor, | ) | CIVIL NO. CV 04 00516 SPK/KSCC [Other Non-Motor Vehicle Tort] |
| | ) | CERTIFICATE OF SERVICE RE: PLAINTIFFS' MEMORANDUM IN OPPOSITION TO COUNTY DEFENDANTS' BILL OF COSTS, FILED MARCH 9, 2006 |
| Plaintiffs, | ) | |
| vs. | ) | |
| COUNTY OF MAUI, MAUI POLICE | ) | JUDGE: THE HONORABLE SAMUEL P. KING |

[CAPTION CONTINUED]

DEPARTMENT, GARRET TIHADA, EDWIN K. AMONG, NICHOLAS E. ANGELL, JOHN DOE OFFICERS 1-10, JOHN DOES 1-10, JANE DOES 1-10, DOE CORPORATIONS 1-10, DOE PARTNERSHIPS 1-10 AND DOE GOVERNMENTAL ENTITIES 1-10,

Defendants.

CERTIFICATE OF SERVICE RE:
PLAINTIFFS' MEMORANDUM IN OPPOSITION
TO COUNTY DEFENDANTS' BILL OF COSTS,
FILED MARCH 9, 2006

I HEREBY CERTIFY that a copy of the document captioned above will be duly served by UNITED STATES MAIL, postage prepaid and FACSIMILE TRANSMISSION to the party identified below at her last known address on the date herein indicated.

LAUREEN L. MARTIN, ESQ.
Deputy Corporation Counsel
Department of Corporation Counsel
200 S. High Street
Wailuku, Maui, Hawaii 96793

VIA FACSIMILE
(808) 270-7251

Attorney for COUNTY DEFENDANTS

DATED: Honolulu, Hawaii, March 14, 2006.

DAVID J. GIERLACH
EVE M. GREEN
DAVID A. SERENO
Attorneys for Plaintiffs