IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| VALERIE GREGORY, et al., | ) CIVIL NO. 04-00516 SPK-KSC |
| | ) |
| Plaintiffs, | ) ORDER REGARDING |
| | ) DEFENDANTS' BILL OF COSTS |
| vs. | ) |
| | ) |
| COUNTY OF MAUI, et al., | ) |
| | ) |
| Defendants. | ) |

ORDER REGARDING DEFENDANTS' BILL OF COSTS

On February 10, 2006, Defendants County of Maui, Maui Police Department, Garret Tihada, Edwin K. Among, and Nicholas Angell ("Defendants") filed County Defendants' Bill of Costs ("Defendants' Bill of Costs"). On March 9, 2006 the clerk's office entered costs taxed in the amount of $16,490.68 against Plaintiffs. On March 14, 2006, Plaintiffs Valerie Gregory, individually and as Special Administrator of the Estate of Richard J. Gregory, Deceased, and as Next Friend of Isreal Gregory, a Minor, Keanu Gregory, a

Minor, and Shalyisse Gregory, a Minor ("Plaintiffs") filed Plaintiffs' Memorandum in Opposition to County Defendants' Bill of Costs Filed March 9, 2006 ("Opposition").

Pursuant to LR 7.2(d), the Court finds this Motion suitable for disposition without a hearing.

Local Rule 54.2(d) of the Local Rules for the United States District Court for the District of Hawaii ("Local Rules") provides:

> 1.  Within eleven (11) days after a Bill of Costs is served, the party against whom costs are claimed must file and serve any specific objections, succinctly setting forth the grounds and authorities for each objection.  Upon the timely filing of any objections, the Clerk of the Court will refer both the Bill of Costs and objections to the court for a determination of taxable costs.  If no such memorandum is filed within the required time, the Clerk of the Court may without notice or hearing tax all of the requested costs.

L.R. 54.2(d).

Plaintiffs did not file an objection to Defendants' Bill of Costs within eleven (11) days after the Bill of Costs was served upon them in accordance

with Local Rule 54.2(d).  Consequently, on March 9, 2006, the clerk's office entered costs taxed in the requested amount of $16,490.68.  Accordingly, because Plaintiffs' Opposition was untimely, the Court reaffirms the entry of costs taxed entered on March 9, 2006.

     IT IS SO ORDERED.

     Dated:  Honolulu, Hawaii, April 9, 2006.



_____
Kevin S.C. Chang
United States Magistrate Judge

CIVIL NO. 04-00516 SPK-KSC; VALERIE GREGORY, et. al. vs. COUNTY OF MAUI, et. al.;
ORDER REGARDING DEFENDANTS' BILL OF COSTS