IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| VALERIE GREGORY, ET AL., | ) | CV 04-00516 SPK-KSC |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| COUNTY OF MAUI, ET AL., | ) | |
| | ) | |
| Defendant(s). | ) | |
| _____ | ) | |

ORDER ADOPTING MAGISTRATE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on April 11, 2006, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation are adopted as the opinion and order of this Court. Defendants' Motion for Non-Taxable Costs is DENIED.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii: May 2, 2006



Samuel P. King
Senior United States District Judge