KENNETH S. ROBBINS
LEIGHTON M. HARA
WENDY M. YAMAMOTO
———
John-Anderson L. Meyer, Law Clerk
Rose M.P. Carter, Paralegal
Sandra H. Hishinuma, Legal Assistant

# ROBBINS & ASSOCIATES
ATTORNEYS AT LAW, A LAW CORPORATION
SUITE 2200, DAVIES PACIFIC CENTER
841 BISHOP STREET
HONOLULU, HAWAII 96813

TELEPHONE: (808) 524-2355
FACSIMILE: (808) 526-0290
defend@robbinsandassociates.net
FED. I.D. NO. 99-0175383

May 4, 2006

**RECEIVED**
CLERK, U.S. DISTRICT COURT

MAY 05 2006

DISTRICT OF HAWAII

Clerk of Court
United States District Court
  for the District of Hawaii
PJKK Federal Building
300 Ala Moana Boulevard, Room C-338
Honolulu, Hawaii  96850

Re:  Gregory, et al. v. County of Maui, et al.;
     Civil No. 04-00516-SPK-KSC

Dear Sir or Madam:

      I am writing to request your office delete
Douglas S. G. Chin, Esq. as an attorney of record in this
matter.  Mr. Chin no longer works for our firm and therefore is
no longer representing the County of Maui in this matter.

      If you have any questions regarding this request,
please feel free to contact my office.

                          Very truly yours,

                          Kenneth S. Robbins

KSR\06-0257

cc:  Douglas S. G. Chin, Esq.