ORIGINAL

EVE M. GREEN, ESQ.    5550
24 N. Church Street, Suite 409
Wailuku, Maui, Hawaii  96793
Telephone:    (808) 242-4049
Facsimile (808) 244-4021

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 19 2006

at 10 o'clock and 40 min A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| VALERIE GREGORY, Individually and as Special Administrator of the Estate of RICHARD J. GREGORY, Deceased, and as next friend of ISREAL GREGORY, a minor, KEANU GREGORY, a minor, KALANI GREGORY, a minor, and SHAYLISSE GREGORY, a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF MAUI, MAUI POLICE DEPARTMENT, GARRET TIHADA, EDWIN K. AMONG, NICHOLAS ANGELL, JOHN DOE OFFICERS 1-10, JOHN DOES 1-10, JANE DOES 1-10, DOE CORPORATIONS 1-10, DOE PARTNERSHIPS 1-10, and DOE GOVERNMENTAL ENTITIES 1-10,<br><br>Defendants | CIVIL NO. CV 04-00516 SPK KSC<br>(Other Non-motor vehicle tort)<br><br>NOTICE OF CHANGE OF ADDRESS |

### NOTICE OF CHANGE OF ADDRESS

EVE M. GREEN, one of the Attorneys for Plaintiffs herein, hereby notifies the Court and all parties herein, of a change of address. Effective immediately, the new address is:

EVE M. GREEN, ESQ.
24 N. Church Street, Suite 409
Wailuku, Maui, Hawaii 96793
Tel: (808) 242-4049
Fax: (808) 244-4021

DATED:   Wailuku, Maui, Hawaii, July 17, 2006.


*[signature]*
EVE M. GREEN, ESQ.

One of the Attorneys for Plaintiffs

IN THE UNTIED STATE DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| VALERIE GREGORY, Individually and as Special Administrator of the Estate of RICHARD J. GREGORY, Deceased, and as next friend of ISREAL GREGORY, a minor, KEANU GREGORY, a minor, KALANI GREGORY, a minor, and SHAYLISSE GREGORY, a minor,<br><br>  Plaintiffs,<br><br>vs.<br><br>COUNTY OF MAUI, MAUI POLICE DEPARTMENT, GARRET TIHADA, EDWIN K. AMONG, NICHOLAS ANGELL, JOHN DOE OFFICERS 1-10, JOHN DOES 1-10, JANE DOES 1-10, DOE CORPORATIONS 1-10, DOE PARTNERSHIPS 1-10, and DOE GOVERNMENTAL ENTITIES 1-10,<br><br>  Defendants | CIVIL NO. CV 04-00516 SPK KSC<br>(Other Non-motor vehicle tort)<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was duly served on July 17, 2006, upon the following party, by depositing same in the U.S. Mail, postage prepaid, at her last known address:

    LAUREEN MARTIN, ESQ.
    Deputy Corporation Counsel
    County of Maui
    200 S. High Street
    Wailuku, Maui, Hawaii 96793

Attorney for Defendants.

DATED:   Wailuku, Maui, Hawaii July 17, 2006.

_____
EVE M. GREEN, ESQ.

One of the Attorneys for Plaintiffs