**FILED**

**JUL 28 2006**

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| VALERIE GREGORY, individually as as a Special Administrator of the Estate of Richard J. Gregory, deceased, and as next friend of Isreal Gregory, a minor; et al.,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>COUNTY OF MAUI; et al.,<br><br>Defendants - Appellees. | No. 06-15374<br><br>D.C. No. CV-04-00516-SPK<br>District of Hawaii,<br>Honolulu<br><br><br>ORDER |

**RECEIVED**
CLERK, U.S. DISTRICT COURT
JUL 31 2006
DISTRICT OF HAWAII

The briefing schedule previously set by the court is reset as follows: appellant shall file an opening brief on or before September 1, 2006; appellees shall file an answering brief on or before October 2, 2006; appellant may file an optional reply brief on or before October 16, 2006.

The court has determined that this appeal will not be selected for inclusion in the Mediation Program.

All further inquiries regarding this appeal, including requests for extensions of time, should be directed to the Clerk's office.

Counsel are requested to contact the Chief Circuit Mediator should circumstances develop that warrant further settlement discussions while the appeal is pending.

FOR THE COURT

David E. Lombardi, Jr.
Chief Circuit Mediator

S:\CASES\2006\06-15374\06-07-26-ns-bs-ext.wpd