# United States Court of Appeals for the Ninth Circuit
# Record Transmittal Form

Date: September 17, 2007

To: United States Court of Appeals    Attn: (✓)   Civil
     For the Ninth Circuit
     Office of the Clerk                  ( )   Criminal
     95 Seventh Street
     San Francisco, California 94103    ( )   Judge

From: United States District Court
       300 Ala Moana Blvd. Room C-338
       Honolulu, Hawaii 96813

DC No:    CV 04-00516SPK      Appeal No:    06-15374

Short Title:    Gregory v. County of Maui

Clerk's Files in    7    volumes (✓) original ( ) certified copy

Bulky docs            volumes (folders) docket #

Reporter's Transcripts       volumes ( ) original ( ) certified copy

Exhibits               volumes ( ) under seal
                        boxes ( ) under seal

Other:
-certified copy of docket sheet
-sealed document nos:

Acknowledgment: _____ Date: _____

cc: counsel