UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 22 2008

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| | |
|---|---|
| VALERIE GREGORY, individually as as a Special Administrator of the Estate of Richard J. Gregory, deceased, and as next friend of Isreal Gregory, a minor; Keanu Gregory, a minor Kalani Gregory, a minor; and Shayisse Gregory, a minor,<br><br>       Plaintiff - Appellant,<br><br>v.<br><br>COUNTY OF MAUI; MAUI POLICE DEPARTMENT; GARRET TIHADA; EDWIN K. AMONG; NICHOLAS E. ANGELL,<br><br>       Defendants - Appellees. | No. 06-15374<br>D.C. No. CV-04-00516-SPK<br>District of Hawaii, Honolulu<br><br>**MANDATE** |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 2 8 2008

at 11 o'clock and 30 min. A M
SUE BEITIA, CLERK

The judgment of this Court, entered 04/29/2008, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

/S/

By: Theresa Benitez
Deputy Clerk

RECEIVED
UNITED STATES
ATTORNEY

'08 MAY 27 A11 :01

DISTRICT OF
HAWAII

USDC, Honolulu
District of Hawaii (Honolulu)
United States Courthouse
Room C338
300 Ala Moana Blvd.
Honolulu, HI 96850-0000